# EXHIBIT M

# DEFIANT®

# USE AND CARE GUIDE

## MOTION SECURITY LIGHT



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

***THANK YOU***
*We appreciate the trust and confidence you have placed in Defiant through the purchase of this motion security light.*
*We strive to continually create quality products designed to enhance your home. Visit us online to see our full line of*
*products available for your home improvement needs. Thank you for choosing Defiant!*

# Table of Contents

Table of Contents............................2
Safety Information...................................2
Warranty ...........................................2
   5-Year Limited Warranty ....................2
Pre-Installation....................................3
   Planning Installation ............................3
   Specifications ......................................3

Tools Required .........................3
Hardware Included................................4
Package Contents ..................................4
Installation ...............................................5
Operation....................................................8
Care and Cleaning .................................11
Troubleshooting ....................................11

# Safety Information

## PRECAUTIONS

☐ Please read and understand this entire manual before attempting to assemble, install, or operate this light fixture.

☐ This light fixture requires a 120-Volt AC power source.

☐ Some codes require installation by a qualified electrician.

☐ This light fixture must be properly grounded.

☐ This light fixture should be installed outdoors to a wall or eave.

☐ The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.


**WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.


**CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.


**CAUTION:** Burn hazard. Allow the light fixture to cool before touching.

**NOTICE:** Do not connect this light fixture to a dimmer switch or timer.

# Warranty

## 5-YEAR LIMITED WARRANTY

### WHAT IS COVERED

This product is guaranteed to be free of factory defective parts and workmanship for a period of 5 years from date of purchase. Purchase receipt is required for all warranty claims.

### WHAT IS NOT COVERED

This guarantee does not include repair service, adjustment and calibration due to misuse, abuse or negligence, or LEDs. Any damage to the light fixture resulting from the use of chemicals or a pressure washer machine are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges. This warranty is not extended to other equipment and components that a customer uses in conjunction with this product.

No service parts available for this product.

Contact the Customer Service Team at 1-866-308-3976 or visit www.homedepot.com.

Ex. M - Page 2 of 104

# Pre-Installation

## PLANNING INSTALLATION

Before installing the light fixture, ensure that all parts are present. Compare parts with the *Hardware Included* and *Package Contents* sections. If any part is missing or damaged, do not attempt to assemble, install, or operate this light fixture.

Estimated installation time: 30 minutes

## SPECIFICATIONS

| Range | Up to 50 ft. (15.2 m) (Varies with surrounding temperature) |
|---|---|
| Sensing angle | Up to 270° |
| Electrical load - LED | 33 Watts |
| LED lumens | 2000 |
| LED color temperature | 3000K (warm white) |
| Power requirements | 120 VAC, 60 Hz |
| Operating modes | Test (day and night), Motion activated (night only), Manual (night only) |
| Time delay (motion) | 5 or 20 minutes (night only) |
| DualBrite timer (night only) | Off, 5 hours, dusk-to-dawn |

## TOOLS REQUIRED



Phillips screwdriver

1/8 in. Flathead screwdriver

Wire strippers/ cutters

Circuit tester

Work gloves

Silicone sealant

Ladder

Safety goggles

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 3 of 104

# Pre-Installation (continued)

## HARDWARE INCLUDED


NOTE: Hardware shown to actual size.


___ AA          ___ BB          ___ CC

| Part | Description | Quantity |
|------|-------------|----------|
| AA | Clear rubber gasket (pre-installed) | 2 |
| BB | #8 Mounting plate screw (pre-installed) | 2 |
| CC | #10 Mounting plate screw | 2 |

## PACKAGE CONTENTS



| Part | Description | Quantity |
|------|-------------|----------|
| A | Light panel | 2 |
| B | Canopy | 1 |
| C | Motion sensor | 1 |
| D | Mounting plate | 1 |
| E | Heat sink | 2 |

4

# Installation

## 1 Determining the mounting location

📝 **NOTE:** The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

- ☐ Determine the mounting location – wall or eave mount.
- ☐ Position the light panels (A) in the general direction of the desired light coverage.
- ☐ If needed, rotate the motion sensor (C) so the controls face the ground after installation.



Wall Mount

Eave Mount

## Wiring the mounting plate

**IMPORTANT:** Push-in terminals not for reuse.
To remove the wires from the mounting plate connector, twist the wires back and forth as the wires are being pulled from the mounting plate.

If the house wiring is solid copper wire, proceed with step 2. If the house wiring is stranded copper wire, proceed to step 3.

## 2 Connecting solid copper house wire

⚠️ **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

**IMPORTANT:** This mounting plate is designed for solid-core 14 or 12 AWG wire. If the house wiring is stranded, see step 3, *Connecting stranded house wire* below.

📝 **NOTE:** If necessary, strip 5/8 in. of insulation from junction box wires. Use the wire length measuring guide on the back of the mounting plate to ensure the correct wire length.

- ☐ Remove the existing light fixture.
- ☐ Insert the junction box wires (1) into the side of the terminal block on the back of the mounting plate (D).
    - ☐ Insert the white wire from the junction box into the terminal marked "N".
    - ☐ Insert the black wire from the junction box into the terminal marked "L".
    - ☐ Insert the bare or green ground wire from the junction box into the terminal marked "G".
- ☐ **Proceed to step 4, page 7.**



Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 5 of 104

# 3 Connecting stranded copper house wire

⚠️ **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

**IMPORTANT:** Use only NM-B 14/2 or 12/2 wire for the pigtail. The pigtail wire size must match the existing house wiring (14 AWG or 12 AWG). Color match the solid-core wire and the house wire when connecting together.

If the house wiring is stranded wire instead of solid-core copper wire, a pigtail using solid-core wire (2) will be required (not included). Follow these instructions to connect the mounting plate (D) using the pigtail method.

- ☐ Cut 4 to 6 inches of NM-B wire (2) to match the existing house wire (14 AWG or 12 AWG).
- ☐ If necessary, strip 5/8 in. of insulation from junction box wires (1).
- ☐ Strip 5/8 in. of insulation from one end of the solid-core wire (2).
- ☐ Attach the two wires together using a wire nut (3 - not included). Ensure the solid-core wire insulation matches the junction box wire.
- ☐ Repeat for the remaining two wires.
- ☐ To attach the solid-core pigtail to the mounting plate (D), strip 5/8 in. of insulation from the other end of the solid-core wire. Use the wire length measuring guide on the back of the mounting plate (D) to ensure the correct wire length.

- ☐ Insert the pigtail wires into the side of the terminal block on the back of the mounting plate (D).
  - ☐ Insert the white pigtail wire into the terminal marked "N".
  - ☐ Insert the black pigtail wire into the terminal marked "L".
  - ☐ Insert the bare or green ground pigtail wire into the terminal marked "G".



Ex. M - Page 6 of 104

## Installation (continued)

# 4 Installing the mounting plate

- ☐ Place the mounting plate (D) against the junction box.
- ☐ Tighten the two mounting screws (BB) securely to the junction box. If necessary, use the screws that were removed from the existing light fixture. Do not overtighten.
- ☐ Firmly pull on the mounting plate (D) to ensure it is securely attached to the junction box.

**IMPORTANT:** Use the larger mounting plate screws if the pre-installed screws are too small for the junction box holes.
- Unscrew the mounting plate screws from the mounting plate using a screwdriver.
- Remove the rubber gaskets from the mounting plate screws.
- Place the rubber gaskets on the larger mounting plate screws and screw the screws into the mounting plate using a screwdriver.



# 5 Mounting the light fixture

**NOTICE:** The light fixture must securely snap onto the mounting plate completely for the locking handle to close.

During the installation, DO NOT press against the light panels (A) or the heat sinks (E). Move the light panels (A) apart and apply pressure directly to the light fixture housing.

- ☐ Pull up on the locking handle (4) to unlock.
- ☐ Align the back of the light fixture with the mounting plate (D).
- ☐ Firmly press the center of the light fixture housing to securely snap the light fixture onto the mounting plate (D). The light fixture must be fully seated onto the mounting plate (D) all the way around.



# 6 Locking the light fixture

- ☐ Rotate the light fixture to the desired position.
- ☐ Press down on the locking handle (4) completely to secure the light fixture to the mounting plate (D).

**NOTICE:** Gently pull on the light fixture to ensure it is securely connected to the mounting plate.



# 7 Caulking around the light fixture



⚠️ **CAUTION:** Failure to completely caulk around the light fixture's mounting plate could result in water seepage into the junction box.

☐ Caulk around the mounting plate (D) and mounting surface with silicone sealant (not included).

## Operation

# 1 Adjusting the light panels



⚠️ **CAUTION:** Heat sinks can be warm to the touch. Turn light fixture off for 5 minutes before touching heat sinks.

☐ Turn the power on at the circuit breaker or fuse and turn on the wall switch. The motion sensor (C) will need to completely warm up (60 seconds) before beginning the setup process.

☐ If needed, gently grasp the top and bottom of the light panels (A) and tilt them up or down or side to side to adjust the light coverage area.

# 2 Rotating the sensor controls downward

This motion sensor (C) has a built-in detection system to help ensure the sensor (C) is adjusted correctly. If the motion sensor (C) is angled incorrectly, all of the control lights on the bottom of the sensor (C) will come on and the light panels (A) will turn off. The light will stay off until the motion sensor (C) has been adjusted correctly.

☐ Rotate the motion sensor (C) so the controls face toward the ground.

📝 **NOTE:** If the motion sensor is NOT positioned correctly, all of the control lights will be glowing (shown).



Ex. M - Page 8 of 104

## Operation (continued)

# 3 Setting the sensor for testing

📝 **NOTE:** When the "ON-TIME" is set to the "TEST" position, the light fixture will operate during the day or night. The light will stay on for 5 seconds after all motion is stopped.



Press the button next to each setting until the light next to the desired setting begins to flash. Stop pressing the button and the light will stop flashing momentarily.

☐ Press the "ON-TIME" button until the "TEST" light flashes.

☐ Press the "SENS" button until the "Low" light flashes.

☐ Ensure the "DUALBRITE" feature is set to the "OFF" position.

☐ The above settings will be used for step 4 (*Adjusting the Motion Sensor Detection Zone*).



# 4 Adjusting the motion sensor detection zone

☐ Perform a "walk test": walk in an arc across the front of the motion sensor (C).

☐ Watch the light. The light will come on when motion has been detected.

☐ Stop, wait for the light to turn off, and then begin walking again.

☐ Continue this process to determine if the motion sensor (C) is aimed toward the desired area.

☐ If needed, gently grasp the motion sensor (C) and move it from side to side or up and down to adjust the detection zone.

# 5 Adjusting the ON-TIME

📝 **NOTE:** When the "ON-TIME" button is set to the 5 or 20 minute position, the light will only come on during the night. The "ON-TIME" button determines the amount of time the light will stay on full bright after all motion has stopped.

☐ Press the "ON-TIME" button until the desired time light flashes (5 or 20 minutes).



TEST          5 Minutes          20 Minutes

---

9                                                    HOMEDEPOT.COM

Please contact 1-866-308-3976 for further assistance.
Ex. M - Page 9 of 104

## Operation (continued)

# 6 Adjusting the SENS

□ Press the "SENS" button until the desired sensitivity light flashes ("Low", "Med", "High").

 **NOTE:** The motion sensor is more sensitive to motion moving across the front of the sensor. The motion sensor is less sensitive to motion moving directly toward the sensor.

 **NOTE:** The higher the "SENS" setting (sensitivity), the greater the possibility of false triggering. To reduce false triggering, press the "SENS" button until the "Low" light flashes.



LOW     MEDIUM     HIGH

# 7 Adjusting the DUALBRITE setting

 **NOTE:** Switching this setting to "OFF" will not affect the motion detection (ON-TIME) setting or the daylight sensor (photocell).

The "DUALBRITE" button determines the amount of time the lights stay on at an accent level after sundown when no motion has been detected. When motion is detected, the lights will turn on full bright for the duration of the selected "ON-TIME" setting. The light will return to the accent level for the duration of the selected "DUALBRITE" time.

□ Press the "DUALBRITE" button until the desired light flashes (OFF, 5 hours, or D2D (dusk-to-dawn; sunset to sunrise).



OFF     5 HOURS     D2D (Dusk-to-Dawn)

# 8 Using manual mode

 **NOTE:** In order to use manual mode, the light fixture must be wired through a wall switch.

 **NOTE:** Manual mode overrides the motion sensor so the light will shine full bright without motion being detected. This feature only works at night and only for one night at a time. The motion sensor will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode is toggled on and off using a wall switch.

□ Ensure the power to the light is ON and the sensor has warmed up (60 seconds).

□ To turn manual mode on, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

□ To turn manual mode off, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

**NOTE:** If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



Less than 3 seconds

Ex. M - Page 10 of 104

# Care and Cleaning

□ To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.

□ Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.

□ Do not spray the light fixture with a hose or power washer.

# Troubleshooting

| Problem | Possible Cause | Solution |
|---------|----------------|----------|
| The light will not come on. | □ The motion sensor is not angled correctly. | □ Rotate the motion sensor correctly (see step 2 under *Operation*). |
| | □ The light switch is turned off. | □ Turn the light switch on. |
| | □ The fuse is blown or the circuit breaker is turned off. | □ Replace the fuse or turn the circuit breaker on. |
| | □ The light fixture is not properly attached to the mounting plate, if this is a new installation. | □ Re-install the light fixture to the mounting plate (see steps 5 and 6 under *Installation*). |
| | □ The ON-TIME switch is set to 5 or 20 so the daylight turn-off (photocell) is in effect. | □ Recheck after dark or use the TEST feature (see steps 3 and 4 under *Operation*). |
| | □ The circuit wiring is incorrect (if this is a new installation). | □ Verify the wiring is correct (see steps 2 and 3 under *Installation*). |
| | □ The motion sensor is aimed in the wrong direction. | □ Re-aim the motion sensor to cover the desired area. |
| | □ The outside air temperature is close to the same as a person's body heat. | □ Increase the "SENS" setting. |
| The light comes on during the day. | □ The motion sensor may be installed in a relatively dark location. | □ The light fixture is operating normally under these circumstances. |
| | □ The "ON-TIME" setting is set to "TEST". | □ Set the "ON-TIME" setting to the 5 or 20 minute setting. |
| The light comes on for no apparent reason. | □ The motion sensor may be sensing small animals or automobile traffic. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The "SENS" setting is set too high. | □ Decrease the "SENS" setting. |
| | □ The "DUALBRITE" setting is in the 5 hour or D2D (dusk-to-dawn) setting. | □ The light fixture is operating normally under these circumstances. Set "DUALBRITE" to OFF if no accent lighting is desired. |
| | □ The outside temperature is much warmer or cooler than a person's body heat (summer or winter). | □ Decrease the "SENS" setting. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |

Please contact 1-866-308-3976 for further assistance.
Ex. M - Page 11 of 104

# Troubleshooting (continued)

| Problem | Possible Cause | Solution |
|---------|---------------|----------|
| The lights turn off too late in the Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 5 hour setting. |
| The lights stay on continuously. | □ The motion sensor may be picking up a heat source, such as an air vent, dryer vent, or brightly painted, heat-reflective surface. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in manual mode (after dark only). | □ Switch the motion sensor to auto or wait until sunrise. See *Using Manual Mode* on page 10. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | □ The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | □ Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | □ Heat or light from the light panels may be turning the motion sensor on and off. | □ Reposition the light panels away from the motion sensor. |
| | □ Heat is being reflected from other objects and may be turning the motion sensor on and off. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in "TEST" mode and warming up. | □ While in "TEST" mode, the light only stays on for 5 seconds. Set the "ON-TIME" to 5 or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the light panels. | Reposition the light panels to keep the area below the motion sensor relatively dark. |
| The wires need to be removed from the mounting plate. | The mounting plate connectors will not release the wires. | **Turn OFF power to the light fixture.** To remove the wires from the mounting plate connector, twist the wires back and forth as the wires are being pulled from the mounting plate.<br><br>Push-in terminals not for reuse. |

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.

- Increase the separation between the equipment and receiver.

- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

- Consult the dealer or an experienced radio/TV technician for help.

CAN ICES-005 (B)/NMB-005 (B)

Ex. M - Page 13 of 104



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

Retain this manual for future use.

209780-01A

# DEFIANT®

# GUÍA PARA EL USO Y CUIDADO

## LUZ DE SEGURIDAD POR MOVIMIENTO



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

---

***GRACIAS***

*Agradecemos la fe y la confianza que usted ha depositado en Defiant al comprar esta luz de seguridad por movimiento. Procuramos crear continuamente productos de calidad diseñados para mejorar su hogar. Visítenos en internet para ver nuestra línea completa de productos disponibles que necesita para el mejoramiento de su hogar.*
*¡Gracias por escoger Defiant!*

# Contenido

Contenido................................................16
Información de seguridad.....................16
Garantía...................................................16
   5 años de garantía limitada.................16
Antes de la instalación..........................17
   Planificación de la Instalación.............17
   Especificaciones...................................17

Herramientas Requeridas....................17
   Ferretería Incluida.................................18
   Contenido del Paquete.........................18
Instalación.............................................19
Operación...............................................22
Cuidado y limpieza.................................25
Análisis de averías.................................25

# Información de seguridad

## PRECAUCIONES

- ☐ Por favor lea y entienda todo este manual antes de tratar de ensamblar, instalar u operar este aparato de luz.
- ☐ Esta lámpara requiere una fuente de alimentación de 120 voltios de CA.
- ☐ Algunos códigos exigen que la instalación la realice un electricista calificado.
- ☐ Este aparato de luz debe estar correctamente conectado a tierra.
- ☐ Esta lámpara debe ser instalada fuera de casa sobre una pared o aleros.
- ☐ Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

 **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

 **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

 **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.

**AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.

# Garantía

## 5 AÑOS DE GARANTÍA LIMITADA

### LO QUE SE CUBRE

Se garantiza que este producto no tiene partes defectuosas de fábrica o de mano de obra por un período de 5 años desde la fecha de compra. Se necesita el recibo de compra para todos los reclamos de garantía.

### LO QUE NO SE CUBRE

Esta garantía no incluye el servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, o LEDs. Cualquier daño en el aparato de luz como resultado de usar productos químicos o lavadora a presión no están cubiertos por esta garantía. Los servicios no autorizados o las modificaciones hechas al producto o a cualquier componente invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o gastos de envío. Esta garantía no se extiende a otros equipos o componentes que el consumidor usa junto con este producto.

No hay piezas de servicio disponibles para este producto.

Póngase en contacto con el personal de servicio al cliente al 1-866-308-3976 o visite el sitio www.homedepot.com.

# Antes de la instalación

## PLANIFICACIÓN DE LA INSTALACIÓN

Antes de instalar el aparato de luz, esté seguro que estén todas las piezas. Compare las piezas con la *Ferretería incluida* y las secciones de *Contenidos del paquete*. Si cualquier pieza falta o está dañada, no intente ensamblar, instalar ni operar este aparato de luz.

Tiempo estimado para la instalación: 30 minutos

## ESPECIFICACIONES

| Alcance | Hasta 50 pies (15,2 m) (Varía con la temperatura circundante) |
|---|---|
| Ángulo de detección | Hasta 270° |
| Carga eléctrica - DEL | 33 Vatios |
| Lúmenes LED | 2000 |
| LED de temperatura de color | 3000K (blanco cálido) |
| Requisitos de la energía eléctrica | 120 VCA, 60 Hz |
| Fases de operación | Prueba (día y noche), activado por movimiento (solamente la noche), manual (solamente la noche) |
| Retardo de tiempo (movimiento) | 5 o 20 minutos (solamente la noche) |
| Temporizador DualBrite (solamente la noche) | Apagado, 5 horas, del crepúsculo al amanecer |

## HERRAMIENTAS REQUERIDAS



Destornillador phillips

Destornillador de cabeza plana de 1/8 de pulgada

Peladores/ cortadores de cables

Probador de circuitos

Guantes de trabajo

Sellador de silicona

Escalera

Gafas de seguridad

# Antes de la instalación (continuación)

## FERRETERÍA INCLUIDA

 **NOTA:** La ferretería se muestra en su tamaño real



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| AA | Empaque de caucho claro (pre-instalado) | 2 |
| BB | Tornillo n° 8 de la placa de montaje (pre-instalado) | 2 |
| CC | Tornillo n° 10 de la placa de montaje | 2 |

## CONTENIDO DEL PAQUETE



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| A | Panel de luz | 2 |
| B | Cubierta | 1 |
| C | Detector de movimiento | 1 |
| D | Placa de montaje | 1 |
| E | Disipador de calor | 2 |

Ex. M - Page 18 of 104

# Instalación

## 1 Determinación del sitio de montaje

📝 **NOTA:** Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

□ Determine el sitio de montaje – pared o alero.

□ Coloque los paneles de luz (A) en la dirección general de la cobertura de luz deseada.

□ Si es necesario, gire el detector de movimiento (C) de modo que los controles miren hacia el suelo después de la instalación.



Montaje en pared

Montaje en alero

A    C

## Cableado de la placa de montaje

**IMPORTANTE:** Los terminales insertables no son reutilizables. Para retirar los conductores del conector de la placa de montaje, gire los conductores hacia atrás y hacia delante mientras se los jala de la placa de montaje.

Si el cableado de la casa está hecho con conductor de cobre sólido, siga al paso 2. Si el cableado de la casa está hecho con conductor de cobre trenzado, siga al paso 3.

## 2 Conexión del conductor de cobre sólido de casa

⚠️ **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

**IMPORTANTE:** Esta placa de montaje está diseñada para conductores de núcleo sólido del calibre 14 o 12 AWG. Si el cableado de la casa está hecho con conductor trenzado, vea a continuación el paso 3, *Conexión del conductor trenzado de la casa.*

📝 **NOTA:** Si es necesario, pele 5/8 de pulgada de aislamiento de los cables de la caja de conexiones. Use la guía de medición de longitud del conductor en la parte de atrás de la placa de montaje para asegurarse que la longitud del conductor sea la correcta.

□ Retire el aparato de luz existente.

□ Inserte los conductores de la caja de empalmes (1) en el lado del bloque de terminales en la parte de atrás de la placa de montaje (D).

□ Inserte el cable blanco de la caja de conexiones en el terminal marcado "N".

□ Inserte el cable negro de la caja de conexiones en el terminal marcado "L".

□ Inserte el conductor desnudo o verde de conexión a tierra de la caja de empalmes en el terminal marcado "G".

□ **Prosiga al paso 4, página 21.**



5/8"

D

1

D

1

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 19 of 104

# Instalación (continuación)

## 3 Conexión del conductor de cobre trenzado de la casa

⚠️ **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

**IMPORTANTE:** Utilice únicamente conductor NM-B 14/2 o 12/2 para el conductor flexible. El tamaño del conductor flexible debe coincidir con el del cableado existente de la casa (14 AWG o 12 AWG). El color del conductor de núcleo sólido y del conductor de la casa coinciden cuando se conectan entre sí.

Si el cableado de la casa está hecho con conductor de cobre trenzado en lugar de conductor de cobre sólido, se necesitará un conductor flexible con conductor de cobre de núcleo sólido (2) (no incluido). Siga estas instrucciones para conectar la placa de montaje (D) utilizando el método de conductor flexible.

- ☐ Corte de 4 a 6 pulgadas el conductor NM-B (2) para que coincida con el conductor existente de la casa (14 AWG o 12 AWG).
- ☐ Si es necesario, pele 5/8 de pulgada de aislamiento de los cables de la caja de conexiones (1). Use la guía de medición de longitud del conductor en la parte de atrás de la placa de montaje para asegurarse que la longitud del conductor sea la correcta.
- ☐ Pele 5/8 de pulgada del aislamiento de un extremo del conductor sólido (2).
- ☐ Conecte los dos conductores entre sí usando una conector de alambre (3, no incluida). Asegúrese de que el aislamiento del conductor de núcleo sólido coincida con el del conductor de la caja de empalmes.
- ☐ Repita igual en los dos conductores restantes.
- ☐ Para unir el conductor flexible con núcleo sólido a la placa de montaje (D), pele unos 5/8 de pulgada del aislamiento del otro extremo del conductor sólido. Use la guía de medición de longitud del conductor de la parte de atrás de la placa de montaje (D) para asegurarse que la longitud conductor sea la correcta.

- ☐ Inserte los conductores flexibles en el lado del bloque de terminales de la parte de atrás de la placa de montaje (D).
  - ☐ Inserte el conductor flexible color blanco en el terminal marcado "N".
  - ☐ Inserte el conductor flexible color negro en el terminal marcado "L".
  - ☐ Inserte el conductor flexible a tierra desnudo o verde en el terminal marcado "G".



Ex. M - Page 20 of 104

# Instalación (continuación)

## 4 Instalación de la placa de montaje

- ☐ Coloque la placa de montaje (D) contra la caja de conexiones.
- ☐ Apriete firmemente los dos tornillos de montaje (BB) a la caja de empalmes. Si es necesario, use los tornillos que fueron retirados del aparato de luz anterior. No apriete excesivamente.
- ☐ Jale firmemente en la placa de montaje (D) para asegurarse que esté bien sujeta a la caja de empalmes.

**IMPORTANTE:** Use los tornillos más grandes de la placa de montaje si los tornillos preinstalados son demasiado pequeños para los orificios de la caja de empalmes.
- Con un destornillador, desatornille los tornillos de la placa de montaje.
- Retire los empaques de caucho de los tornillos de la placa de montaje.
- Coloque los empaques de caucho en los tornillos más grandes de la placa de montaje y con un destornillador atornille los tornillos a la placa de montaje.



## 5 Montaje del aparato de luz

**AVISO:** El artefacto de luz debe encajar completamente y a presión en la placa de montaje para que el mango de bloqueo se cierre.

Durante la instalación, NO presione sobre los paneles de luz (A) o los disipadores de calor (E). Separe los paneles de luz (A) y aplique presión directamente en el bastidor del artefacto de luz.

- ☐ Hale hacia arriba del mango de bloqueo (4) para desbloquear.
- ☐ Alinee la parte de atrás del artefacto de luz con la placa de montaje (D).
- ☐ Presione firmemente el centro del bastidor del artefacto de luz para que el artefacto de luz encaje a presión y con firmeza en la placa de montaje (D). El artefacto de luz debe quedar completamente asentado en la placa de montaje (D) en todo su alrededor.



## 6 Bloqueo del artefacto de luz

- ☐ Gire el artefacto de luz a la posición deseada.
- ☐ Presione completamente hacia abajo el mango de bloqueo (4) para sujetar el artefacto de luz a la placa de montaje (D).

**AVISO:** Hale con cuidado el artefacto de luz para asegurarse que esté bien conectado a la placa de montaje.



Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 21 of 104

# Instalación (continuación)

## 7 Calafatee alrededor del aparato de luz



⚠ **PRECAUCIÓN:** Si no se calafatea completamente alrededor de la placa de montaje del artefacto de luz se podría producir una filtración de agua hacia la caja de empalmes.

☐ Calafatee alrededor de la placa de montaje (D) y de la superficie de montaje con un sellador de silicona (no incluido).

## Operación

## 1 Regulación de los paneles de luz



⚠ **PRECAUCIÓN:** Los disipadores de calor pueden estar calientes cuando los toque. Apague el aparato de luz por 5 minutos antes de tocar los disipadores de calor.

☐ Conecte la energía eléctrica en el disyuntor o en el fusible y encienda el interruptor de la pared. El detector de movimiento (C) necesitará calentarse completamente (60 segundos) antes de empezar el proceso de puesta a punto.

☐ Si es necesario, sujete con suavidad la parte superior e inferior de los paneles de luz (A) e inclínelos hacia arriba o hacia abajo o de lado a lado para regular el área de cobertura de la luz.

## 2 Giro hacia abajo de los controles del detector

Este detector de movimiento (C) tiene un sistema de detección incorporado que ayuda y asegura que el detector (C) esté regulado correctamente. Si el detector de movimiento (C) está inclinado de forma incorrecta, todas las luces de control de la parte inferior del detector (C) se encenderán y los paneles de luz (A) se apagarán. La luz permanecerá apagada hasta que al detector de movimiento (C) haya sido regulado correctamente.



☐ Gire el detector de movimiento (C) para que los controles estén orientados hacia el suelo.

📝 **NOTA:** Si al detector de movimiento NO se lo coloca correctamente, todas las luces de control resplandecerán (mostrado).

Ex. M - Page 22 of 104

# Operación (continuación)

## 3 Calibración del detector para prueba

 **NOTA:** Cuando el control "ON-TIME" ("DURACIÓN") se coloca en la posición "TEST", el artefacto de luz funcionará durante el día o la noche. La luz permanecerá encendida 5 segundos después que todo movimiento se ha detenido.

Presione el botón que está junto a cada reglaje hasta que la luz junto al reglaje deseado comience a parpadear. Deje de presionar el botón y la luz dejará momentáneamente de parpadear.

□ Presione el botón "ON-TIME" hasta que la luz "TEST" parpadee.

□ Presione el botón "SENS" hasta que la luz "Low" parpadee.

□ Asegúrese de que la función "DUALBRITE" esté colocada en la posición "OFF".

□ El reglaje anterior se utilizará para el paso 4 (*Regulación de la zona de detección del detector de movimiento*).



## 4 Regulación de la zona de detección del detector de movimiento

□ Haga una "prueba caminando": camine transversalmente a la parte frontal del detector de movimiento (C) siguiendo la trayectoria de un arco.

□ Observe la luz. La luz se encenderá cuando detecte movimiento.

□ Deténgase, espere que la luz se apague, y luego empiece a caminar de nuevo.

□ Continúe con este proceso para determinar si el detector de movimiento (C) está apuntando hacia el área deseada.

□ Si es necesario, sujete suavemente el detector de movimiento (C) y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.



## 5 Regulación de la función ON-TIME

 **NOTA:** Cuando el botón "ON-TIME" está en la posición de 5 o 20 minutos, la luz solo se encenderá durante la noche. El botón "ON-TIME" determina la cantidad tiempo que la luz permanece encendida con la máxima intensidad después que se ha detenido todo movimiento.

□ Presione el botón "ON-TIME" hasta que parpadee la luz del tiempo deseado (5 o 20 minutos).

PRUEBA    5 minutos    20 minutos

---

23    HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 23 of 104

## Operación (continuación)

# 6 Regulación de SENS (SENSIBILIDAD)

☐ Presione el botón "SENS" hasta que parpadee la luz de la sensibilidad deseada ("Baja", "Media", "Alta").

 **NOTA:** El detector de movimiento es más sensible al movimiento transversal a la parte frontal del detector. El detector de movimiento es menos sensible al movimiento que se dirige directamente hacia el detector.

 **NOTA:** Mientras mayor sea la calibración del "SENS" (sensibilidad), mayor será la posibilidad de falsas alarmas. Para reducir las activaciones falsas, presione el botón "SENS" hasta que parpadee la luz "Baja".



BAJA        MEDIA        ALTA

# 7 Regulación del reglaje DUALBRITE

 **NOTA:** Al cambiar este reglaje a "OFF" no afectará al reglaje (ON-TIME) de la detección de movimiento ni al detector de luz diurna (fotocélula).

El botón "DUALBRITE" determina la cantidad de tiempo que las luces permanecen encendidas a un nivel de alumbrado decorativo después de la puesta del sol cuando no se ha detectado movimiento. Cuando se detecta movimiento, las luces se encienden con la máxima intensidad durante el tiempo seleccionado en el reglaje "ON-TIME". La luz volverá al nivel decorativo durante el tiempo seleccionado en "DUALBRITE".

☐ Presione el botón "DUALBRITE" hasta que la luz deseada parpadee (APAGADO, 5 horas, o D2D (del crepúsculo al amanecer; de la puesta a la salida del sol).



APAGADO        5 HORAS        D2D
(del crepúsculo al amanecer)

# 8 Uso del la fase manual

 **NOTA:** Para poder usar el modo manual, el aparato de luz debe conectarse a través de un interruptor de pared.

 **NOTA:** El modo manual anula al detector de movimiento para que la luz brille con máxima intensidad sin que sea necesario detectar movimiento. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. El modo manual se conmuta entre encendido y apagado con el interruptor de pared.

☐ Asegúrese de que la luz está encendida (ON) y de que el detector se ha calentado (60 segundos).

☐ Para activar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.

☐ Para desactivar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.

 **NOTA:** Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.



APAGADO    ENCENDIDO    APAGADO    ENCENDIDO

←——— Menos de 3 segundos ———→

Ex. M - Page 24 of 104

# Cuidado y limpieza

□ Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.

□ No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.

□ No rocíe la lámpara con una manguera o lavadora a presión.

# Análisis de averías

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz no se enciende. | □ El detector de movimiento no está inclinado correctamente. | □ Gire correctamente el detector de movimiento (Vea el paso 2 en *Operación*). |
| | □ El interruptor de la luz está apagado. | □ Encienda el interruptor de la luz. |
| | □ El fusible está quemado o el disyuntor está desconectado. | □ Cambie el fusible o conecte el disyuntor. |
| | □ La lámpara no está correctamente sujetada a la placa de montaje, si se trata de una nueva instalación. | □ Vuelva a instalar el artefacto de luz en la placa de montaje (vea los pasos 5 y 6 en *Instalación*). |
| | □ Al interruptor ON-TIME (DE DURACIÓN) se lo pone en 5 o 20, de modo que el apagado con luz diurna (fotocélula) está siendo usado. | □ Vuelva a revisar después de que anochezca o use la función TEST (PRUEBA) (vea los pasos 3 y 4 en *Operación*). |
| | □ El cableado del circuito es incorrecto (si esta es una instalación nueva). | □ Verifique que el cableado esté correcto (vea los pasos 2 y 3 en *Instalación*). |
| | □ El detector de movimiento está enfocando a la dirección incorrecta. | □ Vuelva a enfocar el detector de movimiento para que cubra el área deseada. |
| | □ La temperatura del aire exterior está cercana al calor corporal de una persona. | □ Aumente la calibración del alcance ("SENS"). |
| La luz se enciende durante el día. | □ El detector de movimiento puede estar instalado en un sitio relativamente oscuro. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ El reglaje "ON-TIME" está puesto en "TEST". | □ Coloque el reglaje "ON-TIME" en 5 o 20 minutos. |

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 25 of 104

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz se enciende sin razón aparente. | □ El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El reglaje "SENS" está demasiado alto. | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El reglaje "DUALBRITE" está en 5 horas o D2D (del crepúsculo al amanecer). | □ El aparato de luz está operando normalmente bajo estas circunstancias. Ponga "DUALBRITE" en OFF si no se desea alumbrado decorativo. |
| | □ La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 5 horas. |
| Las luces permanecen encendidas constantemente. | □ El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase manual (solamente después que anochezca). | □ Cambie el detector de movimiento a automático o espere hasta que amanezca. Vea *Uso de la fase manual* en la página 24. |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | □ El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | □ Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |

Ex. M - Page 26 of 104

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|---|---|---|
| Las luces se enciende y se apagan. | □ El calor o la luz de los paneles de luz pueden estar encendiendo y apagando el detector de movimiento. | □ Reubique los paneles de luz lejos del detector de movimiento. |
| | □ El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | □ Mientras está en la fase PRUEBA, la luz sólo queda encendida por 5 segundos. Ponga el control "ON-TIME" en 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando la luz de los paneles de luz. | Reubique los paneles de luz para mantener relativamente oscura la zona por debajo del detector de movimiento. |
| Es necesario retirar los conductores de la placa de montaje. | Los conectores de la placa de montaje no liberarán los conductores. | **Apague la alimentación del artefacto de luz.** Para retirar los conductores del conector de la placa de montaje, gire los conductores hacia atrás y hacia delante mientras se los jala de la placa de montaje. |
| | | Los terminales insertables no son reutilizables. |

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

Advertencia: los cambios o modificaciones hechas a esta unidad que no estén expresamente aprobados por la parte responsable del cumplimiento pueden anular la autoridad del usuario para operar el equipo.

Nota: Este equipo ha sido probado y se lo encontró que cumple con los límites para un dispositivo digital de Clase B, de acuerdo con la parte 15 de las Normas de la FCC. Estos límites están diseñados para proporcionar una protección razonable contra interferencias dañinas en una instalación residencial. Este equipo genera, usa y puede irradiar energía de radiofrecuencia y, si no se lo instala y usa de acuerdo con las instrucciones, puede causar interferencia dañina a las comunicaciones de radio. Sin embargo, no hay garantía de que la interferencia no ocurra en una instalación en particular. Si este equipo causa interferencia dañina a la recepción de radio o televisión, lo que se puede determinar apagando y encendiendo el equipo, se recomienda que el usuario intente corregir la interferencia mediante una o más de las siguientes medidas:

- Reoriente o reubique la antena receptora.

- Aumente la separación entre el equipo y el receptor.

- Conecte el equipo a un tomacorriente en un circuito diferente al que está conectado el receptor.

- Para recibir ayuda consulte con el distribuidor o con un técnico experto en radio / TV.

CAN ICES-005 (B)/NMB-005 (B)



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

Guarde este manual para uso futuro.

209780-01A

# DEFIANT®

# USE AND CARE GUIDE

## MOTION SECURITY LIGHT



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

---

*THANK YOU*
*We appreciate the trust and confidence you have placed in Defiant through the purchase of this motion security light.*
*We strive to continually create quality products designed to enhance your home. Visit us online to see our full line of*
*products available for your home improvement needs. Thank you for choosing Defiant!*

Ex. M - Page 29 of 104

# Table of Contents

Table of Contents.....................................2

Safety Information...............................2

Warranty ...............................................2

    5-Year Limited Warranty ..................2

Pre-Installation...................................3

    Planning Installation ............................3

    Specifications .......................................3

    Tools Required .......................................3

    Hardware Included.................................4

    Package Contents .................................4

Installation............................................5

Operation................................................7

Care and Cleaning .................................10

Troubleshooting .....................................10

# Safety Information

## PRECAUTIONS

☐ Please read and understand this entire manual before attempting to assemble, install, or operate this light fixture.

☐ This light fixture requires a 120-Volt AC power source.

☐ Some codes require installation by a qualified electrician.

☐ This light fixture must be properly grounded.

☐ This light fixture should be installed outdoors to a wall or eave.

☐ The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.



**WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.



**WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.



**CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.



**CAUTION:** Burn hazard. Allow the light fixture to cool before touching.

**NOTICE:** Do not connect this light fixture to a dimmer switch or timer.

☐ This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

☐ CAN ICES-3 (B)/NMB-3(B)

# Warranty

## 5-YEAR LIMITED WARRANTY

### WHAT IS COVERED

This product is guaranteed to be free of factory defective parts and workmanship for a period of 5 years from date of purchase. Purchase receipt is required for all warranty claims.

### WHAT IS NOT COVERED

This guarantee does not include repair service, adjustment and calibration due to misuse, abuse or negligence, or LEDs. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges. This warranty is not extended to other equipment and components that a customer uses in conjunction with this product.

Contact the Customer Service Team at 1-866-308-3976 or visit www.homedepot.com.

Ex. M - Page 30 of 104

# Pre-Installation

## PLANNING INSTALLATION

Before installing the light fixture, ensure that all parts are present. Compare parts with the *Hardware Included* and *Package Contents* sections. If any part is missing or damaged, do not attempt to assemble, install, or operate this light fixture.

Estimated installation time: 30 minutes

## SPECIFICATIONS

| Range | Up to 70 ft. (21.3 m) (Varies with surrounding temperature) |
|---|---|
| Sensing angle | Up to 180° |
| Electrical load - LED | 25 Watts |
| Lumens | 2050 |
| Power requirements | 120 VAC, 60 Hz |
| Operating modes | Test, Motion activated, Manual |
| Time delay | 1, 5, 20 minutes |
| DualBrite timer | Off, 3 hours, 6 hours, dusk-to-dawn |

## TOOLS REQUIRED



Phillips screwdriver

1/8 in. Flathead screwdriver

Wire strippers/cutters

Circuit tester

Work gloves

Silicone sealant

Ladder

Safety goggles

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 31 of 104

# Pre-Installation (continued)

## HARDWARE INCLUDED

> 📝 **NOTE:** Hardware shown to actual size.



| Part | Description | Quantity |
|------|-------------|----------|
| AA | Rubber plug | 1 |
| BB | Mounting bracket screw | 2 |
| CC | Mounting bracket screw | 2 |
| DD | Mounting bracket screw | 2 |
| EE | Large mounting bolt (pre-installed) | 1 |
| FF | Small mounting bolt | 1 |
| GG | Mounting bracket (not to scale) | 1 |
| HH | Mini screwdriver | 1 |

## PACKAGE CONTENTS



| Part | Description | Quantity |
|------|-------------|----------|
| A | Lamp head | 2 |
| B | Light fixture | 1 |
| C | Motion sensor | 1 |
| D | 1-2-Easy Connect™ | 1 |

4

# Installation

## 1 Determining the mounting location

 **NOTE:** The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

☐ Determine the mounting location – wall or eave mount.

☐ Position the lamp heads (A) in the general direction of the desired light coverage.

☐ If needed, rotate the motion sensor (C) so the controls face the ground after installation.



Wall Mount

Eave Mount



## 2 Removing the 1-2-Easy Connect™

 **NOTE:** This fixture comes with a 1-2-Easy Connect™ (D). It is pre-assembled on the light fixture (B) for shipping.

 **NOTE:** The large mounting bolt (EE) is pre-installed in the light fixture (B). Do not attempt to remove the large mounting bolt (EE).

☐ Unscrew the large mounting bolt (EE) connecting the light fixture (B) to the 1-2-Easy Connect™ (D) and remove the 1-2-Easy Connect™ (D).



## 3 Installing the mounting bracket

⚠ **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **NOTE:** Six mounting bracket screws of various sizes are included. The installation will only require two. Discard the unused mounting bracket screws after installation.

☐ Remove the existing light fixture.

☐ Install the mounting bracket (GG) with the stamped word "FRONT" facing away from the junction box. Use the mounting bracket screws (BB, CC, or DD) that best fit the junction box.

☐ Firmly pull on the mounting bracket to verify it is securely mounted to the junction box. If necessary, use the screws that were removed from the existing light fixture.





BB, CC, or DD

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 33 of 104

## Installation (continued)

### 4 Installing the 1-2-Easy Connect™

- □ Route the junction box wires through a hole in the 1-2-Easy Connect™ (D).
- □ Place the 1-2-Easy Connect™ (D) against the junction box.
  - □ When mounting to a wall, the "UP" arrow must point upward.
  - □ When mounting to an eave, the "UP" arrow must point toward the building.
- □ Insert the small mounting bolt (FF) through the 1-2-Easy Connect™ (D) hole located below the threaded hole, and thread it into the center hole of the mounting bracket (GG). Tighten the bolt (FF) securely.
- □ Firmly pull on the 1-2-Easy Connect™ to verify it is securely attached to the mounting bracket.



### 5 Making the electrical connections

- □ Insert the junction box wires into the side of the terminal block and around the ground screw. Tighten terminal block screws using the mini-screwdriver (HH) and ground screw to secure the wires.
  - □ Insert the white wire from the junction box into the terminal marked "N (White)".
  - □ Insert the black wire from the junction box into the terminal marked "L (Black)".
  - □ Connect the bare or green ground wire from the junction box to the ground screw (marked with "GND").



### 6 Mounting the light fixture

**NOTICE:** The two pins on the rear of the light fixture must be inserted into the terminal block for the light to work.

- □ Align the bottom edge of the light fixture (B) with the bottom edge of the 1-2-Easy Connect™ (D). Tilt the light fixture (B) toward the 1-2-Easy Connect™ (D), making sure the light fixture (B) is centered on the 1-2-Easy Connect™ (D).
- □ Tighten the large mounting bolt (EE) securely through the center of the 1-2-Easy Connect™ (D). Do not overtighten.
- □ Push the rubber plug (AA) firmly into the mounting bolt hole on the light fixture (B).



6

## 7 Caulking around the light fixture



□ Caulk around the 1-2-Easy Connect™ (D) and mounting surface with silicone sealant (not included).

## Operation

## 1 Adjusting the lamp heads

 **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.

 **CAUTION:** Keep lamp heads 30° below horizontal to avoid water damage and electrical shock.

□ Turn the power on at the circuit breaker or fuse and turn on the wall switch.

□ If needed, gently grasp the lamp heads (A) and tilt them up or down or side to side to adjust the light coverage area.



## 2 Rotating the sensor controls downward

 **CAUTION:** To avoid water damage and risk of electrical shock, the motion sensor controls must be facing the ground when installation is complete.

□ Rotate the motion sensor (C) so the controls face toward the ground.



Please contact 1-866-308-3976 for further assistance.
Ex. M - Page 35 of 104

# Operation (continued)

# 3 Setting the sensor for testing

 **NOTE:** When the "ON-TIME" switch is set to the "TEST" position, the light fixture will operate during the day or night. The light will stay on for 8 seconds after all motion is stopped.

- □ Set the "ON-TIME" switch to the "TEST" position.
- □ Set the "DUALBRITE" switch to the "OFF" position.
- □ Slide the "SENS" switch to the "L" (low) position.

 **NOTE:** The motion sensor will need to completely warm up (60 seconds) before beginning the setup process.



# 4 Adjusting the motion sensor detection zone

- □ Perform a "walk test": walk in an arc across the front of the motion sensor (C).
- □ Watch the light. The light will come on and the red LED will flash indicating motion has been detected.
- □ Stop, wait for the light to turn off, and then begin walking again.
- □ Continue this process until the detection zone has been established.
- □ If needed, gently grasp the motion sensor (C) and move it from side to side or up and down to adjust the detection zone.



# 5 Adjusting the SENS switch

- □ To increase the detection zone, slide the "SENS" switch toward the "H" (high) position.
- □ To decrease the detection zone, slide the "SENS" switch toward the "L" (low) position.

 **NOTE:** The motion sensor (C) is more sensitive to motion moving across the front of the sensor. The motion sensor (C) is less sensitive to motion moving directly toward the front of the sensor.

 **NOTE:** The higher the "SENS" setting (sensitivity), the greater the possibility of false triggering. To reduce false triggering, slide the "SENS" switch toward the "L" (low) setting.



# 6 Adjusting the ON-TIME switch

 **NOTE:** The "ON-TIME" switch determines the amount of time the light will stay on full bright after all motion has stopped.

- □ Set the "ON-TIME" switch to the 1, 5, or 20 minute position.



Ex. M - Page 36 of 104

## 7 Adjusting the DUALBRITE switch

 **NOTE:** The "DUALBRITE" switch determines the amount of time the lights stay on at an accent level after sundown. Switching this setting to "OFF" will not affect the "ON-TIME" setting.

☐ Set the "DUALBRITE" switch to OFF, 3 hours, 6 hours, or dusk-to-dawn (sunset to sunrise).





## 8 Using manual mode

 **NOTE:** Manual mode overrides the motion sensor (C) and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor (C) will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

☐ To turn manual mode on, switch the light off at the wall switch for 1 to 3 seconds and then back on.

☐ To turn manual mode off, switch the light off at the wall switch for 1 to 3 seconds and then back on.

**NOTE:** If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



Turn the switch OFF for 1 to 3 seconds



Turn the switch back ON

Ex. M - Page 37 of 104

# Care and Cleaning

□ To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.

□ Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.

□ Do not spray the light fixture with a hose or power washer.

# Troubleshooting

| Problem | Possible Cause | Solution |
|---|---|---|
| The light will not come on. | □ The light switch is turned off. | □ Turn the light switch on. |
| | □ The fuse is blown or the circuit breaker is turned off. | □ Replace the fuse or turn the circuit breaker on. |
| | □ Daylight turn-off (photocell) is in effect. | □ Recheck after dark. |
| | □ The circuit wiring is incorrect (if this is a new installation). | □ Verify the wiring is correct. |
| | □ The motion sensor is aimed in the wrong direction. | □ Re-aim the motion sensor to cover the desired area. |
| | □ The outside air temperature is close to the same as a person's body heat. | □ Increase the "SENS" setting. |
| The light comes on during the day. | □ The motion sensor may be installed in a relatively dark location. | □ The light fixture is operating normally under these circumstances. |
| | □ The "ON-TIME" switch is in the "TEST" position. | □ Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | □ The motion sensor may be sensing small animals or automobile traffic. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The "SENS" switch is set too high. | □ Decrease the "SENS" setting. |
| | □ The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting. | □ The light fixture is operating normally under these circumstances. |
| | □ The outside temperature is much warmer or cooler than a person's body heat (summer or winter). | □ Decrease the "SENS" setting. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in the Dusk-to-Dawn setting. | □ The light fixture may be installed in a relatively dark location. | □ Relocate the light fixture or use the 3 hour or 6 hour setting. |

Ex. M - Page 38 of 104

# Troubleshooting (continued)

| Problem | Possible Cause | Solution |
|---|---|---|
| The lights stay on continuously. | □ The motion sensor may be picking up a heat source, such as an air vent, dryer vent, or brightly painted, heat-reflective surface. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in manual mode. | □ Switch the motion sensor to auto. See *Using manual mode* on page 9. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | □ The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | □ Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | □ Heat or light from the bulbs may be turning the motion sensor on and off. | □ Reposition the lamp heads away from the motion sensor. |
| | □ Heat is being reflected from other objects and may be turning the motion sensor on and off. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in "TEST" mode and warming up. | □ While in "TEST" mode, the light only stays on for 8 seconds. Set the "ON-TIME" switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | □ The motion sensor is detecting light from the lamp heads. | □ Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

Please contact 1-866-308-3976 for further assistance.
Ex. M - Page 39 of 104



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

Retain this manual for future use.

207909-01A

# DEFIANT®

# GUÍA PARA EL USO Y CUIDADO

## LUZ DE SEGURIDAD POR MOVIMIENTO



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

---

***GRACIAS***

*Agradecemos la fe y la confianza que usted ha depositado en Defiant al comprar esta luz de seguridad por movimiento. Procuramos crear continuamente productos de calidad diseñados para mejorar su hogar. Visítenos en internet para ver nuestra línea completa de productos disponibles que necesita para el mejoramiento de su hogar.*
*¡Gracias por escoger Defiant!*

# Contenido

**Contenido**................................................14
**Información de seguridad**......................14
**Garantía**...............................................14
   5 años de garantía limitada ...............14
**Antes de la instalación**.........................15
   Planificación de la Instalación .............15
   Especificaciones ..................................15

   Herramientas Requeridas ....................15
   Ferretería Incluida................................16
   Contenido del Paquete.........................16
**Instalación** ............................................17
**Operación**..............................................19
**Cuidado y limpieza** ................................22
**Análisis de averías** ................................22

# Información de seguridad

## PRECAUCIONES

- ☐ Por favor lea y entienda todo este manual antes de tratar de ensamblar, instalar u operar este aparato de luz.

- ☐ Esta lámpara requiere una fuente de alimentación de 20 voltios de CA.

- ☐ Algunos códigos exigen que la instalación la realice un electricista calificado.

- ☐ Este aparato de luz debe estar correctamente conectado a tierra.

- ☐ Para que opere correctamente, este aparato de luz debe ser:

- ☐ Esta lámpara debe ser instalada fuera de casa sobre una pared o aleros.

- ☐ Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.



**ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.



**ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.



**PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.



**PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.

**AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.

- ☐ CAN ICES-3 (B)/NMB-3(B)

- ☐ Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

# Garantía

## 5 AÑOS DE GARANTÍA LIMITADA

### LO QUE SE CUBRE

Se garantiza que este producto no tiene partes defectuosas de fábrica o de mano de obra por un período de 5 años desde la fecha de compra. Se necesita el recibo de compra para todos los reclamos de garantía.

### LO QUE NO SE CUBRE

Esta garantía no incluye el servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, o LEDs. Los servicios no autorizados o las modificaciones hechas al producto o a cualquier componente invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o gastos de envío. Esta garantía no se extiende a otros equipos o componentes que el consumidor usa junto con este producto.

Póngase en contacto con el personal de servicio al cliente al 1-866-308-3976 o visite el sitio www.homedepot.com.

Ex. M - Page 42 of 104

# Antes de la instalación

## PLANIFICACIÓN DE LA INSTALACIÓN

Antes de instalar el aparato de luz, esté seguro que estén todas las piezas. Compare las piezas con la *Ferretería incluida* y las secciones de *Contenidos del paquete*. Si cualquier pieza falta o está dañada, no intente ensamblar, instalar ni operar este aparato de luz.

Tiempo estimado para la instalación: 30 minutos

## ESPECIFICACIONES

| | |
|---|---|
| **Alcance** | Hasta 70 pies (21,3 m) (Varía con la temperatura circundante) |
| **Ángulo de detección** | Hasta 180° |
| **Carga eléctrica - DEL** | 25 Vatios |
| **Lúmenes** | 2050 |
| **Requisitos de la energía eléctrica** | 120 VCA, 60 Hz |
| **Fases de operación** | Prueba, activado por movimiento, manual |
| **Retardo de tiempo** | 1, 5, 20 minutos |
| **Temporizador DualBrite** | Apagado, 3 horas, 6 horas, del crepúsculo al amanecer |

## HERRAMIENTAS REQUERIDAS



Destornillador phillips

Destornillador de cabeza plana de 1/8 de pulgada

Peladores/cortadores de cables

Probador de circuitos

Guantes de trabajo

Sellador de silicona

Escalera

Gafas de seguridad

15                                    HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 43 of 104

# Antes de la instalación (continuación)

## FERRETERÍA INCLUIDA

📝 **NOTA:** La ferretería se muestra en su tamaño real



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| AA | Tapón de caucho | 1 |
| BB | Tornillo del soporte de montaje | 2 |
| CC | Tornillo del soporte de montaje | 2 |
| DD | Tornillo del soporte de montaje | 2 |
| EE | Tornillo grande de montaje (pre-instalado) | 1 |
| FF | Tornillo pequeño de montaje | 1 |
| GG | Soporte de montaje (no está a escala) | 1 |
| HH | Mini-destornillador | 1 |

## CONTENIDO DEL PAQUETE



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| A | Cabezal de lámpara | 2 |
| B | Artefacto de luz | 1 |
| C | Detector de movimiento | 1 |
| D | 1-2-Easy Connect™ (conexión rápida) | 1 |

Ex. M - Page 44 of 104

# Instalación

## 1 Determinación del sitio de montaje

 **NOTA:** Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

☐ Determine el sitio de montaje – pared o alero.

☐ Coloque los cabezales de la lámpara (A) en la dirección general de la cobertura de luz deseada.

☐ Si es necesario, gire el detector de movimiento (C) de modo que los controles miren hacia el suelo después de la instalación.



Montaje en pared

A    C

Montaje en alero

## 2 Retiro del 1-2-Easy Connect™

 **NOTA:** Este dispositivo viene con un 1-2-Easy Connect™ (D). Está premontado en la lámpara (B) para ser enviado.

 **NOTA:** El tornillo de fijación grande (EE) está pre-instalado en la lámpara (B). No trate de quitar el tornillo grande de montaje (EE).

☐ Quite el tornillo de fijación grande (EE) que conecta la lámpara (B) al 1-2-Easy Connect™ (D) y retire el 1-2-Easy Connect™ (D).



D

B

EE

## 3 Instalación del soporte de montaje

 ⚠ **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

 **NOTA:** Se incluyen seis tornillos de varios tamaños para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.

☐ Retire el aparato de luz existente.

☐ Instale el soporte de montaje (GG) con la palabra estampada "FRENTE" en dirección contraria a la caja de conexiones. Use los tornillos del soporte de montaje (BB, CC o DD) que mejor encajen con la caja de conexiones.

☐ Hale con firmeza el soporte de montaje para verificar que esté bien montado en la caja de conexiones. Si es necesario, use los tornillos que fueron retirados del aparato de luz anterior.



FRONT

GG

BB, CC, or DD

---

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 45 of 104

# Instalación (continuación)

## 4 Instalación del 1-2-Easy Connect™

- ☐ Pase los cables de la caja de conexiones por un agujero en el 1-2-Easy Connect™ (D).
- ☐ Coloque el 1-2-Easy Connect™ (D) contra la caja de conexiones.
  - ☐ Cuando la instale sobre una pared, la flecha "UP" (Hacia Arriba) debe apuntar hacia arriba.
  - ☐ Cuando la instale sobre un alero, la flecha "UP" (Hacia Arriba) debe apuntar hacia el edificio.
- ☐ Inserte el perno de montaje pequeño (FF) por el orificio del 1-2-Easy Connect™ (D) situado por debajo del orificio roscado, y enrósquelo en el orificio central del soporte de montaje (GG). Apriete el perno (FF) de forma segura.
- ☐ Hale firmemente del 1-2-Easy Connect™ para verificar que está correctamente conectado al soporte de montaje.



## 5 Cómo hacer las conexiones eléctricas

- ☐ Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra. Apriete los tornillos del bloque de terminales utilizando el mini-destornillador (HH) y el tornillo de tierra para asegurar los cables.
  - ☐ Inserte el cable blanco de la caja de conexiones en el terminal marcado "N (White)".
  - ☐ Inserte el cable negro de la caja de conexiones en el terminal marcado "L (Black)".
  - ☐ Conecte el alambre desnudo o verde de tierra de la caja de conexiones al tornillo de tierra (marcado con "GND").



## 6 Montaje del aparato de luz

**AVISO:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.

- ☐ Alinee el borde inferior de la lámpara (B) con el borde inferior del 1-2-Easy Connect™ (D). Incline la lámpara (B) hacia el 1-2-Easy Connect™ (D) asegurándose de que la lámpara (B) se centre en el 1-2-Easy Connect™ (D).
- ☐ Apriete el tornillo de fijación grande (EE) de forma segura a través del centro del 1-2-Easy Connect™ (D). No apriete excesivamente.
- ☐ Empuje con fuerza el tapón de caucho (AA) en el orificio del perno de montaje de la lámpara (B).



Ex. M - Page 46 of 104

## 7 Calafatee alrededor del aparato de luz



☐ Calafatee alrededor del 1-2-Easy Connect™ (D) y de la superficie de montaje con un sellador de silicona contra la intemperie (no incluido).

# Operación

## 1 Ajuste de los cabezales de la lámpara

 **ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.

 **PRECAUCIÓN:** Mantenga los cabezales de la lámpara 30° debajo de la línea horizontal para evitar daños por agua y descargas eléctricas.

☐ Conecte la energía eléctrica en el disyuntor o en el fusible y encienda el interruptor de la pared.

☐ Si es necesario, sujete suavemente los cabezales de la lámpara (A) e inclínelos hacia arriba o hacia abajo o de lado a lado para ajustar el área de cobertura de la luz.



## 2 Giro hacia abajo de los controles del detector

 **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

☐ Gire el detector de movimiento (C) de manera que los controles estén orientados hacia suelo.



## Operación (continuación)

### 3 Calibración del detector para prueba

 **NOTA:** Cuando el interruptor de "DURACIÓN" ("ON-TIME") se fija en la posición "PRUEBA" ("TEST") el aparato de luz operará durante el día o la noche. La luz permanecerá encendida 8 segundos después que todo movimiento se ha detenido.

- □ Fije el interruptor de "DURACIÓN" en la posición "PRUEBA ("TEST").
- □ Fije el interruptor "DUALBRITE" en la posición "APAGADO" ("OFF").
- □ Deslice el interruptor "SENS" a la posición "L" (baja).

 **NOTA:** El detector de movimiento necesitará calentarse completamente (60 segundos) antes de empezar el proceso de puesta a punto.



### 4 Regulación de la zona de detección del detector de movimiento

- □ Haga una "prueba caminando": camine transversalmente a la parte frontal del detector de movimiento (C) siguiendo la trayectoria de un arco.
- □ Observe la luz. La luz se encenderá y el LED rojo destellará indicando que se ha detectado movimiento.
- □ Deténgase, espere que la luz se apague, y luego empiece a caminar de nuevo.
- □ Continúe este proceso hasta que la zona de detección haya sido establecida.
- □ Si es necesario, sujete suavemente el detector de movimiento (C) y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.



### 5 Ajuste del interruptor SENS

- □ Para aumentar la zona de detección, deslice el interruptor "SENS" hacia la posición "H" (alta).
- □ Para disminuir la zona de detección, deslice el interruptor "SENS" hacia la posición "L" (baja).

 **NOTA:** El detector de movimiento (C) es más sensible al movimiento transversal a la parte frontal del detector. El detector de movimiento (C) es menos sensible al movimiento que se dirige directamente hacia la parte frontal del detector.

 **NOTA:** Mientras mayor sea la calibración del "SENS" (sensibilidad), mayor será la posibilidad de falsas alarmas. Para reducir las falsas alarmas, deslice el interruptor "SENS" hacia el ajuste "L" (baja).



### 6 Regulación del interruptor de DURACIÓN

 **NOTA:** El interruptor de DURACIÓN determina el lapso de tiempo que la luz permanece encendida con todo su brillo luego que ha cesado el movimiento.

- □ Coloque el interruptor de DURACIÓN en la posición 1, 5 o 20 minutos.



Ex. M - Page 48 of 104

# 7 Regulación del interruptor DUALBRITE



**NOTA:** El interruptor DUALBRITE determina el lapso de tiempo que la luz permanece encendida con un nivel de luz reducido luego de la puesta del sol. Cambiando esta calibración a "OFF" ("DESCONECTADO") no quedará afectada la calibración de la DURACIÓN.

☐ Coloque el interruptor "DUALBRITE" en APAGADO (OFF), 3 horas, 6 horas o del crepúsculo al amanecer (de la puesta a la salida del sol).



# 8 Uso del la fase manual



**NOTA:** La fase manual anula el detector de movimiento (C) y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento (C) se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

☐ Para encender la fase manual, apague la luz con el interruptor de pared entre 1 a 3 segundos y luego vuelva a encenderla.

☐ Para apagar la fase manual, apague la luz con el interruptor de pared entre 1 a 3 segundos y luego vuelva a encenderla.



**NOTA:** Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.



Apague el interruptor entre 1 a 3 segundos



Vuelva a encender el interruptor

---

21                                        HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 49 of 104

# Cuidado y limpieza

□ Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.

□ No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.

□ No rocíe la lámpara con una manguera o lavadora a presión.

# Análisis de averías

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz no se enciende. | □ El interruptor de la luz está apagado. | □ Encienda el interruptor de la luz. |
| | □ El fusible está quemado o el disyuntor está desconectado. | □ Cambie el fusible o conecte el disyuntor. |
| | □ El apagado de la luz diurna (fotocélula) está vigente. | □ Vuelva a revisar al amanecer. |
| | □ El cableado del circuito es incorrecto (si esta es una instalación nueva). | □ Verifique que el cableado esté correcto. |
| | □ El detector de movimiento está enfocando a la dirección incorrecta. | □ Vuelva a enfocar el detector de movimiento para que cubra el área deseada. |
| | □ La temperatura del aire exterior está cercana al calor corporal de una persona. | □ Aumente la calibración del alcance ("SENS"). |
| La luz se enciende durante el día. | □ El detector de movimiento puede estar instalado en un sitio relativamente oscuro. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | □ Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | □ El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El interruptor "SENS" está fijado demasiado alto. | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | □ El aparato de luz puede estar instalado en un sitio relativamente oscuro. | □ Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |

22

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|----------|----------------|----------|
| Las luces permanecen encendidas constantemente. | □ El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase manual. | □ Cambie el detector de movimiento a automático. Vea *Uso de la fase manual* en la página 21. |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | □ El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | □ Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | □ El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento. | □ Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento. |
| | □ El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | □ Mientras está en la fase PRUEBA, la luz sólo queda encendida por 8 segundos. Fije el interruptor "ON-TIME" para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | □ El detector de movimiento está detectando luz de los cabezales de la lámpara. | □ Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 51 of 104

# DEFIANT®

¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

Guarde este manual para uso futuro.



# USE AND CARE GUIDE

## MOTION SECURITY LIGHT



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

***THANK YOU***

*We appreciate the trust and confidence you have placed in Defiant through the purchase of this motion security light.*
*We strive to continually create quality products designed to enhance your home. Visit us online to see our full line of*
*products available for your home improvement needs. Thank you for choosing Defiant!*

# Table of Contents

Table of Contents............................................2
Safety Information........................................2
Warranty ......................................................2
   5-Year Limited Warranty ....................2
Pre-Installation...........................................3
   Planning Installation .............................3
   Specifications .......................................3

Tools Required .........................................3
Hardware Included....................................4
Package Contents ....................................4
Installation....................................................5
Operation.......................................................7
Care and Cleaning ...................................10
Troubleshooting ......................................10

# Safety Information

## PRECAUTIONS

- ☐ Please read and understand this entire manual before attempting to assemble, install, or operate this light fixture.

- ☐ This light fixture requires a 120-Volt AC power source.

- ☐ Some codes require installation by a qualified electrician.

- ☐ This light fixture must be properly grounded.

- ☐ This light fixture should be installed outdoors to a wall or eave.

- ☐ The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

 **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.

 **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.

 **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.

**NOTICE:** Do not connect this light fixture to a dimmer switch or timer.

- ☐ This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

- ☐ CAN ICES-005 (B)/NMB-005 (B)

# Warranty

## 5-YEAR LIMITED WARRANTY

### WHAT IS COVERED

This product is guaranteed to be free of factory defective parts and workmanship for a period of 5 years from date of purchase. Purchase receipt is required for all warranty claims.

### WHAT IS NOT COVERED

This guarantee does not include repair service, adjustment and calibration due to misuse, abuse or negligence, or LEDs. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges. This warranty is not extended to other equipment and components that a customer uses in conjunction with this product.

Contact the Customer Service Team at 1-866-308-3976 or visit www.homedepot.com.

# Pre-Installation

## PLANNING INSTALLATION

Before installing the light fixture, ensure that all parts are present. Compare parts with the *Hardware Included* and *Package Contents* sections. If any part is missing or damaged, do not attempt to assemble, install, or operate this light fixture.

Estimated installation time: 30 minutes

## SPECIFICATIONS

| Range | Up to 70 ft. (21.3 m) (Varies with surrounding temperature) |
|---|---|
| Sensing angle | Up to 270° |
| Electrical load - LED | 29 Watts |
| Lumens | 2450 |
| Power requirements | 120 VAC, 60 Hz |
| Operating modes | Test, Motion activated, Manual |
| Time delay | 1, 5, 20 minutes |
| DualBrite timer | Off, 3 hours, 6 hours, dusk-to-dawn |

## TOOLS REQUIRED



Phillips screwdriver

1/8 in. Flathead screwdriver

Wire strippers/cutters

Circuit tester

Work gloves

Silicone sealant

Ladder

Safety goggles

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 55 of 104

# Pre-Installation (continued)

## HARDWARE INCLUDED

📷 **NOTE:** Hardware shown to actual size.



| Part | Description | Quantity |
|------|-------------|----------|
| AA | Rubber plug | 1 |
| BB | Mounting bracket screw | 2 |
| CC | Mounting bracket screw | 2 |
| DD | Mounting bracket screw | 2 |
| EE | Large mounting bolt (pre-installed) | 1 |
| FF | Small mounting bolt | 1 |
| GG | Mounting bracket (not to scale) | 1 |
| HH | Mini screwdriver | 1 |

## PACKAGE CONTENTS



| Part | Description | Quantity |
|------|-------------|----------|
| A | Lamp head | 3 |
| B | Light fixture | 1 |
| C | Motion sensor | 1 |
| D | Mounting plate | 1 |

4

Ex. M - Page 56 of 104

## Installation

# 1 Determining the mounting location

 **NOTE:** The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

☐ Determine the mounting location – wall or eave mount.

☐ Position the lamp heads (A) in the general direction of the desired light coverage.

☐ If needed, rotate the motion sensor (C) so the controls face the ground after installation.



Wall Mount

Eave Mount



# 2 Removing the mounting plate

 **NOTE:** This fixture comes with a mounting plate (D). It is pre-assembled on the light fixture (B) for shipping.

 **NOTE:** The large mounting bolt (EE) is pre-installed in the light fixture (B). Do not attempt to remove the large mounting bolt (EE).

☐ Unscrew the large mounting bolt (EE) connecting the light fixture (B) to the mounting plate (D) and remove the mounting plate (D).



# 3 Installing the mounting bracket

 **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **NOTE:** Six mounting bracket screws of various sizes are included. The installation will only require two. Discard the unused mounting bracket screws after installation.

☐ Remove the existing light fixture.

☐ Install the mounting bracket (GG) with the stamped word "FRONT" facing away from the junction box. Use the mounting bracket screws (BB, CC, or DD) that best fit the junction box.

☐ Firmly pull on the mounting bracket to verify it is securely mounted to the junction box. If necessary, use the screws that were removed from the existing light fixture.



Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 57 of 104

# 4 Installing the mounting plate

- □ Route the junction box wires through the hole in the mounting plate (D).
- □ Place the mounting plate (D) against the junction box.
  - □ When mounting to a wall, the "UP" arrow must point upward.
  - □ When mounting to an eave, the "UP" arrow must point toward the building.
- □ Insert the small mounting bolt (FF) through the mounting plate (D) hole located below the threaded hole, and thread it into the center hole of the mounting bracket (GG). Tighten the bolt (FF) securely.
- □ Firmly pull on the mounting plate (D) to verify it is securely attached to the mounting bracket (GG).



# 5 Making the electrical connections

- □ Insert the junction box wires into the side of the terminal block and around the ground screw. Tighten terminal block screws using the mini-screwdriver (HH) and ground screw to secure the wires.
  - □ Insert the white wire from the junction box into the terminal marked "N (White)".
  - □ Insert the black wire from the junction box into the terminal marked "L (Black)".
  - □ Connect the bare or green ground wire from the junction box to the ground screw (marked with "GND").



# 6 Mounting the light fixture

**NOTICE:** The two pins on the rear of the light fixture must be inserted into the terminal block for the light to work.

- □ Align the bottom edge of the light fixture (B) with the bottom edge of the mounting plate (D). Tilt the light fixture (B) toward the mounting plate (D), making sure the light fixture (B) is centered on the mounting plate (D).
- □ Tighten the large mounting bolt (EE) securely through the center of the mounting plate (D). Do not overtighten.
- □ Push the rubber plug (AA) firmly into the mounting bolt hole on the light fixture (B).



Ex. M - Page 58 of 104

## Installation (continued)



# 7 Caulking around the light fixture



⚠ **CAUTION:** Failure to completely caulk around the light fixture's mounting plate (D) could result in water seepage into the light fixture (B) and/or junction box.

□ Caulk around the mounting plate (D) and mounting surface with silicone sealant (not included).

## Operation

# 1 Adjusting the lamp heads



⚠ **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.

⚠ **CAUTION:** Keep lamp heads 30° below horizontal to avoid water damage and electrical shock.

□ Turn the power on at the circuit breaker or fuse and turn on the wall switch.
□ If needed, gently grasp the lamp heads (A) and tilt them up or down or side to side to adjust the light coverage area.



# 2 Rotating the sensor controls downward



⚠ **CAUTION:** To avoid water damage and risk of electrical shock, the motion sensor controls must be facing the ground when installation is complete.

□ Rotate the motion sensor (C) so the controls face toward the ground.



Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 59 of 104

# Operation (continued)

## 3 Setting the sensor for testing

 **NOTE:** When the "ON-TIME" switch is set to the "TEST" position, the light fixture will operate during the day or night. The light will stay on for 8 seconds after all motion is stopped.

- □ Set the "ON-TIME" switch to the "TEST" position.
- □ Set the "DUALBRITE" switch to the "OFF" position.
- □ Slide the "SENS" switch to the "L" (low) position.

 **NOTE:** The motion sensor will need to completely warm up (60 seconds) before beginning the setup process.



## 4 Adjusting the motion sensor detection zone

- □ Perform a "walk test": walk in an arc across the front of the motion sensor (C).
- □ Watch the light. The light will come on and the red LED will flash indicating motion has been detected.
- □ Stop, wait for the light to turn off, and then begin walking again.
- □ Continue this process until the detection zone has been established.
- □ If needed, gently grasp the motion sensor (C) and move it from side to side or up and down to adjust the detection zone.



## 5 Adjusting the SENS switch

- □ To increase the detection zone, slide the "SENS" switch toward the "H" (high) position.
- □ To decrease the detection zone, slide the "SENS" switch toward the "L" (low) position.

 **NOTE:** The motion sensor (C) is more sensitive to motion moving across the front of the sensor. The motion sensor (C) is less sensitive to motion moving directly toward the front of the sensor.

 **NOTE:** The higher the "SENS" setting (sensitivity), the greater the possibility of false triggering. To reduce false triggering, slide the "SENS" switch toward the "L" (low) setting.



## 6 Adjusting the ON-TIME switch

 **NOTE:** The "ON-TIME" switch determines the amount of time the light will stay on full bright after all motion has stopped.

- □ Set the "ON-TIME" switch to the 1, 5, or 20 minute position.



Ex. M - Page 60 of 104

# Operation (continued)

## 7 Adjusting the DUALBRITE switch

 **NOTE:** The "DUALBRITE" switch determines the amount of time the lights stay on at an accent level after sundown. Switching this setting to "OFF" will not affect the "ON-TIME" setting.

☐ Set the "DUALBRITE" switch to OFF, 3 hours, 6 hours, or dusk-to-dawn (sunset to sunrise).



## 8 Using manual mode

 **NOTE:** Manual mode overrides the motion sensor (C) and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor (C) will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

☐ To turn manual mode on, switch the light off at the wall switch for 1 to 3 seconds and then back on.

☐ To turn manual mode off, switch the light off at the wall switch for 1 to 3 seconds and then back on.

**NOTE:** If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



Turn the switch OFF for 1 to 3 seconds



Turn the switch back ON

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 61 of 104

# Care and Cleaning

- □ To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.
- □ Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.
- □ Do not spray the light fixture with a hose or power washer.

# Troubleshooting

| Problem | Possible Cause | Solution |
|---|---|---|
| The light will not come on. | □ The light switch is turned off. | □ Turn the light switch on. |
| | □ The fuse is blown or the circuit breaker is turned off. | □ Replace the fuse or turn the circuit breaker on. |
| | □ Daylight turn-off (photocell) is in effect. | □ Recheck after dark. |
| | □ The circuit wiring is incorrect (if this is a new installation). | □ Verify the wiring is correct. |
| | □ The motion sensor is aimed in the wrong direction. | □ Re-aim the motion sensor to cover the desired area. |
| | □ The outside air temperature is close to the same as a person's body heat. | □ Increase the "SENS" setting. |
| The light comes on during the day. | □ The motion sensor may be installed in a relatively dark location. | □ The light fixture is operating normally under these circumstances. |
| | □ The "ON-TIME" switch is in the "TEST" position. | □ Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | □ The motion sensor may be sensing small animals or automobile traffic. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The "SENS" switch is set too high. | □ Decrease the "SENS" setting. |
| | □ The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting. | □ The light fixture is operating normally under these circumstances. |
| | □ The outside temperature is much warmer or cooler than a person's body heat (summer or winter). | □ Decrease the "SENS" setting. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in the Dusk-to-Dawn setting. | □ The light fixture may be installed in a relatively dark location. | □ Relocate the light fixture or use the 3 hour or 6 hour setting. |

Ex. M - Page 62 of 104

# Troubleshooting (continued)

| Problem | Possible Cause | Solution |
|---|---|---|
| The lights stay on continuously. | ☐ The motion sensor may be picking up a heat source, such as an air vent, dryer vent, or brightly painted, heat-reflective surface. | ☐ Decrease the "SENS" setting or reposition the motion sensor. |
| | ☐ The motion sensor is in manual mode. | ☐ Switch the motion sensor to auto. See *Using manual mode* on page 9. |
| | ☐ The light fixture is wired through a dimmer or timer. | ☐ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | ☐ The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | ☐ Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | ☐ Heat or light from the bulbs may be turning the motion sensor on and off. | ☐ Reposition the lamp heads away from the motion sensor. |
| | ☐ Heat is being reflected from other objects and may be turning the motion sensor on and off. | ☐ Decrease the "SENS" setting or reposition the motion sensor. |
| | ☐ The motion sensor is in "TEST" mode and warming up. | ☐ While in "TEST" mode, the light only stays on for 8 seconds. Set the "ON-TIME" switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | ☐ The motion sensor is detecting light from the lamp heads. | ☐ Reposition the lamp heads to keep the area below the motion sensor relatively dark. |



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

Retain this manual for future use.

207911-03A

# GUÍA PARA EL USO Y CUIDADO

## LUZ DE SEGURIDAD POR MOVIMIENTO



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

---

***GRACIAS***

*Agradecemos la fe y la confianza que usted ha depositado en Defiant al comprar esta luz de seguridad por movimiento. Procuramos crear continuamente productos de calidad diseñados para mejorar su hogar. Visítenos en internet para ver nuestra línea completa de productos disponibles que necesita para el mejoramiento de su hogar.*
*¡Gracias por escoger Defiant!*

# Contenido

Contenido..............................................14

Información de seguridad ....................14

Garantía.................................................14
   5 años de garantía limitada .................14

Antes de la instalación.........................15
   Planificación de la Instalación .............15
   Especificaciones ...................................15

Herramientas Requeridas ....................15
   Ferretería Incluida.................................16
   Contenido del Paquete..........................16

Instalación ............................................17

Operación...............................................19

Cuidado y limpieza ...............................22

Análisis de averías ...............................22

# Información de seguridad

## PRECAUCIONES

☐ Por favor lea y entienda todo este manual antes de tratar de ensamblar, instalar u operar este aparato de luz.

☐ Esta lámpara requiere una fuente de alimentación de 20 voltios de CA.

☐ Algunos códigos exigen que la instalación la realice un electricista calificado.

☐ Este aparato de luz debe estar correctamente conectado a tierra.

☐ Para que opere correctamente, este aparato de luz debe ser:

☐ Esta lámpara debe ser instalada fuera de casa sobre una pared o aleros.

☐ Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.



**ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.



**ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.



**PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.



**PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.

**AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.

☐ CAN ICES-005 (B)/NMB-005 (B)

☐ Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

# Garantía

## 5 AÑOS DE GARANTÍA LIMITADA

### LO QUE SE CUBRE

Se garantiza que este producto no tiene partes defectuosas de fábrica o de mano de obra por un período de 5 años desde la fecha de compra. Se necesita el recibo de compra para todos los reclamos de garantía.

### LO QUE NO SE CUBRE

Esta garantía no incluye el servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, o LEDs. Los servicios no autorizados o las modificaciones hechas al producto o a cualquier componente invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o gastos de envío. Esta garantía no se extiende a otros equipos o componentes que el consumidor usa junto con este producto.

Póngase en contacto con el personal de servicio al cliente al 1-866-308-3976 o visite el sitio www.homedepot.com.

Ex. M - Page 66 of 104

# Antes de la instalación

## PLANIFICACIÓN DE LA INSTALACIÓN

Antes de instalar el aparato de luz, esté seguro que estén todas las piezas. Compare las piezas con la *Ferretería incluida* y las secciones de *Contenidos del paquete*. Si cualquier pieza falta o está dañada, no intente ensamblar, instalar ni operar este aparato de luz.

Tiempo estimado para la instalación: 30 minutos

## ESPECIFICACIONES

| Alcance | Hasta 70 pies (21,3 m) (Varía con la temperatura circundante) |
| --- | --- |
| Ángulo de detección | Hasta 270° |
| Carga eléctrica - DEL | 29 Vatios |
| Lúmenes | 2450 |
| Requisitos de la energía eléctrica | 120 VCA, 60 Hz |
| Fases de operación | Prueba, activado por movimiento, manual |
| Retardo de tiempo | 1, 5, 20 minutos |
| Temporizador DualBrite | Apagado, 3 horas, 6 horas, del crepúsculo al amanecer |

## HERRAMIENTAS REQUERIDAS



Destornillador phillips

Destornillador de cabeza plana de 1/8 de pulgada

Peladores/ cortadores de cables

Probador de circuitos

Guantes de trabajo

Sellador de silicona

Escalera

Gafas de seguridad

15     HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 67 of 104

# Antes de la instalación (continuación)

## FERRETERÍA INCLUIDA

📝 **NOTA:** La ferretería se muestra en su tamaño real



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| AA | Tapón de caucho | 1 |
| BB | Tornillo del soporte de montaje | 2 |
| CC | Tornillo del soporte de montaje | 2 |
| DD | Tornillo del soporte de montaje | 2 |
| EE | Tornillo grande de montaje (pre-instalado) | 1 |
| FF | Tornillo pequeño de montaje | 1 |
| GG | Soporte de montaje (no está a escala) | 1 |
| HH | Mini-destornillador | 1 |

## CONTENIDO DEL PAQUETE



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| A | Cabezal de lámpara | 3 |
| B | Artefacto de luz | 1 |
| C | Detector de movimiento | 1 |
| D | Placa de montaje | 1 |

Ex. M - Page 68 of 104

# Instalación

## 1 Determinación del sitio de montaje



> **NOTA:** Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

☐ Determine el sitio de montaje – pared o alero.

☐ Coloque los cabezales de la lámpara (A) en la dirección general de la cobertura de luz deseada.

☐ Si es necesario, gire el detector de movimiento (C) de modo que los controles miren hacia el suelo después de la instalación.



Montaje en pared

Montaje en alero

## 2 Remoción de la placa de montaje



> **NOTA:** El aparato viene con una placa de montaje (D). Está premontado en la lámpara (B) para ser enviado.



> **NOTA:** El tornillo de fijación grande (EE) está pre-instalado en la lámpara (B). No trate de quitar el tornillo grande de montaje (EE).

☐ Desenrosque el tornillo grande de montaje (EE) que conecta la lámpara (B) a la placa de montaje (D) y retire la placa de montaje (D).



## 3 Instalación del soporte de montaje



> **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.



> **NOTA:** Se incluyen seis tornillos de varios tamaños para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.

☐ Retire el aparato de luz existente.

☐ Instale el soporte de montaje (GG) con la palabra estampada "FRENTE" en dirección contraria a la caja de conexiones. Use los tornillos del soporte de montaje (BB, CC o DD) que mejor encajen con la caja de conexiones.

☐ Hale con firmeza el soporte de montaje para verificar que esté bien montado en la caja de conexiones. Si es necesario, use los tornillos que fueron retirados del aparato de luz anterior.



---

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 69 of 104

# Instalación (continuación)

## 4 Instalación de la placa de montaje

- ☐ Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (D).
- ☐ Coloque la placa de montaje (D) contra la caja de conexiones.
  - ☐ Cuando la instale sobre una pared, la flecha "UP" (Hacia Arriba) debe apuntar hacia arriba.
  - ☐ Cuando la instale sobre un alero, la flecha "UP" (Hacia Arriba) debe apuntar hacia el edificio.
- ☐ Inserte el tornillo pequeño de montaje (FF) por el agujero de la placa de montaje (D) situado debajo del agujero roscado, y enrósquelo en el agujero central del soporte de montaje (GG). Apriete el perno (FF) de forma segura.
- ☐ Hale firmemente de la placa de montaje (D) para verificar que esté bien sujeta al soporte de montaje (GG).



## 5 Cómo hacer las conexiones eléctricas

- ☐ Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra. Apriete los tornillos del bloque de terminales utilizando el mini-destornillador (HH) y el tornillo de tierra para asegurar los cables.
  - ☐ Inserte el cable blanco de la caja de conexiones en el terminal marcado "N (White)".
  - ☐ Inserte el cable negro de la caja de conexiones en el terminal marcado "L (Black)".
  - ☐ Conecte el alambre desnudo o verde de tierra de la caja de conexiones al tornillo de tierra (marcado con "GND").



## 6 Montaje del aparato de luz

**AVISO:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.

- ☐ Alinee el borde inferior de la lámpara (B) con el borde inferior de la placa de montaje (D). Incline la lámpara (B) hacia la placa de montaje (D), asegurándose de que la lámpara (B) esté centrada en la placa de montaje (D).
- ☐ Apriete el tornillo grande de montaje (EE) en forma segura por el centro de la placa de montaje (D). No apriete excesivamente.
- ☐ Empuje con fuerza el tapón de caucho (AA) en el orificio del perno de montaje de la lámpara (B).



Ex. M - Page 70 of 104

# Instalación (continuación)

## 7 Calafatee alrededor del aparato de luz

⚠️ **PRECAUCIÓN:** No calafatear por completo alrededor de la placa de montaje (D) de la lámpara puede resultar en la filtración del agua en la lámpara (B) y / o la caja de conexiones.



☐ Calafatee alrededor de la placa de montaje (D) y de la superficie de montaje con un sellador de silicona (no incluido).

# Operación

## 1 Ajuste de los cabezales de la lámpara

⚠️ **ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.

⚠️ **PRECAUCIÓN:** Mantenga los cabezales de la lámpara 30° debajo de la línea horizontal para evitar daños por agua y descargas eléctricas.

☐ Conecte la energía eléctrica en el disyuntor o en el fusible y encienda el interruptor de la pared.

☐ Si es necesario, sujete suavemente los cabezales de la lámpara (A) e inclínelos hacia arriba o hacia abajo o de lado a lado para ajustar el área de cobertura de la luz.



## 2 Giro hacia abajo de los controles del detector

⚠️ **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

☐ Gire el detector de movimiento (C) de manera que los controles estén orientados hacia suelo.



Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 71 of 104

## Operación (continuación)

### 3 Calibración del detector para prueba

 **NOTA:** Cuando el interruptor de "DURACIÓN" ("ON-TIME") se fija en la posición "PRUEBA" ("TEST") el aparato de luz operará durante el día o la noche. La luz permanecerá encendida 8 segundos después que todo movimiento se ha detenido.

☐ Fije el interruptor de "DURACIÓN" en la posición "PRUEBA ("TEST").

☐ Fije el interruptor "DUALBRITE" en la posición "APAGADO" ("OFF").

☐ Deslice el interruptor "SENS" a la posición "L" (baja).

 **NOTA:** El detector de movimiento necesitará calentarse completamente (60 segundos) antes de empezar el proceso de puesta a punto.



### 4 Regulación de la zona de detección del detector de movimiento

☐ Haga una "prueba caminando": camine transversalmente a la parte frontal del detector de movimiento (C) siguiendo la trayectoria de un arco.

☐ Observe la luz. La luz se encenderá y el LED rojo destellará indicando que se ha detectado movimiento.

☐ Deténgase, espere que la luz se apague, y luego empiece a caminar de nuevo.

☐ Continúe este proceso hasta que la zona de detección haya sido establecida.

☐ Si es necesario, sujete suavemente el detector de movimiento (C) y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.



### 5 Ajuste del interruptor SENS

☐ Para aumentar la zona de detección, deslice el interruptor "SENS" hacia la posición "H" (alta).

☐ Para disminuir la zona de detección, deslice el interruptor "SENS" hacia la posición "L" (baja).

 **NOTA:** El detector de movimiento (C) es más sensible al movimiento transversal a la parte frontal del detector. El detector de movimiento (C) es menos sensible al movimiento que se dirige directamente hacia la parte frontal del detector.

 **NOTA:** Mientras mayor sea la calibración del "SENS" (sensibilidad), mayor será la posibilidad de falsas alarmas. Para reducir las falsas alarmas, deslice el interruptor "SENS" hacia el ajuste "L" (baja).



### 6 Regulación del interruptor de DURACIÓN

 **NOTA:** El interruptor de DURACIÓN determina el lapso de tiempo que la luz permanece encendida con todo su brillo luego que ha cesado el movimiento.

☐ Coloque el interruptor de DURACIÓN en la posición 1, 5 o 20 minutos.



Ex. M - Page 72 of 104

## 7 Regulación del interruptor DUALBRITE



**NOTA:** El interruptor DUALBRITE determina el lapso de tiempo que la luz permanece encendida con un nivel de luz reducido luego de la puesta del sol. Cambiando esta calibración a "OFF" ("DESCONECTADO") no quedará afectada la calibración de la DURACIÓN.

□ Coloque el interruptor "DUALBRITE" en APAGADO (OFF), 3 horas, 6 horas o del crepúsculo al amanecer (de la puesta a la salida del sol).



## 8 Uso del la fase manual



**NOTA:** La fase manual anula el detector de movimiento (C) y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento (C) se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

□ Para encender la fase manual, apague la luz con el interruptor de pared entre 1 a 3 segundos y luego vuelva a encenderla.

□ Para apagar la fase manual, apague la luz con el interruptor de pared entre 1 a 3 segundos y luego vuelva a encenderla.



**NOTA:** Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.



Apague el interruptor entre 1 a 3 segundos



Vuelva a encender el interruptor

21     HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 73 of 104

# Cuidado y limpieza

□ Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.

□ No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.

□ No rocíe la lámpara con una manguera o lavadora a presión.

# Análisis de averías

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz no se enciende. | □ El interruptor de la luz está apagado. | □ Encienda el interruptor de la luz. |
| | □ El fusible está quemado o el disyuntor está desconectado. | □ Cambie el fusible o conecte el disyuntor. |
| | □ El apagado de la luz diurna (fotocélula) está vigente. | □ Vuelva a revisar al amanecer. |
| | □ El cableado del circuito es incorrecto (si esta es una instalación nueva). | □ Verifique que el cableado esté correcto. |
| | □ El detector de movimiento está enfocando a la dirección incorrecta. | □ Vuelva a enfocar el detector de movimiento para que cubra el área deseada. |
| | □ La temperatura del aire exterior está cercana al calor corporal de una persona. | □ Aumente la calibración del alcance ("SENS"). |
| La luz se enciende durante el día. | □ El detector de movimiento puede estar instalado en un sitio relativamente oscuro. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | □ Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | □ El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El interruptor "SENS" está fijado demasiado alto. | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | □ El aparato de luz puede estar instalado en un sitio relativamente oscuro. | □ Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|----------|----------------|----------|
| Las luces permanecen encendidas constantemente. | □ El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase manual. | □ Cambie el detector de movimiento a automático. Vea *Uso de la fase manual* en la página 21. |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | □ El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | □ Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | □ El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento. | □ Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento. |
| | □ El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | □ Mientras está en la fase PRUEBA, la luz sólo queda encendida por 8 segundos. Fije el interruptor "ON-TIME" para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | □ El detector de movimiento está detectando luz de los cabezales de la lámpara. | □ Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 75 of 104



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

Guarde este manual para uso futuro.

207911-03A


# USE AND CARE GUIDE

## MOTION SECURITY LIGHT



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

---

*THANK YOU*
*We appreciate the trust and confidence you have placed in Defiant through the purchase of this motion security light.*
*We strive to continually create quality products designed to enhance your home. Visit us online to see our full line of products available for your home improvement needs. Thank you for choosing Defiant!*

# Table of Contents

Table of Contents............................2
Safety Information............................2
Warranty............................2
   5-Year Limited Warranty .................2
Pre-Installation............................3
   Planning Installation ...............3
   Specifications.......................3

Tools Required .........................3
Hardware Included...............................4
Package Contents .................................4
Installation............................5
Operation.................................7
Care and Cleaning .................................11
Troubleshooting .......................11

# Safety Information

## PRECAUTIONS

- □ Please read and understand this entire manual before attempting to assemble, install, or operate this light fixture.
- □ This light fixture requires a 120-Volt AC power source.
- □ Some codes require installation by a qualified electrician.
- □ This light fixture must be properly grounded.
- □ This light fixture should be installed outdoors to a wall or eave.
- □ The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

 **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.

 **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.

- □ This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.
- □ CAN ICES-3 (B)/NMB-3(B)

# Warranty

## 5-YEAR LIMITED WARRANTY

### WHAT IS COVERED

This product is guaranteed to be free of factory defective parts and workmanship for a period of 5 years from date of purchase. Purchase receipt is required for all warranty claims.

### WHAT IS NOT COVERED

This guarantee does not include repair service, adjustment and calibration due to misuse, abuse or negligence, or LEDs. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges. This warranty is not extended to other equipment and components that a customer uses in conjunction with this product.

Contact the Customer Service Team at 1-866-308-3976 or visit www.homedepot.com.

Ex. M - Page 78 of 104

# Pre-Installation

## PLANNING INSTALLATION

Before installing the light fixture, ensure that all parts are present. Compare parts with the *Hardware Included* and *Package Contents* sections. If any part is missing or damaged, do not attempt to assemble, install, or operate this light fixture.

Estimated installation time: 30 minutes

## SPECIFICATIONS

| Range | Up to 70 ft. (21.3 m) (Varies with surrounding temperature) |
|---|---|
| Sensing angle | Up to 270° |
| Electrical load - LED | 28 Watts |
| Lumens | 2350 |
| Power requirements | 120 VAC, 60 Hz |
| Operating modes | Test, Motion activated, Manual |
| Time delay | 1, 5, 20 minutes |
| DualBrite timer | Off, 3 hours, 6 hours, dusk-to-dawn |
| Mobile device requirements | iPhone 4S or newer running iOS 7.x or later.<br>Android v4.3 or later.<br>Phone must also have **Bluetooth**® version 4.0 or later. |

## TOOLS REQUIRED



| | |
|---|---|
| Phillips screwdriver | 1/8 in. Flathead screwdriver | Wire strippers/cutters |
| Circuit tester | Work gloves | Silicone sealant |
| Ladder | Safety goggles | Mobile Device |

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 79 of 104

# Pre-Installation (continued)

## HARDWARE INCLUDED

NOTE: Hardware shown to actual size.



| Part | Description | Quantity |
|------|-------------|----------|
| AA | Rubber plug | 1 |
| BB | Mounting bracket screw | 2 |
| CC | Mounting bracket screw | 2 |
| DD | Mounting bracket screw | 2 |
| EE | Large mounting bolt (pre-installed) | 1 |
| FF | Small mounting bolt | 1 |
| GG | Mounting bracket (not to scale) | 1 |
| HH | Mini screwdriver | 1 |

## PACKAGE CONTENTS



| Part | Description | Quantity |
|------|-------------|----------|
| A | Lamp head | 2 |
| B | Light fixture | 1 |
| C | Motion sensor | 1 |
| D | 1-2-Easy Connect™ | 1 |

4

# Installation

## 1 Determining the mounting location


**NOTE:** The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

- ☐ Determine the mounting location – wall or eave mount.
- ☐ Position the lamp heads (A) in the general direction of the desired light coverage.
- ☐ If needed, rotate the motion sensor (C) so the text faces upward.





## 2 Removing the 1-2-Easy Connect™


**NOTE:** This fixture comes with a 1-2-Easy Connect™ (D). It is pre-assembled on the light fixture (B) for shipping.


**NOTE:** The large mounting bolt (EE) is pre-installed in the light fixture (B). Do not attempt to remove the large mounting bolt (EE).

- ☐ Unscrew the large mounting bolt (EE) connecting the light fixture (B) to the 1-2-Easy Connect™ (D) and remove the 1-2-Easy Connect™ (D).



## 3 Installing the mounting bracket

⚠ **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.


**NOTE:** Six mounting bracket screws of various sizes are included. The installation will only require two. Discard the unused mounting bracket screws after installation.

- ☐ Remove the existing light fixture.
- ☐ Install the mounting bracket (GG) with the stamped word "FRONT" facing away from the junction box. Use the mounting bracket screws (BB, CC, or DD) that best fit the junction box.
- ☐ Firmly pull on the mounting bracket to verify it is securely mounted to the junction box. If necessary, use the screws that were removed from the existing light fixture.



---

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 81 of 104

# Installation (continued)

## 4 Installing the 1-2-Easy Connect™

□ Route the junction box wires through the large hole in the 1-2-Easy Connect™ (D).

□ Place the 1-2-Easy Connect™ (D) against the junction box.

   □ When mounting to a wall, the "UP" arrow must point upward.

   □ When mounting to an eave, the "UP" arrow must point toward the building.

□ Insert the small mounting bolt (FF) through the 1-2-Easy Connect™ (D) hole located below the threaded hole, and thread it into the center hole of the mounting bracket (GG). Tighten the bolt (FF) securely.

□ Firmly pull on the 1-2-Easy Connect™ to verify it is securely attached to the mounting bracket.



## 5 Making the electrical connections

□ Insert the junction box wires into the side of the terminal block and around the ground screw. Tighten terminal block screws using the mini-screwdriver (HH) and ground screw to secure the wires.

   □ Insert the white wire from the junction box into the terminal marked "N (White)".

   □ Insert the black wire from the junction box into the terminal marked "L (Black)".

   □ Connect the bare or green ground wire from the junction box to the ground screw (marked with "GND").



## 6 Mounting the light fixture

**NOTICE:** The two pins on the rear of the light fixture must be inserted into the terminal block for the light to work.

□ Align the bottom edge of the light fixture (B) with bottom edge of the 1-2-Easy Connect™ (D) and tilt the light fixture (B) toward the 1-2-Easy Connect™ (D). Ensure the light fixture (B) is centered on the 1-2-Easy Connect™ (D).

□ Tighten the large mounting bolt (EE) securely through the center of the 1-2-Easy Connect™ (D). Do not overtighten.

□ Push the rubber plug (AA) firmly into the mounting bolt hole on the light fixture (B).



Ex. M - Page 82 of 104

## Installation (continued)

# 7 Caulking around the light fixture

▢ Caulk around the 1-2-Easy Connect™ (D) and mounting surface with silicone sealant (not included).



## Operation

# 1 Adjusting the lamp heads

⚠ **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.

⚠ **CAUTION:** Keep lamp heads 30° below horizontal to avoid water damage and electrical shock.

▢ Turn the power on at the circuit breaker or fuse and turn on the wall switch.

▢ If needed, gently grasp the lamp heads (A) and tilt them up or down or side to side to adjust the light coverage area.



# 2 Rotating the sensor controls downward

▢ Rotate the motion sensor (C) so the text faces upward.

**NOTICE:** All clearances must be maintained. See *Safety Information* on page 2.

**NOTICE:** The Defiant mobile app must be downloaded to operate the light fixture. See Step 3 on page 8 for instructions.



Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 83 of 104

# Operation (continued)

## 3 Downloading the Defiant® mobile app

☐ Download the Defiant® mobile app from the Apple® or Android® app store (search for "Defiant Control").

☐ Turn on the **Bluetooth®** in the device settings.

☐ Open the Defiant app and touch "Begin".



Android



iOS

## 4 Pairing the light to the mobile app

☐ Ensure the power to the light is turned ON.

☐ Touch "Scan for lights" to search for existing lights.

 **NOTE:** During the scanning process, the app will locate ALL **Bluetooth®** lights in the area. Lights previously paired to other devices should already be named.



Android



iOS

## 5 Beginning the pairing process

The new light will be shown in a yellow circle indicating it is not paired.

☐ Touch the new light to begin the pairing process.



Android



iOS

## 6 Finishing the pairing process

☐ Touch "Set Up" and enter a name and password for the light (the password must be 4 to 6 alpha-numeric characters).

☐ Either touch "Save" to continue or "Add Photo" to add an optional picture (the photo may be an existing photo or a new photo may be taken of the light).

 **NOTE:** A preview of the light will not show until the "Save" button is touched.



Android



iOS

Ex. M - Page 84 of 104

# 7 Adjusting the light settings

After the light is paired to the mobile app, the yellow circle around the light will change to green.

☐ Touch the light icon.

☐ Touch "Settings" to adjust the light controls.

☐ Touch "Save" after all adjustments have been made. Setup is complete.

 **NOTE:** Changes made to one light's settings will not affect another light's settings.




Android                    iOS

The "ON-TIME" option determines the amount of time the light will stay on "Full ON Brightness Level" after all motion has stopped.

The "Full ON Brightness Level" option determines the light brightness level after the light has been turned on by motion.

The "Sensitivity" option increases and decreases the size of the detection area.

The "DualBrite" option determines the amount of time the lights stay on at a reduced light level after sundown. Switching this setting to "OFF" will not affect the "ON-TIME" setting.

The "DualBrite Dimming Level" option determines the light brightness level of the reduced light level after sundown.

 **NOTE:** The higher the "Sensitivity" setting, the greater the possibility of false triggering. To reduce false triggering, select a lower setting.

 **NOTE:** The "Dusk-to-Dawn" setting keeps the lights on at an accent level from sundown to sun up.

 **NOTE:** If the "DualBrite" option is set to OFF, changing the dimming level will have no affect on the light.

# 8 Setting the sensor for testing

 **NOTE:** The light fixture will operate during the day or night during testing. The light will stay on for 8 seconds after all motion is stopped.

The light fixture will automatically enter "Test" mode whenever the "Sensitivity" option is changed. The light fixture will remain in "Test" until one of the following actions occurs:

☐ The "Save" or "Cancel" option is selected.

☐ No movement during the testing process for 30 seconds.

☐ Three minutes have passed without changing one of the on-screen settings.

☐ Set the "DualBrite" option to the "OFF" position.

☐ Set the "Sensitivity" option to the "LOW" position.

 **NOTE:** The motion sensor will need to completely warm up (60 seconds) before beginning the setup process.

9                                    HOMEDEPOT.COM

Please contact 1-866-308-3976 for further assistance.
Ex. M - Page 85 of 104

# 9 Adjusting the motion sensor detection zone

- ☐ Perform a "walk test": walk in an arc across the front of the motion sensor (C).

- ☐ Watch the light. The light will come on and the red LED will flash indicating motion has been detected.

- ☐ Stop, wait for the light to turn off, and then begin walking again.

- ☐ Continue this process until the detection zone has been established.

- ☐ If needed, gently grasp the motion sensor (C) and move it from side to side or up and down to adjust the detection zone.

 **NOTE:** The motion sensor (C) is more sensitive to motion moving across the front of the sensor. The motion sensor (C) is less sensitive to motion moving directly toward the front of the sensor.



# 10 Adding additional mobile devices

Additional mobile devices may be added to control the light fixture.

- ☐ On the new device follow steps 3 and 4 above.

- ☐ After scanning for lights, select the "All" tab.

- ☐ Touch the desired light on the screen and enter the previous user-defined password.

 **NOTE:** The light settings and name are stored in the light fixture. The light photo will need to be added separately.


Android


iOS

# 11 Using manual mode

Manual mode overrides the motion sensor (C) and "ON-TIME" control so the light will operate at the preset "Full ON Brightness Level". This feature only works at night and only for one night at a time. The motion sensor (C) will reset to motion sensing mode at sunrise.

- ☐ Slide the switch under "Manual Override" to the right.

- ☐ To return the light to the original settings, slide the switch to the left.

 **NOTE:** If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.


Android


iOS

Ex. M - Page 86 of 104

## Operation (continued)

# 12 Resetting the light fixture to factory settings

If the password is forgotten, the light fixture may be reset to the original factory settings.

- □ Touch the light icon.
- □ Touch "Restore Factory Defaults".
- □ Follow the on-screen instructions to restore all light settings back to the original factory settings.




Android                    iOS

## Care and Cleaning

- □ To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.

- □ Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.

- □ Do not spray the light fixture with a hose or power washer.

## Troubleshooting

| Problem | Possible Cause | Solution |
|---------|----------------|----------|
| The light will not come on. | □ The light switch is turned off. | □ Turn the light switch on. |
| | □ The fuse is blown or the circuit breaker is turned off. | □ Replace the fuse or turn the circuit breaker on. |
| | □ Daylight turn-off (photocell) is in effect. | □ Recheck after dark. |
| | □ The circuit wiring is incorrect (if this is a new installation). | □ Verify the wiring is correct. |
| | □ The motion sensor is aimed in the wrong direction. | □ Re-aim the motion sensor to cover the desired area. |
| | □ The outside air temperature is close to the same as a person's body heat. | □ Increase the "Sensitivity" setting. |
| The light comes on during the day. | □ The motion sensor may be installed in a relatively dark location. | □ The light fixture is operating normally under these circumstances. |

Please contact 1-866-308-3976 for further assistance.

Ex. M - Page 87 of 104

# Troubleshooting (continued)

| Problem | Possible Cause | Solution |
|---------|----------------|----------|
| The light comes on for no apparent reason. | □ The motion sensor may be sensing small animals or automobile traffic. | □ Decrease the "Sensitivity" setting or reposition the motion sensor. |
| | □ The "Sensitivity" setting is set too high. | □ Decrease the "Sensitivity" setting. |
| | □ The "DUALBRITE" setting is in the 3 hour, 6 hour, or dusk-to-dawn setting. | □ The light fixture is operating normally under these circumstances. |
| | □ The outside temperature is much warmer or cooler than a person's body heat (summer or winter). | □ Decrease the "Sensitivity" setting. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in the Dusk-to-Dawn setting. | □ The light fixture may be installed in a relatively dark location. | □ Relocate the light fixture or use the 3 hour or 6 hour setting. |
| The lights stay on continuously. | □ The motion sensor may be picking up a heat source, such as an air vent, dryer vent, or brightly painted, heat-reflective surface. | □ Decrease the "Sensitivity" setting or reposition the motion sensor. |
| | □ The motion sensor is in manual mode. | □ Turn the manual mode option to off. See *Using manual mode* on page 10. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | □ The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | □ Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | □ Heat or light from the lamp heads may be turning the motion sensor on and off. | □ Reposition the lamp heads away from the motion sensor. |
| | □ Heat is being reflected from other objects and may be turning the motion sensor on and off. | □ Decrease the "Sensitivity" setting or reposition the motion sensor. |
| The light fixture is not responding to the Defiant app. | □ **Bluetooth**® is not turned on. | □ Turn **Bluetooth**® "ON" in the device's settings. |
| The Defiant app is not finding the light fixture. | □ **Bluetooth**® is not turned on. | □ Turn **Bluetooth**® "ON" in the device's settings. |
| The App is not turning on the light fixture. | □ The power to the light is turned off. | □ Turn on the power to the light. |
| | □ **Bluetooth**® is not turned on. | □ Turn **Bluetooth**® "ON" in the device's settings. |

Ex. M - Page 88 of 104

Please contact 1-866-308-3976 for further assistance.
Ex. M - Page 89 of 104



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

Retain this manual for future use.

The **Bluetooth®** word mark and logos are registered trademaks owned by **Bluetooth®** SIG, Inc. and any use of such marks by HeathCo LLC is under license. Other trademarks and trade names are those of their respective owners.

207910-02A



# GUÍA PARA EL USO Y CUIDADO

## LUZ DE SEGURIDAD POR MOVIMIENTO



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

---

***GRACIAS***

*Agradecemos la fe y la confianza que usted ha depositado en Defiant al comprar esta luz de seguridad por movimiento. Procuramos crear continuamente productos de calidad diseñados para mejorar su hogar. Visítenos en internet para ver nuestra línea completa de productos disponibles que necesita para el mejoramiento de su hogar.*
*¡Gracias por escoger Defiant!*

# Contenido

**Contenido**..............................................16

**Información de seguridad**.....................16

**Garantía**................................................16

    5 años de garantía limitada.................16

**Antes de la instalación**..........................17

    Planificación de la Instalación.............17

    Especificaciones...................................17

    Herramientas Requeridas....................17

    Ferretería Incluida................................18

    Contenido del Paquete.........................18

**Instalación**.............................................19

**Operación**...............................................21

**Cuidado y limpieza**................................25

**Análisis de averías**................................25

# Información de seguridad

## PRECAUCIONES

□ Por favor lea y entienda todo este manual antes de tratar de ensamblar, instalar u operar este aparato de luz.

□ Esta lámpara requiere una fuente de alimentación de 20 voltios de CA.

□ Algunos códigos exigen que la instalación la realice un electricista calificado.

□ Este aparato de luz debe estar correctamente conectado a tierra.

□ Para que opere correctamente, este aparato de luz debe ser:

□ Esta lámpara debe ser instalada fuera de casa sobre una pared o aleros.

□ Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.



**ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.



**ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.



**PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.

**AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.

□ Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

□ CAN ICES-3 (B)/NMB-3(B)

# Garantía

## 5 AÑOS DE GARANTÍA LIMITADA

### LO QUE SE CUBRE

Se garantiza que este producto no tiene partes defectuosas de fábrica o de mano de obra por un período de 5 años desde la fecha de compra. Se necesita el recibo de compra para todos los reclamos de garantía.

### LO QUE NO SE CUBRE

Esta garantía no incluye el servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, o LEDs. Los servicios no autorizados o las modificaciones hechas al producto o a cualquier componente invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o gastos de envío. Esta garantía no se extiende a otros equipos o componentes que el consumidor usa junto con este producto.

Póngase en contacto con el personal de servicio al cliente al 1-866-308-3976 o visite el sitio www.homedepot.com.

Ex. M - Page 92 of 104

# Antes de la instalación

## PLANIFICACIÓN DE LA INSTALACIÓN

Antes de instalar el aparato de luz, esté seguro que estén todas las piezas. Compare las piezas con la *Ferretería incluida* y las secciones de *Contenidos del paquete*. Si cualquier pieza falta o está dañada, no intente ensamblar, instalar ni operar este aparato de luz.

Tiempo estimado para la instalación: 30 minutos

## ESPECIFICACIONES

| Alcance | Hasta 70 pies (21,3 m) (Varía con la temperatura circundante) |
|---|---|
| Ángulo de detección | Hasta 270° |
| Carga eléctrica - DEL | 28 Vatios |
| Lúmenes | 2350 |
| Requisitos de la energía eléctrica | 120 VCA, 60 Hz |
| Fases de operación | Prueba, activado por movimiento, manual |
| Retardo de tiempo | 1, 5, 20 minutos |
| Temporizador DualBrite | Apagado, 3 horas, 6 horas, del crepúsculo al amanecer |
| Requisitos de los aparatos móviles | iPhone 4S o más nuevo que usan iOS 7.x o posterior.<br>V4.3 Android o posterior.<br>El teléfono también debe tener **Bluetooth®** versión 4.0 o posterior. |

## HERRAMIENTAS REQUERIDAS



Destornillador phillips

Destornillador de cabeza plana de 1/8 de pulgada

Peladores/ cortadores de cables

Probador de circuitos

Guantes de trabajo

Sellador de silicona

Escalera

Gafas de seguridad

Aparato móvil

# Antes de la instalación (continuación)

## FERRETERÍA INCLUIDA

📝 **NOTA:** La ferretería se muestra en su tamaño real



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| AA | Tapón de caucho | 1 |
| BB | Tornillo del soporte de montaje | 2 |
| CC | Tornillo del soporte de montaje | 2 |
| DD | Tornillo del soporte de montaje | 2 |
| EE | Tornillo grande de montaje (pre-instalado) | 1 |
| FF | Tornillo pequeño de montaje | 1 |
| GG | Soporte de montaje (no está a escala) | 1 |
| HH | Mini-destornillador | 1 |

## CONTENIDO DEL PAQUETE



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| A | Cabezal de lámpara | 2 |
| B | Artefacto de luz | 1 |
| C | Detector de movimiento | 1 |
| D | 1-2-Easy Connect™ (conexión rápida) | 1 |

Ex. M - Page 94 of 104

# Instalación

## 1 Determinación del sitio de montaje

 **NOTA:** Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

- ☐ Determine el sitio de montaje – pared o alero.
- ☐ Coloque los cabezales de la lámpara (A) en la dirección general de la cobertura de luz deseada.
- ☐ Si es necesario, gire el detector de movimiento (C) de forma que el texto quede hacia arriba.



Montaje en pared

Montaje en alero

## 2 Retiro del 1-2-εasy Connect™

 **NOTA:** Este dispositivo viene con un 1-2-εasy Connect™ (D). Está premontado en la lámpara (B) para ser enviado.

 **NOTA:** El tornillo de fijación grande (EE) está pre-instalado en la lámpara (B). No trate de quitar el tornillo grande de montaje (EE).

- ☐ Quite el tornillo de fijación grande (EE) que conecta la lámpara (B) al 1-2-εasy Connect™ (D) y retire el 1-2-εasy Connect™ (D).



## 3 Instalación del soporte de montaje

 **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

 **NOTA:** Se incluyen seis tornillos de varios tamaños para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.

- ☐ Retire el aparato de luz existente.
- ☐ Instale el soporte de montaje (GG) con la palabra estampada "FRENTE" en dirección contraria a la caja de conexiones. Use los tornillos del soporte de montaje (BB, CC o DD) que mejor encajen con la caja de conexiones.
- ☐ Hale con firmeza el soporte de montaje para verificar que esté bien montado en la caja de conexiones. Si es necesario, use los tornillos que fueron retirados del aparato de luz anterior.



GG

BB, CC, or DD

---

19                                          HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 95 of 104

# Instalación (continuación)

## 4 Instalación del 1-2-Easy Connect™

☐ Pase los cables de la caja de conexiones por el orificio grande en la 1-2-Easy Connect™ (D).

☐ Coloque el 1-2-Easy Connect™ (D) contra la caja de conexiones.

  ☐ Cuando la instale sobre una pared, la flecha "UP" (Hacia Arriba) debe apuntar hacia arriba.

  ☐ Cuando la instale sobre un alero, la flecha "UP" (Hacia Arriba) debe apuntar hacia el edificio.

☐ Inserte el perno de montaje pequeño (FF) por el orificio del 1-2-Easy Connect™ (D) situado por debajo del orificio roscado, y enrósquelo en el orificio central del soporte de montaje (GG). Apriete el perno (FF) de forma segura.

☐ Hale firmemente del 1-2-Easy Connect™ para verificar que está correctamente conectado al soporte de montaje.



## 5 Cómo hacer las conexiones eléctricas

☐ Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra. Apriete los tornillos del bloque de terminales utilizando el mini-destornillador (HH) y el tornillo de tierra para asegurar los cables.

  ☐ Inserte el cable blanco de la caja de conexiones en el terminal marcado "N (White)".

  ☐ Inserte el cable negro de la caja de conexiones en el terminal marcado "L (Black)".

  ☐ Conecte el alambre desnudo o verde de tierra de la caja de conexiones al tornillo de tierra (marcado con "GND").



## 6 Montaje del aparato de luz

**AVISO:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.

☐ Alinee el borde inferior de la lámpara (B) con el borde inferior de la 1-2-Easy Connect™ (D) e incline la lámpara (B) hacia la 1-2-Easy Connect™ (D). Asegúrese de que la lámpara (B) esté centrada en el 1-2-Easy Connect™ (D).

☐ Apriete el tornillo de fijación grande (EE) de forma segura a través del centro del 1-2-Easy Connect™ (D). No apriete excesivamente.

☐ Empuje con fuerza el tapón de caucho (AA) en el orificio del perno de montaje de la lámpara (B).



# Instalación (continuación)

## 7 Calafatee alrededor del aparato de luz



☐ Calafatee alrededor del 1-2-Easy Connect™ (D) y de la superficie de montaje con un sellador de silicona contra la intemperie (no incluido).

# Operación

## 1 Ajuste de los cabezales de la lámpara

 **ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.

 **PRECAUCIÓN:** Mantenga los cabezales de la lámpara 30° debajo de la línea horizontal para evitar daños por agua y descargas eléctricas.

☐ Conecte la energía eléctrica en el disyuntor o en el fusible y encienda el interruptor de la pared.

☐ Si es necesario, sujete suavemente los cabezales de la lámpara (A) e inclínelos hacia arriba o hacia abajo o de lado a lado para ajustar el área de cobertura de la luz.



## 2 Giro hacia abajo de los controles del detector

☐ Gire el detector de movimiento (C) de modo que el texto quede hacia arriba.

**AVISO:** Todos los espacios libres deben ser mantenidos. Vea *Información sobre seguridad* en la página 14.

**AVISO:** La aplicación móvil Defiant debe ser descargado para hacer funcionar la lámpara. Vea el paso 3 en la página 22 para ver las instrucciones.



Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 97 of 104

## Operación (continuación)

# 1 Descargando la aplicación móvil de Defiant®

☐ Descargue la aplicación móvil Defiant® de la tienda de aplicaciones de Apple® o de Android® (busque "Defiant Control").

☐ Active el **Bluetooth**® en los ajustes del aparato.

☐ Abra la aplicación Defiant y toque "Comenzar" ("Begin").





Android      iOS

# 2 Emparejando la luz a la aplicación móvil

☐ Asegúrese que la alimentación a la luz esté PRENDIDA (ON).

☐ Toque "Escanear luces" para buscar las luces existentes.

 **NOTA:** Durante el proceso de escaneo, la aplicación localizará TODAS las luces Bluetooth en la zona. Las luces anteriormente emparejadas a otros dispositivos deben ya tener un nombre.





Android      iOS

# 3 Comenzando el proceso de emparejamiento

La nueva luz se mostrará en un círculo amarillo lo que indicará que no está emparejada.

☐ Toque la nueva luz para comenzar el proceso de emparejamiento.





Android      iOS

# 4 Terminado el proceso de emparejamiento

☐ Toque "Set Up" ("Configurar") y escriba un nombre y una contraseña para la luz (la contraseña debe ser de 4 a 6 caracteres alfanuméricos).

☐ Toque sea "Guardar" para continuar o "Añadir foto" para añadir una imagen opcional (la foto puede ser una foto existente o se puede tomar una nueva foto de la luz).

 **NOTA:** No se mostrará una vista previa de la luz hasta que se toque el botón "Guardar".





Android      iOS

Ex. M - Page 98 of 104

# Operación (continuación)

## 5 Ajuste de la configuración de la luz

Después que la luz esté emparejada con la aplicación móvil, el círculo amarillo alrededor de la luz se cambiará a verde.

- □ Toque el icono de la luz.
- □ Toque "Configuración" para ajustar los controles de la luz.
- □ Toque "Guardar" luego de haber hecho todos los ajustes. La instalación está completa.

 **NOTA:** Los cambios hechos en la configuración de una luz no afectarán la configuración de otra luz.

      

Android                    iOS

## 6 Calibración del detector para prueba

 **NOTA:** La lámpara funcionará durante el día o la noche durante la prueba. La luz permanecerá encendida 8 segundos después que todo movimiento se ha detenido.

La lámpara entrará automáticamente en la modalidad "Prueba" siempre que se cambie la opción "Sensibilidad". La lámpara se quedará en "Test" hasta que ocurra una de las siguientes acciones:

- □ Se seleccione la opción "Guardar" o "Cancelar".
- □ No hay movimiento por 30 segundos durante el proceso de prueba.
- □ Han pasado tres minutos sin cambiar ninguna de las configuraciones en pantalla.

La opción "ON-TIME" ("DURACIÓN") determina la cantidad de tiempo que la luz permanecerá encendida "a un nivel de brillo total", después que todo movimiento se ha detenido.

La opción "Nivel de brillo total" determina el nivel de brillo de la luz después que la luz se ha encendido por un movimiento.

La opción "Sensibilidad" aumenta y disminuye el tamaño de la zona de detección.

La opción "DUALBRITE" determina la cantidad de tiempo que las luces permanecen encendidas a un nivel de luz reducido después de la puesta del sol. Si cambia este ajuste a "OFF" no afectará el ajuste "ON-TIME".

La opción "nivel de atenuación DUALBRITE" determina el nivel de brillo de la luz del nivel de luz reducida después de la puesta del sol.

 **NOTA:** Cuanto mayor sea el ajuste de "Sensibilidad", mayor es la posibilidad de falsas alarmas. Para reducir las falsas alarmas, seleccione un ajuste más bajo.

 **NOTA:** El ajuste "anochecer al amanecer" mantiene las luces encendidas a un cierto nivel desde el atardecer hasta el amanecer.

 **NOTA:** Si la opción "DUALBRITE" está en OFF, el cambio del nivel de atenuación no tendrá ningún efecto en la luz.

- □ Fije la opción "DUALBRITE" a la posición "OFF".
- □ Fije la opción "Sensibilidad" a la posición "LOW".

 **NOTA:** El detector de movimiento necesitará calentarse completamente (60 segundos) antes de empezar el proceso de puesta a punto.

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 99 of 104

## Operación (continuación)

### 7 Regulación de la zona de detección del detector de movimiento

▫ Haga una "prueba caminando": camine transversalmente a la parte frontal del detector de movimiento (C) siguiendo la trayectoria de un arco.

▫ Observe la luz. La luz se encenderá y el LED rojo destellará indicando que se ha detectado movimiento.

▫ Deténgase, espere que la luz se apague, y luego empiece a caminar de nuevo.

▫ Continúe este proceso hasta que la zona de detección haya sido establecida.

▫ Si es necesario, sujete suavemente el detector de movimiento (C) y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.

 **NOTA:** El detector de movimiento (C) es más sensible al movimiento transversal a la parte frontal del detector. El detector de movimiento (C) es menos sensible al movimiento que se dirige directamente hacia la parte frontal del detector.



### 8 Añadiendo dispositivos móviles adicionales

Se pueden añadir dispositivos móviles adicionales para controlar el aparato de luz.

▫ En el nuevo dispositivo siga los pasos 3 y 4 anteriores.

▫ Despúes de escanear las las luces, seleccione la pestaña "Todas".

▫ Toque la luz deseada en la pantalla y escriba la contraseña anterior definida por el usuario.

 **NOTA:** Los ajustes de la luz y el nombre se almacenan en el aparato de luz. La foto de luz deberá ser añadida por separado.




Android          iOS

### 9 Uso del la fase manual

La modalida manual anula el sensor de movimiento (C) y el control "ON TIME" así que la luz funcionará al nivel preseleccionado de "nivel de brillo total". Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento (C) vuelve a ponerse en la fase detección del movimiento al salir el sol.

▫ Deslice hacia la derecha el interruptor "sobrecontrol manual".

▫ Para poner de nuevo la luz a su configuración original, deslice el interruptor hacia la izquierda.

 **NOTA:** Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.




Android          iOS

24

## Operación (continuación)

# 10 Restablecimiento de la lámpara a los ajustes de fábrica

Si se olvida la contraseña, se puede restablecer la lámpara a los ajustes originales de fábrica.

- □ Toque el icono de la luz.
- □ Toque "Restaurar valores predeterminados en fábrica".
- □ Siga las instrucciones de la pantalla para restaurar todos los ajustes de la luz a la configuración original de fábrica.

 

Android          iOS

## Cuidado y limpieza

- □ Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.
- □ No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.
- □ No rocíe la lámpara con una manguera o lavadora a presión.

## Análisis de averías

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz no se enciende. | □ El interruptor de la luz está apagado. | □ Encienda el interruptor de la luz. |
| | □ El fusible está quemado o el disyuntor está desconectado. | □ Cambie el fusible o conecte el disyuntor. |
| | □ El apagado de la luz diurna (fotocélula) está vigente. | □ Vuelva a revisar al amanecer. |
| | □ El cableado del circuito es incorrecto (si esta es una instalación nueva). | □ Verifique que el cableado esté correcto. |
| | □ El detector de movimiento está enfocando a la dirección incorrecta. | □ Vuelva a enfocar el detector de movimiento para que cubra el área deseada. |
| | □ La temperatura del aire exterior está cercana al calor corporal de una persona. | □ Aumente el ajuste de "Sensibilidad". |
| La luz se enciende durante el día. | □ El detector de movimiento puede estar instalado en un sitio relativamente oscuro. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 101 of 104

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz se enciende sin razón aparente. | □ El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. | □ Reduzca el ajuste de "Sensibilidad" o cambie la posición del detector de movimiento. |
| | □ El ajuste "Sensibilidad" es demasiado alto. | □ Reduzca el ajuste de "Sensibilidad". |
| | □ El ajuste "DUALBRITE" está programado para 3 horas, 6 horas, o del anochecer hasta el amanecer. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). | □ Reduzca el ajuste de "Sensibilidad". |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | □ El aparato de luz puede estar instalado en un sitio relativamente oscuro. | □ Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | □ El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | □ Reduzca el ajuste de "Sensibilidad" o cambie la posición del detector de movimiento. |
| | □ El detector de movimiento está en la fase manual. | □ Apague la opción de modalidad manual. Vea *Uso de la fase manual* en la página 24. |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | □ El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | □ Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | □ El calor o la luz de los cabezales de la lámpara pueden prender y apagar al detector de movimiento. | □ Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento. |
| | □ El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | □ Reduzca el ajuste de "Sensibilidad" o cambie la posición del detector de movimiento. |
| La lámpara no responde a la aplicación Defiant. | □ El **Bluetooth®** no está encendido. | □ "ACTIVE" ("ON") el **Bluetooth®** en la configuración del aparato. |

Ex. M - Page 102 of 104

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|---|---|---|
| La aplicación Defiant no encuentra la lámpara. | □ El **Bluetooth**® no está encendido. | □ "ACTIVE" ("ON") el **Bluetooth**® en la configuración del aparato. |
| La aplicación Defiant no enciende la lámpara. | □ La alimentación a la luz está apagada.<br>□ El **Bluetooth**® no está encendido. | □ Encienda la alimentación a la luz.<br>□ "ACTIVE" ("ON") el **Bluetooth**® en la configuración del aparato. |

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. M - Page 103 of 104



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

Guarde este manual para uso futuro.

La marca **Bluetooth**® y sus logotipos son marcas comerciales registradas propiedad de **Bluetooth**® SIG, Inc. y cualquier uso de dichas marcas por HeathCo LLC está hecho bajo licencia. Otras marcas comerciales y nombres comerciales pertenecen a sus respectivos propietarios.

Ex. M - Page 104 of 104

207910-02A