# EXHIBIT N



## Heath Zenith

# Motion-Activated LED Light
## Model: 5835



Dated receipt required for warranty replacement.

## FEATURES

- Bright, energy saving LED light
- DualBrite® technology
- Automatically comes on when motion is detected.
- Connect with other Link technology enabled lights.

## UNPACKING

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Security Light
- Owner's Manual
- Mounting Hardware

## HARDWARE INCLUDED

*Note:* Four mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug

 

#6 Mounting Bracket Screw (x2)

#8 Mounting Bracket Screw (x2)



Mounting Bolt

Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket





Mini Screwdriver

© 2018 HeathCo LLC

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

209735-01A

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- **NOTICE:** Do not connect this light fixture to a dimmer switch or timer.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- If you want to use Manual Mode, each light fixture must be wired through a switch.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground. *Note:* If fixture is mounted higher than 8 ft. (2.4 meters), aiming the sensor down will reduce coverage distance.
- For best results, Link technology enabled lights should be within 100' of each other. Obstructions such as trees, walls, hills, etc may reduce the effective range of the Link system.

The motion sensor on this light fixture detects "motion" by the movement of heat across the coverage area. The motion sensor is more sensitive to the movement of heat moving across the coverage area and less sensitive to the movement of heat directly towards it.



*Note:* Light fixture and sensor should be mounted as shown above when installed (depending upon type of installation).

Ex. N - Page 2 of 32

## INSTALLATION

> ⚠️ **WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

This fixture comes with a "Easy Install" mounting plate. It is pre-assembled on the fixture for shipping.

1. From the front of the light fixture, unscrew the large mounting bolt connecting the light fixture to the mounting plate and remove the mounting plate (see Figure 1). The mounting bolt is designed to stay in the light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 2). Use the mounting bracket screws that best fit the junction box.
3. Route the junction box wires through the hole in the mounting plate (see Figure 3).
4. Place the mounting plate against the junction box (see Figure 3).
   • Wall Mounted – The "UP" arrow must point upward
   • Eave Mounted – The "UP" arrow must point toward the building
5. Insert the small mounting bolt through the mounting plate hole located below the threaded hole. Thread the bolt into the center hole of the mounting bracket (see Figure 3). Tighten bolt securely.

## WIRING

Insert the junction box wires into the side of the terminal block and around the ground screw (see Figure 4). Tighten terminal block screws and ground screw to secure wires.

• White to "N (White)"
• Black to "L (Black)"
• Bare or green ground wire to GND (ground) screw.

## FINAL ASSEMBLY

1. Double check that all wiring connections are securely connected.
2. Align the two alignment posts on the mounting plate (see Figure 3) with the two alignment holes on the rear of the light fixture and press the light fixture onto the mounting plate.
   **IMPORTANT:** The two metal pins on the rear of the light fixture must insert into the terminal block for the light to work.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 5).



*Figure 1*



*Figure 2*



Alignment Post

*Figure 3*



GND
Terre
Tierra

N (White/Blanc/Blanco)
L (Black/Noir/Negro)

*Figure 4*

**IMPORTANT:**

- If wall mounted, make sure the fixture is mounted with the sensor below the lamp heads.
- If eave mounted, mount the fixture with sensor facing away from the house wall. Rotate the sensor so the controls face the ground.

4. Push the rubber plug firmly into the mounting bolt hole on the light fixture (see Figure 5).
5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 6).

## TESTING AND ADJUSTMENTS

⚠️ **CAUTION: To avoid water damage and risk of electrical shock, motion sensor controls must be facing the ground when installation is complete.**

1. Turn on the circuit breaker and wall switch.
   *Note:* The motion sensor has a 1 minute warm up period before it will detect motion. When power is first turned on wait 1 minute.
2. Slide the CHANNEL switch to OFF, the sensitivity (SENS) switch to the "L" position, and the DUALBRITE switch to the TEST position (see Figure 7). *Note:* The TEST mode overrides the photocell (daylight shutoff feature) and allows the light fixture to be tested day or night.
3. Walk through the coverage area noting where you are when the lights turn on. Also, the red LED behind the motion sensor lens will flash several times when motion is detected (see Figure 8).
4. Stop, wait for the light to turn off (8 seconds), and then begin walking again. Continue this process until the detection zone has been established.
5. If needed, gently grasp the motion sensor and move it from side to side or up and down to adjust the detection zone.
6. If needed, gently grasp the lamp heads and move them from side to side or up and down to adjust the light coverage area.
7. Adjust the sensitivity (SENS) switch as needed ("L", "M", "H"). Sensitivity set too high may increase false triggering.

## LINKING LIGHTS

This light has been designed with Link technology which allows multiple lights to be connected together wirelessly. Linked lights can be grouped into one of three possible channels to create linked zones of lighting. See *Link Technology* section for more information.

1. Slide the CHANNEL switch to the desired channel (A, B, or C) on all lights to be linked together (see Figure 7).
2. Slide the DUALBRITE switch to the TEST position on all of



*Figure 5*



*Figure 6*



*Figure 7*



*Figure 8*

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

*209735-01*

the selected lights. *Note:* The TEST mode overrides the photocell (daylight shutoff feature) and allows the light fixture to be tested day or night.

3. Walk in front of each light to ensure all linked lights are activated from another linked light. *Note:* The linked lights may not come on at the same time because of the delay of the transmission signal.

## FINAL SETUP

1. When testing is complete, set the DUALBRITE switch to the desired amount of time after dusk the lights should remain on at a reduced light level [Off, 4 Hrs., Dusk-to-Dawn (D2D)]. See *DualBrite Timer* section for more information.

2. The amount of time the lights stay on after *ALL* motion has stopped in front of *ALL* linked lights is preset to 5 minutes.

## IMPORTANT CONSIDERATIONS

### *LINK TECHNOLOGY:*

Link technology allows multiple lights to be connected together wirelessly. When one light senses motion it will turn on full bright and send out a wireless signal. All lights within range and on the same channel will also turn on full bright. Each time a light receives a signal, it will then repeat the signal so other lights not in range of the first light will also turn on full bright. Linked lights can be grouped into one of three possible channels (A, B, or C) to create linked zones of lighting. *Note:* Linked lights turn off independently of each other and may not turn off at exactly the same time.



*Illustration example:* Light #1 senses motion and sends a signal. Light #2 is out of range of light #1 and does not receive the signal. Light #3 is in range of light #1 and receives the activation signal. Light #3 is activated and repeats the signal. Light #2 is in range of light #3 and is activated. *Note:* All the lights will send out a signal when activated, even if the light's DualBrite switch is set to OFF. If the light is in manual mode, it will repeat any signal it receives but will not initiate a signal.

### *AVOID AIMING THE SENSOR AT:*

• Below are examples of objects that might produce heat and may cause the motion sensor to trigger:

| | | |
|---|---|---|
| • Pools of Water | • Air Conditioners | • Dryer Vents |
| • Animals | • Heating Vents | • Automobile Traffic |

  If you suspect that a heat source of this type is triggering the motion sensor, reduce the sensitivity.

• Areas where pets or traffic may trigger the motion sensor.

• Nearby large, light-colored objects reflecting light may trigger the shut-off feature. Do not point other lights at the motion sensor.

### *SEASONAL CHANGES:*

The motion sensor works by sensing temperature changes across its field of view. The closer the surrounding temperature is to a person's body heat, the less sensitive the sensor will appear. The greater the temperature difference, the more sensitive the sensor will appear. The sensitivity (SENS) switch might need to be readjusted as the outside temperature changes for the different seasons. This is a normal part of the light sensor's operation.

## DUALBRITE TIMER

DualBrite mode is a selectable feature that turns the light on at dusk in a reduced light level. The light will stay on at the reduced light level for the amount of time selected [Off, 4 hr., dusk-to-dawn (D2D)]. When motion is detected, the light will increase to full bright. The light will stay on at the full bright level for 5 minutes after *ALL* motion has stopped

Ex. N - Page 5 of 32
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

in front of *ALL* linked lights. The light will then return to the reduced light level. Once the DualBrite timer runs out, the light will turn ON only when motion is detected by any of the linked lights. Selecting OFF disables the DualBrite feature, however the motion sensing and Link features will continue to work.

For linked lights, the first light to sense darkness will turn on all other linked lights on the same channel if the DualBrite timer has been turned ON on each linked light. The lights will turn OFF independently of each other and may not turn OFF at exactly the same time.

## MANUAL MODE

Manual mode overrides the motion sensor and "ON-TIME" control so the light will operate full bright. This feature only works at night, only for one night at a time, and only for the light fixture(s) that are connected to the light switch. Manual mode is not repeated between Link technology lights. The motion sensor will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch. *Note:* If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.

1. Ensure the power to the light is ON and the sensor has warmed up (60 seconds).

2. To turn manual mode on, switch the power OFF–ON–OFF–ON at the wall switch within 5 seconds.

3. To turn manual mode off, switch the power OFF–ON–OFF–ON at the wall switch within 5 seconds.

*IMPORTANT:* If manual mode does not turn ON or OFF, use a slower pace turning the power ON and OFF at the wall switch while staying within 5 seconds.



## SPECIFICATIONS

| | |
|---|---|
| Range | Up to 70 ft. (21 m) [varies with surrounding temperature]. |
| Sensing Angle | Up to 180° |
| Electrical Load - LED | 28 Watts |
| Lumens | 2100 |
| Power Requirements | 120 VAC, 60 Hz |
| Operating Modes | TEST, MOTION ACTIVATED, and MANUAL MODE |
| ON-Timer | 5 minutes (non-adjustable) |
| Test Timer | 8 Seconds |
| Manual Mode Timer | Maximum 6 Hours |
| Sensitivity (SENS) | "L", "M", "H" |
| Link Technology Range | Up to 100 ft (30.5 m) between each Link light fixture [varies with surrounding obstructions]. |

To see operational and troubleshooting information and videos, go to www.hzsupport.com

# CARE AND CLEANING

- To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.
- Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.
- Do not spray the light fixture with a hose or power washer.
- To clean the camera lens, use a dry, microfiber cloth only.

# TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light will not come on. | 1. Light switch is turned off.<br>2. Fuse is blown or circuit breaker is turned off.<br>3. Daylight turn-off (photocell) is in effect.<br>4. The circuit wiring is incorrect, if this is a new installation.<br>5. The motion sensor is aimed in the wrong direction.<br>6. The outside air temperature is close to the same as a person's body heat. | 1. Turn light switch on.<br>2. Replace fuse or turn circuit breaker on.<br>3. Recheck after dark.<br>4. Verify wiring is correct.<br><br>5. Re-aim the motion sensor to cover the desired area.<br>6. Increase the "SENS" setting. See *Seasonal Changes* on page 5 for more information. |
| The light comes on during the day. | 1. The motion sensor may be installed in a relatively dark location.<br>2. The "DUALBRITE" switch is in the "TEST" position. | 1. The light fixture is operating normally under these circumstances.<br>2. Set the "DUALBRITE" switch to the OFF, 4 hour, or dusk-to-dawn (D2D) setting. |
| The light comes on for no apparent reason. | 1. The motion sensor may be sensing small animals or automobile traffic.<br>2. The "SENS" switch is set too high.<br>3. The "DUALBRITE" switch is in the 4 hour or dusk-to-dawn (D2D) setting.<br>4. The light fixture is linked to another light.<br><br>5. The light fixture is on the same channel as a neighbor's linked light fixture.<br>6. The outside temperature is much warmer or cooler than a person's body heat (summer or winter).<br>7. The light fixture is wired through a dimmer or timer. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br>2. Decrease the "SENS" setting.<br>3. The light fixture is operating normally under these circumstances.<br>4. The light fixture is operating normally if linked. The Link option can be turned OFF or set to a different channel.<br>5. Change the channel of the affected light fixtures to a different channel.<br>6. Decrease the "SENS" setting. See *Seasonal Changes* on page 5 for more information.<br>7. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in dusk-to-dawn (D2D) setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 4 hour setting. |
| Link technology lights are not activating each other. | 1. Linked lights are not set to the same channel.<br>2. Too many obstructions are creating interference between the linked lights. | 1. Ensure the linked lights are set to the same channel.<br>2a. Add a Link light between the existing lights to create an additional relay point.<br>2b. Move the Link lights closer to each other. |

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---------|----------------|----------|
| The lights stay on continuously. | 1. The motion sensor may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface.<br>2. The motion sensor is in manual mode.<br><br>3. A linked light fixture is picking up continuous motion and is keeping all linked lights on.<br>4. Motion is being detected by multiple linked lights and is keeping all linked lights on.<br>5. The light fixture is wired through a dimmer or timer.<br><br>6. The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br><br>2. Follow *Manual Mode* instructions on page 6 to reset.<br>3. The light fixtures are operating normally under these circumstances.<br><br>4. The light fixtures are operating normally under these circumstances.<br>5. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch.<br>6. Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | 1. Heat or light from the lamp heads may be turning the motion sensor on and off.<br>2. Heat is being reflected from other objects and may be turning the motion sensor on and off.<br>3. The motion sensor is in "TEST" mode and warming up. | 1. Reposition the lamp heads away from the motion sensor.<br>2. Decrease the "SENS" setting or reposition the motion sensor.<br>3. While in "TEST" mode, the light only stays on for 8 seconds. Set the "DUALBRITE" switch to OFF, 4 hour, or dusk-to-dawn (D2D). |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

## TECHNICAL SERVICE

### Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

### No Service Parts Available for this Product

Please keep your dated sales receipt, it is required for all warranty requests.

## FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered -** Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Any damage to the light fixture resulting from the use of chemicals or a pressure washer machine are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES. REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**

HeathCo LLC reserves the right to discontinue products and to change specifications at any time without incurring any obligation to incorporate new features in products previously sold.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, includ-ing interference that may cause undesired operation.

CAN ICES-005 (B)/NMB-005 (B)

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.



# Heath Zenith

# Luz LED activada por movimiento
## Modelo: 5835

Se necesita el recibo fechado para reemplazo bajo garantía.

## CARACTERÍSTICAS

- Luz LED brillante de bajo consumo de energía
- Tecnología DualBrite®
- Se enciende automáticamente al detectar movimiento.
- Conecte con las otras luces activadas con la tecnología Link.



## DESEMPAQUE

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz de seguridad
- Manual del propietario
- Ferretería de montaje

## FERRETERÍA INCLUIDA

*Nota:* Se incluyen cuatro tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico

Tornillo n°6 de soporte de montaje (x2)

Tornillo n°8 de soporte de montaje (x2)

Tornillo de montaje

Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje

Mini-destornillador

© 2018 HeathCo LLC *Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com* 209735-01 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- **AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Si desea usar la Modalidad Manual, cada lámpara debe estar conectada a través de un interruptor.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo. *Nota:* Si el aparato está instalado a más de 8 pies (2,4 m), si se apunta el detector hacia abajo se reducirá la distancia de cobertura.
- Para obtener los mejores resultados, las luces activadas con la tecnología Link deben estar dentro de 100 pies entre ellas. Las obstrucciones tales como árboles, paredes, colinas, etc. pueden reducir el alcance efectivo del sistema Link.

El detector de movimiento de este aparato de luz detecta "movimiento" debido al movimiento del calor a través del área de cobertura. El detector de movimiento es más sensible a la circulación del calor que se mueve a través del área de cobertura y menos sensible a la circulación del calor que va directamente hacia él.



*Nota:* La lámpara y el sensor debe montarse como se indica arriba, una vez instalado (según el tipo de instalación).

## INSTALACIÓN

⚠️ **ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

Este dispositivo viene con una placa de montaje "Easy Install" (conexión rápida). Está pre-instalado en el aparato para ser enviado.

1. De la parte delantera de la lámpara, desenrosque el tornillo grande de montaje que conecta la lámpara a la placa de montaje y retire la placa de montaje (ver Figura 1). El tornillo de montaje está diseñado para permanecer en la lámpara.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 2). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (vea la Figura 3).
4. Coloque la placa de montaje contra la caja de conexiones (vea la Figura 3).
   • Montaje en pared - La flecha "UP" debe apuntar hacia arriba.
   • Montaje en alero - La flecha "UP" debe apuntar hacia el edificio.
5. Inserte el tornillo pequeño de montaje por el agujero de la placa de montaje situado debajo del agujero roscado. Enrosque el perno en el orificio central del soporte de montaje (ver Figura 3). Apriete el perno de forma segura.



*Figura 1*



*Figura 2*

## CABLEADO

Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra (ver la Figura 4). Apriete los tornillos del bloque de terminales y el tornillo de tierra para asegurar los cables.
• Blanco con "N (blanco)"
• Negro con "L (negro)"
• Alambre desnudo o verde con el tornillo GND (tierra)

## MONTAJE FINAL

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee los dos postes de alineación en la placa de montaje (vea la Figura 3) con los dos orificios de alineación en la parte trasera de la lámpara y presione la lámpara sobre la placa de montaje.
   **IMPORTANTE:** Las dos clavijas de metal en la parte trasera de la lámpara deben insertarse en el bloque de terminales para que la luz funcione.



Poste de alineación

*Figura 3*



*Figura 4*

3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 5).

   **IMPORTANTE:**
   - Si lo monta en la pared, asegúrese de que el aparato esté montado con el detector debajo de las cabezas de la lámpara.
   - Si lo monta en un alero, monte el aparato con detector de espaldas a la pared de la casa. Gire el detector de manera que los controles miren hacia el suelo.

4. Empuje con fuerza el tapón de caucho en el orificio del perno de montaje de la lámpara (vea la Figura 5).

5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 6).

## PRUEBAS Y AJUSTES



*Figura 5*

⚠ **PRECAUCIÓN: Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.**

1. Encienda el disyuntor y el interruptor de pared.

   *Nota:* El detector de movimiento tiene un período de 1 minuto de calentamiento antes de detectar movimiento. Cuando encienda la alimentación por primera vez espere 1 minuto.

2. Deslice el interruptor CHANNEL a OFF, el interruptor de sensibilidad (SENS) a la posición "L", y el interruptor DUALBRITE a la posición TEST (vea la Figura 7). *Nota:* La fase de prueba (TEST) anula la fotocélula (función de apagado de la luz del día) y permite que la lámpara sea probada durante el día o la noche.

3. Camine por el área de cobertura y note dónde está usted cuando las luces se encienden. Además, la LED roja detrás de la lente del detector de movimiento destellará varias veces cuando se detecta movimiento (vea la Figura 8).

4. Deténgase, espere que la luz se apague (8 segundos), y luego empiece a caminar de nuevo. Continúe este proceso hasta que la zona de detección haya sido establecida.

5. Si es necesario, sujete suavemente el detector de movimiento y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.

6. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz.

7. Ajuste el interruptor de sensibilidad (SENS), según sea necesario ("L", "M", "H"). Una sensibilidad demasiado alta puede aumentar las falsas alarmas.



*Figura 6*



*Figura 7*



*Figura 8*

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*  13

# LUCES DE INTERCONEXIÓN

Esta luz ha sido diseñada con la tecnología Link que permite la conexión de múltiples luces entre sí en forma inalámbrica. Las luces de interconexión se pueden agrupar en uno de tres posibles canales para crear zonas interconectadas de iluminación. Vea la sección *Tecnología Link* para más información.

1. Deslice el interruptor de CANAL (CHANNEL) al canal deseado (A, B, o C) en todas las luces que deben estar interconectadas entre sí (ver Figura 7).
2. Deslice el interruptor DUALBRITE a la posición de prueba (TEST) en todas las luces seleccionadas. *Nota:* La fase de prueba anula la fotocélula (función de apagado de la luz del día) y permite que la lámpara sea probada durante el día o la noche.
3. Camine por delante de cada luz para asegurarse de que todas las luces interconectadas son activadas desde otra luz de interconexión. *Nota:* Las luces interconectadas pueden no prenderse al mismo tiempo, debido a la demora de la señal de transmisión.

# REGULACIÓN FINAL

1. Cuando termine la prueba, ajuste el interruptor DUALBRITE a la cantidad deseada de tiempo, después del anochecer, que las luces deben permanecer prendidas a un nivel reducido [Off, 4 Hrs., anochecer al amanecer (D2D)]. Vea la sección *Temporizador DualBrite* para más información.
2. La cantidad de tiempo que las luces permanecen encendidas después de que *TODO* movimiento se ha detenido frente a *TODAS* las luces interconectadas está preestablecido a 5 minutos.

# CONSIDERACIONES IMPORTANTES

## *TECNOLOGÍA LINK:*

La tecnología Link permite la conexión de múltiples luces entre sí en forma inalámbrica. Cuando una luz detecta movimiento se encenderá con todo su resplandor y enviará una señal inalámbrica. Todas las luces dentro de ese alcance y en el mismo canal también se encenderán con todo su resplandor. Cada vez que una luz recibe una señal, repetirá la señal para que otras luces que no están dentro del alcance de la primera luz también se encenderán con todo su resplandor.

Las luces de interconexiones se pueden agrupar en uno de tres posibles canales (A, B, o C) para crear zonas interconectadas de iluminación. *Nota:* Las luces interconectadas se apagan independientemente la una de la otra y puede que no se apaguen exactamente al mismo tiempo.

*Ejemplo de ilustración:* La luz # 1 detecta movimiento y envía una señal. La luz # 2 está fuera del alcance de la luz # 1 y no recibe la señal. La luz # 3 está dentro del alcance de la luz # 1 y recibe la señal de activación. La luz # 3 se activa y se repite la señal. La luz # 2 está dentor del alcance de la luz # 3 y se activa. *Nota:* Todas las luces enviarán una señal cuando se activan, incluso si el interruptor de la luz DUALBRITE está en OFF. Si la luz está en fase manual, repetirá cualquier señal que recibe, pero no la iniciará.



## *EVITE APUNTAR EL DETECTOR A:*

- A continuación hay ejemplos de objetos que pueden producir calor y pueden causar que el detector de movimiento se active:

  - Pozos de agua
  - Animales
  - Acondicionadores de aire
  - Ventosas de calefacción
  - Ventosas de la secadora
  - Tráfico de carros

  Si sospecha que una fuente de calor de este tipo está activando el detector de movimiento, reduzca la sensibilidad.
- Zonas donde animales domésticos o el tráfico puedan activar el detector de movimiento.

• Los objetos grandes cercanos y de colores resplandecientes que reflejan la luz del día pueden hacer que el detector se apague. No apunte otras luces al detector de movimiento.

### *CAMBIOS DE TEMPORADA:*

El detector de movimiento funciona detectando los cambios de temperatura a través de su campo de visión. Cuanto más cerca esté la temperatura ambiente al calor del cuerpo de una persona, el detector aparecerá menos sensible. Cuanto mayor sea la diferencia de temperatura, mayor aparecerá la sensibilidad del detector. Puede ser necesario modificar el interruptor de sensibilidad (SENS) a medida que la temperatura exterior cambia de una estación a la otra. Esta es una parte normal del funcionamiento del detector de luz.

## TEMPORIZADOR DUALBRITE

La fase DUALBRITE es una característica seleccionable que enciende la luz al anochecer a un nivel reducido de luz. La luz permanecerá encendida al nivel reducido de luz por la cantidad de tiempo seleccionado [Off, 4 hr., del anochecer al amanecer (D2D)]. Cuando se detecte movimiento, la luz brillará con todo su resplandor. La luz permanecerá encendida al nivel de brillo completo durante 5 minutos, después de que *TODO* movimiento se ha detenido frente a *TODAS* las luces interconectadas. La luz volverá entonces al nivel de luz reducida. Una vez que el temporizador DUALBRITE se termina, la luz se encenderá sólo cuando el movimiento es detectado por cualquiera de las luces interconectadas. Si selecciona OFF desactiva la función DualBrite, sin embargo, las características de detección de movimiento y de Link continuarán funcionando.

En cuanto a las luces interconectadas la primera luz que detecta la oscuridad encenderá todas las otras luces interconectadas y en el mismo canal si el temporizador DUALBRITE ha sido prendido (ON) en cada luz interconectada. Las luces se apagarán independiente la una de la otra y puede que no se apaguen exactamente al mismo tiempo.

## FASE MANUAL

La fase manual anula el detector de movimiento y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica solo funciona por la noche, solo por una noche a la vez, y solo para la(s) lámpara(s) que están conectadas al interruptor de la luz. la Modalidad Manual no se repite entre las luces con tecnología Link y otras. El detector de movimiento se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared. *Nota:* Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.

1. Asegúrese de que la luz está encendida (ON) y de que el detector se ha calentado (60 segundos).
2. Para activar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 5 segundos.
3. Para desactivar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 5 segundos.

*IMPORTANTE:* Si la modalidad manual no se ACTIVA o DESACTIVA, utilice un ritmo más lento para ACTIVAR y DESACTIVAR usando el interruptor de pared mientras lo hace dentro de 5 segundos.



## CUIDADO Y LIMPIEZA

- Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.
- No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.
- No rocíe la lámpara con una manguera o lavadora a presión.
- Para limpiar la lente de la cámara, use solamente un paño seco de microfibra.

## ESPECIFICACIONES

Alcance ............................................................ Hasta 21 m (varía con la temperatura circundante).

Angulo de detección .......................................... Hasta 180°

Carga Eléctrica - DEL ..................................... 28 Vatios

Lúmenes ........................................................... 2100

Requisitos de Energía ....................................... 120 VCA, 60 Hz

Fases de Operación ........................................... PRUEBA, ACTIVADO POR MOVIMIENTO y FASE MANUAL

Temporizador de duración (del encendido) ...... 5 minutos (No regulable)

Temporizador de prueba .................................... 8 segundos

Temporizador de fase manual ........................... Máximo 6 Horas

Alcance (SENS) ............................................... "L", "M", "H"

Alcance de la tecnología de interconexión ........ Hasta 100 pies (30,5 m) entre cada accesorio de luz Link [varía de acuerdo a las obstrucciones circundantes].

# GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado.<br>2. El fusible está quemado o el disyuntor está desconectado.<br>3. El apagado de la luz diurna (fotocélula) está vigente.<br>4. El cableado del circuito es incorrecto, si esta es una instalación nueva.<br>5. El detector de movimiento está enfocando a la dirección incorrecta.<br>6. La temperatura del aire exterior está cercana al calor corporal de una persona. | 1. Encienda el interruptor de la luz.<br>2. Cambie el fusible o conecte el disyuntor.<br>3. Vuelva a revisar al amanecer.<br>4. Verifique que el cableado esté correcto.<br>5. Vuelva a enfocar el detector de movimiento para que cubra el área deseada.<br>6. Aumente la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 15 para más información. |
| La luz se enciende durante el día. | 1. El detector de movimiento puede estar instalado en un sitio relativamente oscuro.<br>2. El interruptor "DUALBRITE" está en la posición "TEST". | 1. El aparato de luz está operando normalmente bajo estas circunstancias.<br>2. Fije el interruptor "DUALBRITE" a la posición OFF, 4 horas, o la configuración del anochecer hasta el amanecer (D2D). |
| La luz se enciende sin razón aparente. | 1. El detector de movimiento puede estar detectando pequeños animales o tráfico automotor.<br>2. El interruptor "SENS" está fijado demasiado alto.<br>3. El interruptor "DUALBRITE" está en la calibración 4 horas o del crepúsculo al amanecer (D2D).<br>4. La lámpara está interconectada con otra luz.<br><br>5. La lámpara está en el mismo canal que el aparato enlazado del vecino.<br>6. La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno).<br>7. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS").<br>3. El aparato de luz está operando normalmente bajo estas circunstancias.<br>4. La opción Link puede ser apagada (OFF) o fijada a un canal diferente.<br>5. Cambie el canal de las lámparas afectadas a un canal diferente.<br>6. Reduzca la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 15 para más información.<br>7. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer (D2D). | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Cambie la ubicación de la lámpara o utilice la configuración de 4 horas. |
| Las luces de tecnología Link no se activan entre sí. | 1. Las luces vinculadas no están configuradas en el mismo canal.<br>2. Demasiadas obstrucciones están creando interferencia entre las luces conectadas. | 1. Asegúrese de que las luces vinculadas estén configuradas en el mismo canal.<br>2a. Agregue una luz Link entre las luces existentes para crear un punto de relé adicional.<br>2b. Mueva las luces Link más cerca la una de la otra. |

*Para ver más información y vídeos sobre operación y resolución de problemas,*
*visite www.hzsupport.com*

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---------|---------------|----------|
| Las luces permanecen encendidas constantemente. | 1. El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | 2. El detector de movimiento está en la fase manual. | 2. Siga las instrucciones para la *Fase Manual* en la página 16 para reiniciar. |
| | 3. Una lámpara interconectada está captando movimiento continuo y está manteniendo prendidas todas las luces interconectadas. | 3. Las lámparas están funcionando normalmente bajo estas circunstancias. |
| | 4. Múltiples luces interconectadas detectan movimiento lo que mantiene encendidas a todas las luces interconectadas. | 4. Las lámparas están funcionando normalmente bajo estas circunstancias. |
| | 5. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 5. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | 6. El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | 6. Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | 1. El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento. | 1. Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento. |
| | 2. El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | 2. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | 3. El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | 3. Mientras está en la fase PRUEBA, la luz sólo queda encendida por 8 segundos. Fije el interruptor "DUALBRITE" en OFF, 4 horas, o del anochecer hasta el amanecer (D2D). |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

## SERVICIO TÉCNICO

**Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.**

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

\* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

### No hay piezas de servicio disponibles para este producto.

Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.

---

### GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto -** Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Cualquier daño en el aparato de luz como resultado de usar productos químicos o lavadora a presión no están cubiertos por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

---

HeathCo LLC se reserva el derecho de discontinuar los productos y de cambiar las especificaciones a cualquier hora sin incurrir en ninguna obligación de tener que incorporar las nuevas características en los productos vendidos anteriormente.

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

CAN ICES-005 (B)/NMB-005 (B)

Nota: Este equipo ha sido probado y se lo encontró que cumple con los límites para un dispositivo digital de Clase B, de acuerdo con la parte 15 de las Normas de la FCC. Estos límites están diseñados para proporcionar una protección razonable contra interferencias dañinas en una instalación residencial. Este equipo genera, usa y puede irradiar energía de radiofrecuencia y, si no se lo instala y usa de acuerdo con las instrucciones, puede causar interferencia dañina a las comunicaciones de radio. Sin embargo, no hay garantía de que la interferencia no ocurra en una instalación en particular. Si este equipo causa interferencia dañina a la recepción de radio o televisión, lo que se puede determinar apagando y encendiendo el equipo, se recomienda que el usuario intente corregir la interferencia mediante una o más de las siguientes medidas:

- Reoriente o reubique la antena receptora.

- Aumente la separación entre el equipo y el receptor.

- Conecte el equipo a un tomacorriente en un circuito diferente al que está conectado el receptor.

- Para recibir ayuda consulte con el distribuidor o con un técnico experto en radio / TV.

Ex. N - Page 20 of 32



## Heath Zenith

# Luminaire à DEL à détecteur de mouvement
## Modèle : 5835



Reçu daté nécessaire pour remplacement sous garantie.

## CARACTÉRISTIQUES

- Brillant luminaire à DEL éconergétique
- Technologie DualBrite$^{MD}$
- S'allume automatiquement lors de la détection d'un mouvement.
- Branchez aux autres luminaires dotés de la technologie Link.

## DÉBALLAGE

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage de sécurité
- Guide du propriétaire
- Ferrures de montage

## QUINCAILLERIE FOURNIE

*Remarque :* Les quatre vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique



Vis n° 6 du support de montage (x2)



Vis n° 8 du support de montage (x2)



Boulon de montage



Boulon de montage (Pré-installé dans le luminaire)



Support de montage



Petit tournevis

© 2018 HeathCo LLC

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

209735-01 F

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **ATTENTION :** Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- **AVIS :** Ne raccordez pas ce luminaire à un interrupteur gradateur ni à une minuterie.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Chaque luminaire doit être branché à un interrupteur pour utiliser le mode Manual (manuel).
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol. *Remarque :* Lorsque le luminaire est installé à une hauteur supérieure à 8 pi (2,4 m), le fait de diriger le détecteur vers le bas réduit la portée de la couverture.
- Pour de meilleurs résultats, les différents luminaires dotés de la technologie Link doivent être situés à moins de 30 m (100 pi) les uns des autres. Les obstacles, notamment les arbres, les murs, les collines, etc., peuvent réduire la portée réelle du système Link.

Le détecteur de mouvement de ce luminaire décèle les « mouvement » grâce à un déplacement de chaleur dans la zone de couverture. Le détecteur de mouvement est plus sensible aux déplacements de chaleur à travers la zone de couverture qu'aux déplacements de chaleur directement dans sa direction.



*Remarque :* Le luminaire et capteur devraient être montés comme montré ci-dessus au cours de l'installation (selon le type d'installation.)

22     *Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*     *209735-01*

# INSTALLATION

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

Ce luminaire comporte une plaque de montage « Easy Install » (à branchement rapide). Cette dernière est fixée au luminaire pour l'expédition.

1. Sur le devant du luminaire, dévissez le grand boulon de montage qui fixe le luminaire à la plaque de montage, puis retirez la plaque de montage (voir la Figure 1). Le boulon de montage est conçu pour demeurer dans le luminaire.

2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 2). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.

3. Acheminez les fils de la boîte de jonction à travers le trou de la plaque de montage (voir la Figure 3).

4. Placez la plaque de montage contre la boîte de jonction (voir la Figure 3).
   • Montage au mur - La flèche « UP » doit pointer vers le haut
   • Montage sous l'avant-toit - La flèche « UP » doit pointer vers le bâtiment

5. Insérez le petit boulon de fixation à travers le trou de la plaque de montage situé en-dessous du trou taraudé. Vissez ce boulon dans le trou central du support de montage (voir la Figure 3). Serrez solidement le boulon.

## CÂBLAGE

Insérez les fils de la boîte de jonction dans le côté du bornier et autour de la vis de mise à la terre (voir la Figure 4). Serrez les vis du bornier ainsi que la vis de mise à la terre pour retenir les fils.

• Blanc avec « N (blanc) »
• Noir avec « L (noir) »
• Fil dénudé ou vert avec la vis GND (mise à la terre)

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.

2. Alignez les deux goujons d'alignement de la plaque de montage (voir la Figure 3) avec les deux trous d'alignement à l'arrière du luminaire, puis enfoncez le luminaire sur la plaque de montage.
   **IMPORTANT :** Les deux goujons métalliques à l'arrière du luminaire doivent s'insérer dans le bornier pour que le luminaire fonctionne.



*Figure 1*



*Figure 2*



Goujon d'alignement

*Figure 3*



*Figure 4*

3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 5).

   **IMPORTANT :**
   • Pour une installation au mur, assurez-vous que le capteur est situé sous les projecteurs.
   • Pour une installation sous l'avant-toit, assurez-vous que le capteur est situé à l'opposé du mur du bâtiment. Faites pivoter le capteur de sorte que les commandes soient placées face au sol.

4. Enfoncez fermement le bouchon de caoutchouc dans le trou du boulon de montage du luminaire (voir la Figure 5).

5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 6).



*Figure 5*

## ESSAIS ET RÉGLAGES

⚠️ **ATTENTION : Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.**

1. Enclenchez le disjoncteur ainsi que l'interrupteur mural.
   *Remarque :* Le détecteur de mouvement exige un réchauffement d'une minute avant de détecter les mouvements. La première fois que vous mettez le luminaire sous tension, attendez une minute.

2. Faites glisser le commutateur CHANNEL en position OFF, le commutateur de sensibilité (SENS) en position « L » et le commutateur DUALBRITE en position TEST (voir la Figure 7). *Remarque :* Le mode TEST contourne la photocellule (qui ferme le luminaire pendant la journée), permettant de faire l'essai du luminaire de jour comme de nuit.

3. Déplacez-vous dans la zone de couverture, en remarquant l'endroit où vous trouvez lorsque la lumière s'allume. Le voyant à DEL rouge situé derrière la lentille du détecteur de mouvement clignote à plusieurs reprises lorsqu'un mouvement est détecté (voir la Figure 8).

4. Arrêtez-vous, attendez que la lumière s'éteigne (8 secondes), puis recommencez à marcher. Continuez ainsi jusqu'à ce que vous ayez établi la zone de détection.

5. Au besoin, agrippez doucement le détecteur de mouvement, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone de détection.

6. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage.

7. Réglez la sensibilité (SENS) à la valeur souhaitée (faible (L), moyenne (M) ou élevée (H)). Une sensibilité trop élevé peut augmenter le nombre de déclenchement non souhaité.



*Figure 6*



*Figure 7*



*Figure 8*

# INTERCONNEXION DES LUMINAIRES

Ce luminaire intègre la technologie Link qui permet d'interconnecter sans fil de multiples luminaires. Les luminaires peuvent être interconnectés par le biais d'une à trois voies pour créer des zones d'éclairage interconnectées. Consultez la section *Technologie Link* pour plus de détails.

1. Faites glisser le commutateur CHANNEL sur la voie souhaitée (A, B ou C) sur tous les luminaires à interconnecter (voir la Figure 7).
2. Faites glisser le commutateur DUALBRITE en position TEST sur tous les luminaires sélectionnés. *Remarque :* Le mode TEST contourne la photocellule (qui ferme le luminaire pendant la journée), permettant de faire l'essai du luminaire de jour comme de nuit.
3. Marchez devant chaque luminaire pour vous assurer que tous les luminaires interconnectés sont déclenchés par un des autres luminaires du groupe. *Remarque :* Les luminaires pourraient ne pas tous s'allumer simultanément en raison du délai de transmission du signal.

# RÉGLAGE FINAL

1. Une fois l'essai terminé, faites glisser le commutateur DualBrite jusqu'à la valeur désirée de fonctionnement du luminaire à faible intensité une fois la nuit tombée [Arrêt (Off), 4 hres, Du coucher au lever (Dusk-to-Dawn - D2D)]. Consultez la section sur la *Minuterie DualBrite* pour plus de détails.
2. La durée de fonctionnement des luminaires après que *TOUT* mouvement a cessé devant *TOUS* les luminaires interconnectés est préréglée à 5 minutes.

# RENSEIGNEMENTS IMPORTANTS

## *TECHNOLOGIE LINK :*

La technologie Link permet l'interconnexion sans fil de multiples luminaires. Lorsque l'un des luminaires détecte un mouvement, il s'allume à pleine intensité et envoie un signal sans fil. Tous les luminaires à portée et interconnectés à la même voie s'allument alors aussi à pleine intensité. Chaque fois qu'un luminaire reçoit un signal, il le renvoie de sorte que les autres luminaires à portée du premier luminaire s'allument aussi à pleine intensité. Les luminaires peuvent être interconnectés par le biais d'une à trois voies (A, B ou C) pour créer des zones d'éclairage interconnectées. *Remarque :* Les luminaires interconnectés se ferment indépendamment les uns des autres, de sorte qu'il se pourrait qu'ils ne s'éteignent pas tous simultanément.



*Exemple illustré :* Le luminaire n° 1 détecte un mouvement et envoie un signal. Le luminaire n° 2 est hors de la portée du luminaire n° 1 et ne reçoit donc pas le signal. Le luminaire n° 3 est à portée du luminaire n° 1 et reçoit donc le signal. Le luminaire n° 3 s'allume, puis renvoie le signal. Le luminaire n° 2, qui est à portée du luminaire n° 3, s'allume. *Remarque :* Tous les luminaires émettent un signal au moment où ils s'allument, même si le commutateur DualBrite est en position OFF. Lorsque le luminaire est en mode manuel, il répète tous les signaux reçus, mais n'émet pas le premier signal.

## *ÉVITEZ D'ORIENTER LE DÉTECTEUR VERS...*

• Voici des exemples d'objets qui pourraient dégager de la chaleur, de sorte que le détecteur se déclenchera :

| | | |
|---|---|---|
| • Bassin d'eau | • Appareil de climatisation | • Sortie de sécheuse |
| • Animaux | • Sortie de chauffage | • Circulation automobile |

Si vous soupçonnez l'une de ces sources de chaleur d'entraîner le déclenchement du détecteur de mouvement, réduisez la sensibilité.

*209735-01*
Ex. N - Page 25 of 32
*Visitez www.hzsupport.com pour des renseignements
et des vidéos sur l'utilisation et le dépannage*
25

- Zones où des animaux de compagnie ou de la circulation pourrait déclencher le détecteur de mouvement.
- Sur de grands objets clairs à proximité qui réfléchissent la lumière du jour et risquent de déclencher le dispositif d'arrêt. Évitez de diriger d'autres luminaires vers le détecteur de mouvement.

### *MODIFICATIONS SAISONNIÈRES :*

Le détecteur de mouvement fonctionne en décelant les changements de température dans son champ de vision. Plus la température ambiante se rapproche de celle du corps humain, moins le capteur semblera sensible. Plus la différence de température sera importante, plus le capteur semblera sensible. Il pourrait être nécessaire de modifier le réglage du commutateur de sensibilité (SENS) lorsque la température extérieure change, d'une saison à l'autre. Cela fait partie du fonctionnement normal du capteur du luminaire.

## MINUTERIE DUALBRITE

Le mode DualBrite est une fonction réglable du luminaire qui permet d'allumer l'éclairage à intensité réduite à la brunante. Le luminaire demeure allumé à intensité réduite pendant la durée sélectionnée [Arrêt (Off), 4 hres, Du coucher au lever (Dusk-to-Dawn - D2D)]. Lorsqu'un mouvement est détecté, l'éclairage s'allume à pleine intensité. Le luminaire demeure allumé à pleine intensité pendant 5 minutes après que *TOUT* mouvement a cessé devant *TOUS* les luminaires interconnectés. L'éclairage repasse ensuite à intensité réduite. Une fois le délai de la minuterie DualBrite écoulé, l'éclairage s'allume uniquement lorsqu'un mouvement est détecté par l'un des luminaires interconnectés. La sélection de OFF désactive la fonction DualBrite, mais les fonctions de détection de mouvement et de Link continueront à fonctionner.

Pour ce qui est des luminaires interconnectés, le premier luminaire qui décèle la noirceur allume tous les luminaires interconnectés à la même voie lorsque la commande de la minuterie DualBrite de ces luminaires est en position ON. Les luminaires interconnectés se ferment indépendamment les uns des autres, de sorte qu'il se pourrait qu'ils ne s'éteignent pas tous simultanément.

## MODE MANUEL

Le mode manuel contourne le détecteur de mouvement et la commande « PÉRIODE DE FONCTIONNEMENT » de sorte que l'éclairage s'allume à pleine intensité. Cette caractéristique fonctionne uniquement la nuit, une seule nuit à la fois, et vise seulement le(s) luminaire(s) branché à l'interrupteur. Le mode Manual n'est pas reproduit d'un luminaire doté de la technologie Link à un autre. Le détecteur de mouvement repasse en mode détection après six heures ou au moment du lever du soleil, selon la première éventualité. Le mode manuel peut aussi être activé et désactivé au moyen d'un interrupteur mural. *REMARQUE :* Lorsque l'alimentation du luminaire est coupée pendant plus de cinq secondes, laissez le détecteur de mouvement se réchauffer avant de passer au mode manuel.

1. Assurez-vous que le luminaire est bien SOUS TENSION et que le détecteur a eu le temps de se réchauffer (60 secondes).
2. Pour activer le mode manuel, exécutez la séquence HORS TENSION-SOUS TENSION-HORS TENSION-SOUS TENSION en moins de 5 secondes à l'interrupteur mural.
3. Pour désactiver le mode manuel, exécutez la séquence HORS TENSION-SOUS TENSION-HORS TENSION-SOUS TENSION en moins de 5 secondes à l'interrupteur mural.

*IMPORTANT :* Si le mode Manuel n'est pas automatiquement ACTIVÉ ou DÉSACTIVÉ, essayez de réduire la fréquence de MISE SOUS/HORS TENSION de l'appareil au moyen de l'interrupteur mural, tout en actionnant toutefois ce dernier en moins de 5 secondes.



# ENTRETIEN ET NETTOYAGE

- Pour prolonger l'apparence originale, nettoyez uniquement au moyen d'un chiffon doux trempé dans de l'eau.
- N'appliquez aucune peinture, solvant ou produit chimique sur ce luminaire. Cela pourrait causer une détérioration prématurée du fini. Cela ne constitue pas un défaut du fini, de sorte que ce n'est pas couvert par la garantie.
- Évitez de nettoyer le luminaire au moyen du boyau d'arrosage ou d'une laveuse à pression.
- Utilisez uniquement un chiffon en microfibres sec pour nettoyer la lentille de la caméra.

# FICHE TECHNIQUE

| | |
|---|---|
| Portée | Jusqu'à 21 m (70 pi) [Varie selon la température ambiante]. |
| Angle de détection | Jusqu'à 180° |
| Charge électrique - DEL | 28 Watt |
| Lumens | 2100 |
| Courant requis | 120 V c.a., 60 Hz |
| Modes de fonctionnement | ESSAI, DÉCL. PAR MOUV et CONTOURNEMENT MANUEL |
| Minuterie de fonctionnement | 5 minutes (non réglable) |
| Minuterie d'essai | 8 secondes |
| Minuterie du mode manuel | Maximum 6 heures |
| Portée | "L", "M", "H" |
| Portée de la technologie Link | Jusqu'à 30,5 m (100 pi) entre chacun des luminaires Link [varie en fonction des obstacles adjacents]. |

# GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation.<br>5. Le détecteur de mouvement est orienté dans la mauvaise direction.<br>6. La température de l'air extérieur est proche de la température corporelle d'une personne. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau une fois la nuit tombée.<br>4. Vérifiez le câblage.<br>5. Réorientez le détecteur afin de couvrir la zone souhaitée.<br>6. Augmentez le réglage du « SENS ». Voir la section *Modifications Saisonnières* à la page 26 pour plus de détails. |
| La lumière s'allume pendant la journée. | 1. Le détecteur de mouvement est installé dans un endroit relativement sombre.<br>2. Le commutateur DUALBRITE est en position TEST. | 1. Le luminaire fonctionne normalement dans ces circonstances.<br>2. Réglez le commutateur DUALBRITE en position Arrêt (Off), 4 hres, Du coucher au lever (Dusk-to-Dawn - D2D). |
| La lumière s'allume sans raison apparente. | 1. Le capteur détecte de petits animaux ou la circulation automobile.<br>2. Le commutateur « SENS » est réglé à une sensibilité trop élevée.<br>3. Le commutateur « DUALBRITE» est en position 3, 6 ou DUSK TO DAWN (D2D).<br>4. Le luminaire est interconnecté avec un autre luminaire.<br><br>5. Le luminaire est sur la même voie que celle d'un luminaire interconnecté d'un voisin.<br>6. La température extérieure est de loin supérieure ou inférieure à la température corporelle d'une personne (été ou hiver).<br>7. Le luminaire est branché à un gradateur ou à une minuterie. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réduisez la sensibilité du cadran « SENS ».<br>3. Le luminaire fonctionne normalement dans ces circonstances.<br>4. Le luminaire fonctionne normalement lorsqu'il est interconnecté. L'option Link peut être désactivée (OFF) ou configurée pour une autre voie.<br>5. Faites passer à voie des luminaires touchés à une autre voie.<br>6. Réduisez la sensibilité du cadran « SENS ». Voir la section *Modifications Saisonnières* à la page 26 pour plus de détails.<br>7. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |
| L'éclairage s'éteint trop tard lorsqu'il est réglé à DUSK TO DAWN (D2D). | Le luminaire est installé dans un endroit relativement sombre. | Déplacez le luminaire ou utilisez le réglage 4 heures (4 hour). |
| Les luminaires dotés de la technologie Link ne s'activent pas les uns les autres. | 1. Les luminaires reliés ne sont pas configurés sur le même canal.<br>2. De nombreux obstacles créent de l'interférence entre les luminaires reliés. | 1. Assurez-vous que les luminaires reliés sont configurés sur le même canal.<br>2a. Ajouter un luminaire Link entre les luminaires en place pour créer un point de relais supplémentaire.<br>2b. Rapprochez les luminaires Link les uns des autres. |

Ex. N - Page 28 of 32

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage demeure continuellement allumé. | 1. Le détecteur de mouvement capte une source de chaleur : évent, sortie de sécheuse ou surface brillante réfléchissant la chaleur. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement. |
| | 2. Le détecteur de mouvement est en mode manuel. | 2. Suivez les directives du *mode Manuel* à la page 26 pour le réactiver. |
| | 3. Un des luminaires interconnectés détecte continuellement un mouvement et garde allumés tous les luminaires interconnectés. | 3. Les luminaires fonctionnent normalement dans de telles situations. |
| | 4. De multiples luminaires détectent un mouvement et gardent tous les luminaires interconnectés allumés. | 4. Les luminaires fonctionnent normalement dans de telles situations. |
| | 5. Le luminaire est branché à un gradateur ou à une minuterie. | 5. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |
| | 6. Le luminaire est branché au même circuit qu'un moteur, un transformateur ou un fluorescent. | 6. Branchez le luminaire à un circuit ne comportant pas de moteur, de transformateur ni de fluorescent. |
| Les lumières clignotent. | 1. La chaleur ou la lumière des lampes activent et désactivent continuellement le détecteur de mouvement. | 1. Éloignez la lampe du détecteur de mouvement. |
| | 2. La chaleur est réfléchie par des objets de sorte qu'elle active et désactive le détecteur de mouvement. | 2. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement. |
| | 3. Le détecteur de mouvement est en mode « TEST » et se réchauffe. | 3. En mode TEST, l'éclairage demeure allumé seulement pendant 8 secondes. Réglez le commutateur DUALBRITE en position Arrêt (Off), 4 hres, Du coucher au lever (Dusk-to-Dawn - D2D). |
| En mode manuel, les lumières clignotent une fois, puis demeurent éteintes. | Le détecteur de mouvement capte la lumière de la lampe. | Repositionnez la lampe de sorte que la zone sous le détecteur de mouvement soit relativement sombre. |

# SERVICE TECHNIQUE

## Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez\* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

\* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

## Aucune pièce de rechange n'est disponible pour ce produit.

Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.

---

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Les dommages causés au luminaire qui seraient attribuables à l'utilisation de produits chimiques ou d'une machine à laver à pression ne sont pas couverts par la garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

---

HeathCo LLC se réserve le doit d'abandonner tout produit et d'en changer les spécifications, en tout temps et sans contracter quelque obligation que ce soit quant à l'incorporation de nouvelles caractéristiques aux produits déjà vendus.

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

CAN ICES-005 (B)/NMB-005 (B)

Remarque : Cet appareil a été testé et déclaré conforme aux limites pour appareils numériques de classe B, selon Cet appareil a été testé et déclaré conforme aux limites pour appareils numériques de classe B, selon la section 15 des règlements de la FCC. Ces limites sont destinées à assurer une protection raisonnable contre les interférences nuisibles dans une installation résidentielle. Cet appareil produit, utilise et peut émettre de l'énergie radio électrique et, s'il n'est pas installé et utilisé conformément aux présentes instructions, peut causer des interférences nuisibles aux communications radio. Il n'existe toutefois aucune garantie que de telles interférences ne se produiront pas dans une installation particulière. Si cet appareil cause des interférences nuisibles à la réception des signaux de radio ou de télévision, ce qui peut être déterminé en allumant et en éteignant l'appareil, on encourage l'utilisateur d'essayer de corriger ces interférences par l'un des moyens suivants :

- Réorienter ou repositionner l'antenne de réception.
- Augmenter la distance séparant l'appareil du récepteur.
- Brancher l'appareil sur un circuit électrique différent de celui où le récepteur est branché.
- Consulter le détaillant ou un technicien spécialisé en radio/télévision.

209735-01

Ex. N - Page 31 of 32
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

31



**Purchase Information**
**Información de la compra**
**Renseignements d'achat**

Model #: _____
Nº de modelo / N° de modèle

Date of Purchase: _____
Fecha de compra / Date d'achat

**Staple Purchase Receipt Here**

**Engrape aquí el recibo de compra**

**Agrafez le reçu d'achat ici**

**PLEASE KEEP YOUR DATED SALES RECEIPT,
IT IS REQUIRED FOR ALL WARRANTY REQUESTS.**

**POR FAVOR GUARDE SU RECIBO DE VENTA FECHADO; SE LO
REQUIERE PARA CUALQUIER SOLICITUD DE GARANTÍA.**

**VEUILLEZ CONSERVER LE REÇU PORTANT LA DATE D'ACHAT;
VOUS EN AUREZ BESOIN POUR TOUTES VOS DEMANDES
LIÉES À LA GARANTIE.**

# EXHIBIT O



# Motion Sensor Light Control
## Model: 5867

Dated receipt required for warranty replacement.

### FEATURES

- Bright, energy saving LED light
- DualBrite® technology
- Automatically comes on when motion is detected.

### UNPACKING

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Security Light
- Owner's Manual
- Mounting Hardware



## HARDWARE INCLUDED

*Note:* Six mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug



#6 Mounting Bracket Screw (x2)



#8 Mounting Bracket Screw (x2)



Mounting Bolt



Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket



Mini Screwdriver

© 2016 HeathCo LLC

***To see operational and troubleshooting information and videos, go to www.hzsupport.com***

208799-02A

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **WARNING:** Shock hazard. For eave mounting, the center of the junction box must be located at least 4 1/2" (11.5 cm) from the outside edge of the eave.
- **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.
- **CAUTION:** Keep the lamp heads 30° below horizontal to avoid water damage and electrical shock.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- **NOTICE:** Do not connect this light fixture to a dimmer switch or timer.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- If you want to use Manual Mode, the light fixture must be wired through a switch.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground. *Note:* If fixture is mounted higher than 8 ft. (2.4 meters), aiming the sensor down will reduce coverage distance.

The motion sensor on this light fixture detects "motion" by the movement of heat across the coverage area. The motion sensor is more sensitive to the movement of heat moving across the coverage area and less sensitive to the movement of heat directly towards it.



*Note:* Light fixture and sensor should be mounted as shown above when installed (depending upon type of installation).

Ex. O - Page 2 of 96

2

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

*208799-02*

## INSTALLATION

> ⚠️ **WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

This fixture comes with a "Easy Install" mounting plate. It is pre-assembled on the fixture for shipping.

1. Unscrew the large mounting bolt connecting the light fixture to the mounting plate and remove the mounting plate (see Figure 1). The mounting bolt is designed to stay in the light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 2). Use the mounting bracket screws that best fit the junction box.
3. Route the junction box wires through the hole in the mounting plate (see Figure 3).
4. Place the mounting plate against the junction box (see Figure 3).
   • Wall Mounted – The "UP" arrow must point upward
   • Eave Mounted – The "UP" arrow must point toward the building
5. Insert the small mounting bolt through the mounting plate hole located below the threaded hole. Thread the bolt into the center hole of the mounting bracket (see Figure 3). Tighten bolt securely.

## WIRING

Insert the junction box wires into the side of the terminal block and around the ground screw (see Figure 4). Tighten terminal block screws and ground screw to secure wires.

• White to "N (White)"
• Black to "L (Black)"
• Bare or green ground wire to GND (ground) screw.

## FINAL ASSEMBLY

1. Double check that all wiring connections are securely connected.
2. Align the bottom edge of the light fixture with the bottom edge of the mounting plate. Tilt the light fixture toward the mounting plate, making sure the light fixture is centered on the mounting plate.
   **IMPORTANT:** The two pins on the rear of the light fixture must insert into the terminal block for the light to work.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 5).



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

**IMPORTANT:**
- If wall mounted, make sure the fixture is mounted with the sensor below the lamp heads.
- If eave mounted, mount the fixture with sensor facing away from the house wall. Rotate the sensor so the controls face the ground.

4. Push the plastic plug firmly into the mounting bolt hole on the light fixture (see Figure 5).
5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 6).

## TESTING AND ADJUSTMENTS

⚠️ **CAUTION: To avoid water damage and risk of electrical shock, motion sensor controls must be facing the ground when installation is complete.**

1. Turn on the circuit breaker and light switch.
   *Note:* The motion sensor has a 1 minute warm up period before it will detect motion. When first turned on wait 1 minute.
2. Slide the sensitivity (SENS) switch to the "LO" position, the ON-TIME switch to the TEST position, and the DUALBRITE switch to the OFF position (see Figure 7).
3. Walk through the coverage area noting where you are when the lights turn on. Also, the red LED behind the motion sensor lens will flash several times when motion is detected (see Figure 8).
4. If needed, gently grasp the motion sensor and move it from side to side or up and down to adjust the detection zone.
5. If needed, gently grasp the lamp heads and move them from side to side or up and down to adjust the light coverage area.
6. Adjust the sensitivity (SENS) switch as needed ("LO", "M", "HI"). Sensitivity set too high may increase false triggering.

## FINAL SETUP

1. Set the amount of ON-TIME you want the lights to stay on after all motion has stopped (1, 5, or 20 minutes).
2. Set the DUALBRITE switch to the amount of time after dusk you want the lights on at low level (Off, 3, 6 Hrs., Dusk-to-Dawn). See *DualBrite Timer* section for more information.



*Figure 5*



*Figure 6*



*Figure 7*



*Figure 8*

# IMPORTANT CONSIDERATIONS

***AVOID AIMING THE SENSOR AT:***

• Below are examples of objects that might produce heat and may cause the motion sensor to trigger:

| | | |
|---|---|---|
| • Pools of Water | • Air Conditioners | • Dryer Vents |
| • Animals | • Heating Vents | • Automobile Traffic |

  If you suspect that a heat source of this type is triggering the motion sensor, reduce the sensitivity.

• Areas where pets or traffic may trigger the motion sensor.

• Nearby large, light-colored objects reflecting light may trigger the shut-off feature. Do not point other lights at the motion sensor.

***SEASONAL CHANGES:***

The motion sensor works by sensing temperature changes across its field of view. The closer the surrounding temperature is to a person's body heat, the less sensitive the sensor will appear. The greater the temperature difference, the more sensitive the sensor will appear. The sensitivity (SENS) switch might need to be readjusted as the outside temperature changes for the different seasons. This is a normal part of the light sensor's operation.

# DUALBRITE TIMER

DualBrite mode is a selectable feature that turns the light on at a reduced (accent) level at dusk. When motion is detected, the light will increase to full bright for the amount of the ON-TIME setting (1, 5, or 20 minutes) then returns to DualBrite mode. The light will stay on at the reduced light level for the amount of time selected (Off, 3 hr., 6 hr., dusk-to-dawn) and then turn off completely. Once the DualBrite timer runs out, the light will turn ON only when motion is detected. Selecting OFF disables the DualBrite feature, however the motion sensing features will continue to work.

# MANUAL MODE

Manual mode overrides the motion sensor and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor will reset to motion sensing mode at 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

 

• To turn manual mode on, switch the light off at the wall switch for 1 to 2 seconds and then back on.

• To turn manual mode off, switch the light off at the wall switch for 1 to 2 seconds and then back on.

Turn the switch OFF for 1 to 2 seconds

Turn the switch back ON

# SPECIFICATIONS

Range ...................................................Up to 70 ft. (21 m) [varies with surrounding temperature].

Sensing Angle.......................................Up to 180°

Power Requirements.............................120 VAC, 60 Hz

Operating Modes .................................TEST, MOTION ACTIVATED, and MANUAL MODE

ON-Timer.............................................1, 5, 20 minutes

Test Timer............................................8 Seconds

Manual Mode Timer............................Maximum 6 Hours

Sensitivity (SENS) ..............................."LO", "M", "HI"

HeathCo LLC reserves the right to discontinue products and to change specifications at any time without incurring any obligation to incorporate new features in products previously sold.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

CAN ICES-005 (B)/NMB-005 (B)

# TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light will not come on. | 1. Light switch is turned off. <br> 2. Fuse is blown or circuit breaker is turned off. <br> 3. Daylight turn-off (photocell) is in effect. <br> 4. The circuit wiring is incorrect, if this is a new installation. <br> 5. The motion sensor is aimed in the wrong direction. <br> 6. The outside air temperature is close to the same as a person's body heat. | 1. Turn light switch on. <br> 2. Replace fuse or turn circuit breaker on. <br> 3. Recheck after dark. <br> 4. Verify wiring is correct. <br> 5. Re-aim the motion sensor to cover the desired area. <br> 6. Increase the "SENS" setting. See *Seasonal Changes* on page 5 for more information. |
| The light comes on during the day. | 1. The motion sensor may be installed in a relatively dark location. <br> 2. The "ON-TIME" switch is in the "TEST" position. | 1. The light fixture is operating normally under these circumstances. <br> 2. Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | 1. The motion sensor may be sensing small animals or automobile traffic. <br> 2. The "SENS" switch is set too high. <br> 3. The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting. <br> 4. The outside temperature is much warmer or cooler than a person's body heat (summer or winter). <br> 5. The light fixture is wired through a dimmer or timer. | 1. Decrease the "SENS" setting or reposition the motion sensor. <br> 2. Decrease the "SENS" setting. <br> 3. The light fixture is operating normally under these circumstances. <br> 4. Decrease the "SENS" setting. See *Seasonal Changes* on page 5 for more information. <br> 5. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |

Ex. O - Page 6 of 96
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

*208799-02*

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---------|----------------|----------|
| The lights stay on continuously. | 1. The motion sensor may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface.<br>2. The motion sensor is in manual mode.<br><br>3. The light fixture is wired through a dimmer or timer.<br><br>4. The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br><br>2. Set ON-TIME switch to 1, 5, or 20 minutes. Follow *Manual Mode* instructions on page 5 to reset.<br>3. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch.<br>4. Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | 1. Heat or light from the lamp heads may be turning the motion sensor on and off.<br>2. Heat is being reflected from other objects and may be turning the motion sensor on and off.<br>3. The motion sensor is in "TEST" mode and warming up. | 1. Reposition the lamp heads away from the motion sensor.<br>2. Decrease the "SENS" setting or reposition the motion sensor.<br><br>3. While in TEST mode, the light only stays on for 8 seconds. Set ON-TIME switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

*208799-02*

Ex. O - Page 7 of 96
**To see operational and troubleshooting information and videos,
go to www.hzsupport.com**

7

## TECHNICAL SERVICE

### Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

### No Service Parts Available for this Product

Please keep your dated sales receipt, it is required for all warranty requests.

### FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered** - Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES.

REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**



# Control de luz del detector de movimiento
## Modelo: 5867

Se necesita el recibo fechado para reemplazo bajo garantía.

## CARACTERÍSTICAS

- Luz LED brillante de bajo consumo de energía
- Tecnología DualBrite®
- Se enciende automáticamente al detectar movimiento.

## DESEMPAQUE

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz de seguridad
- Manual del propietario
- Ferretería de montaje



## FERRETERÍA INCLUIDA

*Nota:* Se incluyen seis tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico



Tornillo n°6 de soporte de montaje (x2)



Tornillo n°8 de soporte de montaje (x2)



Tornillo de montaje



Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje



Mini-destornillador

© 2016 HeathCo LLC *Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com* 208799-02 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **ADVERTENCIA:** Peligro de descarga eléctrica. Para montaje en aleros, el centro de la caja de conexiones debe estar ubicado al menos a 4 1/2 Pulg. (11,5 cm) desde el borde exterior del alero.
- **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.
- **PRECAUCIÓN:** Mantenga los porta bombillas inclinados a 30° por debajo de la línea horizontal para evitar daños por el agua o una descarga eléctrica.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- **AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Si desea utilizar la fase Manual, la lámpara debe estar conectada a través de un interruptor.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo. *Nota:* Si el aparato está instalado a más de 8 pies (2,4 m), si se apunta el detector hacia abajo se reducirá la distancia de cobertura.

El detector de movimiento de este aparato de luz detecta "movimiento" debido al movimiento del calor a través del área de cobertura. El detector de movimiento es más sensible a la circulación del calor que se mueve a través del área de cobertura y menos sensible a la circulación del calor que va directamente hacia él.



**Montaje en pared**       **Montaje en alero**

*Nota:* La lámpara y el sensor debe montarse como se indica arriba, una vez instalado (según el tipo de instalación).

Ex. O - Page 10 of 96

10       *Para ver más información y vídeos sobre operación y resolución de problemas,*       *208799-02*
*visite www.hzsupport.com*

## INSTALACIÓN

⚠️ **ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

Este dispositivo viene con una placa de montaje "Easy Install" (conexión rápida). Está pre-instalado en el aparato para ser enviado.

1. Desenrosque el tornillo grande de montaje que conecta la lámpara a la placa de montaje y retire la placa de montaje (ver Figura 1). El tornillo de montaje está diseñado para permanecer en la lámpara.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 2). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (vea la Figura 3).
4. Coloque la placa de montaje contra la caja de conexiones (vea la Figura 3).
   • Montaje en pared - La flecha "UP" debe apuntar hacia arriba.
   • Montaje en alero - La flecha "UP" debe apuntar hacia el edificio.
5. Inserte el tornillo pequeño de montaje por el agujero de la placa de montaje situado debajo del agujero roscado. Enrosque el perno en el orificio central del soporte de montaje (ver Figura 3). Apriete el perno de forma segura.

## CABLEADO

Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra (ver la Figura 4). Apriete los tornillos del bloque de terminales y el tornillo de tierra para asegurar los cables.

• Blanco con "N (blanco)"
• Negro con "L (negro)"
• Alambre desnudo o verde con el tornillo GND (tierra)

## MONTAJE FINAL

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee el borde inferior de la lámpara con el borde inferior de la placa de montaje. Incline la lámpara hacia la placa de montaje, asegurándose de que la lámpara esté centrada en la placa de montaje.

   **IMPORTANTE:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.



*Figura 1*



*Figura 2*



*Figura 3*



*Figura 4*

3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 5).

   **IMPORTANTE:**
   - Si lo monta en la pared, asegúrese de que el aparato esté montado con el detector debajo de las cabezas de la lámpara.
   - Si lo monta en un alero, monte el aparato con detector de espaldas a la pared de la casa. Gire el detector de manera que los controles miren hacia el suelo.
4. Empuje el tapón de plástico firmemente en el orificio del perno de montaje de la lámpara (vea la Figura 5).
5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 6).



*Figura 5*

## PRUEBAS Y AJUSTES

⚠ **PRECAUCIÓN: Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.**

1. Conecte el disyuntor y el interruptor de la luz.
   *Nota:* El detector de movimiento tiene un período de 1 minuto de calentamiento antes de detectar movimiento. Cuando lo prenda por primera vez espere 1 minuto.
2. Deslice el interruptor de sensibilidad (SENS) a la posición "LO", el interruptor ON-TIME a la posición TEST, y el interruptor DUALBRITE a la posición OFF (vea la Figura 7).
3. Camine por el área de cobertura y note dónde está usted cuando las luces se encienden. Además, la LED roja detrás de la lente del detector de movimiento destellará varias veces cuando se detecta movimiento (vea la Figura 8).
4. Si es necesario, sujete suavemente el detector de movimiento y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.
5. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz.
6. Ajuste el interruptor de sensibilidad (SENS), según sea necesario ("LO", "M", "HI"). Una sensibilidad demasiado alta puede aumentar las falsas alarmas.



*Figura 6*



*Figura 7*



*Figura 8*

Ex. O - Page 12 of 96

# REGULACIÓN FINAL

1. Ajuste la cantidad de duración (ON-TIME) que desea que las luces se queden prendidas después de que todo movimiento haya cesado (1, 5 o 20 minutos).
2. Para una iluminación ornamental de baja intensidad, ponga el interruptor de DUALBRITE en la posición de 3, 6, o del Dusk-to-Dawn (atardecer-al-amanecer). Vea la sección *Temporizador DualBrite* para más información.

# CONSIDERACIONES IMPORTANTES

### *EVITE APUNTAR EL DETECTOR A:*

- A continuación hay ejemplos de objetos que pueden producir calor y pueden causar que el detector de movimiento se active:

  - Pozos de agua
  - Animales
  - Acondicionadores de aire
  - Ventosas de calefacción
  - Ventosas de la secadora
  - Tráfico de carros

  Si sospecha que una fuente de calor de este tipo está activando el detector de movimiento, reduzca la sensibilidad.
- Zonas donde animales domésticos o el tráfico puedan activar el detector de movimiento.
- Los objetos grandes cercanos y de colores resplandecientes que reflejan la luz del día pueden hacer que el detector se apague. No apunte otras luces al detector de movimiento.

### *CAMBIOS DE TEMPORADA:*

El detector de movimiento funciona detectando los cambios de temperatura a través de su campo de visión. Cuanto más cerca esté la temperatura ambiente al calor del cuerpo de una persona, el detector aparecerá menos sensible. Cuanto mayor sea la diferencia de temperatura, mayor aparecerá la sensibilidad del detector. Puede ser necesario modificar el interruptor de sensibilidad (SENS) a medida la temperatura exterior cambia de una estación a la otra. Esta es una parte normal del funcionamiento del detector de luz.

# TEMPORIZADOR DUALBRITE

La fase DualBrite es una característica seleccionable que enciende la luz a un nivel reducido (acento) al atardecer. Cuando detecta movimiento, la luz aumenta a todo su resplandor de acuerdo al ajuste de duración (ON-TIME) fijado (1, 5 o 20 minutos) y luego vuelve al modo DualBrite. La luz permancerá encendida a nivel de luz reducida de acuerdo al tiempo seleccionado (apagado, 3 hr., 6 hr., dusk-to-dawn) y luego se apagará por completo. Una vez que el temporizador DualBrite se agote, la luz se encenderá sólo cuando detecta movimiento. Si selecciona OFF desactiva la función DualBrite, sin embargo, las características de detección de movimiento seguirán funcionando.

# FASE MANUAL

La fase manual anula el detector de movimiento y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento se restablecerá al modo de detección de movimiento después de 6 horas o a la salida del sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

- Para encender la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.
- Para apagar la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.



Apague el interruptor entre 1 a 2 segundos



Vuelva a encender el interruptor

# ESPECIFICACIONES

Alcance ......................................................... Hasta 21 m (varía con la temperatura circundante).

Angulo de detección ..................................... Hasta 180°

Requisitos de Energía ................................... 120 VCA, 60 Hz

Fases de Operación ...................................... PRUEBA, ACTIVADO POR MOVIMIENTO y FASE MANUAL

Temporizador de duración (del encendido) .. 1, 5 o 20 minutos

Temporizador de prueba .............................. 8 segundos

Temporizador de fase manual ...................... Máximo 6 Horas

Alcance (SENS) ........................................... "LO", "M", "HI"

HeathCo LLC se reserva el derecho de descontinuar productos y de cambiar especificaciones a cualquier momento sin incurrir en ninguna obligación de tener que incorporar nuevas características en los productos vendidos con anterioridad.

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

CAN ICES-005 (B)/NMB-005 (B)

## GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado.<br>2. El fusible está quemado o el disyuntor está desconectado.<br>3. El apagado de la luz diurna (fotocélula) está vigente.<br>4. El cableado del circuito es incorrecto, si esta es una instalación nueva.<br>5. El detector de movimiento está enfocando a la dirección incorrecta.<br>6. La temperatura del aire exterior está cercana al calor corporal de una persona. | 1. Encienda el interruptor de la luz.<br>2. Cambie el fusible o conecte el disyuntor.<br><br>3. Vuelva a revisar al amanecer.<br><br>4. Verifique que el cableado esté correcto.<br><br>5. Vuelva a enfocar el detector de movimiento para que cubra el área deseada.<br>6. Aumente la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información. |
| La luz se enciende durante el día. | 1. El detector de movimiento puede estar instalado en un sitio relativamente oscuro.<br>2. El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | 1. El aparato de luz está operando normalmente bajo estas circunstancias.<br>2. Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |

Ex. O - Page 14 of 96
*Para ver más información y vídeos sobre operación y resolución de problemas,*
*visite www.hzsupport.com*

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz se enciende sin razón aparente. | 1. El detector de movimiento puede estar detectando pequeños animales o tráfico automotor.<br>2. El interruptor "SENS" está fijado demasiado alto.<br>3. El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer.<br>4. La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno).<br>5. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS").<br>3. El aparato de luz está operando normalmente bajo estas circunstancias.<br>4. Reduzca la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información.<br>5. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | 1. El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor.<br>2. El detector de movimiento está en la fase manual.<br>3. El aparato de luz está cableado a través de un reductor de luz o de un temporizador.<br>4. El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. Siga las instrucciones para la *Fase Manual* en la página 13 para reiniciar.<br>3. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado.<br>4. Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | 1. El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento.<br>2. El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento.<br>3. El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | 1. Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>3. Mientras está en la fase PRUEBA, la luz sólo queda encendida por 8 segundos. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

Ex. O - Page 15 of 96

## SERVICIO TÉCNICO

**Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.**

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

**No hay piezas de servicio disponibles para este producto.**

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

---

### GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto** - Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**



# Commande d'éclairage à détecteur de mouvement
## Modèle : 5867

Reçu daté nécessaire pour remplacement sous garantie.

### CARACTÉRISTIQUES

- Brillant luminaire à DEL éconergétique
- Technologie DualBrite<sup>MD</sup>
- S'allume automatiquement lors de la détection d'un mouvement.

### DÉBALLAGE

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage de sécurité
- Guide du propriétaire
- Ferrures de montage



### QUINCAILLERIE FOURNIE

*Remarque :* Les six vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique

Vis n° 6 du support de montage (x2)

Vis n° 8 du support de montage (x2)



Boulon de montage

Boulon de montage (Pré-installé dans le luminaire)



Support de montage





Petit tournevis

© 2016 HeathCo LLC

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

208799-02 F

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **AVERTISSEMENT :** Risque de choc électrique Pour l'installation sous l'avant-toit, le centre de la boîte de jonction doit être situé à au moins 4 1/2 po (11,5 cm) du bord extérieur de l'avant-toit.
- **ATTENTION :** Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.
- **ATTENTION :** Conservez les lampes à un angle de 30 ° sous l'horizontale pour éviter les dommages par l'eau et les chocs.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- **AVIS :** Ne raccordez pas ce luminaire à un interrupteur gradateur ni à une minuterie.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Pour utiliser le mode Manuel, le luminaire doit être branché à un interrupteur.
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol. *Remarque :* Lorsque le luminaire est installé à une hauteur supérieure à 8 pi (2,4 m), le fait de diriger le détecteur vers le bas réduit la portée de la couverture.

Le détecteur de mouvement de ce luminaire décèle les « mouvement » grâce à un déplacement de chaleur dans la zone de couverture. Le détecteur de mouvement est plus sensible aux déplacements de chaleur à travers la zone de couverture qu'aux déplacements de chaleur directement dans sa direction.



*Remarque :* Le luminaire et capteur devraient être montés comme montré ci-dessus au cours de l'installation (selon le type d'installation.)

## INSTALLATION

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

Ce luminaire comporte une plaque de montage « Easy Install » (à branchement rapide). Cette dernière est fixée au luminaire pour l'expédition.

1. Dévissez le gros boulon de fixation reliant le luminaire à la plaque de montage et enlevez la plaque de montage (voir la Figure 1). Le boulon de montage est conçu pour demeurer dans le luminaire.
2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 2). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.
3. Acheminez les fils de la boîte de jonction à travers le trou de la plaque de montage (voir la Figure 3).
4. Placez la plaque de montage contre la boîte de jonction (voir la Figure 3).
   • Montage au mur - La flèche « UP » doit pointer vers le haut
   • Montage sous l'avant-toit - La flèche « UP » doit pointer vers le bâtiment
5. Insérez le petit boulon de fixation à travers le trou de la plaque de montage situé en-dessous du trou taraudé. Vissez ce boulon dans le trou central du support de montage (voir la Figure 3). Serrez solidement le boulon.

## CÂBLAGE

Insérez les fils de la boîte de jonction dans le côté du bornier et autour de la vis de mise à la terre (voir la Figure 4). Serrez les vis du bornier ainsi que la vis de mise à la terre pour retenir les fils.

• Blanc avec « N (blanc) »
• Noir avec « L (noir) »
• Fil dénudé ou vert avec la vis GND (mise à la terre)

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.
2. Alignez le bord inférieur du luminaire au bord inférieur de la plaque de montage. Inclinez le luminaire vers la plaque de montage, tout en vous assurant que le luminaire est centré sur la plaque de montage.

   **IMPORTANT :** Les deux goupilles à l'arrière du luminaire doivent s'insérer dans le bornier pour que l'éclairage fonctionne.



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

208799-02

Ex. O - Page 19 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

19

3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 5).

    **IMPORTANT :**
    - Pour une installation au mur, assurez-vous que le capteur est situé sous les projecteurs.
    - Pour une installation sous l'avant-toit, assurez-vous que le capteur est situé à l'opposé du mur du bâtiment. Faites pivoter le capteur de sorte que les commandes soient placées face au sol.

4. Enfoncez fermement le bouchon de plastique dans le trou du boulon de montage du luminaire (voir la Figure 5).

5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 6).



*Figure 5*

## ESSAIS ET RÉGLAGES

⚠️ **ATTENTION : Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.**

1. Ré-enclenchez le disjoncteur puis ouvrez l'interrupteur.
   *Remarque :* Le détecteur de mouvement exige un réchauffement d'une minute avant de détecter les mouvements. La première fois que vous le mettez sous tension, attendez une minute.

2. Placez le commutateur de sensibilité (SENS) en position « LO », le commutateur de fonctionnement (ON-TIME) en position TEST et le commutateur DUALBRITE en position OFF (voir la Figure 7).

3. Déplacez-vous dans la zone de couverture, en remarquant l'endroit où vous trouvez lorsque la lumière s'allume. Le voyant à DEL rouge situé derrière la lentille du détecteur de mouvement clignote à plusieurs reprises lorsqu'un mouvement est détecté (voir la Figure 8).

4. Au besoin, agrippez doucement le détecteur de mouvement, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone de détection.

5. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage.

6. Réglez la sensibilité (SENS) à la valeur souhaitée (faible (LO), moyenne (M) ou élevée (HI)). Une sensibilité trop élevé peut augmenter le nombre de déclenchement non souhaité.



*Figure 6*



*Figure 7*



*Figure 8*

Ex. O - Page 20 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

# RÉGLAGE FINAL

1. Réglez la période de fonctionnement (ON-TIME), pendant laquelle les projecteurs demeureront allumés après que tout mouvement aura cessé (1, 5 ou 20 minutes).
2. Régler l'interrupteur DUALBRITE au temps d'allumage désiré, à faible intensité, après le crépuscule (3h, 6h, crépuscule-aurore). Consultez la section sur la *Minuterie DualBrite* pour plus de détails.

# RENSEIGNEMENTS IMPORTANTS

### *ÉVITEZ D'ORIENTER LE DÉTECTEUR VERS...*

• Voici des exemples d'objets qui pourraient dégager de la chaleur, de sorte que le détecteur se déclenchera :

• Bassin d'eau
• Appareil de climatisation
• Sortie de sécheuse
• Animaux
• Sortie de chauffage
• Circulation automobile

Si vous soupçonnez l'une de ces sources de chaleur d'entraîner le déclenchement du détecteur de mouvement, réduisez la sensibilité.

• Zones où des animaux de compagnie ou de la circulation pourrait déclencher le détecteur de mouvement.
• Sur de grands objets clairs à proximité qui réfléchissent la lumière du jour et risquent de déclencher le dispositif d'arrêt. Évitez de diriger d'autres luminaires vers le détecteur de mouvement.

### *MODIFICATIONS SAISONNIÈRES :*

Le détecteur de mouvement fonctionne en décelant les changements de température dans son champ de vision. Plus la température ambiante se rapproche de celle du corps humain, moins le capteur semblera sensible. Plus la différence de température sera importante, plus le capteur semblera sensible. Il pourrait être nécessaire de modifier le réglage du commutateur de sensibilité (SENS) lorsque la température extérieure change, d'une saison à l'autre. Cela fait partie du fonctionnement normal du capteur du luminaire.

# MINUTERIE DUALBRITE

Le mode DualBrite est une fonction réglable du luminaire qui permet d'allumer l'éclairage à intensité réduite à la brunante. Lorsqu'un mouvement est détecté, l'éclairage s'allume à pleine intensité pendant la période de fonctionnement (ON-TIME) fixée (1, 5 ou 20 minutes), avant de repasser en mode DualBrite à intensité réduite. L'éclairage demeure à intensité réduite pendant la période sélectionnée (Fermé, 3 hres, 6 hres, Soir au matin/Off, 3 hr., 6 hr., dusk-to-dawn), avant de s'éteindre complètement. Une fois la minuterie DualBrite écoulée, l'éclairage s'allume uniquement lorsqu'un mouvement est détecté. La sélection de l'option OFF désactive la fonction DualBrite, mais le détecteur de mouvement continue de fonctionner.

# MODE MANUEL

Le mode manuel contourne le détecteur de mouvement et la commande « ON-TIME » de sorte que l'éclairage s'allume à pleine intensité. Cette caractéristique fonctionne seulement à nuit, et une seule nuit à la fois. Le détecteur de mouvement repasse en mode détection après six heures ou au moment du lever du soleil, selon la première éventualité. Le mode manuel peut aussi être activé et désactivé au moyen d'un interrupteur mural.

• Pour activer le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.
• Pour désactiver le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.



Fermez l'interrupteur pendant 1 ou 2 secondes



Réactivez l'interrupteur mural.

*208799-02*

Ex. O - Page 21 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

21

# FICHE TECHNIQUE

Portée ........................................................ Jusqu'à 21 m (70 pi) [Varie selon la température ambiante].

Angle de détection........................................ Jusqu'à 180°

Courant requis.............................................. 120 V c.a., 60 Hz

Modes de fonctionnement............................. ESSAI, DÉCL. PAR MOUV et CONTOURNEMENT MANUEL

Minuterie de fonctionnement........................ 1, 5 ou 20 minutes

Minuterie d'essai.......................................... 8 secondes

Minuterie du mode manuel........................... Maximum 6 heures

Portée ......................................................... "LO", "M", "HI"

HeathCo LLC se réserve le doit d'abandonner tout produit et d'en changer les spécifications, en tout temps et sans contracter quelque obligation que ce soit quant à l'incorporation de nouvelles caractéristiques aux produits déjà vendus.

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

CAN ICES-005 (B)/NMB-005 (B)

# GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation.<br>5. Le détecteur de mouvement est orienté dans la mauvaise direction.<br>6. La température de l'air extérieur est proche de la température corporelle d'une personne. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau une fois la nuit tombée.<br>4. Vérifiez le câblage.<br>5. Réorientez le détecteur afin de couvrir la zone souhaitée.<br>6. Augmentez le réglage du « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails. |
| La lumière s'allume pendant la journée. | 1. Le détecteur de mouvement est installé dans un endroit relativement sombre.<br>2. Le commutateur « ON-TIME » est en position « TEST ». | 1. Le luminaire fonctionne normalement dans ces circonstances.<br>2. Placez le commutateur « ON-TIME » en position 1, 5 ou 20 minutes. |
| La lumière s'allume sans raison apparente. | 1. Le capteur détecte de petits animaux ou la circulation automobile.<br>2. Le commutateur « SENS » est réglé à une sensibilité trop élevée.<br>3. Le commutateur « DUALBRITE» est en position 3, 6 ou DUSK TO DAWN.<br>4. La température extérieure est de loin supérieure ou inférieure à la température corporelle d'une personne (été ou hiver).<br>5. Le luminaire est branché à un gradateur ou à une minuterie. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réduisez la sensibilité du cadran « SENS ».<br>3. Le luminaire fonctionne normalement dans ces circonstances.<br>4. Réduisez la sensibilité du cadran « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails.<br>5. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage s'éteint trop tard lorsqu'il est réglé à DUSK TO DAWN. | Le luminaire est installé dans un endroit relativement sombre. | Déplacez le luminaire ou utilisez le réglage 3 heures ou 6 heures. |
| L'éclairage demeure continuellement allumé. | 1. Le détecteur de mouvement capte une source de chaleur : évent, sortie de sécheuse ou surface brillante réfléchissant la chaleur.<br>2. Le détecteur de mouvement est en mode manuel.<br>3. Le luminaire est branché à un gradateur ou à une minuterie.<br>4. Le luminaire est branché au même circuit qu'un moteur, un transformateur ou un fluorescent. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. Suivez les directives du *mode Manuel* à la page 21 pour le réactiver.<br>3. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard.<br>4. Branchez le luminaire à un circuit ne comportant pas de moteur, de transformateur ni de fluorescent. |
| Les lumières clignotent. | 1. La chaleur ou la lumière des lampes activent et désactivent continuellement le détecteur de mouvement.<br>2. La chaleur est réfléchie par des objets de sorte qu'elle active et désactive le détecteur de mouvement.<br>3. Le détecteur de mouvement est en mode « TEST » et se réchauffe. | 1. Éloignez la lampe du détecteur de mouvement.<br>2. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>3. En mode TEST, l'éclairage demeure allumé seulement pendant 8 secondes. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. |
| En mode manuel, les lumières clignotent une fois, puis demeurent éteintes. | Le détecteur de mouvement capte la lumière de la lampe. | Repositionnez la lampe de sorte que la zone sous le détecteur de mouvement soit relativement sombre. |

## SERVICE TECHNIQUE

**Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.**

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

**Aucune pièce de rechange n'est disponible pour ce produit.**

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

---

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**



# Motion Sensor Light Control
## Model: 5868

Dated receipt required for warranty replacement.

## FEATURES

- Bright, energy saving LED light
- DualBrite® technology
- Automatically comes on when motion is detected.

## UNPACKING

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Security Light
- Owner's Manual
- Mounting Hardware



## HARDWARE INCLUDED

*Note:* Six mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug



#6 Mounting Bracket Screw (x2)



#8 Mounting Bracket Screw (x2)



Mounting Bolt



Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket



Mini Screwdriver

© 2016 HeathCo LLC    **To see operational and troubleshooting information and videos, go to www.hzsupport.com**    208800-02A

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **WARNING:** Shock hazard. For eave mounting, the center of the junction box must be located at least 4 1/2" (11.5 cm) from the outside edge of the eave.
- **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.
- **CAUTION:** Keep the lamp heads 30° below horizontal to avoid water damage and electrical shock.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- **NOTICE:** Do not connect this light fixture to a dimmer switch or timer.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- If you want to use Manual Mode, the light fixture must be wired through a switch.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground. *Note:* If fixture is mounted higher than 8 ft. (2.4 meters), aiming the sensor down will reduce coverage distance.

The motion sensor on this light fixture detects "motion" by the movement of heat across the coverage area. The motion sensor is more sensitive to the movement of heat moving across the coverage area and less sensitive to the movement of heat directly towards it.



*Note:* Light fixture and sensor should be mounted as shown above when installed (depending upon type of installation).

Ex. O - Page 26 of 96

2

## INSTALLATION

⚠️ **WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

This fixture comes with a "Easy Install" mounting plate. It is pre-assembled on the fixture for shipping.

1. Unscrew the large mounting bolt connecting the light fixture to the mounting plate and remove the mounting plate (see Figure 1). The mounting bolt is designed to stay in the light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 2). Use the mounting bracket screws that best fit the junction box.
3. Route the junction box wires through the hole in the mounting plate (see Figure 3).
4. Place the mounting plate against the junction box (see Figure 3).
   • Wall Mounted – The "UP" arrow must point upward
   • Eave Mounted – The "UP" arrow must point toward the building
5. Insert the small mounting bolt through the mounting plate hole located below the threaded hole. Thread the bolt into the center hole of the mounting bracket (see Figure 3). Tighten bolt securely.

## WIRING

Insert the junction box wires into the side of the terminal block and around the ground screw (see Figure 4). Tighten terminal block screws and ground screw to secure wires.

• White to "N (White)"
• Black to "L (Black)"
• Bare or green ground wire to GND (ground) screw.

## FINAL ASSEMBLY

1. Double check that all wiring connections are securely connected.
2. Align the bottom edge of the light fixture with the bottom edge of the mounting plate. Tilt the light fixture toward the mounting plate, making sure the light fixture is centered on the mounting plate.

   **IMPORTANT:** The two pins on the rear of the light fixture must insert into the terminal block for the light to work.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 5).



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

**IMPORTANT:**
- If wall mounted, make sure the fixture is mounted with the sensor below the lamp heads.
- If eave mounted, mount the fixture with sensor facing away from the house wall. Rotate the sensor so the controls face the ground.

4. Push the plastic plug firmly into the mounting bolt hole on the light fixture (see Figure 5).
5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 6).



*Figure 5*

## TESTING AND ADJUSTMENTS

⚠ **CAUTION: To avoid water damage and risk of electrical shock, motion sensor controls must be facing the ground when installation is complete.**

1. Turn on the circuit breaker and light switch.
   *Note:* The motion sensor has a 1 minute warm up period before it will detect motion. When first turned on wait 1 minute.
2. Slide the sensitivity (SENS) switch to the "LO" position, the ON-TIME switch to the TEST position, and the DUALBRITE switch to the OFF position (see Figure 7).
3. Walk through the coverage area noting where you are when the lights turn on. Also, the red LED behind the motion sensor lens will flash several times when motion is detected (see Figure 8).
4. If needed, gently grasp the motion sensor and move it from side to side or up and down to adjust the detection zone.
5. If needed, gently grasp the lamp heads and move them from side to side or up and down to adjust the light coverage area.
6. Adjust the sensitivity (SENS) switch as needed ("LO", "M", "HI"). Sensitivity set too high may increase false triggering.

## FINAL SETUP

1. Set the amount of ON-TIME you want the lights to stay on after all motion has stopped (1, 5, or 20 minutes).
2. Set the DUALBRITE switch to the amount of time after dusk you want the lights on at low level (Off, 3, 6 Hrs., Dusk-to-Dawn). See *DualBrite Timer* section for more information.



*Figure 6*



*Figure 7*



*Figure 8*

# IMPORTANT CONSIDERATIONS

### *AVOID AIMING THE SENSOR AT:*

- Below are examples of objects that might produce heat and may cause the motion sensor to trigger:

  - Pools of Water
  - Air Conditioners
  - Dryer Vents
  - Animals
  - Heating Vents
  - Automobile Traffic

  If you suspect that a heat source of this type is triggering the motion sensor, reduce the sensitivity.

- Areas where pets or traffic may trigger the motion sensor.
- Nearby large, light-colored objects reflecting light may trigger the shut-off feature. Do not point other lights at the motion sensor.

### *SEASONAL CHANGES:*

The motion sensor works by sensing temperature changes across its field of view. The closer the surrounding temperature is to a person's body heat, the less sensitive the sensor will appear. The greater the temperature difference, the more sensitive the sensor will appear. The sensitivity (SENS) switch might need to be readjusted as the outside temperature changes for the different seasons. This is a normal part of the light sensor's operation.

# DUALBRITE TIMER

DualBrite mode is a selectable feature that turns the light on at a reduced (accent) level at dusk. When motion is detected, the light will increase to full bright for the amount of the ON-TIME setting (1, 5, or 20 minutes) then returns to DualBrite mode. The light will stay on at the reduced light level for the amount of time selected (Off, 3 hr., 6 hr., dusk-to-dawn) and then turn off completely. Once the DualBrite timer runs out, the light will turn ON only when motion is detected. Selecting OFF disables the DualBrite feature, however the motion sensing features will continue to work.

# MANUAL MODE

Manual mode overrides the motion sensor and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor will reset to motion sensing mode at 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

- To turn manual mode on, switch the light off at the wall switch for 1 to 2 seconds and then back on.
- To turn manual mode off, switch the light off at the wall switch for 1 to 2 seconds and then back on.



Turn the switch OFF for 1 to 2 seconds



Turn the switch back ON

# SPECIFICATIONS

Range ....................................................Up to 70 ft. (21 m) [varies with surrounding temperature].

Sensing Angle.......................................Up to 180˚

Power Requirements..............................120 VAC, 60 Hz

Operating Modes .................................TEST, MOTION ACTIVATED, and MANUAL MODE

ON-Timer.............................................1, 5, 20 minutes

Test Timer............................................8 Seconds

Manual Mode Timer............................Maximum 6 Hours

Sensitivity (SENS) ..............................."LO", "M", "HI"

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

CAN ICES-005 (B)/NMB-005 (B)

# TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light will not come on. | 1. Light switch is turned off.<br>2. Fuse is blown or circuit breaker is turned off.<br>3. Daylight turn-off (photocell) is in effect.<br>4. The circuit wiring is incorrect, if this is a new installation.<br>5. The motion sensor is aimed in the wrong direction.<br>6. The outside air temperature is close to the same as a person's body heat. | 1. Turn light switch on.<br>2. Replace fuse or turn circuit breaker on.<br>3. Recheck after dark.<br>4. Verify wiring is correct.<br>5. Re-aim the motion sensor to cover the desired area.<br>6. Increase the "SENS" setting. See *Seasonal Changes* on page 5 for more information. |
| The light comes on during the day. | 1. The motion sensor may be installed in a relatively dark location.<br>2. The "ON-TIME" switch is in the "TEST" position. | 1. The light fixture is operating normally under these circumstances.<br>2. Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | 1. The motion sensor may be sensing small animals or automobile traffic.<br>2. The "SENS" switch is set too high.<br>3. The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting.<br>4. The outside temperature is much warmer or cooler than a person's body heat (summer or winter).<br>5. The light fixture is wired through a dimmer or timer. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br>2. Decrease the "SENS" setting.<br>3. The light fixture is operating normally under these circumstances.<br>4. Decrease the "SENS" setting. See *Seasonal Changes* on page 5 for more information.<br>5. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |

Ex. O - Page 30 of 96
*To see operational and troubleshooting information and videos,
go to www.hzsupport.com*

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The lights stay on continuously. | 1. The motion sensor may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface.<br>2. The motion sensor is in manual mode.<br><br>3. The light fixture is wired through a dimmer or timer.<br><br>4. The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br><br>2. Set ON-TIME switch to 1, 5, or 20 minutes. Follow *Manual Mode* instructions on page 5 to reset.<br>3. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch.<br>4. Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | 1. Heat or light from the lamp heads may be turning the motion sensor on and off.<br>2. Heat is being reflected from other objects and may be turning the motion sensor on and off.<br>3. The motion sensor is in "TEST" mode and warming up. | 1. Reposition the lamp heads away from the motion sensor.<br>2. Decrease the "SENS" setting or reposition the motion sensor.<br><br>3. While in TEST mode, the light only stays on for 8 seconds. Set ON-TIME switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

## TECHNICAL SERVICE

**Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.**

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

## No Service Parts Available for this Product

Please keep your dated sales receipt, it is required for all warranty requests.

## FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered -** Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES.

REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**



# Control de luz del detector de movimiento
## Modelo: 5868

Se necesita el recibo fechado para reemplazo bajo garantía.

## CARACTERÍSTICAS

- Luz LED brillante de bajo consumo de energía
- Tecnología DualBrite®
- Se enciende automáticamente al detectar movimiento.

## DESEMPAQUE

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz de seguridad
- Manual del propietario
- Ferretería de montaje



## FERRETERÍA INCLUIDA

*Nota:* Se incluyen seis tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico



Tornillo n°6 de soporte de montaje (x2)



Tornillo n°8 de soporte de montaje (x2)



Tornillo de montaje



Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje



Mini-destornillador

© 2016 HeathCo LLC

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*

208800-02 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **ADVERTENCIA:** Peligro de descarga eléctrica. Para montaje en aleros, el centro de la caja de conexiones debe estar ubicado al menos a 4 1/2 Pulg. (11,5 cm) desde el borde exterior del alero.
- **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.
- **PRECAUCIÓN:** Mantenga los porta bombillas inclinados a 30° por debajo de la línea horizontal para evitar daños por el agua o una descarga eléctrica.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- **AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Si desea utilizar la fase Manual, la lámpara debe estar conectada a través de un interruptor.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo. *Nota:* Si el aparato está instalado a más de 8 pies (2,4 m), si se apunta el detector hacia abajo se reducirá la distancia de cobertura.

El detector de movimiento de este aparato de luz detecta "movimiento" debido al movimiento del calor a través del área de cobertura. El detector de movimiento es más sensible a la circulación del calor que se mueve a través del área de cobertura y menos sensible a la circulación del calor que va directamente hacia él.



**Lo menos sensible**　　　　**Lo más sensible**

**Montaje en pared**　　　　**Montaje en alero**

*Nota:* La lámpara y el sensor debe montarse como se indica arriba, una vez instalado (según el tipo de instalación).

Ex. O - Page 34 of 96

10　　*Para ver más información y vídeos sobre operación y resolución de problemas,*　　　*208800-02*
*visite www.hzsupport.com*

# INSTALACIÓN

⚠️ **ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

Este dispositivo viene con una placa de montaje "Easy Install" (conexión rápida). Está pre-instalado en el aparato para ser enviado.

1. Desenrosque el tornillo grande de montaje que conecta la lámpara a la placa de montaje y retire la placa de montaje (ver Figura 1). El tornillo de montaje está diseñado para permanecer en la lámpara.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 2). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (vea la Figura 3).
4. Coloque la placa de montaje contra la caja de conexiones (vea la Figura 3).
   • Montaje en pared - La flecha "UP" debe apuntar hacia arriba.
   • Montaje en alero - La flecha "UP" debe apuntar hacia el edificio.
5. Inserte el tornillo pequeño de montaje por el agujero de la placa de montaje situado debajo del agujero roscado. Enrosque el perno en el orificio central del soporte de montaje (ver Figura 3). Apriete el perno de forma segura.

## CABLEADO

Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra (ver la Figura 4). Apriete los tornillos del bloque de terminales y el tornillo de tierra para asegurar los cables.

• Blanco con "N (blanco)"
• Negro con "L (negro)"
• Alambre desnudo o verde con el tornillo GND (tierra)

## MONTAJE FINAL

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee el borde inferior de la lámpara con el borde inferior de la placa de montaje. Incline la lámpara hacia la placa de montaje, asegurándose de que la lámpara esté centrada en la placa de montaje.
   **IMPORTANTE:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.



*Figura 1*



*Figura 2*



*Figura 3*



*Figura 4*

3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 5).

   **IMPORTANTE:**
   - Si lo monta en la pared, asegúrese de que el aparato esté montado con el detector debajo de las cabezas de la lámpara.
   - Si lo monta en un alero, monte el aparato con detector de espaldas a la pared de la casa. Gire el detector de manera que los controles miren hacia el suelo.

4. Empuje el tapón de plástico firmemente en el orificio del perno de montaje de la lámpara (vea la Figura 5).

5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 6).



*Figura 5*

## PRUEBAS Y AJUSTES

⚠️ **PRECAUCIÓN: Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.**

1. Conecte el disyuntor y el interruptor de la luz.

   *Nota:* El detector de movimiento tiene un período de 1 minuto de calentamiento antes de detectar movimiento. Cuando lo prenda por primera vez espere 1 minuto.

2. Deslice el interruptor de sensibilidad (SENS) a la posición "LO", el interruptor ON-TIME a la posición TEST, y el interruptor DUALBRITE a la posición OFF (vea la Figura 7).

3. Camine por el área de cobertura y note dónde está usted cuando las luces se encienden. Además, la LED roja detrás de la lente del detector de movimiento destellará varias veces cuando se detecta movimiento (vea la Figura 8).

4. Si es necesario, sujete suavemente el detector de movimiento y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.

5. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz.

6. Ajuste el interruptor de sensibilidad (SENS), según sea necesario ("LO", "M", "HI"). Una sensibilidad demasiado alta puede aumentar las falsas alarmas.



*Figura 6*



*Figura 7*



*Figura 8*

# REGULACIÓN FINAL

1. Ajuste la cantidad de duración (ON-TIME) que desea que las luces se queden prendidas después de que todo movimiento haya cesado (1, 5 o 20 minutos).
2. Para una iluminación ornamental de baja intensidad, ponga el interruptor de DUALBRITE en la posición de 3, 6, o del Dusk-to-Dawn (atardecer-al-amanecer). Vea la sección *Temporizador DualBrite* para más información.

# CONSIDERACIONES IMPORTANTES

### *EVITE APUNTAR EL DETECTOR A:*
- A continuación hay ejemplos de objetos que pueden producir calor y pueden causar que el detector de movimiento se active:

  - Pozos de agua
  - Animales
  - Acondicionadores de aire
  - Ventosas de calefacción
  - Ventosas de la secadora
  - Tráfico de carros

  Si sospecha que una fuente de calor de este tipo está activando el detector de movimiento, reduzca la sensibilidad.
- Zonas donde animales domésticos o el tráfico puedan activar el detector de movimiento.
- Los objetos grandes cercanos y de colores resplandecientes que reflejan la luz del día pueden hacer que el detector se apague. No apunte otras luces al detector de movimiento.

### *CAMBIOS DE TEMPORADA:*
El detector de movimiento funciona detectando los cambios de temperatura a través de su campo de visión. Cuanto más cerca esté la temperatura ambiente al calor del cuerpo de una persona, el detector aparecerá menos sensible. Cuanto mayor sea la diferencia de temperatura, mayor aparecerá la sensibilidad del detector. Puede ser necesario modificar el interruptor de sensibilidad (SENS) a medida que la temperatura exterior cambia de una estación a la otra. Esta es una parte normal del funcionamiento del detector de luz.

# TEMPORIZADOR DUALBRITE

La fase DualBrite es una característica seleccionable que enciende la luz a un nivel reducido (acento) al atardecer. Cuando detecta movimiento, la luz aumenta a todo su resplandor de acuerdo al ajuste de duración (ON-TIME) fijado (1, 5 o 20 minutos) y luego vuelve al modo DualBrite. La luz permancerá encendida a nivel de luz reducida de acuerdo al tiempo seleccionado (apagado, 3 hr., 6 hr., dusk-to-dawn) y luego se apagará por completo. Una vez que el temporizador Dual-Brite se agote, la luz se encenderá sólo cuando detecta movimiento. Si selecciona OFF desactiva la función DualBrite, sin embargo, las características de detección de movimiento seguirán funcionando.

# FASE MANUAL

La fase manual anula el detector de movimiento y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento se restablecerá al modo de detección de movimiento después de 6 horas o a la salida del sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

- Para encender la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.
- Para apagar la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.



Apague el interruptor entre 1 a 2 segundos



Vuelva a encender el interruptor

# ESPECIFICACIONES

Alcance ........................................................ Hasta 21 m (varía con la temperatura circundante).

Angulo de detección .................................... Hasta 180°

Requisitos de Energía .................................. 120 VCA, 60 Hz

Fases de Operación ....................................... PRUEBA, ACTIVADO POR MOVIMIENTO y FASE MANUAL

Temporizador de duración (del encendido) .. 1, 5 o 20 minutos

Temporizador de prueba ............................... 8 segundos

Temporizador de fase manual ....................... Máximo 6 Horas

Alcance (SENS) ........................................... "LO", "M", "HI"

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

CAN ICES-005 (B)/NMB-005 (B)

# GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado.<br>2. El fusible está quemado o el disyuntor está desconectado.<br>3. El apagado de la luz diurna (fotocélula) está vigente.<br>4. El cableado del circuito es incorrecto, si esta es una instalación nueva.<br>5. El detector de movimiento está enfocando a la dirección incorrecta.<br>6. La temperatura del aire exterior está cercana al calor corporal de una persona. | 1. Encienda el interruptor de la luz.<br>2. Cambie el fusible o conecte el disyuntor.<br><br>3. Vuelva a revisar al amanecer.<br><br>4. Verifique que el cableado esté correcto.<br><br>5. Vuelva a enfocar el detector de movimiento para que cubra el área deseada.<br>6. Aumente la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información. |
| La luz se enciende durante el día. | 1. El detector de movimiento puede estar instalado en un sitio relativamente oscuro.<br>2. El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | 1. El aparato de luz está operando normalmente bajo estas circunstancias.<br>2. Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | 1. El detector de movimiento puede estar detectando pequeños animales o tráfico automotor.<br>2. El interruptor "SENS" está fijado demasiado alto.<br>3. El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer.<br>4. La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno).<br>5. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS").<br><br>3. El aparato de luz está operando normalmente bajo estas circunstancias.<br><br>4. Reduzca la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información.<br>5. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |

Ex. O - Page 38 of 96

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---------|---------------|----------|
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | 1. El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor.<br>2. El detector de movimiento está en la fase manual.<br>3. El aparato de luz está cableado a través de un reductor de luz o de un temporizador.<br>4. El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. Siga las instrucciones para la *Fase Manual* en la página 13 para reiniciar.<br>3. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado.<br>4. Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | 1. El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento.<br>2. El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento.<br>3. El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | 1. Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>3. Mientras está en la fase PRUEBA, la luz sólo queda encendida por 8 segundos. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

## SERVICIO TÉCNICO

**Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.**

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

**No hay piezas de servicio disponibles para este producto.**

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

---

## GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto** - Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

Ex. O - Page 40 of 96



# Commande d'éclairage à détecteur de mouvement
## Modèle : 5868

Reçu daté nécessaire pour remplacement sous garantie.



## CARACTÉRISTIQUES

- Brillant luminaire à DEL éconergétique
- Technologie DualBrite<sup>MD</sup>
- S'allume automatiquement lors de la détection d'un mouvement.

## DÉBALLAGE

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage de sécurité
- Guide du propriétaire
- Ferrures de montage

## QUINCAILLERIE FOURNIE

*Remarque :* Les six vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique



Vis n° 6 du support de montage (x2)



Vis n° 8 du support de montage (x2)



Boulon de montage



Boulon de montage (Pré-installé dans le luminaire)



Support de montage





Petit tournevis

© 2016 HeathCo LLC

Ex. O - Page 41 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

208800-02 F

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **AVERTISSEMENT :** Risque de choc électrique Pour l'installation sous l'avant-toit, le centre de la boîte de jonction doit être situé à au moins 4 1/2 po (11,5 cm) du bord extérieur de l'avant-toit.
- **ATTENTION :** Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.
- **ATTENTION :** Conservez les lampes à un angle de 30 ° sous l'horizontale pour éviter les dommages par l'eau et les chocs.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- **AVIS :** Ne raccordez pas ce luminaire à un interrupteur gradateur ni à une minuterie.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Pour utiliser le mode Manuel, le luminaire doit être branché à un interrupteur.
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol. *Remarque :* Lorsque le luminaire est installé à une hauteur supérieure à 8 pi (2,4 m), le fait de diriger le détecteur vers le bas réduit la portée de la couverture.

Le détecteur de mouvement de ce luminaire décèle les « mouvement » grâce à un déplacement de chaleur dans la zone de couverture. Le détecteur de mouvement est plus sensible aux déplacements de chaleur à travers la zone de couverture qu'aux déplacements de chaleur directement dans sa direction.



*Remarque :* Le luminaire et capteur devraient être montés comme montré ci-dessus au cours de l'installation (selon le type d'installation.)

Ex. O - Page 42 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

## INSTALLATION

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

Ce luminaire comporte une plaque de montage « Easy Install » (à branchement rapide). Cette dernière est fixée au luminaire pour l'expédition.

1. Dévissez le gros boulon de fixation reliant le luminaire à la plaque de montage et enlevez la plaque de montage (voir la Figure 1). Le boulon de montage est conçu pour demeurer dans le luminaire.
2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 2). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.
3. Acheminez les fils de la boîte de jonction à travers le trou de la plaque de montage (voir la Figure 3).
4. Placez la plaque de montage contre la boîte de jonction (voir la Figure 3).
   • Montage au mur - La flèche « UP » doit pointer vers le haut
   • Montage sous l'avant-toit - La flèche « UP » doit pointer vers le bâtiment
5. Insérez le petit boulon de fixation à travers le trou de la plaque de montage situé en-dessous du trou taraudé. Vissez ce boulon dans le trou central du support de montage (voir la Figure 3). Serrez solidement le boulon.

## CÂBLAGE

Insérez les fils de la boîte de jonction dans le côté du bornier et autour de la vis de mise à la terre (voir la Figure 4). Serrez les vis du bornier ainsi que la vis de mise à la terre pour retenir les fils.

• Blanc avec « N (blanc) »
• Noir avec « L (noir) »
• Fil dénudé ou vert avec la vis GND (mise à la terre)

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.
2. Alignez le bord inférieur du luminaire au bord inférieur de la plaque de montage. Inclinez le luminaire vers la plaque de montage, tout en vous assurant que le luminaire est centré sur la plaque de montage.

   **IMPORTANT :** Les deux goupilles à l'arrière du luminaire doivent s'insérer dans le bornier pour que l'éclairage fonctionne.



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 5).

   **IMPORTANT :**
   - Pour une installation au mur, assurez-vous que le capteur est situé sous les projecteurs.
   - Pour une installation sous l'avant-toit, assurez-vous que le capteur est situé à l'opposé du mur du bâtiment. Faites pivoter le capteur de sorte que les commandes soient placées face au sol.
4. Enfoncez fermement le bouchon de plastique dans le trou du boulon de montage du luminaire (voir la Figure 5).
5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 6).

## ESSAIS ET RÉGLAGES

> ⚠️ **ATTENTION : Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.**

1. Ré-enclenchez le disjoncteur puis ouvrez l'interrupteur.
   *Remarque :* Le détecteur de mouvement exige un réchauffement d'une minute avant de détecter les mouvements. La première fois que vous le mettez sous tension, attendez une minute.
2. Placez le commutateur de sensibilité (SENS) en position « LO », le commutateur de fonctionnement (ON-TIME) en position TEST et le commutateur DUALBRITE en position OFF (voir la Figure 7).
3. Déplacez-vous dans la zone de couverture, en remarquant l'endroit où vous trouvez lorsque la lumière s'allume. Le voyant à DEL rouge situé derrière la lentille du détecteur de mouvement clignote à plusieurs reprises lorsqu'un mouvement est détecté (voir la Figure 8).
4. Au besoin, agrippez doucement le détecteur de mouvement, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone de détection.
5. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage.
6. Réglez la sensibilité (SENS) à la valeur souhaitée (faible (LO), moyenne (M) ou élevée (HI)). Une sensibilité trop élevé peut augmenter le nombre de déclenchement non souhaité.



*Figure 5*



*Figure 6*

*Figure 7*



*Figure 8*

# RÉGLAGE FINAL

1. Réglez la période de fonctionnement (ON-TIME), pendant laquelle les projecteurs demeureront allumés après que tout mouvement aura cessé (1, 5 ou 20 minutes).

2. Régler l'interrupteur DUALBRITE au temps d'allumage désiré, à faible intensité, après le crépuscule (3h, 6h, crépuscule-aurore). Consultez la section sur la *Minuterie DualBrite* pour plus de détails.

# RENSEIGNEMENTS IMPORTANTS

### *ÉVITEZ D'ORIENTER LE DÉTECTEUR VERS…*

• Voici des exemples d'objets qui pourraient dégager de la chaleur, de sorte que le détecteur se déclenchera :

- • Bassin d'eau
- • Animaux
- • Appareil de climatisation
- • Sortie de chauffage
- • Sortie de sécheuse
- • Circulation automobile

Si vous soupçonnez l'une de ces sources de chaleur d'entraîner le déclenchement du détecteur de mouvement, réduisez la sensibilité.

• Zones où des animaux de compagnie ou de la circulation pourrait déclencher le détecteur de mouvement.

• Sur de grands objets clairs à proximité qui réfléchissent la lumière du jour et risquent de déclencher le dispositif d'arrêt. Évitez de diriger d'autres luminaires vers le détecteur de mouvement.

### *MODIFICATIONS SAISONNIÈRES :*

Le détecteur de mouvement fonctionne en décelant les changements de température dans son champ de vision. Plus la température ambiante se rapproche de celle du corps humain, moins le capteur semblera sensible. Plus la différence de température sera importante, plus le capteur semblera sensible. Il pourrait être nécessaire de modifier le réglage du commutateur de sensibilité (SENS) lorsque la température extérieure change, d'une saison à l'autre. Cela fait partie du fonctionnement normal du capteur du luminaire.

# MINUTERIE DUALBRITE

Le mode DualBrite est une fonction réglable du luminaire qui permet d'allumer l'éclairage à intensité réduite à la brunante. Lorsqu'un mouvement est détecté, l'éclairage s'allume à pleine intensité pendant la période de fonctionnement (ON-TIME) fixée (1, 5 ou 20 minutes), avant de repasser en mode DualBrite à intensité réduite. L'éclairage demeure à intensité réduite pendant la période sélectionnée (Fermé, 3 hres, 6 hres, Soir au matin/Off, 3 hr., 6 hr., dusk-to-dawn), avant de s'éteindre complètement. Une fois la minuterie DualBrite écoulée, l'éclairage s'allume uniquement lorsqu'un mouvement est détecté. La sélection de l'option OFF désactive la fonction DualBrite, mais le détecteur de mouvement continue de fonctionner.

# MODE MANUEL

Le mode manuel contourne le détecteur de mouvement et la commande « ON-TIME » de sorte que l'éclairage s'allume à pleine intensité. Cette caractéristique fonctionne seulement à nuit, et une seule nuit à la fois. Le détecteur de mouvement repasse en mode détection après six heures ou au moment du lever du soleil, selon la première éventualité. Le mode manuel peut aussi être activé et désactivé au moyen d'un interrupteur mural.

• Pour activer le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.

• Pour désactiver le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.



Fermez l'interrupteur pendant 1 ou 2 secondes



Réactivez l'interrupteur mural.

*208800-02*

Ex. O - Page 45 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

21

## FICHE TECHNIQUE

Portée ............................................. Jusqu'à 21 m (70 pi) [Varie selon la température ambiante].

Angle de détection...................................... Jusqu'à 180°

Courant requis............................................. 120 V c.a., 60 Hz

Modes de fonctionnement............................ ESSAI, DÉCL. PAR MOUV et CONTOURNEMENT MANUEL

Minuterie de fonctionnement...................... 1, 5 ou 20 minutes

Minuterie d'essai........................................... 8 secondes

Minuterie du mode manuel.......................... Maximum 6 heures

Portée ............................................................ "LO", "M", "HI"

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

CAN ICES-005 (B)/NMB-005 (B)

## GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation.<br>5. Le détecteur de mouvement est orienté dans la mauvaise direction.<br>6. La température de l'air extérieur est proche de la température corporelle d'une personne. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau une fois la nuit tombée.<br>4. Vérifiez le câblage.<br>5. Réorientez le détecteur afin de couvrir la zone souhaitée.<br>6. Augmentez le réglage du « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails. |
| La lumière s'allume pendant la journée. | 1. Le détecteur de mouvement est installé dans un endroit relativement sombre.<br>2. Le commutateur « ON-TIME » est en position « TEST ». | 1. Le luminaire fonctionne normalement dans ces circonstances.<br>2. Placez le commutateur « ON-TIME » en position 1, 5 ou 20 minutes. |
| La lumière s'allume sans raison apparente. | 1. Le capteur détecte de petits animaux ou la circulation automobile.<br>2. Le commutateur « SENS » est réglé à une sensibilité trop élevée.<br>3. Le commutateur « DUALBRITE» est en position 3, 6 ou DUSK TO DAWN.<br>4. La température extérieure est de loin supérieure ou inférieure à la température corporelle d'une personne (été ou hiver).<br>5. Le luminaire est branché à un gradateur ou à une minuterie. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réduisez la sensibilité du cadran « SENS ».<br>3. Le luminaire fonctionne normalement dans ces circonstances.<br>4. Réduisez la sensibilité du cadran « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails.<br>5. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |
| L'éclairage s'éteint trop tard lorsqu'il est réglé à DUSK TO DAWN. | Le luminaire est installé dans un endroit relativement sombre. | Déplacez le luminaire ou utilisez le réglage 3 heures ou 6 heures. |

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage demeure continuellement allumé. | 1. Le détecteur de mouvement capte une source de chaleur : évent, sortie de sécheuse ou surface brillante réfléchissant la chaleur.<br>2. Le détecteur de mouvement est en mode manuel.<br>3. Le luminaire est branché à un gradateur ou à une minuterie.<br>4. Le luminaire est branché au même circuit qu'un moteur, un transformateur ou un fluorescent. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. Suivez les directives du *mode Manuel* à la page 21 pour le réactiver.<br>3. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard.<br>4. Branchez le luminaire à un circuit ne comportant pas de moteur, de transformateur ni de fluorescent. |
| Les lumières clignotent. | 1. La chaleur ou la lumière des lampes activent et désactivent continuellement le détecteur de mouvement.<br>2. La chaleur est réfléchie par des objets de sorte qu'elle active et désactive le détecteur de mouvement.<br>3. Le détecteur de mouvement est en mode « TEST » et se réchauffe. | 1. Éloignez la lampe du détecteur de mouvement.<br>2. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>3. En mode TEST, l'éclairage demeure allumé seulement pendant 8 secondes. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. |
| En mode manuel, les lumières clignotent une fois, puis demeurent éteintes. | Le détecteur de mouvement capte la lumière de la lampe. | Repositionnez la lampe de sorte que la zone sous le détecteur de mouvement soit relativement sombre. |

## SERVICE TECHNIQUE

**Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.**

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

### Aucune pièce de rechange n'est disponible pour ce produit.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

---

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**



# Motion Sensor
# Light Control
## Model: 5869

Dated receipt required for warranty replacement.

## FEATURES

- Bright, energy saving LED light
- DualBrite® technology
- Creep Zone™ technology
- Automatically comes on when motion is detected.

## UNPACKING

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Security Light
- Owner's Manual
- Mounting Hardware



## HARDWARE INCLUDED

*Note:* Six mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug



#6 Mounting Bracket
Screw (x2)



#8 Mounting Bracket
Screw (x2)



Mounting Bolt



Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket



Mini Screwdriver

© 2016 HeathCo LLC

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

208801-02A

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **WARNING:** Shock hazard. For eave mounting, the center of the junction box must be located at least 4 1/2" (11.5 cm) from the outside edge of the eave.
- **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.
- **CAUTION:** Keep the lamp heads 30° below horizontal to avoid water damage and electrical shock.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- **NOTICE:** Do not connect this light fixture to a dimmer switch or timer.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- If you want to use Manual Mode, the light fixture must be wired through a switch.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground. *Note:* If fixture is mounted higher than 8 ft. (2.4 meters), aiming the sensor down will reduce coverage distance.

The motion sensor on this light fixture detects "motion" by the movement of heat across the coverage area. The motion sensor is more sensitive to the movement of heat moving across the coverage area and less sensitive to the movement of heat directly towards it.



*Note:* Light fixture and sensor should be mounted as shown above when installed (depending upon type of installation).

Ex. O - Page 50 of 96

2

## INSTALLATION

**⚠ WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

This fixture comes with a "Easy Install" mounting plate. It is pre-assembled on the fixture for shipping.

1. Unscrew the large mounting bolt connecting the light fixture to the mounting plate and remove the mounting plate (see Figure 1). The mounting bolt is designed to stay in the light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 2). Use the mounting bracket screws that best fit the junction box.
3. Route the junction box wires through the hole in the mounting plate (see Figure 3).
4. Place the mounting plate against the junction box (see Figure 3).
   • Wall Mounted – The "UP" arrow must point upward
   • Eave Mounted – The "UP" arrow must point toward the building
5. Insert the small mounting bolt through the mounting plate hole located below the threaded hole. Thread the bolt into the center hole of the mounting bracket (see Figure 3). Tighten bolt securely.

## WIRING

Insert the junction box wires into the side of the terminal block and around the ground screw (see Figure 4). Tighten terminal block screws and ground screw to secure wires.

• White to "N (White)"
• Black to "L (Black)"
• Bare or green ground wire to GND (ground) screw.

## FINAL ASSEMBLY

1. Double check that all wiring connections are securely connected.
2. Align the bottom edge of the light fixture with the bottom edge of the mounting plate. Tilt the light fixture toward the mounting plate, making sure the light fixture is centered on the mounting plate.

   **IMPORTANT:** The two pins on the rear of the light fixture must insert into the terminal block for the light to work.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 5).



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

**IMPORTANT:**

- If wall mounted, make sure the fixture is mounted with the sensor below the lamp heads.
- If eave mounted, mount the fixture with sensor facing away from the house wall. Rotate the sensor so the controls face the ground.

4. Push the plastic plug firmly into the mounting bolt hole on the light fixture (see Figure 5).
5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 6).



*Figure 5*

## TESTING AND ADJUSTMENTS

1. Turn on the circuit breaker and light switch.

⚠️ **CAUTION: To avoid water damage and risk of electrical shock, motion sensor controls must be facing the ground when installation is complete.**

*Note:* The motion sensor has a 1 minute warm up period before it will detect motion. When first turned on wait 1 minute.

2. Slide the sensitivity (SENS) switch to the "LO" position, the ON-TIME switch to the TEST position, and the DUALBRITE switch to the OFF position (see Figure 7).
3. Walk through the coverage area noting where you are when the lights turn on. Also, the red LED behind the motion sensor lens will flash several times when motion is detected (see Figure 8).
4. If needed, gently grasp the motion sensor and move it from side to side or up and down to adjust the detection zone.
5. If needed, gently grasp the lamp heads and move them from side to side or up and down to adjust the light coverage area.
6. Adjust the sensitivity (SENS) switch as needed ("LO", "M", "HI"). Sensitivity set too high may increase false triggering.



*Figure 6*

## FINAL SETUP

1. Set the amount of ON-TIME you want the lights to stay on after all motion has stopped (1, 5, or 20 minutes).
2. Set the DUALBRITE switch to the amount of time after dusk you want the lights on at low level (Off, 3, 6 Hrs., Dusk-to-Dawn). See *DualBrite Timer* section for more information.



*Figure 7*



*Figure 8*

Ex. O - Page 52 of 96
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*
*208801-02*

# IMPORTANT CONSIDERATIONS

***AVOID AIMING THE SENSOR AT:***

- Below are examples of objects that might produce heat and may cause the motion sensor to trigger:

  - Pools of Water
  - Animals
  - Air Conditioners
  - Heating Vents
  - Dryer Vents
  - Automobile Traffic

  If you suspect that a heat source of this type is triggering the motion sensor, reduce the sensitivity.

- Areas where pets or traffic may trigger the motion sensor.
- Nearby large, light-colored objects reflecting light may trigger the shut-off feature. Do not point other lights at the motion sensor.

***SEASONAL CHANGES:***

The motion sensor works by sensing temperature changes across its field of view. The closer the surrounding temperature is to a person's body heat, the less sensitive the sensor will appear. The greater the temperature difference, the more sensitive the sensor will appear. The sensitivity (SENS) switch might need to be readjusted as the outside temperature changes for the different seasons. This is a normal part of the light sensor's operation.

# DUALBRITE TIMER

DualBrite mode is a selectable feature that turns the light on at a reduced (accent) level at dusk. When motion is detected, the light will increase to full bright for the amount of the ON-TIME setting (1, 5, or 20 minutes) then returns to DualBrite mode. The light will stay on at the reduced light level for the amount of time selected (Off, 3 hr., 6 hr., dusk-to-dawn) and then turn off completely. Once the DualBrite timer runs out, the light will turn ON only when motion is detected. Selecting OFF disables the DualBrite feature, however the motion sensing features will continue to work.

# CREEP ZONE

Creep Zone increases the motion sensing detection zone by increasing the sensor coverage area. This feature adds additional protection under the light fixture and against the wall of the home or building for "no where to hide" protection.

# MANUAL MODE

Manual mode overrides the motion sensor and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor will reset to motion sensing mode at 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

- To turn manual mode on, switch the light off at the wall switch for 1 to 2 seconds and then back on.
- To turn manual mode off, switch the light off at the wall switch for 1 to 2 seconds and then back on.



Turn the switch OFF for 1 to 2 seconds



Turn the switch back ON

*208801-02*

Ex. O - Page 53 of 96
**To see operational and troubleshooting information and videos, go to www.hzsupport.com**

5

# SPECIFICATIONS

Range ...................................................Up to 70 ft. (21 m) [varies with surrounding temperature].

Sensing Angle.......................................Up to 240°

Power Requirements.............................120 VAC, 60 Hz

Operating Modes ................................TEST, MOTION ACTIVATED, and MANUAL MODE

ON-Timer............................................1, 5, 20 minutes

Test Timer............................................8 Seconds

Manual Mode Timer............................Maximum 6 Hours

Sensitivity (SENS) ..............................."LO", "M", "HI"

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

CAN ICES-005 (B)/NMB-005 (B)

# TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light will not come on. | 1. Light switch is turned off.<br>2. Fuse is blown or circuit breaker is turned off.<br>3. Daylight turn-off (photocell) is in effect.<br>4. The circuit wiring is incorrect, if this is a new installation.<br>5. The motion sensor is aimed in the wrong direction.<br>6. The outside air temperature is close to the same as a person's body heat. | 1. Turn light switch on.<br>2. Replace fuse or turn circuit breaker on.<br>3. Recheck after dark.<br>4. Verify wiring is correct.<br>5. Re-aim the motion sensor to cover the desired area.<br>6. Increase the "SENS" setting. See *Seasonal Changes* on page 5 for more information. |
| The light comes on during the day. | 1. The motion sensor may be installed in a relatively dark location.<br>2. The "ON-TIME" switch is in the "TEST" position. | 1. The light fixture is operating normally under these circumstances.<br>2. Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | 1. The motion sensor may be sensing small animals or automobile traffic.<br>2. The "SENS" switch is set too high.<br>3. The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting.<br>4. The outside temperature is much warmer or cooler than a person's body heat (summer or winter).<br>5. The light fixture is wired through a dimmer or timer. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br>2. Decrease the "SENS" setting.<br>3. The light fixture is operating normally under these circumstances.<br>4. Decrease the "SENS" setting. See *Seasonal Changes* on page 5 for more information.<br>5. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |

Ex. O - Page 54 of 96
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---------|----------------|----------|
| The lights stay on continuously. | 1. The motion sensor may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface. | 1. Decrease the "SENS" setting or reposition the motion sensor. |
| | 2. The motion sensor is in manual mode. | 2. Set ON-TIME switch to 1, 5, or 20 minutes. Follow *Manual Mode* instructions on page 5 to reset. |
| | 3. The light fixture is wired through a dimmer or timer. | 3. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | 4. The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | 4. Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | 1. Heat or light from the lamp heads may be turning the motion sensor on and off. | 1. Reposition the lamp heads away from the motion sensor. |
| | 2. Heat is being reflected from other objects and may be turning the motion sensor on and off. | 2. Decrease the "SENS" setting or reposition the motion sensor. |
| | 3. The motion sensor is in "TEST" mode and warming up. | 3. While in TEST mode, the light only stays on for 8 seconds. Set ON-TIME switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

## TECHNICAL SERVICE

### Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

### No Service Parts Available for this Product

Please keep your dated sales receipt, it is required for all warranty requests.

## FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered -** Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES.

REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**



# Control de luz del detector de movimiento
## Modelo: 5869

Se necesita el recibo fechado para reemplazo bajo garantía.



## CARACTERÍSTICAS

- Luz LED brillante de bajo consumo de energía
- Tecnología DualBrite®
- Tecnología Creep Zone™
- Se enciende automáticamente al detectar movimiento.

## DESEMPAQUE

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz de seguridad
- Manual del propietario
- Ferretería de montaje

## FERRETERÍA INCLUIDA

*Nota:* Se incluyen seis tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico



Tornillo n°6 de soporte de montaje (x2)



Tornillo n°8 de soporte de montaje (x2)



Tornillo de montaje



Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje



Mini-destornillador

© 2016 HeathCo LLC *Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com* 208801-02 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **ADVERTENCIA:** Peligro de descarga eléctrica. Para montaje en aleros, el centro de la caja de conexiones debe estar ubicado al menos a 4 1/2 Pulg. (11,5 cm) desde el borde exterior del alero.
- **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.
- **PRECAUCIÓN:** Mantenga los porta bombillas inclinados a 30° por debajo de la línea horizontal para evitar daños por el agua o una descarga eléctrica.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- **AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Si desea utilizar la fase Manual, la lámpara debe estar conectada a través de un interruptor.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo. *Nota:* Si el aparato está instalado a más de 8 pies (2,4 m), si se apunta el detector hacia abajo se reducirá la distancia de cobertura.

El detector de movimiento de este aparato de luz detecta "movimiento" debido al movimiento del calor a través del área de cobertura. El detector de movimiento es más sensible a la circulación del calor que se mueve a través del área de cobertura y menos sensible a la circulación del calor que va directamente hacia él.



**Lo menos sensible**

**Lo más sensible**

**Montaje en pared**

**Montaje en alero**

*Nota:* La lámpara y el sensor debe montarse como se indica arriba, una vez instalado (según el tipo de instalación).

Ex. O - Page 58 of 96

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*                   *208801-02*

## INSTALACIÓN

⚠️ **ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

Este dispositivo viene con una placa de montaje "Easy Install" (conexión rápida). Está pre-instalado en el aparato para ser enviado.

1. Desenrosque el tornillo grande de montaje que conecta la lámpara a la placa de montaje y retire la placa de montaje (ver Figura 1). El tornillo de montaje está diseñado para permanecer en la lámpara.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 2). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (vea la Figura 3).
4. Coloque la placa de montaje contra la caja de conexiones (vea la Figura 3).
   • Montaje en pared - La flecha "UP" debe apuntar hacia arriba.
   • Montaje en alero - La flecha "UP" debe apuntar hacia el edificio.
5. Inserte el tornillo pequeño de montaje por el agujero de la placa de montaje situado debajo del agujero roscado. Enrosque el perno en el orificio central del soporte de montaje (ver Figura 3). Apriete el perno de forma segura.

## CABLEADO

Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra (ver la Figura 4). Apriete los tornillos del bloque de terminales y el tornillo de tierra para asegurar los cables.

• Blanco con "N (blanco)"
• Negro con "L (negro)"
• Alambre desnudo o verde con el tornillo GND (tierra)

## MONTAJE FINAL

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee el borde inferior de la lámpara con el borde inferior de la placa de montaje. Incline la lámpara hacia la placa de montaje, asegurándose de que la lámpara esté centrada en la placa de montaje.

   **IMPORTANTE:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.



*Figura 1*



*Figura 2*



*Figura 3*



*Figura 4*

3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 5).

   **IMPORTANTE:**
   - Si lo monta en la pared, asegúrese de que el aparato esté montado con el detector debajo de las cabezas de la lámpara.
   - Si lo monta en un alero, monte el aparato con detector de espaldas a la pared de la casa. Gire el detector de manera que los controles miren hacia el suelo.

4. Empuje el tapón de plástico firmemente en el orificio del perno de montaje de la lámpara (vea la Figura 5).

5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 6).



*Figura 5*

## PRUEBAS Y AJUSTES

⚠️ **PRECAUCIÓN: Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.**

1. Conecte el disyuntor y el interruptor de la luz.

   *Nota:* El detector de movimiento tiene un período de 1 minuto de calentamiento antes de detectar movimiento. Cuando lo prenda por primera vez espere 1 minuto.

2. Deslice el interruptor de sensibilidad (SENS) a la posición "LO", el interruptor ON-TIME a la posición TEST, y el interruptor DUALBRITE a la posición OFF (vea la Figura 7).

3. Camine por el área de cobertura y note dónde está usted cuando las luces se encienden. Además, la LED roja detrás de la lente del detector de movimiento destellará varias veces cuando se detecta movimiento (vea la Figura 8).

4. Si es necesario, sujete suavemente el detector de movimiento y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.

5. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz.

6. Ajuste el interruptor de sensibilidad (SENS), según sea necesario ("LO", "M", "HI"). Una sensibilidad demasiado alta puede aumentar las falsas alarmas.



*Figura 6*

## REGULACIÓN FINAL

1. Ajuste la cantidad de duración (ON-TIME) que desea que las luces se queden prendidas después de que todo movimiento haya cesado (1, 5 o 20 minutos).



*Figura 7*



*Figura 8*

Ex. O - Page 60 of 96

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*

2. Para una iluminación ornamental de baja intensidad, ponga el interruptor de DUALBRITE en la posición de 3, 6, o del Dusk-to-Dawn (atardecer-al-amanecer). Vea la sección *Temporizador DualBrite* para más información.

# CONSIDERACIONES IMPORTANTES

### *EVITE APUNTAR EL DETECTOR A:*

- A continuación hay ejemplos de objetos que pueden producir calor y pueden causar que el detector de movimiento se active:

  - Pozos de agua
  - Animales
  - Acondicionadores de aire
  - Ventosas de calefacción
  - Ventosas de la secadora
  - Tráfico de carros

  Si sospecha que una fuente de calor de este tipo está activando el detector de movimiento, reduzca la sensibilidad.
- Zonas donde animales domésticos o el tráfico puedan activar el detector de movimiento.
- Los objetos grandes cercanos y de colores resplandecientes que reflejan la luz del día pueden hacer que el detector se apague. No apunte otras luces al detector de movimiento.

### *CAMBIOS DE TEMPORADA:*

El detector de movimiento funciona detectando los cambios de temperatura a través de su campo de visión. Cuanto más cerca esté la temperatura ambiente al calor del cuerpo de una persona, el detector aparecerá menos sensible. Cuanto mayor sea la diferencia de temperatura, mayor aparecerá la sensibilidad del detector. Puede ser necesario modificar el interruptor de sensibilidad (SENS) a medida que la temperatura exterior cambia de una estación a la otra. Esta es una parte normal del funcionamiento del detector de luz.

# TEMPORIZADOR DUALBRITE

La fase DualBrite es una característica seleccionable que enciende la luz a un nivel reducido (acento) al atardecer. Cuando detecta movimiento, la luz aumenta a todo su resplandor de acuerdo al ajuste de duración (ON-TIME) fijado (1, 5 o 20 minutos) y luego vuelve al modo DualBrite. La luz permanecerá encendida a nivel de luz reducida de acuerdo al tiempo seleccionado (apagado, 3 hr., 6 hr., dusk-to-dawn) y luego se apagará por completo. Una vez que el temporizador Dual-Brite se agote, la luz se encenderá sólo cuando detecta movimiento. Si selecciona OFF desactiva la función DualBrite, sin embargo, las características de detección de movimiento seguirán funcionando.

# CREEP ZONE

"Creep zone" aumenta la zona de detección de movimiento aumentando la zona de cobertura del detector. Esta función ofrede una protección adicional debajo de la lámpara y contra la pared de la casa o edificio para una protección de "no hay donde esconderse".

# FASE MANUAL

La fase manual anula el detector de movimiento y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento se restablecerá al modo de detección de movimiento después de 6 horas o a la salida del sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

- Para encender la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.
- Para apagar la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.



Apague el interruptor entre 1 a 2 segundos



Vuelva a encender el interruptor

# ESPECIFICACIONES

Alcance ......................................................... Hasta 21 m (varía con la temperatura circundante).

Angulo de detección .................................... Hasta 240°

Requisitos de Energía ................................... 120 VCA, 60 Hz

Fases de Operación ....................................... PRUEBA, ACTIVADO POR MOVIMIENTO y FASE MANUAL

Temporizador de duración (del encendido) .. 1, 5 o 20 minutos

Temporizador de prueba ............................... 8 segundos

Temporizador de fase manual ....................... Máximo 6 Horas

Alcance (SENS) ........................................... "LO", "M", "HI"

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

CAN ICES-005 (B)/NMB-005 (B)

# GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado.<br>2. El fusible está quemado o el disyuntor está desconectado.<br>3. El apagado de la luz diurna (fotocélula) está vigente.<br>4. El cableado del circuito es incorrecto, si esta es una instalación nueva.<br>5. El detector de movimiento está enfocando a la dirección incorrecta.<br>6. La temperatura del aire exterior está cercana al calor corporal de una persona. | 1. Encienda el interruptor de la luz.<br>2. Cambie el fusible o conecte el disyuntor.<br>3. Vuelva a revisar al amanecer.<br>4. Verifique que el cableado esté correcto.<br>5. Vuelva a enfocar el detector de movimiento para que cubra el área deseada.<br>6. Aumente la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información. |
| La luz se enciende durante el día. | 1. El detector de movimiento puede estar instalado en un sitio relativamente oscuro.<br>2. El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | 1. El aparato de luz está operando normalmente bajo estas circunstancias.<br>2. Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | 1. El detector de movimiento puede estar detectando pequeños animales o tráfico automotor.<br>2. El interruptor "SENS" está fijado demasiado alto.<br>3. El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer.<br>4. La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno).<br>5. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS").<br>3. El aparato de luz está operando normalmente bajo estas circunstancias.<br>4. Reduzca la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información.<br>5. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |

Ex. O - Page 62 of 96

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*

*208801-02*

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | 1. El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor.<br>2. El detector de movimiento está en la fase manual.<br>3. El aparato de luz está cableado a través de un reductor de luz o de un temporizador.<br>4. El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br><br><br><br>2. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. Siga las instrucciones para la *Fase Manual* en la página 13 para reiniciar.<br>3. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado.<br>4. Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | 1. El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento.<br>2. El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento.<br>3. El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | 1. Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento.<br><br>2. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br><br>3. Mientras está en la fase PRUEBA, la luz sólo queda encendida por 8 segundos. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

*208801-02*  Ex. O - Page 63 of 96  15
*Para ver más información y vídeos sobre operación y resolución de problemas,*
*visite www.hzsupport.com*

## SERVICIO TÉCNICO

**Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.**

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

\* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

**No hay piezas de servicio disponibles para este producto.**

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

---

### GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto** - Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

Ex. O - Page 64 of 96



# Commande d'éclairage à détecteur de mouvement
## Modèle : 5869

Reçu daté nécessaire pour remplacement sous garantie.



## CARACTÉRISTIQUES

- Brillant luminaire à DEL éconergétique
- Technologie DualBrite^MD
- Technologie Creep Zone^MC
- S'allume automatiquement lors de la détection d'un mouvement.

## DÉBALLAGE

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage de sécurité
- Guide du propriétaire
- Ferrures de montage

## QUINCAILLERIE FOURNIE

*Remarque :* Les six vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique



Vis n° 6 du support de montage (x2)



Vis n° 8 du support de montage (x2)



Boulon de montage



Boulon de montage (Pré-installé dans le luminaire)



Support de montage



Petit tournevis

© 2016 HeathCo LLC

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

208801-02 F

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **AVERTISSEMENT :** Risque de choc électrique Pour l'installation sous l'avant-toit, le centre de la boîte de jonction doit être situé à au moins 4 1/2 po (11,5 cm) du bord extérieur de l'avant-toit.
- **ATTENTION :** Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.
- **ATTENTION :** Conservez les lampes à un angle de 30 ° sous l'horizontale pour éviter les dommages par l'eau et les chocs.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- **AVIS :** Ne raccordez pas ce luminaire à un interrupteur gradateur ni à une minuterie.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Pour utiliser le mode Manuel, le luminaire doit être branché à un interrupteur.
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol. *Remarque :* Lorsque le luminaire est installé à une hauteur supérieure à 8 pi (2,4 m), le fait de diriger le détecteur vers le bas réduit la portée de la couverture.

Le détecteur de mouvement de ce luminaire décèle les « mouvement » grâce à un déplacement de chaleur dans la zone de couverture. Le détecteur de mouvement est plus sensible aux déplacements de chaleur à travers la zone de couverture qu'aux déplacements de chaleur directement dans sa direction.



**Le moins sensible**    **Le plus sensible**

**Montage mural**    **Montage sous avant-toit**

*Remarque :* Le luminaire et capteur devraient être montés comme montré ci-dessus au cours de l'installation (selon le type d'installation.)

Ex. O - Page 66 of 96
18    *Visitez www.hzsupport.com pour des renseignements*    *208801-02*
*et des vidéos sur l'utilisation et le dépannage*

## INSTALLATION

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

Ce luminaire comporte une plaque de montage « Easy Install » (à branchement rapide). Cette dernière est fixée au luminaire pour l'expédition.

1. Dévissez le gros boulon de fixation reliant le luminaire à la plaque de montage et enlevez la plaque de montage (voir la Figure 1). Le boulon de montage est conçu pour demeurer dans le luminaire.
2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 2). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.
3. Acheminez les fils de la boîte de jonction à travers le trou de la plaque de montage (voir la Figure 3).
4. Placez la plaque de montage contre la boîte de jonction (voir la Figure 3).
   • Montage au mur - La flèche « UP » doit pointer vers le haut
   • Montage sous l'avant-toit - La flèche « UP » doit pointer vers le bâtiment
5. Insérez le petit boulon de fixation à travers le trou de la plaque de montage situé en-dessous du trou taraudé. Vissez ce boulon dans le trou central du support de montage (voir la Figure 3). Serrez solidement le boulon.

## CÂBLAGE

Insérez les fils de la boîte de jonction dans le côté du bornier et autour de la vis de mise à la terre (voir la Figure 4). Serrez les vis du bornier ainsi que la vis de mise à la terre pour retenir les fils.

• Blanc avec « N (blanc) »
• Noir avec « L (noir) »
• Fil dénudé ou vert avec la vis GND (mise à la terre)

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.
2. Alignez le bord inférieur du luminaire au bord inférieur de la plaque de montage. Inclinez le luminaire vers la plaque de montage, tout en vous assurant que le luminaire est centré sur la plaque de montage.

   **IMPORTANT :** Les deux goupilles à l'arrière du luminaire doivent s'insérer dans le bornier pour que l'éclairage fonctionne.



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

208801-02

Ex. O - Page 67 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

19

3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 5).

   **IMPORTANT :**
   - Pour une installation au mur, assurez-vous que le capteur est situé sous les projecteurs.
   - Pour une installation sous l'avant-toit, assurez-vous que le capteur est situé à l'opposé du mur du bâtiment. Faites pivoter le capteur de sorte que les commandes soient placées face au sol.

4. Enfoncez fermement le bouchon de plastique dans le trou du boulon de montage du luminaire (voir la Figure 5).

5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 6).



*Figure 5*

## ESSAIS ET RÉGLAGES

1. Ré-enclenchez le disjoncteur puis ouvrez l'interrupteur.

**⚠ ATTENTION : Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.**

*Remarque :* Le détecteur de mouvement exige un réchauffement d'une minute avant de détecter les mouvements. La première fois que vous le mettez sous tension, attendez une minute.



*Figure 6*

2. Placez le commutateur de sensibilité (SENS) en position « LO », le commutateur de fonctionnement (ON-TIME) en position TEST et le commutateur DUALBRITE en position OFF (voir la Figure 7).

3. Déplacez-vous dans la zone de couverture, en remarquant l'endroit où vous trouvez lorsque la lumière s'allume. Le voyant à DEL rouge situé derrière la lentille du détecteur de mouvement clignote à plusieurs reprises lorsqu'un mouvement est détecté (voir la Figure 8).

4. Au besoin, agrippez doucement le détecteur de mouvement, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone de détection.

5. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage.

6. Réglez la sensibilité (SENS) à la valeur souhaitée (faible (LO), moyenne (M) ou élevée (HI)). Une sensibilité trop élevé peut augmenter le nombre de déclenchement non souhaité.



*Figure 7*

## RÉGLAGE FINAL

1. Réglez la période de fonctionnement (ON-TIME), pendant laquelle les projecteurs demeureront allumés après que tout mouvement aura cessé (1, 5 ou 20 minutes).



*Figure 8*

2. Régler l'interrupteur DUALBRITE au temps d'allumage désiré, à faible intensité, après le crépuscule (3h, 6h, crépuscule-aurore). Consultez la section sur la *Minuterie DualBrite* pour plus de détails.

## RENSEIGNEMENTS IMPORTANTS

### *ÉVITEZ D'ORIENTER LE DÉTECTEUR VERS...*

• Voici des exemples d'objets qui pourraient dégager de la chaleur, de sorte que le détecteur se déclenchera :

| | | |
|---|---|---|
| • Bassin d'eau | • Appareil de climatisation | • Sortie de sécheuse |
| • Animaux | • Sortie de chauffage | • Circulation automobile |

Si vous soupçonnez l'une de ces sources de chaleur d'entraîner le déclenchement du détecteur de mouvement, réduisez la sensibilité.

• Zones où des animaux de compagnie ou de la circulation pourrait déclencher le détecteur de mouvement.

• Sur de grands objets clairs à proximité qui réfléchissent la lumière du jour et risquent de déclencher le dispositif d'arrêt. Évitez de diriger d'autres luminaires vers le détecteur de mouvement.

### *MODIFICATIONS SAISONNIÈRES :*

Le détecteur de mouvement fonctionne en décelant les changements de température dans son champ de vision. Plus la température ambiante se rapproche de celle du corps humain, moins le capteur semblera sensible. Plus la différence de température sera importante, plus le capteur semblera sensible. Il pourrait être nécessaire de modifier le réglage du commutateur de sensibilité (SENS) lorsque la température extérieure change, d'une saison à l'autre. Cela fait partie du fonctionnement normal du capteur du luminaire.

## MINUTERIE DUALBRITE

Le mode DualBrite est une fonction réglable du luminaire qui permet d'allumer l'éclairage à intensité réduite à la brunante. Lorsqu'un mouvement est détecté, l'éclairage s'allume à pleine intensité pendant la période de fonctionnement (ON-TIME) fixée (1, 5 ou 20 minutes), avant de repasser en mode DualBrite à intensité réduite. L'éclairage demeure à intensité réduite pendant la période sélectionnée (Fermé, 3 hres, 6 hres, Soir au matin/Off, 3 hr., 6 hr., dusk-to-dawn), avant de s'éteindre complètement. Une fois la minuterie DualBrite écoulée, l'éclairage s'allume uniquement lorsqu'un mouvement est détecté. La sélection de l'option OFF désactive la fonction DualBrite, mais le détecteur de mouvement continue de fonctionner.

## CREEP ZONE

La fonction « Creep Zone » accroît la zone de détection en augmentant la zone de couverture du capteur. Cette fonction assure une protection supplémentaire sous le luminaire et près du mur de la maison, de sorte qu'il n'y ait « aucun endroit où se cacher ».

## MODE MANUEL

Le mode manuel contourne le détecteur de mouvement et la commande « ON-TIME » de sorte que l'éclairage s'allume à pleine intensité. Cette caractéristique fonctionne seulement à nuit, et une seule nuit à la fois. Le détecteur de mouvement repasse en mode détection après six heures ou au moment du lever du soleil, selon la première éventualité. Le mode manuel peut aussi être activé et désactivé au moyen d'un interrupteur mural.

• Pour activer le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.

• Pour désactiver le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.



Fermez l'interrupteur pendant 1 ou 2 secondes



Réactivez l'interrupteur mural.

# FICHE TECHNIQUE

Portée .......................................................... Jusqu'à 21 m (70 pi) [Varie selon la température ambiante].

Angle de détection........................................ Jusqu'à 240°

Courant requis.............................................. 120 V c.a., 60 Hz

Modes de fonctionnement............................ ESSAI, DÉCL. PAR MOUV et CONTOURNEMENT MANUEL

Minuterie de fonctionnement...................... 1, 5 ou 20 minutes

Minuterie d'essai........................................... 8 secondes

Minuterie du mode manuel.......................... Maximum 6 heures

Portée .......................................................... "LO", "M", "HI"

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

CAN ICES-005 (B)/NMB-005 (B)

# GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation.<br>5. Le détecteur de mouvement est orienté dans la mauvaise direction.<br>6. La température de l'air extérieur est proche de la température corporelle d'une personne. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau une fois la nuit tombée.<br>4. Vérifiez le câblage.<br>5. Réorientez le détecteur afin de couvrir la zone souhaitée.<br>6. Augmentez le réglage du « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails. |
| La lumière s'allume pendant la journée. | 1. Le détecteur de mouvement est installé dans un endroit relativement sombre.<br>2. Le commutateur « ON-TIME » est en position « TEST ». | 1. Le luminaire fonctionne normalement dans ces circonstances.<br>2. Placez le commutateur « ON-TIME » en position 1, 5 ou 20 minutes. |
| La lumière s'allume sans raison apparente. | 1. Le capteur détecte de petits animaux ou la circulation automobile.<br>2. Le commutateur « SENS » est réglé à une sensibilité trop élevée.<br>3. Le commutateur « DUALBRITE» est en position 3, 6 ou DUSK TO DAWN.<br>4. La température extérieure est de loin supérieure ou inférieure à la température corporelle d'une personne (été ou hiver).<br>5. Le luminaire est branché à un gradateur ou à une minuterie. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réduisez la sensibilité du cadran « SENS ».<br>3. Le luminaire fonctionne normalement dans ces circonstances.<br>4. Réduisez la sensibilité du cadran « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails.<br>5. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |
| L'éclairage s'éteint trop tard lorsqu'il est réglé à DUSK TO DAWN. | Le luminaire est installé dans un endroit relativement sombre. | Déplacez le luminaire ou utilisez le réglage 3 heures ou 6 heures. |

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage demeure continuellement allumé. | 1. Le détecteur de mouvement capte une source de chaleur : évent, sortie de sécheuse ou surface brillante réfléchissant la chaleur.<br>2. Le détecteur de mouvement est en mode manuel.<br>3. Le luminaire est branché à un gradateur ou à une minuterie.<br>4. Le luminaire est branché au même circuit qu'un moteur, un transformateur ou un fluorescent. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. Suivez les directives du *mode Manuel* à la page 21 pour le réactiver.<br>3. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard.<br>4. Branchez le luminaire à un circuit ne comportant pas de moteur, de transformateur ni de fluorescent. |
| Les lumières clignotent. | 1. La chaleur ou la lumière des lampes activent et désactivent continuellement le détecteur de mouvement.<br>2. La chaleur est réfléchie par des objets de sorte qu'elle active et désactive le détecteur de mouvement.<br>3. Le détecteur de mouvement est en mode « TEST » et se réchauffe. | 1. Éloignez la lampe du détecteur de mouvement.<br>2. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>3. En mode TEST, l'éclairage demeure allumé seulement pendant 8 secondes. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. |
| En mode manuel, les lumières clignotent une fois, puis demeurent éteintes. | Le détecteur de mouvement capte la lumière de la lampe. | Repositionnez la lampe de sorte que la zone sous le détecteur de mouvement soit relativement sombre. |

## SERVICE TECHNIQUE

**Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.**

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

**Aucune pièce de rechange n'est disponible pour ce produit.**

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

---

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

---



# Motion Sensor Light Control
## Model: 5872

Dated receipt required for warranty replacement.



## FEATURES

- Bright, energy saving LED light
- DualBrite® technology
- Creep Zone™ technology
- Automatically comes on when motion is detected.

## UNPACKING

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Security Light
- Owner's Manual
- Mounting Hardware

## HARDWARE INCLUDED

*Note:* Six mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug



#6 Mounting Bracket Screw (x2)



#8 Mounting Bracket Screw (x2)



Mounting Bolt



Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket



Mini Screwdriver

© 2016 HeathCo LLC

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

208802-02A

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **WARNING:** Shock hazard. For eave mounting, the center of the junction box must be located at least 4 1/2" (11.5 cm) from the outside edge of the eave.
- **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.
- **CAUTION:** Keep the lamp heads 30° below horizontal to avoid water damage and electrical shock.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- **NOTICE:** Do not connect this light fixture to a dimmer switch or timer.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- If you want to use Manual Mode, the light fixture must be wired through a switch.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground. *Note:* If fixture is mounted higher than 8 ft. (2.4 meters), aiming the sensor down will reduce coverage distance.

The motion sensor on this light fixture detects "motion" by the movement of heat across the coverage area. The motion sensor is more sensitive to the movement of heat moving across the coverage area and less sensitive to the movement of heat directly towards it.



*Note:* Light fixture and sensor should be mounted as shown above when installed (depending upon type of installation).

Ex. O - Page 74 of 96

2

## INSTALLATION

⚠️ **WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

This fixture comes with a "Easy Install" mounting plate. It is pre-assembled on the fixture for shipping.

1. Unscrew the large mounting bolt connecting the light fixture to the mounting plate and remove the mounting plate (see Figure 1). The mounting bolt is designed to stay in the light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 2). Use the mounting bracket screws that best fit the junction box.
3. Route the junction box wires through the hole in the mounting plate (see Figure 3).
4. Place the mounting plate against the junction box (see Figure 3).
   • Wall Mounted – The "UP" arrow must point upward
   • Eave Mounted – The "UP" arrow must point toward the building
5. Insert the small mounting bolt through the mounting plate hole located below the threaded hole. Thread the bolt into the center hole of the mounting bracket (see Figure 3). Tighten bolt securely.

## WIRING

Insert the junction box wires into the side of the terminal block and around the ground screw (see Figure 4). Tighten terminal block screws and ground screw to secure wires.

• White to "N (White)"
• Black to "L (Black)"
• Bare or green ground wire to GND (ground) screw.

## FINAL ASSEMBLY

1. Double check that all wiring connections are securely connected.
2. Align the bottom edge of the light fixture with the bottom edge of the mounting plate. Tilt the light fixture toward the mounting plate, making sure the light fixture is centered on the mounting plate.
   **IMPORTANT:** The two pins on the rear of the light fixture must insert into the terminal block for the light to work.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 5).



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

**IMPORTANT:**
- If wall mounted, make sure the fixture is mounted with the sensor below the lamp heads.
- If eave mounted, mount the fixture with sensor facing away from the house wall. Rotate the sensor so the controls face the ground.

4. Push the plastic plug firmly into the mounting bolt hole on the light fixture (see Figure 5).
5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 6).

## TESTING AND ADJUSTMENTS

1. Turn on the circuit breaker and light switch.

⚠️ **CAUTION: To avoid water damage and risk of electrical shock, motion sensor controls must be facing the ground when installation is complete.**

*Note:* The motion sensor has a 1 minute warm up period before it will detect motion. When first turned on wait 1 minute.

2. Slide the sensitivity (SENS) switch to the "LO" position, the ON-TIME switch to the TEST position, and the DUALBRITE switch to the OFF position (see Figure 7).
3. Walk through the coverage area noting where you are when the lights turn on. Also, the red LED behind the motion sensor lens will flash several times when motion is detected (see Figure 8).
4. If needed, gently grasp the motion sensor and move it from side to side or up and down to adjust the detection zone.
5. If needed, gently grasp the lamp heads and move them from side to side or up and down to adjust the light coverage area.
6. Adjust the sensitivity (SENS) switch as needed ("LO", "M", "HI"). Sensitivity set too high may increase false triggering.

## FINAL SETUP

1. Set the amount of ON-TIME you want the lights to stay on after all motion has stopped (1, 5, or 20 minutes).
2. Set the DUALBRITE switch to the amount of time after dusk you want the lights on at low level (Off, 3, 6 Hrs., Dusk-to-Dawn). See *DualBrite Timer* section for more information.



*Figure 5*



*Figure 6*



*Figure 7*



*Figure 8*

Ex. O - Page 76 of 96
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

# IMPORTANT CONSIDERATIONS

***AVOID AIMING THE SENSOR AT:***

- Below are examples of objects that might produce heat and may cause the motion sensor to trigger:

  - Pools of Water
  - Animals
  - Air Conditioners
  - Heating Vents
  - Dryer Vents
  - Automobile Traffic

  If you suspect that a heat source of this type is triggering the motion sensor, reduce the sensitivity.

- Areas where pets or traffic may trigger the motion sensor.
- Nearby large, light-colored objects reflecting light may trigger the shut-off feature. Do not point other lights at the motion sensor.

***SEASONAL CHANGES:***

The motion sensor works by sensing temperature changes across its field of view. The closer the surrounding temperature is to a person's body heat, the less sensitive the sensor will appear. The greater the temperature difference, the more sensitive the sensor will appear. The sensitivity (SENS) switch might need to be readjusted as the outside temperature changes for the different seasons. This is a normal part of the light sensor's operation.

# DUALBRITE TIMER

DualBrite mode is a selectable feature that turns the light on at a reduced (accent) level at dusk. When motion is detected, the light will increase to full bright for the amount of the ON-TIME setting (1, 5, or 20 minutes) then returns to DualBrite mode. The light will stay on at the reduced light level for the amount of time selected (Off, 3 hr., 6 hr., dusk-to-dawn) and then turn off completely. Once the DualBrite timer runs out, the light will turn ON only when motion is detected. Selecting OFF disables the DualBrite feature, however the motion sensing features will continue to work.

# CREEP ZONE

Creep Zone increases the motion sensing detection zone by increasing the sensor coverage area. This feature adds additional protection under the light fixture and against the wall of the home or building for "no where to hide" protection.

# MANUAL MODE

Manual mode overrides the motion sensor and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor will reset to motion sensing mode at 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

- To turn manual mode on, switch the light off at the wall switch for 1 to 2 seconds and then back on.
- To turn manual mode off, switch the light off at the wall switch for 1 to 2 seconds and then back on.



Turn the switch OFF for 1 to 2 seconds



Turn the switch back ON

*208802-02*

Ex. O - Page 77 of 96
***To see operational and troubleshooting information and videos, go to www.hzsupport.com***

5

# SPECIFICATIONS

Range ...................................................Up to 70 ft. (21 m) [varies with surrounding temperature].

Sensing Angle.......................................Up to 240°

Power Requirements.............................120 VAC, 60 Hz

Operating Modes ................................TEST, MOTION ACTIVATED, and MANUAL MODE

ON-Timer............................................1, 5, 20 minutes

Test Timer............................................8 Seconds

Manual Mode Timer............................Maximum 6 Hours

Sensitivity (SENS) ..............................."LO", "M", "HI"

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.
CAN ICES-005 (B)/NMB-005 (B)

# TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light will not come on. | 1. Light switch is turned off.<br>2. Fuse is blown or circuit breaker is turned off.<br>3. Daylight turn-off (photocell) is in effect.<br>4. The circuit wiring is incorrect, if this is a new installation.<br>5. The motion sensor is aimed in the wrong direction.<br>6. The outside air temperature is close to the same as a person's body heat. | 1. Turn light switch on.<br>2. Replace fuse or turn circuit breaker on.<br>3. Recheck after dark.<br>4. Verify wiring is correct.<br>5. Re-aim the motion sensor to cover the desired area.<br>6. Increase the "SENS" setting. See *Seasonal Changes* on page 5 for more information. |
| The light comes on during the day. | 1. The motion sensor may be installed in a relatively dark location.<br>2. The "ON-TIME" switch is in the "TEST" position. | 1. The light fixture is operating normally under these circumstances.<br>2. Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | 1. The motion sensor may be sensing small animals or automobile traffic.<br>2. The "SENS" switch is set too high.<br>3. The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting.<br>4. The outside temperature is much warmer or cooler than a person's body heat (summer or winter).<br>5. The light fixture is wired through a dimmer or timer. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br>2. Decrease the "SENS" setting.<br>3. The light fixture is operating normally under these circumstances.<br>4. Decrease the "SENS" setting. See *Seasonal Changes* on page 5 for more information.<br>5. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |

Ex. O - Page 78 of 96
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The lights stay on continuously. | 1. The motion sensor may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface.<br>2. The motion sensor is in manual mode.<br><br>3. The light fixture is wired through a dimmer or timer.<br><br>4. The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br><br>2. Set ON-TIME switch to 1, 5, or 20 minutes. Follow *Manual Mode* instructions on page 5 to reset.<br>3. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch.<br>4. Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | 1. Heat or light from the lamp heads may be turning the motion sensor on and off.<br>2. Heat is being reflected from other objects and may be turning the motion sensor on and off.<br>3. The motion sensor is in "TEST" mode and warming up. | 1. Reposition the lamp heads away from the motion sensor.<br>2. Decrease the "SENS" setting or reposition the motion sensor.<br><br>3. While in TEST mode, the light only stays on for 8 seconds. Set ON-TIME switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

## TECHNICAL SERVICE

### Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

### No Service Parts Available for this Product

Please keep your dated sales receipt, it is required for all warranty requests.

---

### FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered** - Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES.

REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**



# Control de luz del detector de movimiento
## Modelo: 5872

Se necesita el recibo fechado para reemplazo bajo garantía.



## CARACTERÍSTICAS

- Luz LED brillante de bajo consumo de energía
- Tecnología DualBrite®
- Tecnología Creep Zone™
- Se enciende automáticamente al detectar movimiento.

## DESEMPAQUE

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz de seguridad
- Manual del propietario
- Ferretería de montaje

## FERRETERÍA INCLUIDA

*Nota:* Se incluyen seis tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico



Tornillo n°6 de soporte de montaje (x2)



Tornillo n°8 de soporte de montaje (x2)



Tornillo de montaje



Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje



Mini-destornillador

© 2016 HeathCo LLC *Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com* 208802-02 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **ADVERTENCIA:** Peligro de descarga eléctrica. Para montaje en aleros, el centro de la caja de conexiones debe estar ubicado al menos a 4 1/2 Pulg. (11,5 cm) desde el borde exterior del alero.
- **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.
- **PRECAUCIÓN:** Mantenga los porta bombillas inclinados a 30° por debajo de la línea horizontal para evitar daños por el agua o una descarga eléctrica.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- **AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Si desea utilizar la fase Manual, la lámpara debe estar conectada a través de un interruptor.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo. *Nota:* Si el aparato está instalado a más de 8 pies (2,4 m), si se apunta el detector hacia abajo se reducirá la distancia de cobertura.

El detector de movimiento de este aparato de luz detecta "movimiento" debido al movimiento del calor a través del área de cobertura. El detector de movimiento es más sensible a la circulación del calor que se mueve a través del área de cobertura y menos sensible a la circulación del calor que va directamente hacia él.



*Nota:* La lámpara y el sensor debe montarse como se indica arriba, una vez instalado (según el tipo de instalación).

## INSTALACIÓN

⚠️ **ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

Este dispositivo viene con una placa de montaje "Easy Install" (conexión rápida). Está pre-instalado en el aparato para ser enviado.

1. Desenrosque el tornillo grande de montaje que conecta la lámpara a la placa de montaje y retire la placa de montaje (ver Figura 1). El tornillo de montaje está diseñado para permanecer en la lámpara.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 2). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (vea la Figura 3).
4. Coloque la placa de montaje contra la caja de conexiones (vea la Figura 3).
   • Montaje en pared - La flecha "UP" debe apuntar hacia arriba.
   • Montaje en alero - La flecha "UP" debe apuntar hacia el edificio.
5. Inserte el tornillo pequeño de montaje por el agujero de la placa de montaje situado debajo del agujero roscado. Enrosque el perno en el orificio central del soporte de montaje (ver Figura 3). Apriete el perno de forma segura.



*Figura 1*



*Figura 2*

## CABLEADO

Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra (ver la Figura 4). Apriete los tornillos del bloque de terminales y el tornillo de tierra para asegurar los cables.

• Blanco con "N (blanco)"
• Negro con "L (negro)"
• Alambre desnudo o verde con el tornillo GND (tierra)



*Figura 3*

## MONTAJE FINAL

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee el borde inferior de la lámpara con el borde inferior de la placa de montaje. Incline la lámpara hacia la placa de montaje, asegurándose de que la lámpara esté centrada en la placa de montaje.
   **IMPORTANTE:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.



*Figura 4*



Ex. O - Page 83 of 96

3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 5).

   **IMPORTANTE:**
   - Si lo monta en la pared, asegúrese de que el aparato esté montado con el detector debajo de las cabezas de la lámpara.
   - Si lo monta en un alero, monte el aparato con detector de espaldas a la pared de la casa. Gire el detector de manera que los controles miren hacia el suelo.

4. Empuje el tapón de plástico firmemente en el orificio del perno de montaje de la lámpara (vea la Figura 5).

5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 6).



*Figura 5*

## PRUEBAS Y AJUSTES

⚠️ **PRECAUCIÓN: Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.**

1. Conecte el disyuntor y el interruptor de la luz.

   *Nota:* El detector de movimiento tiene un período de 1 minuto de calentamiento antes de detectar movimiento. Cuando lo prenda por primera vez espere 1 minuto.

2. Deslice el interruptor de sensibilidad (SENS) a la posición "LO", el interruptor ON-TIME a la posición TEST, y el interruptor DUALBRITE a la posición OFF (vea la Figura 7).

3. Camine por el área de cobertura y note dónde está usted cuando las luces se encienden. Además, la LED roja detrás de la lente del detector de movimiento destellará varias veces cuando se detecta movimiento (vea la Figura 8).

4. Si es necesario, sujete suavemente el detector de movimiento y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.

5. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz.

6. Ajuste el interruptor de sensibilidad (SENS), según sea necesario ("LO", "M", "HI"). Una sensibilidad demasiado alta puede aumentar las falsas alarmas.



*Figura 6*

## REGULACIÓN FINAL

1. Ajuste la cantidad de duración (ON-TIME) que desea que las luces se queden prendidas después de que todo movimiento haya cesado (1, 5 o 20 minutos).



*Figura 7*



*Figura 8*

2. Para una iluminación ornamental de baja intensidad, ponga el interruptor de DUALBRITE en la posición de 3, 6, o del Dusk-to-Dawn (atardecer-al-amanecer). Vea la sección *Temporizador DualBrite* para más información.

## CONSIDERACIONES IMPORTANTES

### *EVITE APUNTAR EL DETECTOR A:*

• A continuación hay ejemplos de objetos que pueden producir calor y pueden causar que el detector de movimiento se active:

• Pozos de agua
• Acondicionadores de aire
• Ventosas de la secadora

• Animales
• Ventosas de calefacción
• Tráfico de carros

Si sospecha que una fuente de calor de este tipo está activando el detector de movimiento, reduzca la sensibilidad.

• Zonas donde animales domésticos o el tráfico puedan activar el detector de movimiento.

• Los objetos grandes cercanos y de colores resplandecientes que reflejan la luz del día pueden hacer que el detector se apague. No apunte otras luces al detector de movimiento.

### *CAMBIOS DE TEMPORADA:*

El detector de movimiento funciona detectando los cambios de temperatura a través de su campo de visión. Cuanto más cerca esté la temperatura ambiente al calor del cuerpo de una persona, el detector aparecerá menos sensible. Cuanto mayor sea la diferencia de temperatura, mayor aparecerá la sensibilidad del detector. Puede ser necesario modificar el interruptor de sensibilidad (SENS) a medida que la temperatura exterior cambia de una estación a la otra. Esta es una parte normal del funcionamiento del detector de luz.

## TEMPORIZADOR DUALBRITE

La fase DualBrite es una característica seleccionable que enciende la luz a un nivel reducido (acento) al atardecer. Cuando detecta movimiento, la luz aumenta a todo su resplandor de acuerdo al ajuste de duración (ON-TIME) fijado (1, 5 o 20 minutos) y luego vuelve al modo DualBrite. La luz permanecerá encendida a nivel de luz reducida de acuerdo al tiempo seleccionado (apagado, 3 hr., 6 hr., dusk-to-dawn) y luego se apagará por completo. Una vez que el temporizador Dual-Brite se agote, la luz se encenderá sólo cuando detecta movimiento. Si selecciona OFF desactiva la función DualBrite, sin embargo, las características de detección de movimiento seguirán funcionando.

## CREEP ZONE

"Creep zone" aumenta la zona de detección de movimiento aumentando la zona de cobertura del detector. Esta función ofrede una protección adicional debajo de la lámpara y contra la pared de la casa o edificio para una protección de "no hay donde esconderse".

## FASE MANUAL

La fase manual anula el detector de movimiento y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento se restablecerá al modo de detección de movimiento después de 6 horas o a la salida del sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

• Para encender la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.

• Para apagar la fase manual, apague la luz con el interruptor de pared entre 1 a 2 segundos y luego vuelva a encenderla.



Apague el interruptor entre 1 a 2 segundos



Vuelva a encender el interruptor

# ESPECIFICACIONES

Alcance .......................................................... Hasta 21 m (varía con la temperatura circundante).

Angulo de detección ...................................... Hasta 240°

Requisitos de Energía .................................... 120 VCA, 60 Hz

Fases de Operación ........................................ PRUEBA, ACTIVADO POR MOVIMIENTO y FASE MANUAL

Temporizador de duración (del encendido) .. 1, 5 o 20 minutos

Temporizador de prueba ................................ 8 segundos

Temporizador de fase manual ........................ Máximo 6 Horas

Alcance (SENS) ............................................. "LO", "M", "HI"

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

CAN ICES-005 (B)/NMB-005 (B)

# GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado.<br>2. El fusible está quemado o el disyuntor está desconectado.<br>3. El apagado de la luz diurna (fotocélula) está vigente.<br>4. El cableado del circuito es incorrecto, si esta es una instalación nueva.<br>5. El detector de movimiento está enfocando a la dirección incorrecta.<br>6. La temperatura del aire exterior está cercana al calor corporal de una persona. | 1. Encienda el interruptor de la luz.<br>2. Cambie el fusible o conecte el disyuntor.<br>3. Vuelva a revisar al amanecer.<br>4. Verifique que el cableado esté correcto.<br>5. Vuelva a enfocar el detector de movimiento para que cubra el área deseada.<br>6. Aumente la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información. |
| La luz se enciende durante el día. | 1. El detector de movimiento puede estar instalado en un sitio relativamente oscuro.<br>2. El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | 1. El aparato de luz está operando normalmente bajo estas circunstancias.<br>2. Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | 1. El detector de movimiento puede estar detectando pequeños animales o tráfico automotor.<br>2. El interruptor "SENS" está fijado demasiado alto.<br>3. El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer.<br>4. La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno).<br>5. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS").<br>3. El aparato de luz está operando normalmente bajo estas circunstancias.<br>4. Reduzca la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información.<br>5. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |

Ex. O - Page 86 of 96
*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | 1. El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor.<br>2. El detector de movimiento está en la fase manual.<br>3. El aparato de luz está cableado a través de un reductor de luz o de un temporizador.<br>4. El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. Siga las instrucciones para la *Fase Manual* en la página 13 para reiniciar.<br>3. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado.<br>4. Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | 1. El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento.<br>2. El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento.<br>3. El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | 1. Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>3. Mientras está en la fase PRUEBA, la luz sólo queda encendida por 8 segundos. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

## SERVICIO TÉCNICO

**Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.**

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

\* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

**No hay piezas de servicio disponibles para este producto.**

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

---

### GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto** - Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**



# Commande d'éclairage à détecteur de mouvement
## Modèle : 5872

Reçu daté nécessaire pour remplacement sous garantie.

## CARACTÉRISTIQUES

- Brillant luminaire à DEL éconergétique
- Technologie DualBrite<sup>MD</sup>
- Technologie Creep Zone<sup>MC</sup>
- S'allume automatiquement lors de la détection d'un mouvement.

## DÉBALLAGE

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage de sécurité
- Guide du propriétaire
- Ferrures de montage



## QUINCAILLERIE FOURNIE

*Remarque :* Les six vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique

Vis n° 6 du support de montage (x2)

Vis n° 8 du support de montage (x2)



Boulon de montage

Boulon de montage (Pré-installé dans le luminaire)



Support de montage





Petit tournevis

© 2016 HeathCo LLC

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

208802-02 F

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **AVERTISSEMENT :** Risque de choc électrique Pour l'installation sous l'avant-toit, le centre de la boîte de jonction doit être situé à au moins 4 1/2 po (11,5 cm) du bord extérieur de l'avant-toit.
- **ATTENTION :** Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.
- **ATTENTION :** Conservez les lampes à un angle de 30 ° sous l'horizontale pour éviter les dommages par l'eau et les chocs.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- **AVIS :** Ne raccordez pas ce luminaire à un interrupteur gradateur ni à une minuterie.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Pour utiliser le mode Manuel, le luminaire doit être branché à un interrupteur.
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol. *Remarque :* Lorsque le luminaire est installé à une hauteur supérieure à 8 pi (2,4 m), le fait de diriger le détecteur vers le bas réduit la portée de la couverture.

Le détecteur de mouvement de ce luminaire décèle les « mouvement » grâce à un déplacement de chaleur dans la zone de couverture. Le détecteur de mouvement est plus sensible aux déplacements de chaleur à travers la zone de couverture qu'aux déplacements de chaleur directement dans sa direction.



*Remarque :* Le luminaire et capteur devraient être montés comme montré ci-dessus au cours de l'installation (selon le type d'installation.)

Ex. O - Page 90 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

## INSTALLATION

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

Ce luminaire comporte une plaque de montage « Easy Install » (à branchement rapide). Cette dernière est fixée au luminaire pour l'expédition.

1. Dévissez le gros boulon de fixation reliant le luminaire à la plaque de montage et enlevez la plaque de montage (voir la Figure 1). Le boulon de montage est conçu pour demeurer dans le luminaire.
2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 2). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.
3. Acheminez les fils de la boîte de jonction à travers le trou de la plaque de montage (voir la Figure 3).
4. Placez la plaque de montage contre la boîte de jonction (voir la Figure 3).
   • Montage au mur - La flèche « UP » doit pointer vers le haut
   • Montage sous l'avant-toit - La flèche « UP » doit pointer vers le bâtiment
5. Insérez le petit boulon de fixation à travers le trou de la plaque de montage situé en-dessous du trou taraudé. Vissez ce boulon dans le trou central du support de montage (voir la Figure 3). Serrez solidement le boulon.

## CÂBLAGE

Insérez les fils de la boîte de jonction dans le côté du bornier et autour de la vis de mise à la terre (voir la Figure 4). Serrez les vis du bornier ainsi que la vis de mise à la terre pour retenir les fils.

• Blanc avec « N (blanc) »
• Noir avec « L (noir) »
• Fil dénudé ou vert avec la vis GND (mise à la terre)

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.
2. Alignez le bord inférieur du luminaire au bord inférieur de la plaque de montage. Inclinez le luminaire vers la plaque de montage, tout en vous assurant que le luminaire est centré sur la plaque de montage.

   **IMPORTANT :** Les deux goupilles à l'arrière du luminaire doivent s'insérer dans le bornier pour que l'éclairage fonctionne.



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 5).

   **IMPORTANT :**
   - Pour une installation au mur, assurez-vous que le capteur est situé sous les projecteurs.
   - Pour une installation sous l'avant-toit, assurez-vous que le capteur est situé à l'opposé du mur du bâtiment. Faites pivoter le capteur de sorte que les commandes soient placées face au sol.

4. Enfoncez fermement le bouchon de plastique dans le trou du boulon de montage du luminaire (voir la Figure 5).

5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 6).



*Figure 5*

## ESSAIS ET RÉGLAGES

1. Ré-enclenchez le disjoncteur puis ouvrez l'interrupteur.

**⚠ ATTENTION : Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.**



*Figure 6*

*Remarque :* Le détecteur de mouvement exige un réchauffement d'une minute avant de détecter les mouvements. La première fois que vous le mettez sous tension, attendez une minute.

2. Placez le commutateur de sensibilité (SENS) en position « LO », le commutateur de fonctionnement (ON-TIME) en position TEST et le commutateur DUALBRITE en position OFF (voir la Figure 7).

3. Déplacez-vous dans la zone de couverture, en remarquant l'endroit où vous trouvez lorsque la lumière s'allume. Le voyant à DEL rouge situé derrière la lentille du détecteur de mouvement clignote à plusieurs reprises lorsqu'un mouvement est détecté (voir la Figure 8).

4. Au besoin, agrippez doucement le détecteur de mouvement, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone de détection.

5. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage.

6. Réglez la sensibilité (SENS) à la valeur souhaitée (faible (LO), moyenne (M) ou élevée (HI)). Une sensibilité trop élevé peut augmenter le nombre de déclenchement non souhaité.



*Figure 7*

## RÉGLAGE FINAL

1. Réglez la période de fonctionnement (ON-TIME), pendant laquelle les projecteurs demeureront allumés après que tout mouvement aura cessé (1, 5 ou 20 minutes).



*Figure 8*

20     Ex. O - Page 92 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*
    *208802-02*

2. Régler l'interrupteur DUALBRITE au temps d'allumage désiré, à faible intensité, après le crépuscule (3h, 6h, crépuscule-aurore). Consultez la section sur la *Minuterie DualBrite* pour plus de détails.

## RENSEIGNEMENTS IMPORTANTS

### *ÉVITEZ D'ORIENTER LE DÉTECTEUR VERS...*

• Voici des exemples d'objets qui pourraient dégager de la chaleur, de sorte que le détecteur se déclenchera :

   • Bassin d'eau       • Appareil de climatisation       • Sortie de sécheuse

   • Animaux             • Sortie de chauffage         • Circulation automobile

   Si vous soupçonnez l'une de ces sources de chaleur d'entraîner le déclenchement du détecteur de mouvement, réduisez la sensibilité.

• Zones où des animaux de compagnie ou de la circulation pourrait déclencher le détecteur de mouvement.

• Sur de grands objets clairs à proximité qui réfléchissent la lumière du jour et risquent de déclencher le dispositif d'arrêt. Évitez de diriger d'autres luminaires vers le détecteur de mouvement.

### *MODIFICATIONS SAISONNIÈRES :*

Le détecteur de mouvement fonctionne en décelant les changements de température dans son champ de vision. Plus la température ambiante se rapproche de celle du corps humain, moins le capteur semblera sensible. Plus la différence de température sera importante, plus le capteur semblera sensible. Il pourrait être nécessaire de modifier le réglage du commutateur de sensibilité (SENS) lorsque la température extérieure change, d'une saison à l'autre. Cela fait partie du fonctionnement normal du capteur du luminaire.

## MINUTERIE DUALBRITE

Le mode DualBrite est une fonction réglable du luminaire qui permet d'allumer l'éclairage à intensité réduite à la brunante. Lorsqu'un mouvement est détecté, l'éclairage s'allume à pleine intensité pendant la période de fonctionnement (ON-TIME) fixée (1, 5 ou 20 minutes), avant de repasser en mode DualBrite à intensité réduite. L'éclairage demeure à intensité réduite pendant la période sélectionnée (Fermé, 3 hres, 6 hres, Soir au matin/Off, 3 hr., 6 hr., dusk-to-dawn), avant de s'éteindre complètement. Une fois la minuterie DualBrite écoulée, l'éclairage s'allume uniquement lorsqu'un mouvement est détecté. La sélection de l'option OFF désactive la fonction DualBrite, mais le détecteur de mouvement continue de fonctionner.

## CREEP ZONE

La fonction « Creep Zone » accroît la zone de détection en augmentant la zone de couverture du capteur. Cette fonction assure une protection supplémentaire sous le luminaire et près du mur de la maison, de sorte qu'il n'y ait « aucun endroit où se cacher ».

## MODE MANUEL

Le mode manuel contourne le détecteur de mouvement et la commande « ON-TIME » de sorte que l'éclairage s'allume à pleine intensité. Cette caractéristique fonctionne seulement à nuit, et une seule nuit à la fois. Le détecteur de mouvement repasse en mode détection après six heures ou au moment du lever du soleil, selon la première éventualité. Le mode manuel peut aussi être activé et désactivé au moyen d'un interrupteur mural.

• Pour activer le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.

• Pour désactiver le mode manuel, fermez l'éclairage au moyen de l'interrupteur mural pendant 1 ou 2 secondes, puis rallumez-le.



Fermez l'interrupteur pendant 1 ou 2 secondes



Réactivez l'interrupteur mural.

*208802-02*

Ex. O - Page 93 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

21

## FICHE TECHNIQUE

Portée .......................................................... Jusqu'à 21 m (70 pi) [Varie selon la température ambiante].

Angle de détection....................................... Jusqu'à 240°

Courant requis.............................................. 120 V c.a., 60 Hz

Modes de fonctionnement............................ ESSAI, DÉCL. PAR MOUV et CONTOURNEMENT MANUEL

Minuterie de fonctionnement....................... 1, 5 ou 20 minutes

Minuterie d'essai........................................... 8 secondes

Minuterie du mode manuel .......................... Maximum 6 heures

Portée .......................................................... "LO", "M", "HI"

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

CAN ICES-005 (B)/NMB-005 (B)

## GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation.<br>5. Le détecteur de mouvement est orienté dans la mauvaise direction.<br>6. La température de l'air extérieur est proche de la température corporelle d'une personne. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau une fois la nuit tombée.<br>4. Vérifiez le câblage.<br>5. Réorientez le détecteur afin de couvrir la zone souhaitée.<br>6. Augmentez le réglage du « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails. |
| La lumière s'allume pendant la journée. | 1. Le détecteur de mouvement est installé dans un endroit relativement sombre.<br>2. Le commutateur « ON-TIME » est en position « TEST ». | 1. Le luminaire fonctionne normalement dans ces circonstances.<br>2. Placez le commutateur « ON-TIME » en position 1, 5 ou 20 minutes. |
| La lumière s'allume sans raison apparente. | 1. Le capteur détecte de petits animaux ou la circulation automobile.<br>2. Le commutateur « SENS » est réglé à une sensibilité trop élevée.<br>3. Le commutateur « DUALBRITE» est en position 3, 6 ou DUSK TO DAWN.<br>4. La température extérieure est de loin supérieure ou inférieure à la température corporelle d'une personne (été ou hiver).<br>5. Le luminaire est branché à un gradateur ou à une minuterie. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réduisez la sensibilité du cadran « SENS ».<br>3. Le luminaire fonctionne normalement dans ces circonstances.<br>4. Réduisez la sensibilité du cadran « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails.<br>5. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |
| L'éclairage s'éteint trop tard lorsqu'il est réglé à DUSK TO DAWN. | Le luminaire est installé dans un endroit relativement sombre. | Déplacez le luminaire ou utilisez le réglage 3 heures ou 6 heures. |

Ex. O - Page 94 of 96

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

*208802-02*

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage demeure continuellement allumé. | 1. Le détecteur de mouvement capte une source de chaleur : évent, sortie de sécheuse ou surface brillante réfléchissant la chaleur.<br>2. Le détecteur de mouvement est en mode manuel.<br>3. Le luminaire est branché à un gradateur ou à une minuterie.<br>4. Le luminaire est branché au même circuit qu'un moteur, un transformateur ou un fluorescent. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. Suivez les directives du *mode Manuel* à la page 21 pour le réactiver.<br>3. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard.<br>4. Branchez le luminaire à un circuit ne comportant pas de moteur, de transformateur ni de fluorescent. |
| Les lumières clignotent. | 1. La chaleur ou la lumière des lampes activent et désactivent continuellement le détecteur de mouvement.<br>2. La chaleur est réfléchie par des objets de sorte qu'elle active et désactive le détecteur de mouvement.<br>3. Le détecteur de mouvement est en mode « TEST » et se réchauffe. | 1. Éloignez la lampe du détecteur de mouvement.<br>2. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>3. En mode TEST, l'éclairage demeure allumé seulement pendant 8 secondes. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. |
| En mode manuel, les lumières clignotent une fois, puis demeurent éteintes. | Le détecteur de mouvement capte la lumière de la lampe. | Repositionnez la lampe de sorte que la zone sous le détecteur de mouvement soit relativement sombre. |

*208802-02*

Ex. O - Page 95 of 96
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

23

## SERVICE TECHNIQUE

**Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.**

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

**Aucune pièce de rechange n'est disponible pour ce produit.**

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

---

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

Ex. O - Page 96 of 96

# EXHIBIT P

# USE AND CARE GUIDE

---

## MOTION SECURITY LIGHT



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

---

*THANK YOU*
*We appreciate the trust and confidence you have placed in Defiant through the purchase of this motion security light.*
*We strive to continually create quality products designed to enhance your home. Visit us online to see our full line of*
*products available for your home improvement needs. Thank you for choosing Defiant!*

# Table of Contents

Table of Contents............................2
Safety Information.........................2
Warranty .....................................2
  5-Year Limited Warranty ................2
Pre-Installation............................3
  Planning Installation ..................3
  Specifications ..........................3

Tools Required ..........................3
Hardware Included.......................4
Package Contents ......................4
Installation .................................5
Operation....................................8
Care and Cleaning .....................10
Troubleshooting ........................11

# Safety Information

## PRECAUTIONS

- ☐ Please read and understand this entire manual before attempting to assemble, install, or operate this light fixture.
- ☐ This light fixture requires a 120-Volt AC power source.
- ☐ Some codes require installation by a qualified electrician.
- ☐ This light fixture must be properly grounded.
- ☐ This light fixture should be installed outdoors to a wall or eave.
- ☐ The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.



**WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.



**WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.



**CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.



**CAUTION:** Burn hazard. Allow the light fixture to cool before touching.

**NOTICE:** Do not connect this light fixture to a dimmer switch or timer.

- ☐ CAN ICES-005 (B)/NMB-005 (B)

- ☐ This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

# Warranty

## 5-YEAR LIMITED WARRANTY

### WHAT IS COVERED

This product is guaranteed to be free of factory defective parts and workmanship for a period of 5 years from date of purchase. Purchase receipt is required for all warranty claims.

### WHAT IS NOT COVERED

This guarantee does not include repair service, adjustment and calibration due to misuse, abuse or negligence, LEDs, or battery. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges. This warranty is not extended to other equipment and components that a customer uses in conjunction with this product.

No service parts available for this product (including battery).

Contact the Customer Service Team at 1-866-308-3976 or visit www.homedepot.com.

Ex. P - Page 2 of 28

# Pre-Installation

## PLANNING INSTALLATION

Before installing the light fixture, ensure that all parts are present. Compare parts with the *Hardware Included* and *Package Contents* sections. If any part is missing or damaged, do not attempt to assemble, install, or operate this light fixture.

Estimated installation time: 30 minutes

## SPECIFICATIONS

| Range | Up to 70 ft. (21.3 m) (Varies with surrounding temperature) |
|---|---|
| Sensing angle | Up to 180° |
| Electrical load - LED | 28 Watts |
| LED Lumens | 2350 (400 in battery backup mode) |
| Power requirements | 120 VAC, 60 Hz |
| Battery type | Rechargeable lithium-ion battery |
| Operating modes | Test, Motion activated, Manual |
| Time delay | 1, 5, 20 minutes (10 seconds in battery backup mode) |
| DualBrite timer | Off, 3 hours, 6 hours, dusk-to-dawn |

## TOOLS REQUIRED



Phillips screwdriver

1/8 in. Flathead screwdriver

Wire strippers/cutters

Circuit tester

Work gloves

Silicone sealant

Ladder

Safety goggles

Please contact 1-866-308-3976 for further assistance.

Ex. P - Page 3 of 28

# Pre-Installation (continued)

## HARDWARE INCLUDED

> **NOTE:** Hardware shown to actual size.



| Part | Description | Quantity |
|------|-------------|----------|
| AA | Rubber plug | 1 |
| BB | Mounting bracket screw | 2 |
| CC | Mounting bracket screw | 2 |
| DD | Large mounting bolt (pre-installed) | 1 |
| EE | Small mounting bolt | 1 |
| FF | Mounting bracket (not to scale) | 1 |
| GG | Mini screwdriver | 1 |
| HH | Backup battery (not to scale) | 1 |

## PACKAGE CONTENTS



| Part | Description | Quantity |
|------|-------------|----------|
| A | Lamp head | 2 |
| B | Light fixture | 1 |
| C | Motion sensor | 1 |
| D | Mounting plate | 1 |

4

# Installation

## 1 Determining the mounting location

 **NOTE:** The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

☐ Determine the mounting location – wall or eave mount.

☐ Position the lamp heads (A) in the general direction of the desired light coverage.

☐ If needed, rotate the motion sensor (C) so the controls face the ground after installation.



Wall Mount

Eave Mount



## 2 Removing the mounting plate

 **NOTE:** This fixture comes with a mounting plate (D). It is pre-assembled on the light fixture (B) for shipping.

 **NOTE:** The large mounting bolt (DD) is pre-installed in the light fixture (B). Do not attempt to remove the large mounting bolt (DD).

☐ Unscrew the large mounting bolt (DD) connecting the light fixture (B) to the mounting plate (D) and remove the mounting plate (D).



## 3 Installing the mounting bracket

⚠ **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **NOTE:** Six mounting bracket screws of various sizes are included. The installation will only require two. Discard the unused mounting bracket screws after installation.

☐ Remove the existing light fixture.

☐ Install the mounting bracket (FF) with the stamped word "FRONT" facing away from the junction box. Use the mounting bracket screws (BB or CC) that best fit the junction box. If necessary, use the screws that were removed from the existing light fixture.

☐ Firmly pull on the mounting bracket to verify it is securely mounted to the junction box.





Please contact 1-866-308-3976 for further assistance.

Ex. P - Page 5 of 28

## Installation (continued)

# 4 Installing the mounting plate

- ☐ Route the junction box wires through the hole in the mounting plate (D).
- ☐ Place the mounting plate (D) against the junction box.
  - ☐ When mounting to a wall, the "UP" arrow must point upward.
  - ☐ When mounting to an eave, the "UP" arrow must point toward the building.
- ☐ Insert the small mounting bolt (EE) through the mounting plate (D) hole located below the threaded hole, and thread it into the center hole of the mounting bracket (FF). Tighten the bolt (EE) securely.
- ☐ Firmly pull on the mounting plate (D) to verify it is securely attached to the mounting bracket (FF).



# 5 Making the electrical connections

- ☐ If necessary, strip 3/8" of insulation from junction box wires (1).
- ☐ Insert the junction box wires into the side of the terminal block and around the ground screw. Tighten terminal block screws using the mini-screwdriver (GG) and ground screw to secure the wires.
  - ☐ Insert the white wire from the junction box into the terminal marked "N (White)".
  - ☐ Insert the black wire from the junction box into the terminal marked "L (Black)".
  - ☐ Connect the bare or green ground wire from the junction box to the ground screw (marked with "GND").



# 6 Installing the lithium battery

- ☐ Remove the lithium battery (HH) from the packaging.
- ☐ Remove the cover (2) from the battery compartment on the rear of light fixture (B).
- ☐ Insert the male battery connector (3) into the female connector.
- ☐ Place the lithium battery (HH) into the holder and replace the battery cover (2).



6

# Installation (continued)

# 7  Mounting the light fixture



NOTICE: The two pins on the rear of the light fixture must be inserted into the terminal block for the light to work.

☐ Align the bottom edge of the light fixture (B) with the bottom edge of the mounting plate (D). Tilt the light fixture (B) toward the mounting plate (D), making sure the light fixture (B) is centered on the mounting plate (D).

☐ Tighten the large mounting bolt (DD) securely through the center of the mounting plate (D). Do not overtighten.

☐ Push the rubber plug (AA) firmly into the mounting bolt hole on the light fixture (B).

# 8  Caulking around the light fixture

 CAUTION: Failure to completely caulk around the light fixture's mounting plate (D) could result in water seepage into the light fixture (B) and/or junction box.



☐ Caulk around the mounting plate (D) and mounting surface with silicone sealant (not included).

Please contact 1-866-308-3976 for further assistance.
Ex. P - Page 7 of 28

# Operation

## 1 Adjusting the lamp heads



**WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.



**CAUTION:** Keep lamp heads 30° below horizontal to avoid water damage and electrical shock.

▢ Turn the power on at the circuit breaker or fuse and turn on the wall switch.

▢ If needed, gently grasp the lamp heads (A) and tilt them up or down or side to side to adjust the light coverage area.



## 2 Rotating the sensor controls downward



**CAUTION:** To avoid water damage and risk of electrical shock, the motion sensor controls must be facing the ground when installation is complete.

▢ Rotate the motion sensor (C) so the controls face toward the ground.

**NOTICE:** All clearances must be maintained. See *Safety Information* on page 2.



## 3 Setting the sensor for testing



**NOTE:** When the "ON-TIME" switch is set to the "TEST" position, the light fixture will operate during the day or night. The light will stay on for 8 seconds after all motion is stopped.

▢ Set the "ON-TIME" switch to the "TEST" position.

▢ Set the "DUALBRITE" switch to the "OFF" position.

▢ Slide the "SENS" switch to the "L" (low) position.



**NOTE:** The motion sensor will need to completely warm up (60 seconds) before beginning the setup process.



8

# Operation (continued)

## 4 Adjusting the motion sensor detection zone

- □ Perform a "walk test": walk in an arc across the front of the motion sensor (C).
- □ Watch the light. The light will come on and the red LED will flash indicating motion has been detected.
- □ Stop, wait for the light to turn off, and then begin walking again.
- □ Continue this process until the detection zone has been established.

- □ If needed, gently grasp the motion sensor (C) and move it from side to side or up and down to adjust the detection zone.



## 5 Adjusting the SENS switch

- □ To increase the sensitivity, slide the "SENS" switch toward the "H" (high) position.
- □ To decrease the sensitivity, slide the "SENS" switch toward the "L" (low) position.

 **NOTE:** The motion sensor (C) is more sensitive to motion moving across the front of the sensor. The motion sensor (C) is less sensitive to motion moving directly toward the front of the sensor.

 **NOTE:** The higher the "SENS" setting (sensitivity), the greater the possibility of false triggering. To reduce false triggering, slide the "SENS" switch toward the "L" (low) setting.



## 6 Adjusting the ON-TIME switch

 **NOTE:** The "ON-TIME" switch determines the amount of time the light will stay on full bright after all motion has stopped. When the "ON-TIME" switch is set to the 1, 5, or 20 minute position, the light will only come on during the night.

- □ Set the "ON-TIME" switch to the 1, 5, or 20 minute position.



## 7 Adjusting the DUALBRITE switch

 **NOTE:** The "DUALBRITE" switch determines the amount of time the lights stay on at an accent level after sundown. Switching this setting to "OFF" will not affect the "ON-TIME" setting.

- □ Set the "DUALBRITE" switch to OFF, 3 hours, 6 hours, or dusk-to-dawn (sunset to sunrise).



Please contact 1-866-308-3976 for further assistance.

Ex. P - Page 9 of 28

## Operation (continued)

# 8 Using emergency lighting backup

This light (B) has been designed with a battery backup system. When the power to the light (B) goes out, the rechargeable lithium battery (HH) will allow the light (B) to operate with limited capabilities.

☐ The light (B) will work only at night.

☐ The light (B) will operate at a reduced light output of 400 lumens (only the center LEDs (4) will illuminate).

☐ The ON-TIME is set to turn the light (B) off after 10 seconds once all motion has stopped.

☐ When the power first goes out, the light (B) will come on for 1 minute at night only.

☐ When the power is restored, the light (B) will come on for 1 minute during the day or night.



# 9 Using manual mode

 **NOTE:** Manual mode overrides the motion sensor (C) so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor (C) will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

☐ Ensure the power to the light is ON and the sensor has warmed up (60 seconds).

☐ To turn manual mode on, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

☐ To turn manual mode off, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

 **NOTE:** If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



## Care and Cleaning

☐ To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.

☐ Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.

☐ Do not spray the light fixture with a hose or power washer.

# Troubleshooting

| Problem | Possible Cause | Solution |
|---------|---------------|----------|
| The light will not come on. | □ The light switch is turned off. | □ Turn the light switch on. |
| | □ The fuse is blown or the circuit breaker is turned off. | □ Replace the fuse or turn the circuit breaker on. |
| | □ The light fixture is not properly attached to the mounting plate, if this is a new installation (the pins are not fully seated in the terminal block). | □ Re-install the light fixture to the base and ensure the pins are fully seated in the terminal block. |
| | □ Daylight turn-off (photocell) is in effect. | □ Recheck after dark. |
| | □ The circuit wiring is incorrect (if this is a new installation). | □ Verify the wiring is correct. |
| | □ The motion sensor is aimed in the wrong direction. | □ Re-aim the motion sensor to cover the desired area. |
| | □ The outside air temperature is close to the same as a person's body heat. | □ Increase the "SENS" setting. |
| The light comes on during the day. | □ The motion sensor may be installed in a relatively dark location. | □ The light fixture is operating normally under these circumstances. |
| | □ The "ON-TIME" switch is in the "TEST" position. | □ Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | □ The motion sensor may be sensing small animals or automobile traffic. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The "SENS" switch is set too high. | □ Decrease the "SENS" setting. |
| | □ The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting. | □ The light fixture is operating normally under these circumstances. |
| | □ The outside temperature is much warmer or cooler than a person's body heat (summer or winter). | □ Decrease the "SENS" setting. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in the Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |
| The light is very dim and goes off quickly after motion has stopped. | The light is in battery backup mode. | Ensure power is turned on at the light switch. Light will operate normally once the power is back on. |

Please contact 1-866-308-3976 for further assistance.

Ex. P - Page 11 of 28

# Troubleshooting (continued)

| Problem | Possible Cause | Solution |
|---|---|---|
| The lights stay on continuously. | □ The motion sensor may be picking up a heat source, such as an air vent, dryer vent, or brightly painted, heat-reflective surface. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in manual mode. | □ Switch the motion sensor to auto. See *Using manual mode* on page 9. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | □ The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | □ Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | □ Heat or light from the lamp heads may be turning the motion sensor on and off. | □ Reposition the lamp heads away from the motion sensor. |
| | □ Heat is being reflected from other objects and may be turning the motion sensor on and off. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in "TEST" mode and warming up. | □ While in "TEST" mode, the light only stays on for 5 seconds. Set the "ON-TIME" switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |
| Light will not come on when power is turned off. | □ The outside temperature is either too hot or cold for the lithium battery to operate safely. | □ When the outside temperature is in a safe range the lithium battery will work correctly. |
| | □ The lithium battery charge is too low (the red LED on the sensor continually flashes). | □ When the lithium battery has been charged to a safe level, the light will work correctly. |
| | □ The lithium battery is no longer able to hold a charge. | □ If the battery will not charge after 7 days (with the light switch in the ON position), then replace the battery with a Li-ion, 18650-2000mAh, 3.7V 7.4wh battery with the correct connector. |

This page intentionally left blank.



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

Retain this manual for future use.

209150-01A

# GUÍA PARA EL USO Y CUIDADO

## LUZ DE SEGURIDAD POR MOVIMIENTO



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

---

**GRACIAS**

*Agradecemos la fe y la confianza que usted ha depositado en Defiant al comprar esta luz de seguridad por movimiento. Procuramos crear continuamente productos de calidad diseñados para mejorar su hogar. Visítenos en internet para ver nuestra línea completa de productos disponibles que necesita para el mejoramiento de su hogar.*
*¡Gracias por escoger Defiant!*

# Contenido

Contenido..............................................16
Información de seguridad .....................16
Garantía...............................................16
   5 años de garantía limitada .................16
Antes de la instalación..........................17
   Planificación de la Instalación .............17
   Especificaciones ..................................17

Herramientas Requeridas ....................17
   Ferretería Incluida.................................18
   Contenido del Paquete.........................18
Instalación ............................................19
Operación..............................................22
Cuidado y limpieza ................................24
Análisis de averías ................................25

# Información de seguridad

## PRECAUCIONES

- □ Por favor lea y entienda todo este manual antes de tratar de ensamblar, instalar u operar este aparato de luz.
- □ Esta lámpara requiere una fuente de alimentación de 20 voltios de CA.
- □ Algunos códigos exigen que la instalación la realice un electricista calificado.
- □ Este aparato de luz debe estar correctamente conectado a tierra.
- □ Para que opere correctamente, este aparato de luz debe ser:
- □ Esta lámpara debe ser instalada fuera de casa sobre una pared o aleros.
- □ Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

 **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

 **ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.

 **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

 **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.

**AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.

- □ CAN ICES-005 (B)/NMB-005 (B)

- □ Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

# Garantía

## 5 AÑOS DE GARANTÍA LIMITADA

### LO QUE SE CUBRE

Se garantiza que este producto no tiene partes defectuosas de fábrica o de mano de obra por un período de 5 años desde la fecha de compra. Se necesita el recibo de compra para todos los reclamos de garantía.

### LO QUE NO SE CUBRE

Esta garantía no incluye servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, LEDs o batería. Los servicios no autorizados o las modificaciones hechas al producto o a cualquier componente invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o gastos de envío. Esta garantía no se extiende a otros equipos o componentes que el consumidor usa junto con este producto.
No hay piezas de servicio disponibles para este producto (incluyendo la batería).
Póngase en contacto con el personal de servicio al cliente al 1-866-308-3976 o visite el sitio www.homedepot.com.

# Antes de la instalación

## PLANIFICACIÓN DE LA INSTALACIÓN

Antes de instalar el aparato de luz, esté seguro que estén todas las piezas. Compare las piezas con la *Ferretería incluida* y las secciones de *Contenidos del paquete*. Si cualquier pieza falta o está dañada, no intente ensamblar, instalar ni operar este aparato de luz.

Tiempo estimado para la instalación: 30 minutos

## ESPECIFICACIONES

| | |
|---|---|
| **Alcance** | Hasta 70 pies (21,3 m) (Varía con la temperatura circundante) |
| **Ángulo de detección** | Hasta 270° |
| **Carga eléctrica - DEL** | 28 Vatios |
| **Lúmenes LED** | 2350 (400 en modo de batería de reserva) |
| **Requisitos de la energía eléctrica** | 120 VCA, 60 Hz |
| **Tipo de batería** | Batería recargable de iones de litio |
| **Fases de operación** | Prueba, activado por movimiento, manual |
| **Retardo de tiempo** | 1, 5, 20 minutos (10 segundos en modo de batería de reserva) |
| **Temporizador DualBrite** | Apagado, 3 horas, 6 horas, del crepúsculo al amanecer |

## HERRAMIENTAS REQUERIDAS



Destornillador phillips

Destornillador de cabeza plana de 1/8 de pulgada

Peladores/ cortadores de cables

Probador de circuitos

Guantes de trabajo

Sellador de silicona

Escalera

Gafas de seguridad

17     HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. P - Page 17 of 28

# Antes de la instalación (continuación)

## FERRETERÍA INCLUIDA

📝 **NOTA:** La ferretería se muestra en su tamaño real



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| AA | Tapón de caucho | 1 |
| BB | Tornillo del soporte de montaje | 2 |
| CC | Tornillo del soporte de montaje | 2 |
| DD | Tornillo grande de montaje (pre-instalado) | 1 |
| EE | Tornillo pequeño de montaje | 1 |
| FF | Soporte de montaje (no está a escala) | 1 |
| GG | Mini-destornillador | 1 |
| HH | Batería de reserva (no a escala) | 1 |

## CONTENIDO DEL PAQUETE



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| A | Cabezal de lámpara | 2 |
| B | Artefacto de luz | 1 |
| C | Detector de movimiento | 1 |
| D | Placa de montaje | 1 |

Ex. P - Page 18 of 28

# Instalación

## 1 Determinación del sitio de montaje


**NOTA:** Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

☐ Determine el sitio de montaje – pared o alero.

☐ Coloque los cabezales de la lámpara (A) en la dirección general de la cobertura de luz deseada.

☐ Si es necesario, gire el detector de movimiento (C) de modo que los controles miren hacia el suelo después de la instalación.



Montaje en pared

Montaje en alero




## 2 Remoción de la placa de montaje


**NOTA:** El aparato viene con una placa de montaje (D). Está premontado en la lámpara (B) para ser enviado.


**NOTA:** El tornillo de fijación grande (DD) está pre-instalado en la lámpara (B). No trate de quitar el tornillo grande de montaje (DD).

☐ Desenrosque el tornillo grande de montaje (DD) que conecta la lámpara (B) a la placa de montaje (D) y retire la placa de montaje (D).



## 3 Instalación del soporte de montaje


**ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.


**NOTA:** Se incluyen seis tornillos de varios tamaños para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.

☐ Retire el aparato de luz existente.

☐ Instale el soporte de montaje (FF) con la palabra estampada "FRENTE" en dirección contraria a la caja de conexiones. Use los tornillos del soporte de montaje (BB o CC) que mejor encajen con la caja de conexiones. Si es necesario, use los tornillos que fueron retirados del aparato de luz anterior.

☐ Hale con firmeza el soporte de montaje para verificar que esté bien montado en la caja de conexiones.



Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. P - Page 19 of 28

# Instalación (continuación)

## 4 Instalación de la placa de montaje

- □ Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (D).
- □ Coloque la placa de montaje (D) contra la caja de conexiones.
    - □ Cuando la instale sobre una pared, la flecha "UP" (Hacia Arriba) debe apuntar hacia arriba.
    - □ Cuando la instale sobre un alero, la flecha "UP" (Hacia Arriba) debe apuntar hacia el edificio.
- □ Inserte el tornillo pequeño de montaje (EE) por el agujero de la placa de montaje (D) situado debajo del agujero roscado, y enrósquelo en el agujero central del soporte de montaje (FF). Apriete el perno (EE) de forma segura.
- □ Hale firmemente de la placa de montaje (D) para verificar que esté bien sujeta al soporte de montaje (FF).



## 5 Cómo hacer las conexiones eléctricas

- □ Si es necesario, pele 3/8 de pulgada de aislamiento de los cables de la caja de conexiones (1).
- □ Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra. Apriete los tornillos del bloque de terminales utilizando el mini-destornillador (GG) y el tornillo de tierra para asegurar los cables.
    - □ Inserte el cable blanco de la caja de conexiones en el terminal marcado "N (White)".
    - □ Inserte el cable negro de la caja de conexiones en el terminal marcado "L (Black)".
    - □ Conecte el alambre desnudo o verde de tierra de la caja de conexiones al tornillo de tierra (marcado con "GND").



## 6 Instalación de la batería de litio

- □ Retire la batería de litio (HH) del empaquetado.
- □ Retire la cubierta (2) del compartimiento de la batería en la parte trasera de la lámpara (B).
- □ Inserte el conector macho de la batería (3) en el conector hembra.
- □ Coloque la batería de litio (HH) en el soporte y vuelva a colocar la tapa de la batería (2).



20

# Instalación (continuación)

## 7 Montaje del aparato de luz



**AVISO:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.

☐ Alinee el borde inferior de la lámpara (B) con el borde inferior de la placa de montaje (D). Incline la lámpara (B) hacia la placa de montaje (D), asegurándose de que la lámpara (B) esté centrada en la placa de montaje (D).

☐ Apriete el tornillo grande de montaje (DD) en forma segura por el centro de la placa de montaje (D). No apriete excesivamente.

☐ Empuje con fuerza el tapón de caucho (AA) en el orificio del perno de montaje de la lámpara (B).

## 8 Calafatee alrededor del aparato de luz

 **PRECAUCIÓN:** No calafatear por completo alrededor de la placa de montaje (D) de la lámpara puede resultar en la filtración del agua en la lámpara (B) y / o la caja de conexiones.



☐ Calafatee alrededor de la placa de montaje (D) y de la superficie de montaje con un sellador de silicona (no incluido).

21                                                                 HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. P - Page 21 of 28

# Operación

## 1 Ajuste de los cabezales de la lámpara



**ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.



**PRECAUCIÓN:** Mantenga los cabezales de la lámpara 30° debajo de la línea horizontal para evitar daños por agua y descargas eléctricas.

□ Conecte la energía eléctrica en el disyuntor o en el fusible y encienda el interruptor de la pared.

□ Si es necesario, sujete suavemente los cabezales de la lámpara (A) e inclínelos hacia arriba o hacia abajo o de lado a lado para ajustar el área de cobertura de la luz.



## 2 Giro hacia abajo de los controles del detector



**PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

□ Gire el detector de movimiento (C) de manera que los controles estén orientados hacia suelo.

**AVISO:** Todos los espacios libres deben ser mantenidos. Vea *Información sobre seguridad* en la página 14.



## 3 Calibración del detector para prueba



**NOTA:** Cuando el interruptor de "DURACIÓN" ("ON-TIME") se fija en la posición "PRUEBA" ("TEST") el aparato de luz operará durante el día o la noche. La luz permanecerá encendida 8 segundos después que todo movimiento se ha detenido.

□ Fije el interruptor de "DURACIÓN" en la posición "PRUEBA ("TEST").

□ Fije el interruptor "DUALBRITE" en la posición "APAGADO" ("OFF").

□ Deslice el interruptor "SENS" a la posición "L" (baja).



**NOTA:** El detector de movimiento necesitará calentarse completamente (60 segundos) antes de empezar el proceso de puesta a punto.



Ex. P - Page 22 of 28

## Operación (continuación)

### 4 Regulación de la zona de detección del detector de movimiento

- ☐ Haga una "prueba caminando": camine transversalmente a la parte frontal del detector de movimiento (C) siguiendo la trayectoria de un arco.
- ☐ Observe la luz. La luz se encenderá y el LED rojo destellará indicando que se ha detectado movimiento.
- ☐ Deténgase, espere que la luz se apague, y luego empiece a caminar de nuevo.

- ☐ Continúe este proceso hasta que la zona de detección haya sido establecida.
- ☐ Si es necesario, sujete suavemente el detector de movimiento (C) y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.



### 5 Ajuste del interruptor SENS

- ☐ Para aumentar la sensibilidad, deslice el interruptor "SENS" hacia la posición "H" (alta).
- ☐ Para disminuir la sensibilidad, deslice el interruptor "SENS" hacia la posición "L" (baja).

 **NOTA:** El detector de movimiento (C) es más sensible al movimiento transversal a la parte frontal del detector. El detector de movimiento (C) es menos sensible al movimiento que se dirige directamente hacia la parte frontal del detector.

 **NOTA:** Mientras mayor sea la calibración del "SENS" (sensibilidad), mayor será la posibilidad de falsas alarmas. Para reducir las falsas alarmas, deslice el interruptor "SENS" hacia el ajuste "L" (baja).



### 6 Regulación del interruptor de DURACIÓN

 **NOTA:** El interruptor de DURACIÓN determina el lapso de tiempo que la luz permanece encendida con todo su brillo luego que ha cesado el movimiento. Cuando fije el interruptor "ON-TIME" a la posición de 1, 5 ó 20 minutos, la luz sólo se encenderá durante la noche.

- ☐ Coloque el interruptor de DURACIÓN en la posición 1, 5 o 20 minutos.



### 7 Regulación del interruptor DUALBRITE

 **NOTA:** El interruptor DUALBRITE determina el lapso de tiempo que la luz permanece encendida con un nivel de luz reducido luego de la puesta del sol. Cambiando esta calibración a "OFF" ("DESCONECTADO") no quedará afectada la calibración de la DURACIÓN.

- ☐ Coloque el interruptor "DUALBRITE" en APAGADO (OFF), 3 horas, 6 horas o del crepúsculo al amanecer (de la puesta a la salida del sol).



Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. P - Page 23 of 28

## Operación (continuación)

# 8 Uso de la reserva de la iluminación de emergencia

Esta luz (B) ha sido diseñada con un sistema de baterías de reserva. Cuando se apague la luz (B), la batería de litio recargable (HH) permitirá que la luz (B) funcione con capacidades limitadas.

- □ La luz (B) funcionará sólo por la noche.

- □ La luz (B) funcionará con una salida de luz reducida de 400 lúmenes (sólo los (4) LED centrales se iluminarán).

- □ El ON-TIME está programado para apagar la luz (B) después de 10 segundos una vez que todo movimiento se ha detenido.

- □ Cuando la energía se apague primero, la luz (B) se encenderá por 1 minuto sólo por la noche.

- □ Cuando se restaura la alimentación, la luz (B) se encenderá por 1 minuto durante el día o la noche.



# 9 Uso del la fase manual

 **NOTA:** La fase manual anula el detector de movimiento (C) y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento (C) se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

- □ Asegúrese de que la luz está encendida (ON) y de que el detector se ha calentado (60 segundos).
- □ Para activar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.
- □ Para desactivar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos

**NOTA:** Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.



## Cuidado y limpieza

- □ Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.
- □ No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.
- □ No rocíe la lámpara con una manguera o lavadora a presión.

# Análisis de averías

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz no se enciende. | □ El interruptor de la luz está apagado. | □ Encienda el interruptor de la luz. |
| | □ El fusible está quemado o el disyuntor está desconectado. | □ Cambie el fusible o conecte el disyuntor. |
| | □ La lámpara no está correctamente sujetada a la placa de montaje, si se trata de una nueva instalación (las clavijas no están asentadas por completo en el bloque de terminales). | □ Vuelva a instalar la lámpara en la base y asegúrese de que las clavijas estén asentadas por completo en el bloque de terminales. |
| | □ El apagado de la luz diurna (fotocélula) está vigente. | □ Vuelva a revisar al amanecer. |
| | □ El cableado del circuito es incorrecto (si esta es una instalación nueva). | □ Verifique que el cableado esté correcto. |
| | □ El detector de movimiento está enfocando a la dirección incorrecta. | □ Vuelva a enfocar el detector de movimiento para que cubra el área deseada. |
| | □ La temperatura del aire exterior está cercana al calor corporal de una persona. | □ Aumente la calibración del alcance ("SENS"). |
| La luz se enciende durante el día. | □ El detector de movimiento puede estar instalado en un sitio relativamente oscuro. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | □ Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | □ El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El interruptor "SENS" está fijado demasiado alto. | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| La luz es muy tenue y se apaga rápidamente después de que el movimiento se ha detenido. | La luz está en modo de batería de reserva. | Asegúrese de que la alimentación esté encendida en el interruptor de luz. La luz funcionará normalmente una vez que se vuelva a encender. |

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.

Ex. P - Page 25 of 28

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|----------|----------------|----------|
| Las luces permanecen encendidas constantemente. | □ El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase manual. | □ Cambie el detector de movimiento a automático. Vea *Uso de la fase manual* en la página 21. |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz y el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | □ El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | □ Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | □ El calor o la luz de los cabezales de la lámpara pueden prender y apagar al detector de movimiento. | □ Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento. |
| | □ El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | □ Mientras está en la fase PRUEBA, la luz sólo queda encendida por 5 segundos. Fije el interruptor "ON-TIME" para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |
| La luz no se enciende cuando se apaga la alimentación. | □ La temperatura exterior es demasiado caliente o fría para que la batería de litio funcione con seguridad. | □ Cuando la temperatura exterior está en un rango seguro, la batería de litio funcionará correctamente. |
| | □ La carga de la batería de litio es demasiado baja (el LED rojo del detector destella continuamente). | □ Cuando la batería de litio se ha cargado hasta un nivel seguro, la luz funcionará correctamente. |
| | □ La batería de litio ya no es capaz de mantener una carga. | □ Si la batería no se carga después de 7 días (con el interruptor de luz en la posición ON), reemplace la batería con una batería Li-ion, 18650-2000mAh, 3,7V 7,4wh y con el conector correcto. |

Ex. P - Page 26 of 28

Esta página está en blanco intencionalmente.

27　　　　　　　　　　　　　　　　　　　　　　　　HOMEDEPOT.COM

Por favor, póngase en contacto al 1-866-308-3976 para obtener más ayuda.
Ex. P - Page 27 of 28

# DEFIANT®

¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

Guarde este manual para uso futuro.

209150-01A

# EXHIBIT Q



# Motion Sensor
# Light Control
## Model: 5838

Dated receipt required for warranty replacement.

## FEATURES

- Bright, energy saving LED light
- DualBrite® technology
- Automatically comes on when motion is detected.

## UNPACKING

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Security Light
- Owner's Manual
- Mounting Hardware



## HARDWARE INCLUDED

*Note:* Six mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug



#6 Mounting Bracket Screw (x2)



#8 Mounting Bracket Screw (x2)



Mounting Bolt



Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket



Mini Screwdriver

© 2019 HeathCo LLC

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

210008-01A

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **WARNING:** Shock hazard. For eave mounting, the center of the junction box must be located at least 4 1/2" (11.5 cm) from the outside edge of the eave.
- **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.
- **CAUTION:** Keep the lamp heads 30° below horizontal to avoid water damage and electrical shock.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- **NOTICE:** Do not connect this light fixture to a dimmer switch or timer.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- If you want to use Manual Mode, the light fixture must be wired through a switch.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground. *Note:* If fixture is mounted higher than 8 ft. (2.4 meters), aiming the sensor down will reduce coverage distance.

The motion sensor on this light fixture detects "motion" by the movement of heat across the coverage area. The motion sensor is more sensitive to the movement of heat moving across the coverage area and less sensitive to the movement of heat directly towards it.



*Note:* Light fixture and sensor should be mounted as shown above when installed (depending upon type of installation).

2

*To see operational and troubleshooting information and videos,*
*go to www.hzsupport.com*

## INSTALLATION

> ⚠️ **WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

This fixture comes with a "Easy Install" mounting plate. It is pre-assembled on the fixture for shipping.

1. Unscrew the large mounting bolt connecting the light fixture to the mounting plate and remove the mounting plate (see Figure 1). The mounting bolt is designed to stay in the light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 2). Use the mounting bracket screws that best fit the junction box.
3. Route the junction box wires through the hole in the mounting plate (see Figure 3).
4. Place the mounting plate against the junction box (see Figure 3).
   • Wall Mounted – The "UP" arrow must point upward
   • Eave Mounted – The "UP" arrow must point toward the building
5. Insert the small mounting bolt through the mounting plate hole located below the threaded hole. Thread the bolt into the center hole of the mounting bracket (see Figure 3). Tighten bolt securely.

## WIRING

Insert the junction box wires into the side of the terminal block and around the ground screw (see Figure 4). Tighten terminal block screws and ground screw to secure wires.

• White to "N (White)"
• Black to "L (Black)"
• Bare or green ground wire to GND (ground) screw.

## FINAL ASSEMBLY

1. Double check that all wiring connections are securely connected.
2. Align the bottom edge of the light fixture with the bottom edge of the mounting plate. Tilt the light fixture toward the mounting plate, making sure the light fixture is centered on the mounting plate.

   **IMPORTANT:** The two pins on the rear of the light fixture must insert into the terminal block for the light to work.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 5).



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

**IMPORTANT:**

- If wall mounted, make sure the fixture is mounted with the sensor below the lamp heads.
- If eave mounted, mount the fixture with sensor facing away from the house wall. Rotate the sensor so the controls face the ground.

4. Push the plastic plug firmly into the mounting bolt hole on the light fixture (see Figure 5).

5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 6).

## TESTING AND ADJUSTMENTS

⚠ **CAUTION: To avoid water damage and risk of electrical shock, motion sensor controls must be facing the ground when installation is complete.**

1. Turn on the circuit breaker and light switch.

   *Note:* The motion sensor has a 1 minute warm up period before it will detect motion. When first turned on wait 1 minute.

2. Slide the sensitivity (SENS) switch to the "L" position, the ON-TIME switch to the TEST position, and the DUALBRITE switch to the OFF position (see Figure 7).

3. Walk through the coverage area noting where you are when the lights turn on. Also, the red LED behind the motion sensor lens will flash several times when motion is detected (see Figure 8).

4. If needed, gently grasp the motion sensor and move it from side to side or up and down to adjust the detection zone.

5. If needed, gently grasp the lamp heads and move them from side to side or up and down to adjust the light coverage area.

6. Adjust the sensitivity (SENS) switch as needed ("L", "M", "H"). Sensitivity set too high may increase false triggering.



*Figure 5*



*Figure 6*



*Figure 7*



*Figure 8*

# LAMP HEAD ADJUSTMENT

This light is designed with four adjustable lamp heads. The lamp heads can be used as two lamp heads or can be separated to help spread the light coverage. Caution should be taken not to rotate the lamp heads past the built-in stops.



1. Gently grasp the top lamp heads and move them to cover the desired area.
2. Gently grasp the bottom lamp heads and move them to cover the desired area.

# FINAL SETUP

1. Set the amount of ON-TIME you want the lights to stay on after all motion has stopped (1, 5, or 20 minutes).
2. Set the DUALBRITE switch to the amount of time after dusk you want the lights on at low level (Off, 3, 6 Hrs., Dusk-to-Dawn). See *DualBrite Timer* section for more information.

# IMPORTANT CONSIDERATIONS

### *AVOID AIMING THE SENSOR AT:*

• Below are examples of objects that might produce heat and may cause the motion sensor to trigger:

| | | |
|---|---|---|
| • Pools of Water | • Air Conditioners | • Dryer Vents |
| • Animals | • Heating Vents | • Automobile Traffic |

   If you suspect that a heat source of this type is triggering the motion sensor, reduce the sensitivity.

• Areas where pets or traffic may trigger the motion sensor.
• Nearby large, light-colored objects reflecting light may trigger the shut-off feature. Do not point other lights at the motion sensor.

### *SEASONAL CHANGES:*

The motion sensor works by sensing temperature changes across its field of view. The closer the surrounding temperature is to a person's body heat, the less sensitive the sensor will appear. The greater the temperature difference, the more sensitive the sensor will appear. The sensitivity (SENS) switch might need to be readjusted as the outside temperature changes for the different seasons. This is a normal part of the light sensor's operation.

# DUALBRITE TIMER

DualBrite mode is a selectable feature that turns the light on at a reduced (accent) level at dusk – only the two bottom lamp heads will turn on (approximately 3000K warm white color) while the two top lamp heads remain off. When motion is detected, the light will increase to full bright (all four lamp heads will turn on at 5000K bright white) for the amount of the ON-TIME setting (1, 5, or 20 minutes) then returns to DualBrite mode. The light will stay on at the reduced light level for the amount of time selected (Off, 3 hr., 6 hr., dusk-to-dawn) and then turn off completely. Once the DualBrite timer runs out, the light will turn ON only when motion is detected. Selecting OFF disables the DualBrite feature, however the motion sensing features will continue to work.

*210008-01*

Ex. Q - Page 5 of 28
**To see operational and troubleshooting information and videos,
go to www.hzsupport.com**

5

# MANUAL MODE

Manual mode overrides the motion sensor and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch. *Note:* If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



- Ensure the power to the light is ON and the sensor has warmed up (60 seconds).
- To turn manual mode on, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.
- To turn manual mode off, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

**IMPORTANT:** If manual mode does not turn ON or OFF, use a slower pace turning the power ON and OFF at the wall switch while staying within 3 seconds.

# SPECIFICATIONS

| | |
|---|---|
| Range | Up to 70 ft. (21 m) [varies with surrounding temperature]. |
| Sensing Angle | Up to 240° |
| Power Requirements | 120 VAC, 60 Hz |
| Electrical load | 34 Watts |
| Operating Modes | TEST, MOTION ACTIVATED, and MANUAL MODE |
| ON-Timer | 1, 5, 20 minutes |
| Test Timer | 5 Seconds |
| Manual Mode Timer | Maximum 6 Hours |
| Sensitivity (SENS) | "L", "M", "H" |
| LED Lumens | 2600 |
| LED Color Temperature | Low light temp. (3000K); full-bright temp. (5000K) |

# TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light will not come on. | 1. Light switch is turned off.<br>2. Fuse is blown or circuit breaker is turned off.<br>3. Daylight turn-off (photocell) is in effect.<br>4. The circuit wiring is incorrect, if this is a new installation.<br>5. The motion sensor is aimed in the wrong direction.<br>6. The outside air temperature is close to the same as a person's body heat. | 1. Turn light switch on.<br>2. Replace fuse or turn circuit breaker on.<br>3. Recheck after dark.<br>4. Verify wiring is correct.<br>5. Re-aim the motion sensor to cover the desired area.<br>6. Increase the "SENS" setting. See *Seasonal Changes* on page 5 for more information. |
| The light comes on during the day. | 1. The motion sensor may be installed in a relatively dark location.<br>2. The "ON-TIME" switch is in the "TEST" position. | 1. The light fixture is operating normally under these circumstances.<br>2. Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |

Ex. Q - Page 6 of 28

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light comes on for no apparent reason. | 1. The motion sensor may be sensing small animals or automobile traffic.<br>2. The "SENS" switch is set too high.<br>3. The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting.<br>4. The outside temperature is much warmer or cooler than a person's body heat (summer or winter).<br>5. The light fixture is wired through a dimmer or timer. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br>2. Decrease the "SENS" setting.<br>3. The light fixture is operating normally under these circumstances.<br>4. Decrease the "SENS" setting. See *Seasonal Changes* on page 5 for more information.<br>5. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |
| The lights stay on continuously. | 1. The motion sensor may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface.<br>2. The motion sensor is in manual mode.<br><br>3. The light fixture is wired through a dimmer or timer.<br>4. The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br><br>2. Set ON-TIME switch to 1, 5, or 20 minutes. Follow *Manual Mode* instructions on page 6 to reset.<br>3. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch.<br>4. Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | 1. Heat or light from the lamp heads may be turning the motion sensor on and off.<br>2. Heat is being reflected from other objects and may be turning the motion sensor on and off.<br>3. The motion sensor is in "TEST" mode and warming up.<br><br>4. A utility company has installed a Smart Meter device close to the light fixture. | 1. Reposition the lamp heads away from the motion sensor.<br>2. Decrease the "SENS" setting or reposition the motion sensor.<br><br>3. While in TEST mode, the light only stays on for 5 seconds. Set ON-TIME switch to 1, 5, or 20 minutes.<br>4. The Smart Meter device can create an interference with motion sensing lights. Relocate the light fixture away from this type of meter. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

# TECHNICAL SERVICE

## Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

## No Service Parts Available for this Product

Please keep your dated sales receipt, it is required for all warranty requests.

## FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered -** Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES. REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

CAN ICES-005 (B)/NMB-005 (B)

*210008-01*
Ex. Q - Page 9 of 28
*To see operational and troubleshooting information and videos,*
*go to www.hzsupport.com*
9



# Control de luz del detector de movimiento
## Modelo: 5838

Se necesita el recibo fechado para reemplazo bajo garantía.



## CARACTERÍSTICAS

- Luz LED brillante de bajo consumo de energía
- Tecnología DualBrite®
- Se enciende automáticamente al detectar movimiento.

## DESEMPAQUE

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz de seguridad
- Manual del propietario
- Ferretería de montaje

## FERRETERÍA INCLUIDA

*Nota:* Se incluyen seis tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico



Tornillo n°6 de soporte de montaje (x2)



Tornillo n°8 de soporte de montaje (x2)



Tornillo de montaje



Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje



Mini-destornillador

© 2019 HeathCo LLC

Ex. Q - Page 10 of 28

210008-01 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **ADVERTENCIA:** Peligro de descarga eléctrica. Para montaje en aleros, el centro de la caja de conexiones debe estar ubicado al menos a 4 1/2 Pulg. (11,5 cm) desde el borde exterior del alero.
- **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.
- **PRECAUCIÓN:** Mantenga los porta bombillas inclinados a 30° por debajo de la línea horizontal para evitar daños por el agua o una descarga eléctrica.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- **AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Si desea utilizar la fase Manual, la lámpara debe estar conectada a través de un interruptor.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo. *Nota:* Si el aparato está instalado a más de 8 pies (2,4 m), si se apunta el detector hacia abajo se reducirá la distancia de cobertura.

El detector de movimiento de este aparato de luz detecta "movimiento" debido al movimiento del calor a través del área de cobertura. El detector de movimiento es más sensible a la circulación del calor que se mueve a través del área de cobertura y menos sensible a la circulación del calor que va directamente hacia él.



*Nota:* La lámpara y el sensor debe montarse como se indica arriba, una vez instalado (según el tipo de instalación).

# INSTALACIÓN

**⚠️ ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

Este dispositivo viene con una placa de montaje "Easy Install" (conexión rápida). Está pre-instalado en el aparato para ser enviado.

1. Desenrosque el tornillo grande de montaje que conecta la lámpara a la placa de montaje y retire la placa de montaje (ver Figura 1). El tornillo de montaje está diseñado para permanecer en la lámpara.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 2). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (vea la Figura 3).
4. Coloque la placa de montaje contra la caja de conexiones (vea la Figura 3).
   • Montaje en pared - La flecha "UP" debe apuntar hacia arriba.
   • Montaje en alero - La flecha "UP" debe apuntar hacia el edificio.
5. Inserte el tornillo pequeño de montaje por el agujero de la placa de montaje situado debajo del agujero roscado. Enrosque el perno en el orificio central del soporte de montaje (ver Figura 3). Apriete el perno de forma segura.

## CABLEADO

Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra (ver la Figura 4). Apriete los tornillos del bloque de terminales y el tornillo de tierra para asegurar los cables.

• Blanco con "N (blanco)"
• Negro con "L (negro)"
• Alambre desnudo o verde con el tornillo GND (tierra)

## MONTAJE FINAL

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee el borde inferior de la lámpara con el borde inferior de la placa de montaje. Incline la lámpara hacia la placa de montaje, asegurándose de que la lámpara esté centrada en la placa de montaje.

**IMPORTANTE:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.



*Figura 1*



*Figura 2*



*Figura 3*



*Figura 4*

Ex. Q - Page 12 of 28

3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 5).

   **IMPORTANTE:**
   - Si lo monta en la pared, asegúrese de que el aparato esté montado con el detector debajo de las cabezas de la lámpara.
   - Si lo monta en un alero, monte el aparato con detector de espaldas a la pared de la casa. Gire el detector de manera que los controles miren hacia el suelo.

4. Empuje el tapón de plástico firmemente en el orificio del perno de montaje de la lámpara (vea la Figura 5).

5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 6).



*Figura 5*

## PRUEBAS Y AJUSTES

**⚠ PRECAUCIÓN: Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.**

1. Conecte el disyuntor y el interruptor de la luz.

   *Nota:* El detector de movimiento tiene un período de 1 minuto de calentamiento antes de detectar movimiento. Cuando lo prenda por primera vez espere 1 minuto.



*Figura 6*

2. Deslice el interruptor de sensibilidad (SENS) a la posición "L", el interruptor ON-TIME a la posición TEST, y el interruptor DUALBRITE a la posición OFF (vea la Figura 7).

3. Camine por el área de cobertura y note dónde está usted cuando las luces se enciende. Además, la LED roja detrás de la lente del detector de movimiento destellará varias veces cuando se detecta movimiento (vea la Figura 8).

4. Si es necesario, sujete suavemente el detector de movimiento y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.

5. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz.

6. Ajuste el interruptor de sensibilidad (SENS), según sea necesario ("L", "M", "H"). Una sensibilidad demasiado alta puede aumentar las falsas alarmas.



*Figura 7*



*Figura 8*

## AJUSTE DEL CABEZAL DE LA LÁMPARA

Esta luz está diseñada con cuatro cabezales de lámpara ajustables. Los cabezales se pueden usar como dos cabezales de lámpara o se los puede separar para ayudar a extender la cobertura de la luz. Se debe tener cuidado de no girar los cabezales de la lámpara más allá de sus topes incorporados.

1. Agarre suavemente los cabezales superiores de la lámpara y muévalos para cubrir el área deseada.

2. Agarre suavemente los cabezales inferiores de la lámpara y muévalos para cubrir el área deseada.

## REGULACIÓN FINAL

1. Ajuste la cantidad de duración (ON-TIME) que desea que las luces se queden prendidas después de que todo movimiento haya cesado (1, 5 o 20 minutos).

2. Para una iluminación ornamental de baja intensidad, ponga el interruptor de DUALBRITE en la posición de 3, 6, o del Dusk-to-Dawn (atardecer-al-amanecer). Vea la sección *Temporizador DualBrite* para más información.

## CONSIDERACIONES IMPORTANTES

### *EVITE APUNTAR EL DETECTOR A:*

• A continuación hay ejemplos de objetos que pueden producir calor y pueden causar que el detector de movimiento se active:

| | | |
|---|---|---|
| • Pozos de agua | • Acondicionadores de aire | • Ventosas de la secadora |
| • Animales | • Ventosas de calefacción | • Tráfico de carros |

Si sospecha que una fuente de calor de este tipo está activando el detector de movimiento, reduzca la sensibilidad.

• Zonas donde animales domésticos o el tráfico puedan activar el detector de movimiento.

• Los objetos grandes cercanos y de colores resplandecientes que reflejan la luz del día pueden hacer que el detector se apague. No apunte otras luces al detector de movimiento.

### *CAMBIOS DE TEMPORADA:*

El detector de movimiento funciona detectando los cambios de temperatura a través de su campo de visión. Cuanto más cerca esté la temperatura ambiente al calor del cuerpo de una persona, el detector aparecerá menos sensible. Cuanto mayor sea la diferencia de temperatura, mayor aparecerá la sensibilidad del detector. Puede ser necesario modificar el interruptor de sensibilidad (SENS) a medida que la temperatura exterior cambia de una estación a la otra. Esta es una parte normal del funcionamiento del detector de luz.

## TEMPORIZADOR DUALBRITE

El modo DualBrite es una función seleccionable que enciende la luz a un nivel (acento) reducido al anochecer; solo los dos cabezales inferiores de la lámpara se encenderán (aproximadamente 3000K de color blanco cálido) mientras que los dos cabezales superiores de la lámpara permanecerán apagados. Cuando se detecte movimiento, la luz aumentará a pleno brillo (los cuatro cabezales de la lámpara se encenderán a 5000K de color blanco brillante) durante el tiempo de DURACIÓN (1, 5 o 20 minutos) y luego volverá al modo DualBrite. La luz permancerá encendida a nivel de luz reducida de acuerdo al tiempo seleccionado (apagado, 3 hr., 6 hr., dusk-to-dawn) y luego se apagará por completo. Una vez que el temporizador DualBrite se agote, la luz se encenderá sólo cuando detecta movimiento. Si selecciona OFF desactiva la función DualBrite, sin embargo, las características de detección de movimiento seguirán funcionando.

14     Ex. Q - Page 14 of 28     *210008-01*
*Para ver más información y vídeos sobre operación y resolución de problemas,*
*visite www.hzsupport.com*

# FASE MANUAL

La fase manual anula el detector de movimiento y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared. *Nota:* Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.



- Asegúrese de que la luz está encendida (ON) y de que el detector se ha calentado (60 segundos).
- Para activar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.
- Para desactivar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.

**IMPORTANTE:** Si la modalidad manual no se ACTIVA o DESACTIVA, utilice un ritmo más lento para ACTIVAR y DESACTIVAR usando el interruptor de pared mientras lo hace dentro de 3 segundos.

# ESPECIFICACIONES

Alcance ......................................................... Hasta 21 m (varía con la temperatura circundante).

Angulo de detección ..................................... Hasta 240°

Requisitos de Energía .................................... 120 VCA, 60 Hz

Carga eléctrica .............................................. 34 Vatios

Fases de Operación ....................................... PRUEBA, ACTIVADO POR MOVIMIENTO y FASE MANUAL

Temporizador de duración (del encendido) .. 1, 5 o 20 minutos

Temporizador de prueba ............................... 5 segundos

Temporizador de fase manual ....................... Máximo 6 Horas

Alcance (SENS) ........................................... "L", "M", "H"

Lúmenes LED ............................................... 2600

LED de temperatura de color ....................... Temperatura de luz baja. (3000K); temperatura de pleno brillo. (5000K)

# GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado. <br> 2. El fusible está quemado o el disyuntor está desconectado. <br> 3. El apagado de la luz diurna (fotocélula) está vigente. <br> 4. El cableado del circuito es incorrecto, si esta es una instalación nueva. <br> 5. El detector de movimiento está enfocando a la dirección incorrecta. <br> 6. La temperatura del aire exterior está cercana al calor corporal de una persona. | 1. Encienda el interruptor de la luz. <br> 2. Cambie el fusible o conecte el disyuntor. <br> 3. Vuelva a revisar al amanecer. <br> 4. Verifique que el cableado esté correcto. <br> 5. Vuelva a enfocar el detector de movimiento para que cubra el área deseada. <br> 6. Aumente la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 14 para más información. |
| La luz se enciende durante el día. | 1. El detector de movimiento puede estar instalado en un sitio relativamente oscuro. <br> 2. El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | 1. El aparato de luz está operando normalmente bajo estas circunstancias. <br> 2. Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | 1. El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. <br> 2. El interruptor "SENS" está fijado demasiado alto. <br> 3. El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer. <br> 4. La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). <br> 5. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. <br> 2. Reduzca la calibración del alcance ("SENS"). <br> 3. El aparato de luz está operando normalmente bajo estas circunstancias. <br> 4. Reduzca la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 14 para más información. <br> 5. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | 1. El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. <br> 2. El detector de movimiento está en la fase manual. <br> 3. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. <br> 4. El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. <br> 2. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. Siga las instrucciones para la *Fase Manual* en la página 15 para reiniciar. <br> 3. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. <br> 4. Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |

Ex. Q - Page 16 of 28

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| Las luces se encienden y se apagan. | 1. El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento.<br>2. El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento.<br>3. El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose.<br>4. Una empresa de servicios públicos ha instalado un dispositivo de medidor inteligente cerca de la lámpara. | 1. Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>3. Mientras está en la fase PRUEBA, la luz sólo queda encendida por 5 segundos. Fije el interruptor ON-TIME para 1, 5 o 20 minutos.<br>4. El dispositivo Smart Meter puede crear una interferencia con las luces de detección de movimiento. Reubique la lámpara lejos de este tipo de medidor. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

## SERVICIO TÉCNICO

### Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

### No hay piezas de servicio disponibles para este producto.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

## GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto** - Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

Advertencia: los cambios o modificaciones hechas a esta unidad que no estén expresamente aprobados por la parte responsable del cumplimiento pueden anular la autoridad del usuario para operar el equipo.

Nota: Este equipo ha sido probado y se lo encontró que cumple con los límites para un dispositivo digital de Clase B, de acuerdo con la parte 15 de las Normas de la FCC. Estos límites están diseñados para proporcionar una protección razonable contra interferencias dañinas en una instalación residencial. Este equipo genera, usa y puede irradiar energía de radiofrecuencia y, si no se lo instala y usa de acuerdo con las instrucciones, puede causar interferencia dañina a las comunicaciones de radio. Sin embargo, no hay garantía de que la interferencia no ocurra en una instalación en particular. Si este equipo causa interferencia dañina a la recepción de radio o televisión, lo que se puede determinar apagando y encendiendo el equipo, se recomienda que el usuario intente corregir la interferencia mediante una o más de las siguientes medidas:

- Reoriente o reubique la antena receptora.
- Aumente la separación entre el equipo y el receptor.
- Conecte el equipo a un tomacorriente en un circuito diferente al que está conectado el receptor.
- Para recibir ayuda consulte con el distribuidor o con un técnico experto en radio / TV.

CAN ICES-005 (B)/NMB-005 (B)

18
Ex. Q - Page 18 of 28
*Para ver más información y vídeos sobre operación y resolución de problemas,*
*visite www.hzsupport.com*
210008-01



# Commande d'éclairage à détecteur de mouvement
## Modèle : 5838

Reçu daté nécessaire pour remplacement sous garantie.

### CARACTÉRISTIQUES

- Brillant luminaire à DEL éconergétique
- Technologie DualBrite<sup>MD</sup>
- S'allume automatiquement lors de la détection d'un mouvement.

### DÉBALLAGE

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage de sécurité
- Guide du propriétaire
- Ferrures de montage



### QUINCAILLERIE FOURNIE

*Remarque :* Les six vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique



Vis n° 6 du support de montage (x2)



Vis n° 8 du support de montage (x2)



Boulon de montage



Boulon de montage (Pré-installé dans le luminaire)



Support de montage



Petit tournevis

© 2019 HeathCo LLC

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

210008-01 F

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **AVERTISSEMENT :** Risque de choc électrique Pour l'installation sous l'avant-toit, le centre de la boîte de jonction doit être situé à au moins 4 1/2 po (11,5 cm) du bord extérieur de l'avant-toit.
- **ATTENTION :** Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.
- **ATTENTION :** Conservez les lampes à un angle de 30 ° sous l'horizontale pour éviter les dommages par l'eau et les chocs.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- **AVIS :** Ne raccordez pas ce luminaire à un interrupteur gradateur ni à une minuterie.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Pour utiliser le mode Manuel, le luminaire doit être branché à un interrupteur.
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol. *Remarque :* Lorsque le luminaire est installé à une hauteur supérieure à 8 pi (2,4 m), le fait de diriger le détecteur vers le bas réduit la portée de la couverture.

Le détecteur de mouvement de ce luminaire décèle les « mouvement » grâce à un déplacement de chaleur dans la zone de couverture. Le détecteur de mouvement est plus sensible aux déplacements de chaleur à travers la zone de couverture qu'aux déplacements de chaleur directement dans sa direction.



**Le moins sensible**   **Le plus sensible**

**Montage mural**   **Montage sous avant-toit**

*Remarque :* Le luminaire et capteur devraient être montés comme montré ci-dessus au cours de l'installation (selon le type d'installation.)

## INSTALLATION

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

Ce luminaire comporte une plaque de montage « Easy Install » (à branchement rapide). Cette dernière est fixée au luminaire pour l'expédition.

1. Dévissez le gros boulon de fixation reliant le luminaire à la plaque de montage et enlevez la plaque de montage (voir la Figure 1). Le boulon de montage est conçu pour demeurer dans le luminaire.
2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 2). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.
3. Acheminez les fils de la boîte de jonction à travers le trou de la plaque de montage (voir la Figure 3).
4. Placez la plaque de montage contre la boîte de jonction (voir la Figure 3).
   • Montage au mur - La flèche « UP » doit pointer vers le haut
   • Montage sous l'avant-toit - La flèche « UP » doit pointer vers le bâtiment
5. Insérez le petit boulon de fixation à travers le trou de la plaque de montage situé en-dessous du trou taraudé. Vissez ce boulon dans le trou central du support de montage (voir la Figure 3). Serrez solidement le boulon.

## CÂBLAGE

Insérez les fils de la boîte de jonction dans le côté du bornier et autour de la vis de mise à la terre (voir la Figure 4). Serrez les vis du bornier ainsi que la vis de mise à la terre pour retenir les fils.

• Blanc avec « N (blanc) »
• Noir avec « L (noir) »
• Fil dénudé ou vert avec la vis GND (mise à la terre)

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.
2. Alignez le bord inférieur du luminaire au bord inférieur de la plaque de montage. Inclinez le luminaire vers la plaque de montage, tout en vous assurant que le luminaire est centré sur la plaque de montage.

   **IMPORTANT :** Les deux goupilles à l'arrière du luminaire doivent s'insérer dans le bornier pour que l'éclairage fonctionne.



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*

3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 5).

   **IMPORTANT :**
   - Pour une installation au mur, assurez-vous que le capteur est situé sous les projecteurs.
   - Pour une installation sous l'avant-toit, assurez-vous que le capteur est situé à l'opposé du mur du bâtiment. Faites pivoter le capteur de sorte que les commandes soient placées face au sol.

4. Enfoncez fermement le bouchon de plastique dans le trou du boulon de montage du luminaire (voir la Figure 5).

5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 6).



*Figure 5*

## ESSAIS ET RÉGLAGES

**⚠ ATTENTION : Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.**

1. Ré-enclenchez le disjoncteur puis ouvrez l'interrupteur.

   *Remarque :* Le détecteur de mouvement exige un réchauffement d'une minute avant de détecter les mouvements. La première fois que vous le mettez sous tension, attendez une minute.

2. Placez le commutateur de sensibilité (SENS) en position « L », le commutateur de fonctionnement (ON-TIME) en position TEST et le commutateur DUALBRITE en position OFF (voir la Figure 7).

3. Déplacez-vous dans la zone de couverture, en remarquant l'endroit où vous trouvez lorsque la lumière s'allume. Le voyant à DEL rouge situé derrière la lentille du détecteur de mouvement clignote à plusieurs reprises lorsqu'un mouvement est détecté (voir la Figure 8).

4. Au besoin, agrippez doucement le détecteur de mouvement, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone de détection.

5. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage.

6. Réglez la sensibilité (SENS) à la valeur souhaitée (faible (L), moyenne (M) ou élevée (H)). Une sensibilité trop élevé peut augmenter le nombre de déclenchement non souhaité.



*Figure 6*



*Figure 7*



*Figure 8*

## RÉGLAGE DES PROJECTEURS

Ce luminaire comporte quatre projecteurs réglables. Ces derniers peuvent être regroupés par deux ou encore être utilisés séparément pour répartir l'éclairage. Il faut faire attention de ne pas faire pivoter les projecteurs au-delà des butées en place.



1. Agrippez doucement les projecteurs du haut, puis déplacez-les pour couvrir la zone souhaitée.

2. Agrippez doucement les projecteurs du bas, puis déplacez-les pour couvrir la zone souhaitée.

## RÉGLAGE FINAL

1. Réglez la période de fonctionnement (ON-TIME), pendant laquelle les projecteurs demeureront allumés après que tout mouvement aura cessé (1, 5 ou 20 minutes).

2. Régler l'interrupteur DUALBRITE au temps d'allumage désiré, à faible intensité, après le crépuscule (3h, 6h, crépuscule-aurore). Consultez la section sur la *Minuterie DualBrite* pour plus de détails.

## RENSEIGNEMENTS IMPORTANTS

### *ÉVITEZ D'ORIENTER LE DÉTECTEUR VERS...*

• Voici des exemples d'objets qui pourraient dégager de la chaleur, de sorte que le détecteur se déclenchera :

  • Bassin d'eau
  • Appareil de climatisation
  • Sortie de sécheuse
  • Animaux
  • Sortie de chauffage
  • Circulation automobile

  Si vous soupçonnez l'une de ces sources de chaleur d'entraîner le déclenchement du détecteur de mouvement, réduisez la sensibilité.

• Zones où des animaux de compagnie ou de la circulation pourrait déclencher le détecteur de mouvement.

• Sur de grands objets clairs à proximité qui réfléchissent la lumière du jour et risquent de déclencher le dispositif d'arrêt. Évitez de diriger d'autres luminaires vers le détecteur de mouvement.

### *MODIFICATIONS SAISONNIÈRES :*

Le détecteur de mouvement fonctionne en décelant les changements de température dans son champ de vision. Plus la température ambiante se rapproche de celle du corps humain, moins le capteur semblera sensible. Plus la différence de température sera importante, plus le capteur semblera sensible. Il pourrait être nécessaire de modifier le réglage du commutateur de sensibilité (SENS) lorsque la température extérieure change, d'une saison à l'autre. Cela fait partie du fonctionnement normal du capteur du luminaire.

## MINUTERIE DUALBRITE

Le mode DualBrite est une fonction sélectionnable qui permet d'allumer l'éclairage le soir à intensité réduite (accentuée); seuls les deux projecteurs du bas s'allument alors (éclairage blanc chaud d'environ 3 000 K), tandis que les deux projecteurs du haut demeurent fermés. Lorsqu'un mouvement est détecté, l'éclairage s'allume à pleine intensité (les quatre projecteurs s'allument et diffusent une brillante lumière blanche à 5 000 K) pendant la période de fonctionnement (ON-TIME) fixée (1, 5 ou 20 minutes), avant de repasser en mode DualBrite. L'éclairage demeure à intensité réduite pendant la période sélectionnée (Fermé, 3 hres, 6 hres, Soir au matin/Off, 3 hr., 6 hr., dusk-to-dawn), avant de s'éteindre complètement. Une fois la minuterie DualBrite écoulée, l'éclairage s'allume uniquement lorsqu'un mouvement est détecté. La sélection de l'option OFF désactive la fonction DualBrite, mais le détecteur de mouvement continue de fonctionner.

*210008-01*

Ex. Q - Page 23 of 28
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

23

# MODE MANUEL

Le mode manuel contourne le détecteur de mouvement et la commande « PÉRIODE DE FONCTIONNEMENT » de sorte que l'éclairage s'allume à pleine intensité. Cette caractéristique fonctionne seulement à nuit, et une seule nuit à la fois. Le détecteur de mouvement repasse en mode détection après six heures ou au moment du lever du soleil, selon la première éventualité. Le mode manuel peut aussi être activé et désactivé au moyen d'un interrupteur mural. *Remarque :* Lorsque l'alimentation du luminaire est coupée pendant plus de cinq secondes, laissez le détecteur de mouvement se réchauffer avant de passer au mode manuel.



- Assurez-vous que le luminaire est bien SOUS TENSION et que le détecteur a eu le temps de se réchauffer (60 secondes).
- Pour activer le mode manuel, exécutez la séquence HORS TENSION-SOUS TENSION-HORS TENSION-SOUS TENSION en moins de 3 secondes à l'interrupteur mural.
- Pour désactiver le mode manuel, exécutez la séquence HORS TENSION-SOUS TENSION-HORS TENSION-SOUS TENSION en moins de 3 secondes à l'interrupteur mural.

**IMPORTANT :** Si le mode Manuel n'est pas automatiquement ACTIVÉ ou DÉSACTIVÉ, essayez de réduire la fréquence de MISE SOUS/HORS TENSION de l'appareil au moyen de l'interrupteur mural, tout en actionnant toutefois ce dernier en moins de 3 secondes.

# FICHE TECHNIQUE

Portée ................................................ Jusqu'à 21 m (70 pi) [Varie selon la température ambiante].

Angle de détection ............................. Jusqu'à 240°

Courant requis .................................... 120 V c.a., 60 Hz

Charge électrique ................................ 34 Watts

Modes de fonctionnement .................. ESSAI, DÉCL. PAR MOUV et CONTOURNEMENT MANUEL

Minuterie de fonctionnement ............. 1, 5 ou 20 minutes

Minuterie d'essai ................................. 5 secondes

Minuterie du mode manuel ................ Maximum 6 heures

Portée ................................................ « L », « M », « H »

Puissance DEL .................................... 2 600

Température de couleur de la DEL .... Température de faible éclairage (3 000 K); température pleine intensité (5 000 K)

# GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation.<br>5. Le détecteur de mouvement est orienté dans la mauvaise direction.<br>6. La température de l'air extérieur est proche de la température corporelle d'une personne. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau une fois la nuit tombée.<br>4. Vérifiez le câblage.<br>5. Réorientez le détecteur afin de couvrir la zone souhaitée.<br>6. Augmentez le réglage du « SENS ». Voir la section *Modifications Saisonnières* à la page 23 pour plus de détails. |
| La lumière s'allume pendant la journée. | 1. Le détecteur de mouvement est installé dans un endroit relativement sombre.<br>2. Le commutateur « ON-TIME » est en position « TEST ». | 1. Le luminaire fonctionne normalement dans ces circonstances.<br>2. Placez le commutateur « ON-TIME » en position 1, 5 ou 20 minutes. |
| La lumière s'allume sans raison apparente. | 1. Le capteur détecte de petits animaux ou la circulation automobile.<br>2. Le commutateur « SENS » est réglé à une sensibilité trop élevée.<br>3. Le commutateur « DUALBRITE» est en position 3, 6 ou DUSK TO DAWN.<br>4. La température extérieure est de loin supérieure ou inférieure à la température corporelle d'une personne (été ou hiver).<br>5. Le luminaire est branché à un gradateur ou à une minuterie. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réduisez la sensibilité du cadran « SENS ».<br>3. Le luminaire fonctionne normalement dans ces circonstances.<br>4. Réduisez la sensibilité du cadran « SENS ». Voir la section *Modifications Saisonnières* à la page 23 pour plus de détails.<br>5. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |
| L'éclairage s'éteint trop tard lorsqu'il est réglé à DUSK TO DAWN. | Le luminaire est installé dans un endroit relativement sombre. | Déplacez le luminaire ou utilisez le réglage 3 heures ou 6 heures. |
| L'éclairage demeure continuellement allumé. | 1. Le détecteur de mouvement capte une source de chaleur : évent, sortie de sécheuse ou surface brillante réfléchissant la chaleur.<br>2. Le détecteur de mouvement est en mode manuel.<br>3. Le luminaire est branché à un gradateur ou à une minuterie.<br>4. Le luminaire est branché au même circuit qu'un moteur, un transformateur ou un fluorescent. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. Suivez les directives du *mode Manuel* à la page 24 pour le réactiver.<br>3. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard.<br>4. Branchez le luminaire à un circuit ne comportant pas de moteur, de transformateur ni de fluorescent. |

*Suite*

*210008-01*

Ex. Q - Page 25 of 28
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

25

## GUIDE DE DÉPANNAGE (SUITE)

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| Les lumières clignotent. | 1. La chaleur ou la lumière des lampes activent et désactivent continuellement le détecteur de mouvement. | 1. Éloignez la lampe du détecteur de mouvement. |
| | 2. La chaleur est réfléchie par des objets de sorte qu'elle active et désactive le détecteur de mouvement. | 2. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement. |
| | 3. Le détecteur de mouvement est en mode « TEST » et se réchauffe. | 3. En mode TEST, l'éclairage demeure allumé seulement pendant 5 secondes. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. |
| | 4. Une société de services publics a installé un appareil de mesure intelligent près du luminaire. | 4. Ce type d'appareil peut créer des interférences avec les luminaires à détecteur de mouvement. Éloignez le luminaire de ce type d'appareil de mesure. |
| En mode manuel, les lumières clignotent une fois, puis demeurent éteintes. | Le détecteur de mouvement capte la lumière de la lampe. | Repositionnez la lampe de sorte que la zone sous le détecteur de mouvement soit relativement sombre. |

## SERVICE TECHNIQUE

### Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

### Aucune pièce de rechange n'est disponible pour ce produit.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

Avertissement : Toute modification apportée à cet appareil sans l'approbation explicite de la partie responsable de la conformité pourrait annuler l'autorisation d'utiliser l'équipement.

Remarque : Cet appareil a été testé et déclaré conforme aux limites pour appareils numériques de classe B, selon la section 15 des règlements de la FCC. Ces limites sont destinées à assurer une protection raisonnable contre les interférences nuisibles dans une installation résidentielle. Cet appareil produit, utilise et peut émettre de l'énergie radio électrique et, s'il n'est pas installé et utilisé conformément aux présentes instructions, peut causer des interférences nuisibles aux communications radio. Il n'existe toutefois aucune garantie que de telles interférences ne se produiront pas dans une installation particulière. Si cet appareil cause des interférences nuisibles à la réception des signaux de radio ou de télévision, ce qui peut être déterminé en allumant et en éteignant l'appareil, on encourage l'utilisateur d'essayer de corriger ces interférences par l'un des moyens suivants :

- Réorienter ou repositionner l'antenne de réception.
- Augmenter la distance séparant l'appareil du récepteur.
- Brancher l'appareil sur un circuit électrique différent de celui où le récepteur est branché.
- Consulter le détaillant ou un technicien spécialisé en radio/télévision.

CAN ICES-005 (B)/NMB-005 (B)



**Purchase Information**
**Información de la compra**
**Renseignements d'achat**

Model #: _____     Date of Purchase:_____
Nº de modelo / N° de modèle                    Fecha de compra / Date d'achat

**Staple Purchase Receipt Here**
**Engrape aquí el recibo de compra**
**Agrafez le reçu d'achat ici**

**PLEASE KEEP YOUR DATED SALES RECEIPT,
IT IS REQUIRED FOR ALL WARRANTY REQUESTS.**

**POR FAVOR GUARDE SU RECIBO DE VENTA FECHADO; SE LO
REQUIERE PARA CUALQUIER SOLICITUD DE GARANTÍA.**

**VEUILLEZ CONSERVER LE REÇU PORTANT LA DATE D'ACHAT;
VOUS EN AUREZ BESOIN POUR TOUTES VOS DEMANDES LIÉES
À LA GARANTIE.**

28     Ex. Q - Page 28 of 28
*To see operational and troubleshooting information and videos,
go to www.hzsupport.com*                                      *210008-01*