AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>20-224-LPS | DATE FILED<br>2/14/2020 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>VAXCEL INTERNATIONAL CO., LTD | | DEFENDANT<br>HEATHCO LLC | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1   10,136,503 | 11/20/2018 | VAXCEL INTERNATIONAL CO., LTD | |
| 2   10,187,947 | 1/22/2019 | VAXCEL INTERNATIONAL CO., LTD | |
| 3   10,491,032 | 11/26/2019 | VAXCEL INTERNATIONAL CO., LTD | |
| 4   10,225,902 | 3/5/2019 | VAXCEL INTERNATIONAL CO., LTD | |
| 5   10,516,292 | 12/24/2019 | VAXCEL INTERNATIONAL CO., LTD | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>10/6/2020 | INCLUDED BY<br>☑ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1   See Exhibit A | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# EXHIBIT A

**Vaxcel International Co., Ltd. v. HeathCo LLC, C.A. No. 20-224-LPS**

**EXHIBIT A TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,326,362 | April 26, 2016 | Vaxcel International Co., Ltd. |
| 2 | 10,763,691 | September 1, 2020 | Vaxcel International Co., Ltd. |
| 3 | 10,770,916 | September 8, 2020 | Vaxcel International Co., Ltd. |
| 4 | 10,154,564 | December 11, 2018 | Vaxcel International Co., Ltd. |
| 5 | 10,667,367 | May 26, 2020 | Vaxcel International Co., Ltd. |
| 6 | 9,560,719 | January 31, 2017 | Vaxcel International Co., Ltd. |