# EXHIBIT P

7/17/2020    SECUR360 Video Wi-Fi Connected White Wired Twin Head LED Motion Activated Outdoor Security Flood Light 2000 Lumens-HZ-9300-...
Case 1:20-cv-00224-LPS   Document 30-4   Filed 10/06/20   Page 2 of 122 PageID #: 2794

Internet #311941168      Model # HZ-9300-WH      Store SKU #1004944578





**Woodstock**

✓ 3 in stock  |  Aisle: FW Bay: 016  |  Text to Me

Save to Favorites

**SECUR360**

Video Wi-Fi Connected White Wired Twin Head LED Motion Activated Outdoor Security Flood Light 2000 Lumens

(16)        Write a Review

# $179.00

**Save up to $100** on your qualifying purchase.
Apply for a Home Depot Consumer Card

**How to Get It**



**3** in stock at **Woodstock.**
Check Nearby Stores

 Due to order volume, this item may not be available for pickup until **tomorrow.**

Ex. P - Page 1 of 26

https://www.homedepot.com/p/SECUR360-Video-Wi-Fi-Connected-White-Wired-Twin-Head-LED-Motion-Activated-Outdoor-Security-Flood-Light-2000...    1/4

Case 1:20-cv-00224-LPS   Document 30-4   Filed 10/06/20   Page 3 of 122 PageID #: 2795

☐ **LET'S PROTECT THIS.**

Add a 2-year Home Depot Protection Plan for **$25.00**

Learn More

| − | **1** | + |

**Add to Cart**

Your Fastest Checkout

Turn on Instant Checkout

— or —

Buy now with

We're unable to ship this item to homes and stores in: GU, PR, VI

---

## Product Overview                                                    ›

SECUR360 Motion Activated WiFi 1080 HD Video Light

Works with Google Assistant and Alexa

Loud Siren Alarm to scare unwanted intruders

---

**Model #:**   HZ-9300-WH

**Sku #:**   1004944578

**Internet #:**   311941168

---

Secur360 Outdoor Wi-Fi Video Connected Motion LED Lighting provides safety and Security to the home. Wi-Fi Video motion light can record events while your away, send notifications to your mobile device and even let you sound a siren to alert unwanted intruders you are watching them. Secur360 smart lighting requires no bridge or hub while offering one App control for all family products in a quick - easy setup manner.

- 1080 HD video
- Loud siren to scare away unwanted intruders
- Voice activated - use your voice to control the lights
- No hub or bridge required to work with other Secur360 family products like video lights, decorative lanterns or doorbells
- Wi-Fi connectivity with quick and easy setup to your router
- 1-app control for entire family of products
- Works with google assistant
- Works with Alexa
- 180° motion activated

- 2000 Lumens output at 5000K color temperature
- Standard AC wired product with easy install technology
- Click here for more information on Electronic Recycling Programs

## Info & Guides

- Installation Guide
- Use and Care Manual
- Warranty

Sponsored Products

Case 1:20-cv-00224-LPS Document 30-4 Filed 10/06/20 Page 5 of 122 PageID #: 2797



**Defiant** 180 Degree Black Motion-Sensing

(741)

$34 97

<span style="color:orange">Add To Cart</span>



**Defiant** Bronze Integrated LED Outdoor Security

(54)

$71 53

<span style="color:orange">Add To Cart</span>



**Defiant** 180 Degree White LED Motion Outdoor

$69 97

<span style="color:orange">Add To Cart</span>

**GAMA SONIC** 12-Watt 140-Degree Dark Grey Motion

(16)

$169 97

<span style="color:orange">Add To Cart</span>



**Hyperikon** 2-Head 100-Watt Equivalent

(45)

$31 95

<span style="color:orange">Add To Cart</span>

## Specifications >

7/20/2020 SECUR360 Wi-Fi Connected White Wired Single Head Voice Activated Motion Activated Outdoor LED Security Flood Light 1200 Lumen…

Home / Lighting / Outdoor Lighting / Security Lights / Flood Lights

Internet #311941268    Model # HZ-9301-WH    Store SKU #1005063671



| Woodstock | | |
|---|---|---|
| ✔ 1 in stock | Aisle: 03 Bay: 005 | Text to Me |

Save to Favorites

## SECUR360

# Wi-Fi Connected White Wired Single Head Voice Activated Motion Activated Outdoor LED Security Flood Light 1200 Lumens

(24)    Write a Review

# $59.00

**Save up to $100˚** on your qualifying purchase.
Apply for a Home Depot Consumer Card

## How to Get It



| Store Pickup | Ship to Home | Scheduled Delivery |
|---|---|---|
| Pickup **Today** | Get it by **Tue, Aug 11** | As soon as **Tomorrow** |
| FREE | FREE | $35.00 |

**1** in stock at **Woodstock.**
Check Nearby Stores

Case 1:20-cv-00224-LRS  Document 30-4  Filed 10/06/20  Page 7 of 122  PageID #: 2799

☐  **LET'S PROTECT THIS.**

Add a 2-year Home Depot Protection Plan for **$12.00**
Learn More

| - | 1 | + | Add to Cart |
|---|---|---|---|

Your Fastest Checkout
Turn on Instant Checkout

— or —

Buy now with

We're unable to ship this item to homes and stores in: GU, PR, VI

## Product Overview                                                          ❯

SECUR360 motion activated WiFi lighting

Works with Google Assistant and Alexa

Voice activated with no bridge or hub required

**Model #:**   HZ-9301-WH

**Sku #:**   1005063671

**Internet #:**   311941268

Secur360 Outdoor Wi-Fi Connected Motion LED Lighting provides safety and Security to the home. Voice activated control with Google Assistant and Alexa systems are some of the smart controls Secur360 products offer for convenience. Secur360 smart lighting requires no bridge or hub while offering one App control for all family products in a quick-easy setup manner.

- Voice activate - use your voice to control the lights
- Wi-Fi connectivity with quick and easy setup to your router
- No hub or bridge required to work with other Secur360 family products like video lights, decorative lanterns or doorbells
- 1-app control for entire family of products
- Works with Google Assistant
- Works with Alexa
- 180° motion activated
- 1200 Lumens output at 5000K color temperature
- Standard AC wired product with easy install technology

Click here for more information on Electronic Recycling Programs

7/20/2020   SECUR360 Wi-Fi Connected White Wired Single Head Voice Activated Motion Activated Outdoor LED Security Flood Light 1800 Lumen…

Case 1:20-cv-00224-LPS Document 30-4 Filed 10/06/20 Page 8 of 122 PageID #: 2800

**Info & Guides**

- Installation Guide
- Use and Care Manual
- Warranty

Based on Your Interests





Case 1:20-cv-00224-LPS   Document 30-4   Filed 10/06/20   Page 9 of 122 PageID #: 2800





**PROJECT GUIDE**

## How to Clean Gutters

Cleaning gutters is an important task that can help prevent water damage

Read Our Guide

**PROJECT GUIDE**

## How to Replace Recessed Lighting with LED

Recessed lighting conversion to LED is easy with the right retrofit

Read Our Guide

## Sponsored Products











| **Defiant** 180 Degree Black Motion-Sensing | **Defiant** Bronze Integrated LED Outdoor Security | **Defiant** 180 Degree White LED Motion Outdoor | **PROBRITE** 28-Watt Integrated LED Wall Pack | **PROBRITE** 14-Watt Integrated LED Area and |
|---|---|---|---|---|
| (742) | (54) | | (35) | (12) |
| $34.97 | $71.53 | ~~$170~~ $69.97 | $127.97 Was ~~$159.96~~ | $114.77 /package Was ~~$139.96~~ |
| Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart |

## Specifications

## Recently Viewed Items

7/20/2020 SECUR360 Wi-Fi Connected White Wired Single Head Voice-Activated Motion-Activated Outdoor LED Security Flood Light 2,000 Lumen…

Case 1:20-cv-00224-LPS Document 30-4 Filed 10/06/20 Page 10 of 122 PageID #: 2802








**SECUR360** Video
Wi-Fi Connected
White Wired Single

**SECUR360** Video
Wi-Fi Connected
White Wired Twin

**SECUR360** Wi-Fi
Connected Bronze
Wired Twin Head

**SECUR360** Wi-Fi
Connected White
Wired Twin Head

**WERNER** 18 ft.
Reach Fiberglass
Platform Step

(22)                    (16)                    (21)                    (26)                    (62)

Case 1:20-cv-00224-LPS Document 30-4 Filed 10/06/20 Page 11 of 132 PageID #: 2803

Home  /  Lighting  /  Outdoor Lighting  /  Security Lights  /  Flood Lights

Internet #311941377      Model # HZ-9302-WH      Store SKU #1005063662



Save to Favorites

## SECUR360

Wi-Fi Connected White Wired Twin Head Voice Activated Motion Activated Outdoor LED Security Flood Light 2000 Lumens

(26)      Write a Review

# $89.00

**Save up to $100°** on your qualifying purchase.
Apply for a Home Depot Consumer Card

**How to Get It**



Get it by **Monday, July 27** to **30189**
Delivery Options

☐ **LET'S PROTECT THIS.**
Add a 2-year Home Depot Protection Plan for **$12.00**
Learn More

**-** | **1** | **+** | Add to Cart

Your Fastest Checkout
Turn on Instant Checkout

— or —

Buy now with

We're unable to ship this item to homes and stores in: GU, PR, VI

## Product Overview ›

SECUR360 motion activated WiFi lighting

Works with Google Assistant and Alexa

Voice activated with no bridge or hub required

**Model #:**   HZ-9302-WH

**Sku #:**   1005063662

**Internet #:**   311941377

Secur360 Outdoor Wi-Fi Connected Motion LED Lighting provides safety and Security to the home. Voice activated control with Google Assistant or Alexa systems are some of the smart controls Secur360 products offer for convenience. Secur360 smart lighting requires no bridge or hub while offering one App control for all family products in a quick - easy setup manner.

- Voice activated - use your voice to control the lights
- Wi-Fi connectivity with quick and easy setup to your router
- No hub or bridge required to work with other Secur360 family products like video lights, decorative lanterns or doorbells
- 1-app control for entire family of products
- Works with Google Assistant
- Works with Alexa
- 180° motion activated
- 2000 Lumens output at 5000K color temperature
- Standard AC wired product with easy install technology
- Click here for more information on Electronic Recycling Programs

**Info & Guides**

- Installation Guide

- Use and Care Manual
- Warranty

## Sponsored Products




**Defiant** 180 Degree Black Motion-Sensing



**Defiant** Bronze Integrated LED Outdoor Security



**Defiant** 180 Degree White LED



**Defiant** 270-Degree White



**Defiant** 110-Degree White Motion Sensing



Ex. P - Page 12 of 26

7/17/2020   SECUR360 Wi-Fi Connected White Wired Twin Head Voice Activated Motion Activated Outdoor LED Security Light 2806 Lumens-...

Case 1:20-cv-00224-PLS   Document 30-4   Filed 10/06/20   Page 14 of 122 PageID #: 2806

(741)   (54)   (1107)   (139)   (45)

$34⁹⁷   $71⁵³   $69⁹⁷   $37⁹⁹   $24⁹⁷

**Add To Cart**   **Add To Cart**   **Add To Cart**   **Add To Cart**   **Add To Cart**

Specifications ›

Home  /  Lighting  /  Outdoor Lighting  /  Security Lights  /  Flood Lights

Internet #311941407        Model # HZ-9302-BZ        Store SKU #1005063673





**Woodstock**

✔ 5 in stock  |  Aisle: 03 Bay: 005  |  Text to Me

Save to Favorites

**SECUR360**

Wi-Fi Connected Bronze Wired Twin Head Voice Activated Motion Activated Outdoor LED Security Flood Light 2000 Lumens

(21)        Write a Review

## $89.00

**Save up to $100**◊ on your qualifying purchase.
Apply for a Home Depot Consumer Card

**How to Get It**



| Store Pickup | Ship to Home | Scheduled Delivery |
|---|---|---|
| Available | Get it by **Mon, Jul 27** | As soon as **Tomorrow** |
| FREE | FREE | $8.99 |

**5** in stock at **Woodstock.**
Check Nearby Stores

 ⚠ Due to order volume, this item may not be available for pickup until **tomorrow.**

Ex. P - Page 14 of 26

☐ **LET'S** PROTECT **THIS.**

Add a 2-year Home Depot Protection Plan for **$12.00**

Learn More

| **-** | **1** | **+** | | Add to Cart |

Your Fastest Checkout

Turn on Instant Checkout

— or —

Buy now with

We're unable to ship this item to homes and stores in: GU, PR, VI

---

## Product Overview    ›

SECUR360 motion activated WiFi lighting

Works with Google Assistant and Alexa

Voice activated with no bridge or hub required

---

**Model #:**   HZ-9302-BZ

**Sku #:**   1005063673

**Internet #:**   311941407

---

Secur360 Outdoor Wi-Fi Connected Motion LED Lighting provides safety and Security to the home. Voice activated control with Google Assistant or Alexa systems are some of the smart controls Secur360 products offer for convenience. Secur360 smart lighting requires no bridge or hub while offering one App control for all family products in a quick - easy setup manner.

- Voice activated - use your voice to control the lights
- Wi-Fi connectivity with quick and easy setup to your router
- No hub or bridge required to work with other Secur360 family products like video lights, decorative lanterns or doorbells
- 1-app control for entire family of products
- Works with Google Assistant
- Works with Alexa
- 180° motion activated
- 2000 Lumens output at 5000K color temperature
- Standard AC wired product with easy install technology

- Click here for more information on Electronic Recycling Programs

**Info & Guides**

- Installation Guide
- Use and Care Manual
- Warranty

Sponsored Products

7/17/2020    SECUR360 Wi-Fi Connected Bronze Wired Twin Head Voice Activated Motion Activated Outdoor LED Security Flood Light 2600 Lumens…

Case 1:20-cv-00824-LPS   Document 30-4   Filed 10/06/20   Page 18 of 122 PageID #: 2810











**Defiant** 180 Degree Black Motion-Sensing

(741)

$**34**⁹⁷

Add To Cart

**Defiant** Bronze Integrated LED Outdoor Security

(54)

$**71**⁵³

Add To Cart

**Defiant** 180 Degree White LED Motion Outdoor

$**69**⁹⁷

Add To Cart

**GAMA SONIC** 12-Watt 140-Degree Dark Grey Motion

(16)

$**169**⁹⁷

Add To Cart

**Hyperikon** 2-Head 100-Watt Equivalent

(45)

$**31**⁹⁵

Add To Cart

## Specifications ›

7/20/2020    SECUR360 Video Wi-Fi Connected White Wired EdgeLit Motion Activated Outdoor Security Integrated LED Flood Light 2000 Lumens-H...

Case 1:20-cv-00224-LPS    Document 39-4    Filed 10/06/20    Page 19 of 122 PageID # 2811

Home  /  Lighting  /  Outdoor Lighting  /  Security Lights  /  Flood Lights

Internet #311941647      Model # HZ-9309-WH      Store SKU #1004944899



Woodstock

✔ 2 in stock   |   Aisle: FW Bay: 016   |   Text to Me

Save to Favorites

New

## SECUR360

Video Wi-Fi Connected White Wired EdgeLit Motion Activated Outdoor Security Integrated LED Flood Light 2000 Lumens

(19)        Write a Review

# $229.00

**Save up to $100**◊ on your qualifying purchase.
Apply for a Home Depot Consumer Card

**How to Get It**



| Store Pickup | Ship to Home | Scheduled Delivery |
| --- | --- | --- |
| Pickup **Today** | Get it by **Tue, Aug 11** | As soon as **Tomorrow** |
| FREE | FREE | $35.00 |

**2** in stock at **Woodstock**.
Check Nearby Stores

☐

**LET'S PROTECT THIS.**

Add a 2-year Home Depot Protection Plan for **$35.00**
Learn More

| - | 1 | + | | Add to Cart |
|---|---|---|---|---|

Your Fastest Checkout
Turn on Instant Checkout

— or —

Buy now with

We're unable to ship this item to homes and stores in: GU, PR, VI

## Product Overview ›

SECUR360 motion activated WiFi 1080 HD video light

Works with Google Assistant and Alexa

Features 2 way audio and a loud siren alarm

**Model #:**   HZ-9309-WH

**Sku #:**   1004944899

**Internet #:**   311941647

SECUR360 Outdoor Wi-Fi Video Connected Motion LED Lighting with Edge-lit Translucent Light Panel Technology provides safety and security to you while blending into your home's exterior. Wi-Fi Video motion light can record events while your away, send notifications to your mobile device, and even let you sound a siren to alert unwanted intruders you are watching them. SECUR360 smart lighting requires no bridge or hub while offering 1 App control for all family products in a quick - easy setup manner.

- 1080 HD video with edge-lit translucent light Panel technology
- 2-way talk allow you to hear and speak to people
- Loud siren to scare away unwanted intruders
- Voice activated- use your voice to controls the lights
- No hub or bridge required to work with other SECUR360 family products like video lights, decorative lanterns or doorbells
- Wi-Fi connectivity with quick and easy setup to your router
- 1 app control for entire family of products
- Works with Google Assistant and Google Hub
- Works with Alexa and Echo show

7/20/2020    SECUR360 Video Wi-Fi Connected White Wired EdgeLit Motion Activated Outdoor Security Integrated LED Flood Light 2000 Lumens-H...

Case 1:20-cv-00224-LPS   Document 30   Filed 10/06/20   Page 21 of 122 PageID #: 2813

- Premium cloud service available

- 14-day free event storage trial

- 270° motion activated

- 2000 Lumens output at 3000K color temperature

- Standard AC wired product with 2 easy step installation

- Eave or wall mount

- Click here for more information on Electronic Recycling Programs

---

## Info & Guides

- Use and Care Manual

- Warranty

---

Based on Your Interests

7/20/2020     SECUR360 Video Wi-Fi Connected White Wired EdgeLit Motion Activated Outdoor Security Integrated LED Flood Light 2006... - Siemens-H...

Case 1:20-cv-00224-LPS    Document 30    Filed 10/06/20    Page 22 of 122 PageID #: 2814



**PROJECT GUIDE**

## How to Clean Gutters

Cleaning gutters is an important task that can help prevent water damage

Read Our Guide



**PROJECT GUIDE**

## How to Replace Recessed Lighting with LED

Recessed lighting conversion to LED is easy with the right retrofit

Read Our Guide

## Sponsored Products








| **Defiant** 180 Degree Black Motion-Sensing | **Defiant** Bronze Integrated LED Outdoor Security | **Defiant** 180 Degree White LED Motion Outdoor | **PROBRITE** 20-Watt Integrated LED Security Light | **PROBRITE** 15-Watt Integrated LED Wall Pack |
|---|---|---|---|---|
| (742) | (54) | (68) | (35) | |
| $34⁹⁷ | $71⁵³ | $69⁹⁷ | $121⁷⁷/package Was $139.96 | $113⁰⁷/package Was $129.96 |
| Add To Cart | Add To Cart | Add To Cart | Add To Cart | Add To Cart |

Case 1:20-cv-00224-LPS　Document 30-4　Filed 10/06/20　Page 23 of 122 PageID #: 2815

## Specifications

## Recently Viewed Items

    

| | | | | |
|---|---|---|---|---|
| **SECUR360** Video Wi-Fi Connected White Wired Single | **SECUR360** Video Wi-Fi Connected White Wired Twin | **SECUR360** Wi-Fi Connected Bronze Wired Twin Head | **SECUR360** Wi-Fi Connected White Wired Twin Head | **WERNER** 18 ft. Reach Fiberglass Platform Step |
| (22) | (16) | (21) | (26) | (62) |

Case 1:20-cv-00224-LPS   Document 39-4   Filed 10/06/20   Page 24 of 122 PageID #: 3806



Home  /  Heating, Venting & Cooling  /  Air Quality  /  Air Purifiers

Internet #311972530     Model # HZ-9311-WH     Store SKU #1005063675



**Woodstock**

✔ 11 in stock  |  Aisle: 03 Bay: 002  |  Text to Me

Save to Favorites

New

## SECUR360

Video Wi-Fi Connected White Wired Single Head Motion Activated Outdoor Security Integrated LED Flood Light 1200 Lumens

(22)     Write a Review

$**129**⁰⁰

**Save up to $100**◊ on your qualifying purchase.
Apply for a Home Depot Consumer Card

**How to Get It**



| Store Pickup | Ship to Home | Scheduled Delivery |
|---|---|---|
| Available | Not available for this item | As soon as **Tomorrow** |
| **FREE** | | **FREE** |

**11** in stock at **Woodstock.**
Check Nearby Stores

7/17/2020    SECUR360 Video Wi-Fi Connected White Wired Single Head Motion Activated Outdoor Security Integrated LED Floo... Lume…


Case 1:20-cv-00224-LPS Document 39-4 Filed 10/06/20 Page 25 of 122 PageID #: 3817

⚠ Due to order volume, this item may not be available for pickup until **tomorrow**.

☐ **LET'S PROTECT THIS.**

Add a 2-year Home Depot Protection Plan for **$18.00**

Learn More

| - | 1 | + | | Add to Cart |
|---|---|---|---|---|

— or —

Buy now with

## Product Overview ❯

SECUR360 motion activated WiFi 1080 HD video light

Works with Google Assistant and Alexa

Voice activated with no bridge or hub required

**Model #:**  HZ-9311-WH

**Sku #:**  1005063675

**Internet #:**  311972530

SECUR360 Outdoor Wi-Fi Video Connected Motion LED Lighting provides safety and Security to the home. Wi-Fi Video motion light can record events while your away, send notifications to your mobile device, and live event viewing. SECUR360 smart lighting requires no bridge or hub while offering on APP control for all family products in a quick - easy setup manner.

- 1080 HD video
- Voice activated - use your voice to control the lights
- No hub or bridge required to work with other SECUR360 family products like video lights, decorative lanterns or doorbells
- Wi-Fi connectivity with quick and easy setup to your router
- 1 app control for entire family of products
- Works with Google Assistant
- Works with Alexa
- 180° motion activated
- 1200 Lumens output at 5000K color temperature
- Standard AC wired product with easy Install technology

7/17/2020    SECUR360 Video Wi-Fi Connected White Wired Single Head Motion Activated Outdoor Security Integrated LED Floor Light-S20... Lume...

Case 1:20-cv-00224-LPS  Document 39-4  Filed 10/06/20  Page 26 of 122 PageID #: 3828

○  Click here for more information on Electronic Recycling Programs

**Info & Guides**

- Instructions / Assembly
- Use and Care Manual
- Warranty

Based on Your Interests



Case 1:20-cv-00224-LPS Document 39-4 Filed 10/06/20 Page 27 of 122 PageID #: 3820





**PROJECT GUIDE**

## How to Clean Gutters

Cleaning gutters is an important task that can help prevent water damage

Read Our Guide

**PROJECT GUIDE**

## How to Replace Recessed Lighting with LED

Recessed lighting conversion to LED is easy with the right retrofit

Read Our Guide

## Specifications ›

## Recently Viewed Items









**SECUR360** Video Wi-Fi Connected White Wired Twin

(16)

**SECUR360** Wi-Fi Connected Bronze Wired Twin Head

(21)

**SECUR360** Wi-Fi Connected White Wired Twin Head

(26)

**WERNER** 18 ft. Reach Fiberglass Platform Step

(62)

# EXHIBIT Q

**DEFIANT**®

# USE AND CARE GUIDE

## MOTION SECURITY LIGHT



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

---

*THANK YOU*

*We appreciate the trust and confidence you have placed in Defiant through the purchase of this motion security light.*
*We strive to continually create quality products designed to enhance your home. Visit us online to see our full line of*
*products available for your home improvement needs. Thank you for choosing Defiant!*

# Table of Contents

Table of Contents...........................2

Safety Information.........................2

Warranty.......................................2

5-Year Limited Warranty .................2

Pre-Installation.............................3

Planning Installation .....................3

Specifications ...............................3

Tools Required ...............................3

Hardware Included.........................4

Package Contents ..........................4

Installation....................................5

Operation......................................7

Care and Cleaning .......................10

Troubleshooting .........................10

# Safety Information

## PRECAUTIONS

☐ Please read and understand this entire manual before attempting to assemble, install, or operate this light fixture.

☐ This light fixture requires a 120-Volt AC power source.

☐ Some codes require installation by a qualified electrician.

☐ This light fixture must be properly grounded.

☐ This light fixture should be installed outdoors to a wall or eave.

☐ The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

 **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.

 **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.

 **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.

**NOTICE:** Do not connect this light fixture to a dimmer switch or timer.

☐ CAN ICES-005 (B)/NMB-005 (B)

☐ This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

# Warranty

## 5-YEAR LIMITED WARRANTY

### WHAT IS COVERED

This product is guaranteed to be free of factory defective parts and workmanship for a period of 5 years from date of purchase. Purchase receipt is required for all warranty claims.

### WHAT IS NOT COVERED

This guarantee does not include repair service, adjustment and calibration due to misuse, abuse or negligence, or LEDs. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges. This warranty is not extended to other equipment and components that a customer uses in conjunction with this product.

No service parts available for this product.

Contact the Customer Service Team at 1-866-308-3976 or visit www.homedepot.com.

# Pre-Installation

## PLANNING INSTALLATION

Before installing the light fixture, ensure that all parts are present. Compare parts with the *Hardware Included* and *Package Contents* sections. If any part is missing or damaged, do not attempt to assemble, install, or operate this light fixture.

Estimated installation time: 30 minutes

## SPECIFICATIONS

| Range | Up to 70 ft. (21.3 m) (Varies with surrounding temperature) |
|---|---|
| Sensing angle | Up to 180° |
| Electrical load - LED | 30 Watts |
| LED Lumens | 2350 |
| Power requirements | 120 VAC, 60 Hz |
| LED color temperature | Low light temp. (3000K); full-bright temp. (adjustable: 3000K to 5000K) |
| Operating modes | Test, Motion activated, Manual |
| Time delay | 1, 5, 20 minutes |
| DualBrite timer | Off, 3 hours, 6 hours, dusk-to-dawn |

## TOOLS REQUIRED



Phillips screwdriver

1/8 in. Flathead screwdriver

Wire strippers/ cutters

Circuit tester

Work gloves

Silicone sealant

Ladder

Safety goggles

Ex. Q - Page 3 of 48

HOMEDEPOT.COM
Please contact 1-866-308-3976 for further assistance.

# Pre-Installation (continued)

## HARDWARE INCLUDED

📝 **NOTE:** Hardware shown to actual size.



| Part | Description | Quantity |
|------|-------------|----------|
| AA | Rubber plug | 1 |
| BB | Mounting bracket screw | 2 |
| CC | Mounting bracket screw | 2 |
| DD | Large mounting bolt (pre-installed) | 1 |
| EE | Small mounting bolt | 1 |
| FF | Mounting bracket (not to scale) | 1 |
| GG | Mini screwdriver | 1 |

## PACKAGE CONTENTS



| Part | Description | Quantity |
|------|-------------|----------|
| A | Lamp head | 2 |
| B | Light fixture | 1 |
| C | Motion sensor | 1 |
| D | Mounting plate | 1 |

# Installation

## 1 Determining the mounting location

 **NOTE:** The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

☐ Determine the mounting location – wall or eave mount.

☐ Position the lamp heads (A) in the general direction of the desired light coverage.

☐ If needed, rotate the motion sensor (C) so the controls face the ground after installation.



Wall Mount

Eave Mount



## 2 Removing the mounting plate

 **NOTE:** This fixture comes with a mounting plate (D). It is pre-assembled on the light fixture (B) for shipping.

 **NOTE:** The large mounting bolt (DD) is pre-installed in the light fixture (B). Do not attempt to remove the large mounting bolt (DD).

☐ Unscrew the large mounting bolt (DD) connecting the light fixture (B) to the mounting plate (D) and remove the mounting plate (D).



## 3 Installing the mounting bracket

⚠ **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **NOTE:** Six mounting bracket screws of various sizes are included. The installation will only require two. Discard the unused mounting bracket screws after installation.

☐ Remove the existing light fixture.

☐ Install the mounting bracket (FF) with the stamped word "FRONT" facing away from the junction box. Use the mounting bracket screws (BB or CC) that best fit the junction box. If necessary, use the screws that were removed from the existing light fixture.

☐ Firmly pull on the mounting bracket to verify it is securely mounted to the junction box.



# Installation (continued)

## 4 Installing the mounting plate

- ☐ Route the junction box wires through the hole in the mounting plate (D).
- ☐ Place the mounting plate (D) against the junction box.
  - ☐ When mounting to a wall, the "UP" arrow must point upward.
  - ☐ When mounting to an eave, the "UP" arrow must point toward the building.
- ☐ Insert the small mounting bolt (EE) through the mounting plate (D) hole located below the threaded hole, and thread it into the center hole of the mounting bracket (FF). Tighten the bolt (EE) securely.
- ☐ Firmly pull on the mounting plate (D) to verify it is securely attached to the mounting bracket (FF).



## 5 Making the electrical connections

- ☐ If necessary, strip 3/8" of insulation from junction box wires (1).
- ☐ Insert the junction box wires into the side of the terminal block and around the ground screw. Tighten terminal block screws using the mini-screwdriver (GG) and ground screw to secure the wires.
  - ☐ Insert the white wire from the junction box into the terminal marked "N (White)".
  - ☐ Insert the black wire from the junction box into the terminal marked "L (Black)".
  - ☐ Connect the bare or green ground wire from the junction box to the ground screw (marked with "GND").



## 6 Mounting the light fixture

**NOTICE:** The two pins on the rear of the light fixture must be inserted into the terminal block for the light to work.

- ☐ Align the bottom edge of the light fixture (B) with the bottom edge of the mounting plate (D). Tilt the light fixture (B) toward the mounting plate (D), making sure the light fixture (B) is centered on the mounting plate (D).
- ☐ Tighten the large mounting bolt (DD) securely through the center of the mounting plate (D). Do not overtighten.
- ☐ Push the rubber plug (AA) firmly into the mounting bolt hole on the light fixture (B).



# Installation (continued)

## 7 Caulking around the light fixture



⚠️ **CAUTION:** Failure to completely caulk around the light fixture's mounting plate (D) could result in water seepage into the light fixture (B) and/or junction box.

☐ Caulk around the mounting plate (D) and mounting surface with silicone sealant (not included).



## Operation

## 1 Adjusting the lamp heads



⚠️ **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.



⚠️ **CAUTION:** Keep lamp heads 30° below horizontal to avoid water damage and electrical shock.

☐ Turn the power on at the circuit breaker or fuse and turn on the wall switch.
☐ If needed, gently grasp the lamp heads (A) and tilt them up or down or side to side to adjust the light coverage area.



## 2 Rotating the sensor controls downward



⚠️ **CAUTION:** To avoid water damage and risk of electrical shock, the motion sensor controls must be facing the ground when installation is complete.

☐ Rotate the motion sensor (C) so the controls face toward the ground.



7

HOMEDEPOT.COM
Please contact 1-866-308-3976 for further assistance.

# Operation (continued)

## 3 Setting the sensor for testing

📝 **NOTE:** When the "ON-TIME" switch is set to the "TEST" position, the light fixture will operate during the day or night. The light will stay on for 8 seconds after all motion is stopped.

- ☐ Set the "ON-TIME" switch to the "TEST" position.
- ☐ Set the "DUALBRITE" switch to the "OFF" position.
- ☐ Slide the "SENS" switch to the "L" (low) position.
- ☐ Set the Adjustable Color Temperature dial to the desired light color.

📝 **NOTE:** The motion sensor will need to completely warm up (60 seconds) before beginning the setup process.



## 4 Adjusting the motion sensor detection zone

- ☐ Perform a "walk test": walk in an arc across the front of the motion sensor (C).
- ☐ Watch the light. The light will come on and the red LED will flash indicating motion has been detected.
- ☐ Stop, wait for the light to turn off, and then begin walking again.
- ☐ Continue this process until the detection zone has been established.
- ☐ If needed, gently grasp the motion sensor (C) and move it from side to side or up and down to adjust the detection zone.



## 5 Adjusting the SENS switch

- ☐ To increase the sensitivity, slide the "SENS" switch toward the "H" (high) position.
- ☐ To decrease the sensitivity, slide the "SENS" switch toward the "L" (low) position.

📝 **NOTE:** The motion sensor (C) is more sensitive to motion moving across the front of the sensor. The motion sensor (C) is less sensitive to motion moving directly toward the front of the sensor.

📝 **NOTE:** The higher the "SENS" setting (sensitivity), the greater the possibility of false triggering. To reduce false triggering, slide the "SENS" switch toward the "L" (low) setting.



## 6 Adjusting the ON-TIME switch

📝 **NOTE:** The "ON-TIME" switch determines the amount of time the light will stay on full bright after all motion has stopped. When the "ON-TIME" switch is set to the 1, 5, or 20 minute position, the light will only come on during the night.

- ☐ Set the "ON-TIME" switch to the 1, 5, or 20 minute position.



# Operation (continued)

## 7 Adjusting the DUALBRITE switch

 **NOTE:** The "DUALBRITE" switch determines the amount of time the lights stay on at an accent level after sundown. Switching this setting to "OFF" will not affect the "ON-TIME" setting.

☐ Set the "DUALBRITE" switch to OFF, 3 hours, 6 hours, or dusk-to-dawn (sunset to sunrise).



## 8 Adjusting the Adjustable Color Temperature dial

 **NOTE:** The Adjustable Color Temperature adjustment is only available when the light is in full-bright mode. When the light is in accent (DualBrite) mode, the LED color is pre-set to 3000K (Kelvin).

☐ Turn the Adjustable Color Temperature dial toward the "Blue" color to increase the color temperature toward daylight (5000K).

☐ Turn the Adjustable Color Temperature dial toward the "Orange" color to decrease the color temperature toward warm (3000K).



## 9 Using manual mode

 **NOTE:** Manual mode overrides the motion sensor (C) so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor (C) will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

☐ Ensure the power to the light is ON and the sensor has warmed up (60 seconds).

☐ To turn manual mode on, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

☐ To turn manual mode off, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

 **NOTE:** If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



# Care and Cleaning

□ To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.

□ Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.

□ Do not spray the light fixture with a hose or power washer.

## Troubleshooting

| Problem | Possible Cause | Solution |
|---|---|---|
| The light will not come on. | □ The light switch is turned off. | □ Turn the light switch on. |
| | □ The fuse is blown or the circuit breaker is turned off. | □ Replace the fuse or turn the circuit breaker on. |
| | □ The light fixture is not properly attached to the mounting plate, if this is a new installation (the pins are not fully seated in the terminal block). | □ Re-install the light fixture to the base and ensure the pins are fully seated in the terminal block. |
| | □ Daylight turn-off (photocell) is in effect. | □ Recheck after dark. |
| | □ The circuit wiring is incorrect (if this is a new installation). | □ Verify the wiring is correct. |
| | □ The motion sensor is aimed in the wrong direction. | □ Re-aim the motion sensor to cover the desired area. |
| | □ The outside air temperature is close to the same as a person's body heat. | □ Increase the "SENS" setting. |
| The light comes on during the day. | □ The motion sensor may be installed in a relatively dark location. | □ The light fixture is operating normally under these circumstances. |
| | □ The "ON-TIME" switch is in the "TEST" position. | □ Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | □ The motion sensor may be sensing small animals or automobile traffic. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The "SENS" switch is set too high. | □ Decrease the "SENS" setting. |
| | □ The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting. | □ The light fixture is operating normally under these circumstances. |
| | □ The outside temperature is much warmer or cooler than a person's body heat (summer or winter). | □ Decrease the "SENS" setting. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |

# Troubleshooting (continued)

| Problem | Possible Cause | Solution |
|---|---|---|
| The lights turn off too late in the Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |
| The lights stay on continuously. | □ The motion sensor may be picking up a heat source, such as an air vent, dryer vent, or brightly painted, heat-reflective surface. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in manual mode. | □ Switch the motion sensor to auto. See *Using manual mode* on page 9. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | □ The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | □ Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | □ Heat or light from the lamp heads may be turning the motion sensor on and off. | □ Reposition the lamp heads away from the motion sensor. |
| | □ Heat is being reflected from other objects and may be turning the motion sensor on and off. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in "TEST" mode and warming up. | □ While in "TEST" mode, the light only stays on for 5 seconds. Set the "ON-TIME" switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |
| The Adjustable Color Temperature dial does not work in accent (DualBrite) mode. | The Adjustable Color Temperature dial only works when the light is in full-bright mode. | Adjust the Adjustable Color Temperature dial when the light is in full-bright mode. |

# DEFIANT®

Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

Retain this manual for future use.

209151-01A

# DEFIANT®

# GUÍA PARA EL USO Y CUIDADO

## LUZ DE SEGURIDAD POR MOVIMIENTO



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

---

*GRACIAS*
*Agradecemos la fe y la confianza que usted ha depositado en Defiant al comprar esta luz de seguridad por movimiento. Procuramos crear continuamente productos de calidad diseñados para mejorar su hogar. Visítenos en internet para ver nuestra línea completa de productos disponibles que necesita para el mejoramiento de su hogar.*
*¡Gracias por escoger Defiant!*

# Contenido

Contenido.............................................14
Información de seguridad .....................14
Garantía..............................................14
  5 años de garantía limitada ................14
Antes de la instalación........................15
  Planificación de la Instalación ............15
  Especificaciones ..................................15

Herramientas Requeridas ...................15
Ferretería Incluida...............................16
Contenido del Paquete........................16
Instalación ...........................................17
Operación.............................................19
Cuidado y limpieza .............................21
Análisis de averías .............................22

# Información de seguridad

## PRECAUCIONES

□ Por favor lea y entienda todo este manual antes de tratar de ensamblar, instalar u operar este aparato de luz.

□ Esta lámpara requiere una fuente de alimentación de 20 voltios de CA.

□ Algunos códigos exigen que la instalación la realice un electricista calificado.

□ Este aparato de luz debe estar correctamente conectado a tierra.

□ Para que opere correctamente, este aparato de luz debe ser:

□ Esta lámpara debe ser instalada fuera de casa sobre una pared o aleros.

□ Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

 **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

 **ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.

 **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

 **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.

**AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.

□ CAN ICES-005 (B)/NMB-005 (B)

□ Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

# Garantía

## 5 AÑOS DE GARANTÍA LIMITADA

### LO QUE SE CUBRE

Se garantiza que este producto no tiene partes defectuosas de fábrica o de mano de obra por un período de 5 años desde la fecha de compra. Se necesita el recibo de compra para todos los reclamos de garantía.

### LO QUE NO SE CUBRE

Esta garantía no incluye el servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, o LEDs. Los servicios no autorizados o las modificaciones hechas al producto o a cualquier componente invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o gastos de envío. Esta garantía no se extiende a otros equipos o componentes que el consumidor usa junto con este producto.

No hay piezas de servicio disponibles para este producto.

Póngase en contacto con el personal de servicio al cliente al 1-866-308-3976 o visite el sitio www.homedepot.com.

# Antes de la instalación

## PLANIFICACIÓN DE LA INSTALACIÓN

Antes de instalar el aparato de luz, esté seguro que estén todas las piezas. Compare las piezas con la *Ferretería incluida* y las secciones de *Contenidos del paquete*. Si cualquier pieza falta o está dañada, no intente ensamblar, instalar ni operar este aparato de luz.

Tiempo estimado para la instalación: 30 minutos

## ESPECIFICACIONES

| | |
|---|---|
| **Alcance** | Hasta 70 pies (21,3 m) (Varía con la temperatura circundante) |
| **Ángulo de detección** | Hasta 180° |
| **Carga eléctrica - DEL** | 30 Vatios |
| **Lúmenes LED** | 2350 |
| **Requisitos de la energía eléctrica** | 120 VCA, 60 Hz |
| LED de temperatura de color | Temperatura de luz baja. (3000K); temperatura de pleno brillo. (Ajustable: de 3000K a 5000K) |
| **Fases de operación** | Prueba, activado por movimiento, manual |
| **Retardo de tiempo** | 1, 5, 20 minutos |
| **Temporizador DualBrite** | Apagado, 3 horas, 6 horas, del crepúsculo al amanecer |

## HERRAMIENTAS REQUERIDAS



Destornillador phillips

Destornillador de cabeza plana de 1/8 de pulgada

Peladores/ cortadores de cables

Probador de circuitos

Guantes de trabajo

Sellador de silicona

Escalera

Gafas de seguridad

# Antes de la instalación (continuación)

## FERRETERÍA INCLUIDA

> 📝 **NOTA:** La ferretería se muestra en su tamaño real



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| AA | Tapón de caucho | 1 |
| BB | Tornillo del soporte de montaje | 2 |
| CC | Tornillo del soporte de montaje | 2 |
| DD | Tornillo grande de montaje (pre-instalado) | 1 |
| EE | Tornillo pequeño de montaje | 1 |
| FF | Soporte de montaje (no está a escala) | 1 |
| GG | Mini-destornillador | 1 |

## CONTENIDO DEL PAQUETE



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| A | Cabezal de lámpara | 2 |
| B | Artefacto de luz | 1 |
| C | Detector de movimiento | 1 |
| D | Placa de montaje | 1 |

# Instalación

## 1 Determinación del sitio de montaje


**NOTA:** Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

- □ Determine el sitio de montaje – pared o alero.
- □ Coloque los cabezales de la lámpara (A) en la dirección general de la cobertura de luz deseada.
- □ Si es necesario, gire el detector de movimiento (C) de modo que los controles miren hacia el suelo después de la instalación.



Montaje en pared

A        C

Montaje en alero



## 2 Remoción de la placa de montaje


**NOTA:** El aparato viene con una placa de montaje (D). Está premontado en la lámpara (B) para ser enviado.


**NOTA:** El tornillo de fijación grande (DD) está pre-instalado en la lámpara (B). No trate de quitar el tornillo grande de montaje (DD).

- □ Desenrosque el tornillo grande de montaje (DD) que conecta la lámpara (B) a la placa de montaje (D) y retire la placa de montaje (D).



B

D

DD

## 3 Instalación del soporte de montaje


**ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.


**NOTA:** Se incluyen seis tornillos de varios tamaños para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.

- □ Retire el aparato de luz existente.
- □ Instale el soporte de montaje (FF) con la palabra estampada "FRENTE" en dirección contraria a la caja de conexiones. Use los tornillos del soporte de montaje (BB o CC) que mejor encajen con la caja de conexiones. Si es necesario, use los tornillos que fueron retirados del aparato de luz anterior.
- □ Hale con firmeza el soporte de montaje para verificar que esté bien montado en la caja de conexiones.



FRONT

FF

BB o CC

# Instalación (continuación)

## 4 Instalación de la placa de montaje

- ☐ Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (D).
- ☐ Coloque la placa de montaje (D) contra la caja de conexiones.
    - ☐ Cuando la instale sobre una pared, la flecha "UP" (Hacia Arriba) debe apuntar hacia arriba.
    - ☐ Cuando la instale sobre un alero, la flecha "UP" (Hacia Arriba) debe apuntar hacia el edificio.
- ☐ Inserte el tornillo pequeño de montaje (EE) por el agujero de la placa de montaje (D) situado debajo del agujero roscado, y enrósquelo en el agujero central del soporte de montaje (FF). Apriete el perno (EE) de forma segura.
- ☐ Hale firmemente de la placa de montaje (D) para verificar que esté bien sujeta al soporte de montaje (FF).



## 5 Cómo hacer las conexiones eléctricas

- ☐ Si es necesario, pele 3/8 de pulgada de aislamiento de los cables de la caja de conexiones (1).
- ☐ Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra. Apriete los tornillos del bloque de terminales utilizando el mini-destornillador (GG) y el tornillo de tierra para asegurar los cables.
    - ☐ Inserte el cable blanco de la caja de conexiones en el terminal marcado "N (White)".
    - ☐ Inserte el cable negro de la caja de conexiones en el terminal marcado "L (Black)".
    - ☐ Conecte el alambre desnudo o verde de tierra de la caja de conexiones al tornillo de tierra (marcado con "GND").



## 6 Montaje del aparato de luz

**AVISO:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.

- ☐ Alinee el borde inferior de la lámpara (B) con el borde inferior de la placa de montaje (D). Incline la lámpara (B) hacia la placa de montaje (D), asegurándose de que la lámpara (B) esté centrada en la placa de montaje (D).
- ☐ Apriete el tornillo grande de montaje (DD) en forma segura por el centro de la placa de montaje (D). No apriete excesivamente.
- ☐ Empuje con fuerza el tapón de caucho (AA) en el orificio del perno de montaje de la lámpara (B).



# Instalación (continuación)

## 7 Calafatee alrededor del aparato de luz



**PRECAUCIÓN:** No calafatear por completo alrededor de la placa de montaje (D) de la lámpara puede resultar en la filtración del agua en la lámpara (B) y / o la caja de conexiones.

☐ Calafatee alrededor de la placa de montaje (D) y de la superficie de montaje con un sellador de silicona (no incluido).



## Operación

## 1 Ajuste de los cabezales de la lámpara



**ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.



**PRECAUCIÓN:** Mantenga los cabezales de la lámpara 30° debajo de la línea horizontal para evitar daños por agua y descargas eléctricas.

☐ Conecte la energía eléctrica en el disyuntor o en el fusible y encienda el interruptor de la pared.

☐ Si es necesario, sujete suavemente los cabezales de la lámpara (A) e inclínelos hacia arriba o hacia abajo o de lado a lado para ajustar el área de cobertura de la luz.



## 2 Giro hacia abajo de los controles del detector



**PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

☐ Gire el detector de movimiento (C) de manera que los controles estén orientados hacia suelo.



# Operación (continuación)

## 3 Calibración del detector para prueba

 **NOTA:** Cuando el interruptor de "DURACIÓN" ("ON-TIME") se fija en la posición "PRUEBA" ("TEST") el aparato de luz operará durante el día o la noche. La luz permanecerá encendida 8 segundos después que todo movimiento se ha detenido.

- □ Fije el interruptor de "DURACIÓN" en la posición "PRUEBA ("TEST").
- □ Fije el interruptor "DUALBRITE" en la posición "APAGADO" ("OFF").
- □ Deslice el interruptor "SENS" a la posición "L" (baja).
- □ Fije el dial de temperatura de color ajustable al color de luz deseada.

 **NOTA:** El detector de movimiento necesitará calentarse completamente (60 segundos) antes de empezar el proceso de puesta a punto.



## 4 Regulación de la zona de detección del detector de movimiento

- □ Haga una "prueba caminando": camine transversalmente a la parte frontal del detector de movimiento (C) siguiendo la trayectoria de un arco.
- □ Observe la luz. La luz se encenderá y el LED rojo destellará indicando que se ha detectado movimiento.
- □ Deténgase, espere que la luz se apague, y luego empiece a caminar de nuevo.
- □ Continúe este proceso hasta que la zona de detección haya sido establecida.
- □ Si es necesario, sujete suavemente el detector de movimiento (C) y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.



## 5 Ajuste del interruptor SENS

- □ Para aumentar la sensibilidad, deslice el interruptor "SENS" hacia la posición "H" (alta).
- □ Para disminuir la sensibilidad, deslice el interruptor "SENS" hacia la posición "L" (baja).

 **NOTA:** El detector de movimiento (C) es más sensible al movimiento transversal a la parte frontal del detector. El detector de movimiento (C) es menos sensible al movimiento que se dirige directamente hacia la parte frontal del detector.

 **NOTA:** Mientras mayor sea la calibración del "SENS" (sensibilidad), mayor será la posibilidad de falsas alarmas. Para reducir las falsas alarmas, deslice el interruptor "SENS" hacia el ajuste "L" (baja).



## 6 Regulación del interruptor de DURACIÓN

 **NOTA:** El interruptor de DURACIÓN determina el lapso de tiempo que la luz permanece encendida con todo su brillo luego que ha cesado el movimiento. Cuando fije el interruptor "ON-TIME" a la posición de 1, 5 ó 20 minutos, la luz sólo se encenderá durante la noche.

- □ Coloque el interruptor de DURACIÓN en la posición 1, 5 o 20 minutos.



# Operación (continuación)

## 7 Regulación del interruptor DUALBRITE



**NOTA:** El interruptor DUALBRITE determina el lapso de tiempo que la luz permanece encendida con un nivel de luz reducido luego de la puesta del sol. Cambiando esta calibración a "OFF" ("DESCONECTADO") no quedará afectada la calibración de la DURACIÓN.

- ☐ Coloque el interruptor "DUALBRITE" en APAGADO (OFF), 3 horas, 6 horas o del crepúsculo al amanecer (de la puesta a la salida del sol).




## 8 Ajuste del dial de temperatura de color ajustable



**NOTA: El ajuste de temperatura de color ajustable está disponible sólo cuando la luz está en modalidad de brillo completo. Cuando la luz está en la modalidad de acento (DualBrite), el color del LED está preprogramado a 3000K (Kelvin).**

- ☐ Gire el dial de temperatura de color ajustable hacia el color "Azul" para aumentar la temperatura del color hacia la luz del día (5000K).
- ☐ Gire el selector de temperatura de color ajustable hacia el color "Naranja" para disminuir la temperatura de color hacia caliente (3000K).




## 9 Uso del la fase manual



**NOTA:** La fase manual anula el detector de movimiento (C) y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento (C) se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

- ☐ Asegúrese de que la luz está encendida (ON) y de que el detector se ha calentado (60 segundos).
- ☐ Para activar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.
- ☐ Para desactivar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.



**NOTA:** Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.




# Cuidado y limpieza

- ☐ Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.
- ☐ No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.
- ☐ No rocíe la lámpara con una manguera o lavadora a presión.

# Análisis de averías

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz no se enciende. | ☐ El interruptor de la luz está apagado. | ☐ Encienda el interruptor de la luz. |
| | ☐ El fusible está quemado o el disyuntor está desconectado. | ☐ Cambie el fusible o conecte el disyuntor. |
| | ☐ La lámpara no está correctamente sujetada a la placa de montaje, si se trata de una nueva instalación (las clavijas no están asentadas por completo en el bloque de terminales). | ☐ Vuelva a instalar la lámpara en la base y asegúrese de que las clavijas estén asentadas por completo en el bloque de terminales. |
| | ☐ El apagado de la luz diurna (fotocélula) está vigente. | ☐ Vuelva a revisar al amanecer. |
| | ☐ El cableado del circuito es incorrecto (si esta es una instalación nueva). | ☐ Verifique que el cableado esté correcto. |
| | ☐ El detector de movimiento está enfocando a la dirección incorrecta. | ☐ Vuelva a enfocar el detector de movimiento para que cubra el área deseada. |
| | ☐ La temperatura del aire exterior está cercana al calor corporal de una persona. | ☐ Aumente la calibración del alcance ("SENS"). |
| La luz se enciende durante el día. | ☐ El detector de movimiento puede estar instalado en un sitio relativamente oscuro. | ☐ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | ☐ El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | ☐ Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | ☐ El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. | ☐ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | ☐ El interruptor "SENS" está fijado demasiado alto. | ☐ Reduzca la calibración del alcance ("SENS"). |
| | ☐ El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer. | ☐ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | ☐ La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). | ☐ Reduzca la calibración del alcance ("SENS"). |
| | ☐ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | ☐ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|---|---|---|
| Las luces permanecen encendidas constantemente. | □ El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase manual. | □ Cambie el detector de movimiento a automático. Vea *Uso de la fase manual* en la página 21. |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | □ El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | □ Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | □ El calor o la luz de los cabezales de la lámpara pueden prender y apagar al detector de movimiento. | □ Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento. |
| | □ El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | □ Mientras está en la fase PRUEBA, la luz sólo queda encendida por 5 segundos. Fije el interruptor "ON-TIME" para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |
| El dial de temperatura de color ajustable no funciona en la modalidad de acento (DualBrite). | El dial de temperatura de color ajustable funciona sólocuando la luz está en la modalidad de brillo completo. | Ajuste el dial de temperatura de color ajustable cuando la luz esté en la modalidad de brillo completo. |

# DEFIANT®

¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

Guarde este manual para uso futuro.

209151-01A



**Item #1002578077**
**Model #DFI-5886-WH**

# USE AND CARE GUIDE

## MOTION SECURITY LIGHT



Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

*THANK YOU*
*We appreciate the trust and confidence you have placed in Defiant through the purchase of this motion security light.*
*We strive to continually create quality products designed to enhance your home. Visit us online to see our full line of*
*products available for your home improvement needs. Thank you for choosing Defiant!*

# Table of Contents

Table of Contents............................2

Safety Information.........................2

Warranty.....................................2

   5-Year Limited Warranty.................2

Pre-Installation.............................3

   Planning Installation .......................3

   Specifications ..........................3

Tools Required ........................3

Hardware Included......................4

Package Contents ......................4

Installation....................................5

Operation......................................7

Care and Cleaning ..................10

Troubleshooting ......................10

# Safety Information

## PRECAUTIONS

- □ Please read and understand this entire manual before attempting to assemble, install, or operate this light fixture.

- □ This light fixture requires a 120-Volt AC power source.

- □ Some codes require installation by a qualified electrician.

- □ This light fixture must be properly grounded.

- □ This light fixture should be installed outdoors to a wall or eave.

- □ The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

 **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.

 **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.

 **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.

 **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.

**NOTICE:** Do not connect this light fixture to a dimmer switch or timer.

- □ CAN ICES-005 (B)/NMB-005 (B)

- □ This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

# Warranty

## 5-YEAR LIMITED WARRANTY

### WHAT IS COVERED

This product is guaranteed to be free of factory defective parts and workmanship for a period of 5 years from date of purchase. Purchase receipt is required for all warranty claims.

### WHAT IS NOT COVERED

This guarantee does not include repair service, adjustment and calibration due to misuse, abuse or negligence, or LEDs. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges. This warranty is not extended to other equipment and components that a customer uses in conjunction with this product.

No service parts available for this product.

Contact the Customer Service Team at 1-866-308-3976 or visit www.homedepot.com.

# Pre-Installation

## PLANNING INSTALLATION

Before installing the light fixture, ensure that all parts are present. Compare parts with the *Hardware Included* and *Package Contents* sections. If any part is missing or damaged, do not attempt to assemble, install, or operate this light fixture.

Estimated installation time: 30 minutes

## SPECIFICATIONS

| Range | Up to 70 ft. (21.3 m) (Varies with surrounding temperature) |
|---|---|
| Sensing angle | Up to 270° |
| Electrical load - LED | 45 Watts |
| LED Lumens | 3000 |
| Power requirements | 120 VAC, 60 Hz |
| LED color temperature | Low light temp. (3000K); full-bright temp. (adjustable: 3000K to 5000K) |
| Operating modes | Test, Motion activated, Manual |
| Time delay | 1, 5, 20 minutes |
| DualBrite timer | Off, 3 hours, 6 hours, dusk-to-dawn |

## TOOLS REQUIRED



Phillips screwdriver

1/8 in. Flathead screwdriver

Wire strippers/ cutters

Circuit tester

Work gloves

Silicone sealant

Ladder

Safety goggles

Ex. Q - Page 27 of 48

3

HOMEDEPOT.COM
Please contact 1-866-308-3976 for further assistance.

# Pre-Installation (continued)

## HARDWARE INCLUDED

> 📝 **NOTE:** Hardware shown to actual size.



| Part | Description | Quantity |
|------|-------------|----------|
| AA | Rubber plug | 1 |
| BB | Mounting bracket screw | 2 |
| CC | Mounting bracket screw | 2 |
| DD | Large mounting bolt (pre-installed) | 1 |
| EE | Small mounting bolt | 1 |
| FF | Mounting bracket (not to scale) | 1 |
| GG | Mini screwdriver | 1 |

## PACKAGE CONTENTS



| Part | Description | Quantity |
|------|-------------|----------|
| A | Lamp head | 3 |
| B | Light fixture | 1 |
| C | Motion sensor | 1 |
| D | Mounting plate | 1 |

# Installation

## 1 Determining the mounting location



> **NOTE:** The light fixture should be mounted approximately 8 ft. (2.4 m) above the ground. If the light fixture is mounted higher than recommended, aiming the sensor down will reduce the coverage area.

- □ Determine the mounting location – wall or eave mount.
- □ Position the lamp heads (A) in the general direction of the desired light coverage.
- □ If needed, rotate the motion sensor (C) so the controls face the ground after installation.



Wall Mount

Eave Mount



## 2 Removing the mounting plate



> **NOTE:** This fixture comes with a mounting plate (D). It is pre-assembled on the light fixture (B) for shipping.



> **NOTE:** The large mounting bolt (DD) is pre-installed in the light fixture (B). Do not attempt to remove the large mounting bolt (DD).

- □ Unscrew the large mounting bolt (DD) connecting the light fixture (B) to the mounting plate (D) and remove the mounting plate (D).



## 3 Installing the mounting bracket

> ⚠ **WARNING:** Turn the power off at the circuit breaker or fuse. Place tape over the circuit breaker switch and verify power is off at the light fixture.



> **NOTE:** Six mounting bracket screws of various sizes are included. The installation will only require two. Discard the unused mounting bracket screws after installation.

- □ Remove the existing light fixture.
- □ Install the mounting bracket (FF) with the stamped word "FRONT" facing away from the junction box. Use the mounting bracket screws (BB or CC) that best fit the junction box. If necessary, use the screws that were removed from the existing light fixture.
- □ Firmly pull on the mounting bracket to verify it is securely mounted to the junction box.



# Installation (continued)

## 4 Installing the mounting plate

- ☐ Route the junction box wires through the hole in the mounting plate (D).
- ☐ Place the mounting plate (D) against the junction box.
  - ☐ When mounting to a wall, the "UP" arrow must point upward.
  - ☐ When mounting to an eave, the "UP" arrow must point toward the building.
- ☐ Insert the small mounting bolt (EE) through the mounting plate (D) hole located below the threaded hole, and thread it into the center hole of the mounting bracket (FF). Tighten the bolt (EE) securely.
- ☐ Firmly pull on the mounting plate (D) to verify it is securely attached to the mounting bracket (FF).



## 5 Making the electrical connections

- ☐ If necessary, strip 3/8" of insulation from junction box wires (1).
- ☐ Insert the junction box wires into the side of the terminal block and around the ground screw. Tighten terminal block screws using the mini-screwdriver (GG) and ground screw to secure the wires.
  - ☐ Insert the white wire from the junction box into the terminal marked "N (White)".
  - ☐ Insert the black wire from the junction box into the terminal marked "L (Black)".
  - ☐ Connect the bare or green ground wire from the junction box to the ground screw (marked with "GND").



## 6 Mounting the light fixture

**NOTICE:** The two pins on the rear of the light fixture must be inserted into the terminal block for the light to work.

- ☐ Align the bottom edge of the light fixture (B) with the bottom edge of the mounting plate (D). Tilt the light fixture (B) toward the mounting plate (D), making sure the light fixture (B) is centered on the mounting plate (D).
- ☐ Tighten the large mounting bolt (DD) securely through the center of the mounting plate (D). Do not overtighten.
- ☐ Push the rubber plug (AA) firmly into the mounting bolt hole on the light fixture (B).



# Installation (continued)

## 7 Caulking around the light fixture



⚠ **CAUTION:** Failure to completely caulk around the light fixture's mounting plate (D) could result in water seepage into the light fixture (B) and/or junction box.

☐ Caulk around the mounting plate (D) and mounting surface with silicone sealant (not included).



## Operation

## 1 Adjusting the lamp heads



⚠ **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. (51 mm) from combustible materials.



⚠ **CAUTION:** Keep lamp heads 30° below horizontal to avoid water damage and electrical shock.

☐ Turn the power on at the circuit breaker or fuse and turn on the wall switch.
☐ If needed, gently grasp the lamp heads (A) and tilt them up or down or side to side to adjust the light coverage area.



## 2 Rotating the sensor controls downward



⚠ **CAUTION:** To avoid water damage and risk of electrical shock, the motion sensor controls must be facing the ground when installation is complete.

☐ Rotate the motion sensor (C) so the controls face toward the ground.



# Operation (continued)

## 3 Setting the sensor for testing

 **NOTE:** When the "ON-TIME" switch is set to the "TEST" position, the light fixture will operate during the day or night. The light will stay on for 8 seconds after all motion is stopped.

- ☐ Set the "ON-TIME" switch to the "TEST" position.
- ☐ Set the "DUALBRITE" switch to the "OFF" position.
- ☐ Slide the "SENS" switch to the "L" (low) position.
- ☐ Set the Adjustable Color Temperature dial to the desired light color.

 **NOTE:** The motion sensor will need to completely warm up (60 seconds) before beginning the setup process.



## 4 Adjusting the motion sensor detection zone

- ☐ Perform a "walk test": walk in an arc across the front of the motion sensor (C).
- ☐ Watch the light. The light will come on and the red LED will flash indicating motion has been detected.
- ☐ Stop, wait for the light to turn off, and then begin walking again.
- ☐ Continue this process until the detection zone has been established.
- ☐ If needed, gently grasp the motion sensor (C) and move it from side to side or up and down to adjust the detection zone.



## 5 Adjusting the SENS switch

- ☐ To increase the sensitivity, slide the "SENS" switch toward the "H" (high) position.
- ☐ To decrease the sensitivity, slide the "SENS" switch toward the "L" (low) position.

 **NOTE:** The motion sensor (C) is more sensitive to motion moving across the front of the sensor. The motion sensor (C) is less sensitive to motion moving directly toward the front of the sensor.

 **NOTE:** The higher the "SENS" setting (sensitivity), the greater the possibility of false triggering. To reduce false triggering, slide the "SENS" switch toward the "L" (low) setting.



## 6 Adjusting the ON-TIME switch

 **NOTE:** The "ON-TIME" switch determines the amount of time the light will stay on full bright after all motion has stopped. When the "ON-TIME" switch is set to the 1, 5, or 20 minute position, the light will only come on during the night.

- ☐ Set the "ON-TIME" switch to the 1, 5, or 20 minute position.



# Operation (continued)

## 7 Adjusting the DUALBRITE switch



**NOTE:** The "DUALBRITE" switch determines the amount of time the lights stay on at an accent level after sundown. Switching this setting to "OFF" will not affect the "ON-TIME" setting.

☐ Set the "DUALBRITE" switch to OFF, 3 hours, 6 hours, or dusk-to-dawn (sunset to sunrise).



## 8 Adjusting the Adjustable Color Temperature dial



**NOTE:** The Adjustable Color Temperature adjustment is only available when the light is in full-bright mode. When the light is in accent (DualBrite) mode, the LED color is pre-set to 3000K (Kelvin).

☐ Turn the Adjustable Color Temperature dial toward the "Blue" color to increase the color temperature toward daylight (5000K).

☐ Turn the Adjustable Color Temperature dial toward the "Orange" color to decrease the color temperature toward warm (3000K).



## 9 Using manual mode



**NOTE:** Manual mode overrides the motion sensor (C) so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor (C) will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch.

☐ Ensure the power to the light is ON and the sensor has warmed up (60 seconds).

☐ To turn manual mode on, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

☐ To turn manual mode off, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.



**NOTE:** If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



Ex. Q - Page 33 of 48

9

HOMEDEPOT.COM
Please contact 1-866-308-3976 for further assistance.

# Care and Cleaning

- □ To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.

- □ Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.

- □ Do not spray the light fixture with a hose or power washer.

## Troubleshooting

| Problem | Possible Cause | Solution |
|---------|----------------|----------|
| The light will not come on. | □ The light switch is turned off. | □ Turn the light switch on. |
| | □ The fuse is blown or the circuit breaker is turned off. | □ Replace the fuse or turn the circuit breaker on. |
| | □ The light fixture is not properly attached to the mounting plate, if this is a new installation (the pins are not fully seated in the terminal block). | □ Re-install the light fixture to the base and ensure the pins are fully seated in the terminal block. |
| | □ Daylight turn-off (photocell) is in effect. | □ Recheck after dark. |
| | □ The circuit wiring is incorrect (if this is a new installation). | □ Verify the wiring is correct. |
| | □ The motion sensor is aimed in the wrong direction. | □ Re-aim the motion sensor to cover the desired area. |
| | □ The outside air temperature is close to the same as a person's body heat. | □ Increase the "SENS" setting. |
| The light comes on during the day. | □ The motion sensor may be installed in a relatively dark location. | □ The light fixture is operating normally under these circumstances. |
| | □ The "ON-TIME" switch is in the "TEST" position. | □ Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | □ The motion sensor may be sensing small animals or automobile traffic. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The "SENS" switch is set too high. | □ Decrease the "SENS" setting. |
| | □ The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting. | □ The light fixture is operating normally under these circumstances. |
| | □ The outside temperature is much warmer or cooler than a person's body heat (summer or winter). | □ Decrease the "SENS" setting. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |

# Troubleshooting (continued)

| Problem | Possible Cause | Solution |
|---|---|---|
| The lights turn off too late in the Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |
| The lights stay on continuously. | □ The motion sensor may be picking up a heat source, such as an air vent, dryer vent, or brightly painted, heat-reflective surface. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in manual mode. | □ Switch the motion sensor to auto. See *Using manual mode* on page 9. |
| | □ The light fixture is wired through a dimmer or timer. | □ Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | □ The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | □ Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | □ Heat or light from the lamp heads may be turning the motion sensor on and off. | □ Reposition the lamp heads away from the motion sensor. |
| | □ Heat is being reflected from other objects and may be turning the motion sensor on and off. | □ Decrease the "SENS" setting or reposition the motion sensor. |
| | □ The motion sensor is in "TEST" mode and warming up. | □ While in "TEST" mode, the light only stays on for 5 seconds. Set the "ON-TIME" switch to 1, 5, or 20 minutes. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |
| The Adjustable Color Temperature dial does not work in accent (DualBrite) mode. | The Adjustable Color Temperature dial only works when the light is in full-bright mode. | Adjust the Adjustable Color Temperature dial when the light is in full-bright mode. |

11

# DEFIANT®

Questions, problems, missing parts?
Before returning to the store, call Defiant Customer Service
8 a.m.-7 p.m., EST, Monday-Friday, 9 a.m. - 6 p.m., EST, Saturday

**1-866-308-3976**

**HOMEDEPOT.COM**

Retain this manual for future use.

209149-01A



Articulo #1002578077
Modelo #DFI-5886-WH

# GUÍA PARA EL USO Y CUIDADO

## LUZ DE SEGURIDAD POR MOVIMIENTO



¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

---

*GRACIAS*

*Agradecemos la fe y la confianza que usted ha depositado en Defiant al comprar esta luz de seguridad por movimiento. Procuramos crear continuamente productos de calidad diseñados para mejorar su hogar. Visítenos en internet para ver nuestra línea completa de productos disponibles que necesita para el mejoramiento de su hogar. ¡Gracias por escoger Defiant!*

# Contenido

**Contenido** ............................................. 14
**Información de seguridad** ....................... 14
**Garantía** ............................................... 14
   5 años de garantía limitada ................ 14
**Antes de la instalación** ......................... 15
   Planificación de la Instalación ............. 15
   Especificaciones .................................. 15

   Herramientas Requeridas ................... 15
   Ferretería Incluida ............................... 16
   Contenido del Paquete ........................ 16
**Instalación** ........................................... 17
**Operación** ............................................ 19
**Cuidado y limpieza** ............................... 21
**Análisis de averías** ............................... 22

# Información de seguridad

## PRECAUCIONES

- ☐ Por favor lea y entienda todo este manual antes de tratar de ensamblar, instalar u operar este aparato de luz.
- ☐ Esta lámpara requiere una fuente de alimentación de 20 voltios de CA.
- ☐ Algunos códigos exigen que la instalación la realice un electricista calificado.
- ☐ Este aparato de luz debe estar correctamente conectado a tierra.
- ☐ Para que opere correctamente, este aparato de luz debe ser:
- ☐ Esta lámpara debe ser instalada fuera de casa sobre una pared o aleros.
- ☐ Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

 **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.

 **ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.

 **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

 **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.

**AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.

- ☐ CAN ICES-005 (B)/NMB-005 (B)

- ☐ Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

# Garantía

## 5 AÑOS DE GARANTÍA LIMITADA

### LO QUE SE CUBRE

Se garantiza que este producto no tiene partes defectuosas de fábrica o de mano de obra por un período de 5 años desde la fecha de compra. Se necesita el recibo de compra para todos los reclamos de garantía.

### LO QUE NO SE CUBRE

Esta garantía no incluye el servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, o LEDs. Los servicios no autorizados o las modificaciones hechas al producto o a cualquier componente invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o gastos de envío. Esta garantía no se extiende a otros equipos o componentes que el consumidor usa junto con este producto.

No hay piezas de servicio disponibles para este producto.

Póngase en contacto con el personal de servicio al cliente al 1-866-308-3976 o visite el sitio www.homedepot.com.

# Antes de la instalación

## PLANIFICACIÓN DE LA INSTALACIÓN

Antes de instalar el aparato de luz, esté seguro que estén todas las piezas. Compare las piezas con la *Ferretería incluida* y las secciones de *Contenidos del paquete*. Si cualquier pieza falta o está dañada, no intente ensamblar, instalar ni operar este aparato de luz.

Tiempo estimado para la instalación: 30 minutos

## ESPECIFICACIONES

| | |
|---|---|
| **Alcance** | Hasta 70 pies (21,3 m) (Varía con la temperatura circundante) |
| **Ángulo de detección** | Hasta 270° |
| **Carga eléctrica - DEL** | 45 Vatios |
| **Lúmenes LED** | 3000 |
| **Requisitos de la energía eléctrica** | 120 VCA, 60 Hz |
| LED de temperatura de color | Temperatura de luz baja. (3000K); temperatura de pleno brillo. (Ajustable: de 3000K a 5000K) |
| **Fases de operación** | Prueba, activado por movimiento, manual |
| **Retardo de tiempo** | 1, 5, 20 minutos |
| **Temporizador DualBrite** | Apagado, 3 horas, 6 horas, del crepúsculo al amanecer |

## HERRAMIENTAS REQUERIDAS



Destornillador phillips

Destornillador de cabeza plana de 1/8 de pulgada

Peladores/cortadores de cables

Probador de circuitos

Guantes de trabajo

Sellador de silicona

Escalera

Gafas de seguridad

# Antes de la instalación (continuación)

## FERRETERÍA INCLUIDA

NOTA: La ferretería se muestra en su tamaño real



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| AA | Tapón de caucho | 1 |
| BB | Tornillo del soporte de montaje | 2 |
| CC | Tornillo del soporte de montaje | 2 |
| DD | Tornillo grande de montaje (pre-instalado) | 1 |
| EE | Tornillo pequeño de montaje | 1 |
| FF | Soporte de montaje (no está a escala) | 1 |
| GG | Mini-destornillador | 1 |

## CONTENIDO DEL PAQUETE



| Pieza | Descripción | Cantidad |
|-------|-------------|----------|
| A | Cabezal de lámpara | 3 |
| B | Artefacto de luz | 1 |
| C | Detector de movimiento | 1 |
| D | Placa de montaje | 1 |

# Instalación

## 1 Determinación del sitio de montaje



**NOTA:** Esta lámpara debe ser instalada aproximadamente a 8 pies (2,4 m) por encima del suelo. Si se la instala a una altura más alta de la recomendada, se reducirá la zona de cobertura si apunta el detector hacia abajo.

□ Determine el sitio de montaje – pared o alero.

□ Coloque los cabezales de la lámpara (A) en la dirección general de la cobertura de luz deseada.

□ Si es necesario, gire el detector de movimiento (C) de modo que los controles miren hacia el suelo después de la instalación.





## 2 Remoción de la placa de montaje



**NOTA:** El aparato viene con una placa de montaje (D). Está premontado en la lámpara (B) para ser enviado.



**NOTA:** El tornillo de fijación grande (DD) está pre-instalado en la lámpara (B). No trate de quitar el tornillo grande de montaje (DD).

□ Desenrosque el tornillo grande de montaje (DD) que conecta la lámpara (B) a la placa de montaje (D) y retire la placa de montaje (D).



## 3 Instalación del soporte de montaje

⚠ **ADVERTENCIA:** Desconecte la energía eléctrica en el disyuntor o en el fusible. Coloque cinta aislante sobre el interruptor disyuntor y compruebe que no haya energía eléctrica en el aparato de luz.



**NOTA:** Se incluyen seis tornillos de varios tamaños para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.

□ Retire el aparato de luz existente.

□ Instale el soporte de montaje (FF) con la palabra estampada "FRENTE" en dirección contraria a la caja de conexiones. Use los tornillos del soporte de montaje (BB o CC) que mejor encajen con la caja de conexiones. Si es necesario, use los tornillos que fueron retirados del aparato de luz anterior.

□ Hale con firmeza el soporte de montaje para verificar que esté bien montado en la caja de conexiones.



# Instalación (continuación)

## 4 Instalación de la placa de montaje

□ Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (D).

□ Coloque la placa de montaje (D) contra la caja de conexiones.

  □ Cuando la instale sobre una pared, la flecha "UP" (Hacia Arriba) debe apuntar hacia arriba.

  □ Cuando la instale sobre un alero, la flecha "UP" (Hacia Arriba) debe apuntar hacia el edificio.

□ Inserte el tornillo pequeño de montaje (EE) por el agujero de la placa de montaje (D) situado debajo del agujero roscado, y enrósquelo en el agujero central del soporte de montaje (FF). Apriete el perno (EE) de forma segura.

□ Hale firmemente de la placa de montaje (D) para verificar que esté bien sujeta al soporte de montaje (FF).



## 5 Cómo hacer las conexiones eléctricas

□ Si es necesario, pele 3/8 de pulgada de aislamiento de los cables de la caja de conexiones (1).

□ Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra. Apriete los tornillos del bloque de terminales utilizando el mini-destornillador (GG) y el tornillo de tierra para asegurar los cables.

  □ Inserte el cable blanco de la caja de conexiones en el terminal marcado "N (White)".

  □ Inserte el cable negro de la caja de conexiones en el terminal marcado "L (Black)".

  □ Conecte el alambre desnudo o verde de tierra de la caja de conexiones al tornillo de tierra (marcado con "GND").



## 6 Montaje del aparato de luz

**AVISO:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.

□ Alinee el borde inferior de la lámpara (B) con el borde inferior de la placa de montaje (D). Incline la lámpara (B) hacia la placa de montaje (D), asegurándose de que la lámpara (B) esté centrada en la placa de montaje (D).

□ Apriete el tornillo grande de montaje (DD) en forma segura por el centro de la placa de montaje (D). No apriete excesivamente.

□ Empuje con fuerza el tapón de caucho (AA) en el orificio del perno de montaje de la lámpara (B).



# Instalación (continuación)

## 7 Calafatee alrededor del aparato de luz

⚠️ **PRECAUCIÓN:** No calafatear por completo alrededor de la placa de montaje (D) de la lámpara puede resultar en la filtración del agua en la lámpara (B) y / o la caja de conexiones.

☐ Calafatee alrededor de la placa de montaje (D) y de la superficie de montaje con un sellador de silicona (no incluido).



## Operación

## 1 Ajuste de los cabezales de la lámpara

⚠️ **ADVERTENCIA:** Riesgo de incendio. Mantenga los cabezales de la lámpara por lo menos a 2 pulgadas (51 mm) de materiales combustibles.

⚠️ **PRECAUCIÓN:** Mantenga los cabezales de la lámpara 30° debajo de la línea horizontal para evitar daños por agua y descargas eléctricas.

☐ Conecte la energía eléctrica en el disyuntor o en el fusible y encienda el interruptor de la pared.

☐ Si es necesario, sujete suavemente los cabezales de la lámpara (A) e inclínelos hacia arriba o hacia abajo o de lado a lado para ajustar el área de cobertura de la luz.



## 2 Giro hacia abajo de los controles del detector

⚠️ **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.

☐ Gire el detector de movimiento (C) de manera que los controles estén orientados hacia suelo.



# Operación (continuación)

## 3 Calibración del detector para prueba

 **NOTA:** Cuando el interruptor de "DURACIÓN" ("ON-TIME") se fija en la posición "PRUEBA" ("TEST") el aparato de luz operará durante el día o la noche. La luz permanecerá encendida 8 segundos después que todo movimiento se ha detenido.

☐ Fije el interruptor de "DURACIÓN" en la posición "PRUEBA ("TEST").
☐ Fije el interruptor "DUALBRITE" en la posición "APAGADO" ("OFF").
☐ Deslice el interruptor "SENS" a la posición "L" (baja).
☐ Fije el dial de temperatura de color ajustable al color de luz deseada.

 **NOTA:** El detector de movimiento necesitará calentarse completamente (60 segundos) antes de empezar el proceso de puesta a punto.



## 4 Regulación de la zona de detección del detector de movimiento

☐ Haga una "prueba caminando": camine transversalmente a la parte frontal del detector de movimiento (C) siguiendo la trayectoria de un arco.
☐ Observe la luz. La luz se encenderá y el LED rojo destellará indicando que se ha detectado movimiento.
☐ Deténgase, espere que la luz se apague, y luego empiece a caminar de nuevo.
☐ Continúe este proceso hasta que la zona de detección haya sido establecida.
☐ Si es necesario, sujete suavemente el detector de movimiento (C) y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.



## 5 Ajuste del interruptor SENS

☐ Para aumentar la sensibilidad, deslice el interruptor "SENS" hacia la posición "H" (alta).
☐ Para disminuir la sensibilidad, deslice el interruptor "SENS" hacia la posición "L" (baja).

 **NOTA:** El detector de movimiento (C) es más sensible al movimiento transversal a la parte frontal del detector. El detector de movimiento (C) es menos sensible al movimiento que se dirige directamente hacia la parte frontal del detector.

 **NOTA:** Mientras mayor sea la calibración del "SENS" (sensibilidad), mayor será la posibilidad de falsas alarmas. Para reducir las falsas alarmas, deslice el interruptor "SENS" hacia el ajuste "L" (baja).



## 6 Regulación del interruptor de DURACIÓN

 **NOTA:** El interruptor de DURACIÓN determina el lapso de tiempo que la luz permanece encendida con todo su brillo luego que ha cesado el movimiento. Cuando fije el interruptor "ON-TIME" a la posición de 1, 5 ó 20 minutos, la luz sólo se encenderá durante la noche.

☐ Coloque el interruptor de DURACIÓN en la posición 1, 5 o 20 minutos.



# Operación (continuación)

## 7 Regulación del interruptor DUALBRITE

 **NOTA:** El interruptor DUALBRITE determina el lapso de tiempo que la luz permanece encendida con un nivel de luz reducido luego de la puesta del sol. Cambiando esta calibración a "OFF" ("DESCONECTADO") no quedará afectada la calibración de la DURACIÓN.

☐ Coloque el interruptor "DUALBRITE" en APAGADO (OFF), 3 horas, 6 horas o del crepúsculo al amanecer (de la puesta a la salida del sol).



## 8 Ajuste del dial de temperatura de color ajustable

 **NOTA: El ajuste de temperatura de color ajustable está disponible sólo cuando la luz está en modalidad de brillo completo. Cuando la luz está en la modalidad de acento (DualBrite), el color del LED está preprogramado a 3000K (Kelvin).**

☐ Gire el dial de temperatura de color ajustable hacia el color "Azul" para aumentar la temperatura del color hacia la luz del día (5000K).

☐ Gire el selector de temperatura de color ajustable hacia el color "Naranja" para disminuir la temperatura de color hacia caliente (3000K).



## 9 Uso del la fase manual

 **NOTA:** La fase manual anula el detector de movimiento (C) y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento (C) se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared.

☐ Asegúrese de que la luz está encendida (ON) y de que el detector se ha calentado (60 segundos).

☐ Para activar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.

☐ Para desactivar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.

 **NOTA:** Si la energía eléctrica al aparato de luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.



## Cuidado y limpieza

☐ Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.

☐ No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.

☐ No rocíe la lámpara con una manguera o lavadora a presión.

# Análisis de averías

| Problema | Causa Probable | Solución |
|---|---|---|
| La luz no se enciende. | □ El interruptor de la luz está apagado. | □ Encienda el interruptor de la luz. |
| | □ El fusible está quemado o el disyuntor está desconectado. | □ Cambie el fusible o conecte el disyuntor. |
| | □ La lámpara no está correctamente sujetada a la placa de montaje, si se trata de una nueva instalación (las clavijas no están asentadas por completo en el bloque de terminales). | □ Vuelva a instalar la lámpara en la base y asegúrese de que las clavijas estén asentadas por completo en el bloque de terminales. |
| | □ El apagado de la luz diurna (fotocélula) está vigente. | □ Vuelva a revisar al amanecer. |
| | □ El cableado del circuito es incorrecto (si esta es una instalación nueva). | □ Verifique que el cableado esté correcto. |
| | □ El detector de movimiento está enfocando a la dirección incorrecta. | □ Vuelva a enfocar el detector de movimiento para que cubra el área deseada. |
| | □ La temperatura del aire exterior está cercana al calor corporal de una persona. | □ Aumente la calibración del alcance ("SENS"). |
| La luz se enciende durante el día. | □ El detector de movimiento puede estar instalado en un sitio relativamente oscuro. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | □ Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |
| La luz se enciende sin razón aparente. | □ El detector de movimiento puede estar detectando pequeños animales o tráfico automotor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El interruptor "SENS" está fijado demasiado alto. | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer. | □ El aparato de luz está operando normalmente bajo estas circunstancias. |
| | □ La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno). | □ Reduzca la calibración del alcance ("SENS"). |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |

# Análisis de averías (continuación)

| Problema | Causa Probable | Solución |
|---|---|---|
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | □ El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase manual. | □ Cambie el detector de movimiento a automático. Vea *Uso de la fase manual* en la página 21. |
| | □ El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | □ No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| | □ El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | □ Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | □ El calor o la luz de los cabezales de la lámpara pueden prender y apagar al detector de movimiento. | □ Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento. |
| | □ El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento. | □ Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento. |
| | □ El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose. | □ Mientras está en la fase PRUEBA, la luz sólo queda encendida por 5 segundos. Fije el interruptor "ON-TIME" para 1, 5 o 20 minutos. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |
| El dial de temperatura de color ajustable no funciona en la modalidad de acento (DualBrite). | El dial de temperatura de color ajustable funciona sólo cuando la luz está en la modalidad de brillo completo. | Ajuste el dial de temperatura de color ajustable cuando la luz esté en la modalidad de brillo completo. |

# DEFIANT®

¿Tiene preguntas, problemas o piezas faltantes?
Antes de devolverlo a la tienda, llame a Servicio al Cliente de Defiant
de 08 a.m.-7 p.m., EST, Lunes - Viernes, 09 a.m.-6 p.m., EST, sábado.

**1-866-308-3976**

**HOMEDEPOT.COM**

Guarde este manual para uso futuro.

209149-01A

# EXHIBIT R

# *Heath Zenith* ®

**ColorTune LED Motion Light**
**Model: 5051**

Dated receipt required for warranty replacement.

## FEATURES

- Bright, energy saving LED light
- DualBrite® technology
- Adjustable color temperature
- Automatically comes on when motion is detected.

## UNPACKING

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Security Light
- Owner's Manual
- Mounting Hardware



## HARDWARE INCLUDED

*Note:* Six mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug



#6 Mounting Bracket Screw (x2)



#8 Mounting Bracket Screw (x2)



Mounting Bolt



Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket



Mini Screwdriver

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **WARNING:** Shock hazard. For eave mounting, the center of the junction box must be located at least 4 1/2" (11.5 cm) from the outside edge of the eave.
- **CAUTION:** To avoid water damage and the risk of electrical shock, the motion sensor controls must be facing the ground when the installation is complete.
- **CAUTION:** Keep the lamp heads 30° below horizontal to avoid water damage and electrical shock.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- **NOTICE:** Do not connect this light fixture to a dimmer switch or timer.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- If you want to use Manual Mode, the light fixture must be wired through a switch.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground. *Note:* If fixture is mounted higher than 8 ft. (2.4 meters), aiming the sensor down will reduce coverage distance.

The motion sensor on this light fixture detects "motion" by the movement of heat across the coverage area. The motion sensor is more sensitive to the movement of heat moving across the coverage area and less sensitive to the movement of heat directly towards it.



*Note:* Light fixture and sensor should be mounted as shown above when installed (depending upon type of installation).

Ex. R - Page 2 of 28

# INSTALLATION

> ⚠️ **WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

This fixture comes with a "Easy Install" mounting plate. It is pre-assembled on the fixture for shipping.

1. Unscrew the large mounting bolt connecting the light fixture to the mounting plate and remove the mounting plate (see Figure 1). The mounting bolt is designed to stay in the light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 2). Use the mounting bracket screws that best fit the junction box.
3. Route the junction box wires through the hole in the mounting plate (see Figure 3).
4. Place the mounting plate against the junction box (see Figure 3).
   • Wall Mounted – The "UP" arrow must point upward
   • Eave Mounted – The "UP" arrow must point toward the building
5. Insert the small mounting bolt through the mounting plate hole located below the threaded hole. Thread the bolt into the center hole of the mounting bracket (see Figure 3). Tighten bolt securely.

## WIRING

Insert the junction box wires into the side of the terminal block and around the ground screw (see Figure 4). Tighten terminal block screws and ground screw to secure wires.

• White to "N (White)"
• Black to "L (Black)"
• Bare or green ground wire to GND (ground) screw.

## FINAL ASSEMBLY

1. Double check that all wiring connections are securely connected.
2. Align the bottom edge of the light fixture with the bottom edge of the mounting plate. Tilt the light fixture toward the mounting plate, making sure the light fixture is centered on the mounting plate.
   **IMPORTANT:** The two pins on the rear of the light fixture must insert into the terminal block for the light to work.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 5).



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*



- If wall mounted, make sure the fixture is mounted with the sensor below the lamp heads.
- If eave mounted, mount the fixture with sensor facing away from the house wall. Rotate the sensor so the controls face the ground.

4. Push the plastic plug firmly into the mounting bolt hole on the light fixture (see Figure 5).

5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 6).

## TESTING AND ADJUSTMENTS

⚠ **CAUTION: To avoid water damage and risk of electrical shock, motion sensor controls must be facing the ground when installation is complete.**

1. Turn on the circuit breaker and light switch.
   *Note:* The motion sensor has a 1 minute warm up period before it will detect motion. When first turned on wait 1 minute.
2. Slide the sensitivity (SENS) switch to the "LO" position, the ON-TIME switch to the TEST position, and the DUALBRITE switch to the OFF position (see Figure 7).
3. Walk through the coverage area noting where you are when the lights turn on. Also, the red LED behind the motion sensor lens will flash several times when motion is detected (see Figure 8).
4. If needed, gently grasp the motion sensor and move it from side to side or up and down to adjust the detection zone.
5. If needed, gently grasp the lamp heads and move them from side to side or up and down to adjust the light coverage area.
6. Adjust the sensitivity (SENS) switch as needed ("LO", "M", "HI"). Sensitivity set too high may increase false triggering.

## FINAL SETUP

1. Set the amount of ON-TIME you want the lights to stay on after all motion has stopped (1, 5, or 20 minutes).
2. Set the DUALBRITE switch to the amount of time after dusk you want the lights on at low level (Off, 3, 6 Hrs., Dusk-to-Dawn). See *DualBrite Timer* section for more information.



*Figure 5*



*Figure 6*



*Figure 7*



*Figure 8*

Ex. R - Page 4 of 28
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*                209971-01

# IMPORTANT CONSIDERATIONS

### *AVOID AIMING THE SENSOR AT:*

- Below are examples of objects that might produce heat and may cause the motion sensor to trigger:
  - Pools of Water
  - Animals
  - Air Conditioners
  - Heating Vents
  - Dryer Vents
  - Automobile Traffic

  If you suspect that a heat source of this type is triggering the motion sensor, reduce the sensitivity.
- Areas where pets or traffic may trigger the motion sensor.
- Nearby large, light-colored objects reflecting light may trigger the shut-off feature. Do not point other lights at the motion sensor.

### *SEASONAL CHANGES:*

The motion sensor works by sensing temperature changes across its field of view. The closer the surrounding temperature is to a person's body heat, the less sensitive the sensor will appear. The greater the temperature difference, the more sensitive the sensor will appear. The sensitivity (SENS) switch might need to be readjusted as the outside temperature changes for the different seasons. This is a normal part of the light sensor's operation.

## DUALBRITE TIMER

DualBrite mode is a selectable feature that turns the light on at a reduced (accent) level at dusk. When motion is detected, the light will increase to full bright for the amount of the ON-TIME setting (1, 5, or 20 minutes) then returns to DualBrite mode. The light will stay on at the reduced light level for the amount of time selected (Off, 3 hr., 6 hr., dusk-to-dawn) and then turn off completely. Once the DualBrite timer runs out, the light will turn ON only when motion is detected. Selecting OFF disables the DualBrite feature, however the motion sensing features will continue to work.

## LED COLOR TEMPERATURE

*Note:* The Adjustable Color Temperature adjustment is only available when the light is in full-bright mode. When the light is in accent (DualBrite) mode, the LED color is pre-set to 3000K (Kelvin).



- Turn the Adjustable Color Temperature dial toward the "Blue" color to increase the color temperature toward daylight (5000K).
- Turn the Adjustable Color Temperature dial toward the "Orange" color to decrease the color temperature toward warm white (2700K).

## MANUAL MODE

Manual mode overrides the motion sensor and "ON-TIME" control so the light will operate full bright. This feature only works at night and only for one night at a time. The motion sensor will reset to motion sensing mode after 6 hours or sunrise, whichever comes first. Manual mode can be toggled on and off using a wall switch. *Note:* If the power to the light fixture is off for more than 5 seconds, allow the motion sensor to warm up prior to switching to manual mode.



- Ensure the power to the light is ON and the sensor has warmed up (60 seconds).
- To turn manual mode on, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.
- To turn manual mode off, switch the power OFF–ON–OFF–ON at the wall switch within 3 seconds.

*IMPORTANT:* If manual mode does not turn ON or OFF, use a slower pace turning the power ON and OFF at the wall switch while staying within 3 seconds.

Ex. R - Page 5 of 28
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*
5

# SPECIFICATIONS

Range ....................................................Up to 70 ft. (21 m) [varies with surrounding temperature].

Sensing Angle.........................................Up to 240°

Power Requirements..............................120 VAC, 60 Hz

Electrical load.........................................40 Watts

Operating Modes .................................TEST, MOTION ACTIVATED, and MANUAL MODE

ON-Timer..............................................1, 5, 20 minutes

Test Timer..............................................5 Seconds

Manual Mode Timer.............................Maximum 6 Hours

Sensitivity (SENS) ................................"LO", "M", "HI"

LED Lumens .........................................3000

LED Color Temperature ......................Low light temp. (3000K); full-bright temp. (adjustable: 2700K to 5000K)

## TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
| --- | --- | --- |
| The light will not come on. | 1. Light switch is turned off.<br>2. Fuse is blown or circuit breaker is turned off.<br>3. Daylight turn-off (photocell) is in effect.<br>4. The circuit wiring is incorrect, if this is a new installation.<br>5. The motion sensor is aimed in the wrong direction.<br>6. The outside air temperature is close to the same as a person's body heat. | 1. Turn light switch on.<br>2. Replace fuse or turn circuit breaker on.<br>3. Recheck after dark.<br>4. Verify wiring is correct.<br>5. Re-aim the motion sensor to cover the desired area.<br>6. Increase the "SENS" setting. See *Seasonal Changes* on page 5 for more information. |
| The light comes on during the day. | 1. The motion sensor may be installed in a relatively dark location.<br>2. The "ON-TIME" switch is in the "TEST" position. | 1. The light fixture is operating normally under these circumstances.<br>2. Set the "ON-TIME" switch to the 1, 5, or 20 minute setting. |
| The light comes on for no apparent reason. | 1. The motion sensor may be sensing small animals or automobile traffic.<br>2. The "SENS" switch is set too high.<br>3. The "DUALBRITE" switch is in the 3 hour, 6 hour, or dusk-to-dawn setting.<br>4. The outside temperature is much warmer or cooler than a person's body heat (summer or winter).<br>5. The light fixture is wired through a dimmer or timer. | 1. Decrease the "SENS" setting or reposition the motion sensor.<br>2. Decrease the "SENS" setting.<br>3. The light fixture is operating normally under these circumstances.<br>4. Decrease the "SENS" setting. See *Seasonal Changes* on page 5 for more information.<br>5. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| The lights turn off too late in Dusk-to-Dawn setting. | The light fixture may be installed in a relatively dark location. | Relocate the light fixture or use the 3 hour or 6 hour setting. |

Ex. R - Page 6 of 28
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---------|----------------|----------|
| The lights stay on continuously. | 1. The motion sensor may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface. | 1. Decrease the "SENS" setting or reposition the motion sensor. |
| | 2. The motion sensor is in manual mode. | 2. Set ON-TIME switch to 1, 5, or 20 minutes. Follow *Manual Mode* instructions on page 5 to reset. |
| | 3. The light fixture is wired through a dimmer or timer. | 3. Do not use a dimmer or timer to control the light fixture. Replace the dimmer or timer with a standard on/off wall switch. |
| | 4. The light fixture is on the same circuit as a motor, transformer, or fluorescent bulb. | 4. Install the light fixture on a circuit without motors, transformers, or fluorescent bulbs. |
| The lights flash on and off. | 1. Heat or light from the lamp heads may be turning the motion sensor on and off. | 1. Reposition the lamp heads away from the motion sensor. |
| | 2. Heat is being reflected from other objects and may be turning the motion sensor on and off. | 2. Decrease the "SENS" setting or reposition the motion sensor. |
| | 3. The motion sensor is in "TEST" mode and warming up. | 3. While in TEST mode, the light only stays on for 5 seconds. Set ON-TIME switch to 1, 5, or 20 minutes. |
| | 4. A utility company has installed a Smart Meter device close to the light fixture. | 4. The Smart Meter device can create an interference with motion sensing lights. Relocate the light fixture away from this type of meter. |
| The lights flash once then stay off in manual mode. | The motion sensor is detecting light from the lamp heads. | Reposition the lamp heads to keep the area below the motion sensor relatively dark. |

*209971-01*

Ex. R - Page 7 of 28
*To see operational and troubleshooting information and videos,
go to www.hzsupport.com*

7

**Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.**

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

**No Service Parts Available for this Product**

Please keep your dated sales receipt, it is required for all warranty requests.

---

### FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered** - Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES. REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**

Ex. R - Page 8 of 28
8          *To see operational and troubleshooting information and videos,*          *209971-01*
*go to www.hzsupport.com*

# *Heath Zenith*

# **Luz DEL ColorTune con detector de movimiento**
## **Modelo: 5051**

Se necesita el recibo fechado para reemplazo bajo garantía.

## **CARACTERÍSTICAS**

- Luz LED brillante de bajo consumo de energía
- Tecnología DualBrite®
- Ajuste de temperatura de color
- Se enciende automáticamente al detectar movimiento.

## **DESEMPAQUE**

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz de seguridad
- Manual del propietario
- Ferretería de montaje



## **FERRETERÍA INCLUIDA**

*Nota:* Se incluyen seis tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico



Tornillo n°6 de soporte de montaje (x2)



Tornillo n°8 de soporte de montaje (x2)

 

Tornillo de montaje



Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje



Mini-destornillador

© 2019 HeathCo LLC

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*

209971-01 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **ADVERTENCIA:** Peligro de descarga eléctrica. Para montaje en aleros, el centro de la caja de conexiones debe estar ubicado al menos a 4 1/2 Pulg. (11,5 cm) desde el borde exterior del alero.
- **PRECAUCIÓN:** Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.
- **PRECAUCIÓN:** Mantenga los porta bombillas inclinados a 30° por debajo de la línea horizontal para evitar daños por el agua o una descarga eléctrica.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- **AVISO:** No conecte este aparato de luz a un interruptor reductor de luz ni a un temporizador.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Si desea utilizar la fase Manual, la lámpara debe estar conectada a través de un interruptor.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo. *Nota:* Si el aparato está instalado a más de 8 pies (2,4 m), si se apunta el detector hacia abajo se reducirá la distancia de cobertura.

El detector de movimiento de este aparato de luz detecta "movimiento" debido al movimiento del calor a través del área de cobertura. El detector de movimiento es más sensible a la circulación del calor que se mueve a través del área de cobertura y menos sensible a la circulación del calor que va directamente hacia él.



**Lo menos sensible**    **Lo más sensible**

**Montaje en pared**    **Montaje en alero**

*Nota:* La lámpara y el sensor debe montarse como se indica arriba, una vez instalado (según el tipo de instalación).

**INSTALACIÓN**

⚠️ **ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

Este dispositivo viene con una placa de montaje "Easy Install" (conexión rápida). Está pre-instalado en el aparato para ser enviado.

1. Desenrosque el tornillo grande de montaje que conecta la lámpara a la placa de montaje y retire la placa de montaje (ver Figura 1). El tornillo de montaje está diseñado para permanecer en la lámpara.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 2). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Pase los cables de la caja de conexiones por el agujero que está en la placa de montaje (vea la Figura 3).
4. Coloque la placa de montaje contra la caja de conexiones (vea la Figura 3).
   • Montaje en pared - La flecha "UP" debe apuntar hacia arriba.
   • Montaje en alero - La flecha "UP" debe apuntar hacia el edificio.
5. Inserte el tornillo pequeño de montaje por el agujero de la placa de montaje situado debajo del agujero roscado. Enrosque el perno en el orificio central del soporte de montaje (ver Figura 3). Apriete el perno de forma segura.

## CABLEADO

Inserte los cables de la caja de conexiones en el lado del bloque de terminales y al rededor del tornillo de tierra (ver la Figura 4). Apriete los tornillos del bloque de terminales y el tornillo de tierra para asegurar los cables.

• Blanco con "N (blanco)"
• Negro con "L (negro)"
• Alambre desnudo o verde con el tornillo GND (tierra)

## MONTAJE FINAL

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee el borde inferior de la lámpara con el borde inferior de la placa de montaje. Incline la lámpara hacia la placa de montaje, asegurándose de que la lámpara esté centrada en la placa de montaje.

   **IMPORTANTE:** Las dos clavijas de la parte posterior de la lámpara se deben insertar en el bloque de terminales para que la luz funcione.



*Figura 1*



*Figura 2*



*Figura 3*



*Figura 4*

3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 5).

**IMPORTANTE:**
- Si lo monta en la pared, asegúrese de que el aparato esté montado con el detector debajo de las cabezas de la lámpara.
- Si lo monta en un alero, monte el aparato con detector de espaldas a la pared de la casa. Gire el detector de manera que los controles miren hacia el suelo.

4. Empuje el tapón de plástico firmemente en el orificio del perno de montaje de la lámpara (vea la Figura 5).
5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 6).



*Figura 5*

## PRUEBAS Y AJUSTES

⚠️ **PRECAUCIÓN: Para evitar daños por el agua y el riesgo de una descarga eléctrica, los controles del detector de movimiento deben estar de cara al suelo cuando la instalación esté terminada.**

1. Conecte el disyuntor y el interruptor de la luz.
   *Nota:* El detector de movimiento tiene un período de 1 minuto de calentamiento antes de detectar movimiento. Cuando lo prenda por primera vez espere 1 minuto.
2. Deslice el interruptor de sensibilidad (SENS) a la posición "LO", el interruptor ON-TIME a la posición TEST, y el interruptor DUALBRITE a la posición OFF (vea la Figura 7).
3. Camine por el área de cobertura y note dónde está usted cuando las luces se encienden. Además, la LED roja detrás de la lente del detector de movimiento destellará varias veces cuando se detecta movimiento (vea la Figura 8).
4. Si es necesario, sujete suavemente el detector de movimiento y muévalo de lado a lado o de arriba hacia abajo para ajustar la zona de detección.
5. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz.
6. Ajuste el interruptor de sensibilidad (SENS), según sea necesario ("LO", "M", "HI"). Una sensibilidad demasiado alta puede aumentar las falsas alarmas.

## REGULACIÓN FINAL

1. Ajuste la cantidad de duración (ON-TIME) que desea que las luces se queden prendidas después de que todo movimiento haya cesado (1, 5 o 20 minutos).
2. Para una iluminación ornamental de baja intensidad, ponga el



*Figura 6*



*Figura 7*

*Figura 8*

interruptor de DUALBRITE en la posición de 3, 6, o del Dusk-to-Dawn (atardecer-amanecer). Vea la sección *Temporizador DualBrite* para más información.

## CONSIDERACIONES IMPORTANTES

### *EVITE APUNTAR EL DETECTOR A:*

- A continuación hay ejemplos de objetos que pueden producir calor y pueden causar que el detector de movimiento se active:

  - Pozos de agua
  - Animales
  - Acondicionadores de aire
  - Ventosas de calefacción
  - Ventosas de la secadora
  - Tráfico de carros

  Si sospecha que una fuente de calor de este tipo está activando el detector de movimiento, reduzca la sensibilidad.

- Zonas donde animales domésticos o el tráfico puedan activar el detector de movimiento.
- Los objetos grandes cercanos y de colores resplandecientes que reflejan la luz del día pueden hacer que el detector se apague. No apunte otras luces al detector de movimiento.

### *CAMBIOS DE TEMPORADA:*

El detector de movimiento funciona detectando los cambios de temperatura a través de su campo de visión. Cuanto más cerca esté la temperatura ambiente al calor del cuerpo de una persona, el detector aparecerá menos sensible. Cuanto mayor sea la diferencia de temperatura, mayor aparecerá la sensibilidad del detector. Puede ser necesario modificar el interruptor de sensibilidad (SENS) a medida que la temperatura exterior cambia de una estación a la otra. Esta es una parte normal del funcionamiento del detector de luz.

## TEMPORIZADOR DUALBRITE

La fase DualBrite es una característica seleccionable que enciende la luz a un nivel reducido (acento) al atardecer. Cuando detecta movimiento, la luz aumenta a todo su resplandor de acuerdo al ajuste de duración (ON-TIME) fijado (1, 5 o 20 minutos) y luego vuelve al modo DualBrite. La luz permanecerá encendida a nivel de luz reducida de acuerdo al tiempo seleccionado (apagado, 3 hr., 6 hr., dusk-to-dawn) y luego se apagará por completo. Una vez que el temporizador Dual-Brite se agote, la luz se encenderá sólo cuando detecta movimiento. Si selecciona OFF desactiva la función DualBrite, sin embargo, las características de detección de movimiento seguirán funcionando.

## LED DE TEMPERATURA DE COLOR

*Nota:* El ajuste de temperatura de color ajustable está disponible sólo cuando la luz está en modalidad de brillo completo. Cuando la luz está en la modalidad de acento (DualBrite), el color del LED está preprogramado a 3000K (Kelvin).



- Gire el dial de temperatura de color ajustable hacia el color "Azul" para aumentar la temperatura del color hacia la luz del día (5000K).
- Gire el selector de Temperatura de color ajustable hacia el color "Naranja" para disminuir la temperatura de color hacia el blanco cálido (2700K).

## FASE MANUAL

La fase manual anula el detector de movimiento y el control de duración ("ON-TIME"), de esta forma la lámpara operará con todo su brillo. Esta característica funciona solamente en la noche y solamente una noche a la vez. El detector de movimiento se reiniciará en la modalidad de detección de movimiento después de 6 horas o cuando salga el sol, lo que ocurra primero. La fase manual puede también alternar entre encendido y apagado mediante el interruptor de pared. *Nota:* Si la energía eléctrica al aparato de



APAGADO | ENCENDIDO | APAGADO | ENCENDIDO

← Menos de 3 segundos →

luz es apagada por más de 5 segundos, deje que el detector de movimiento se caliente antes del cambio a la fase manual.

- Asegúrese de que la luz está encendida (ON) y de que el detector se ha calentado (60 segundos).
- Para activar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.
- Para desactivar la modalidad manual, APAGUE-PRENDA- APAGUE- PRENDA la alimentación en el interruptor de pared en 3 segundos.

*IMPORTANTE:* Si la modalidad manual no se ACTIVA o DESACTIVA, utilice un ritmo más lento para ACTIVAR y DESACTIVAR usando el interruptor de pared mientras lo hace dentro de 3 segundos.

## ESPECIFICACIONES

| | |
|---|---|
| Alcance | Hasta 21 m (varía con la temperatura circundante). |
| Angulo de detección | Hasta 240° |
| Requisitos de Energía | 120 VCA, 60 Hz |
| Carga eléctrica | 40 Vatios |
| Fases de Operación | PRUEBA, ACTIVADO POR MOVIMIENTO y FASE MANUAL |
| Temporizador de duración (del encendido) | 1, 5 o 20 minutos |
| Temporizador de prueba | 5 segundos |
| Temporizador de fase manual | Máximo 6 Horas |
| Alcance (SENS) | "LO", "M", "HI" |
| Lúmenes LED | 3000 |
| LED de temperatura de color | Temperatura de luz baja. (3000K); temperatura de pleno brillo. (Ajustable: de 2700K a 5000K) |

## GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado. <br> 2. El fusible está quemado o el disyuntor está desconectado. <br> 3. El apagado de la luz diurna (fotocélula) está vigente. <br> 4. El cableado del circuito es incorrecto, si esta es una instalación nueva. <br> 5. El detector de movimiento está enfocando a la dirección incorrecta. <br> 6. La temperatura del aire exterior está cercana al calor corporal de una persona. | 1. Encienda el interruptor de la luz. <br> 2. Cambie el fusible o conecte el disyuntor. <br> 3. Vuelva a revisar al amanecer. <br> 4. Verifique que el cableado esté correcto. <br> 5. Vuelva a enfocar el detector de movimiento para que cubra el área deseada. <br> 6. Aumente la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información. |
| La luz se enciende durante el día. | 1. El detector de movimiento puede estar instalado en un sitio relativamente oscuro. <br> 2. El interruptor de duración ("ON-TIME") está en la posición prueba ("TEST"). | 1. El aparato de luz está operando normalmente bajo estas circunstancias. <br> 2. Coloque el interruptor de duración ("ON-TIME") en la calibración 1, 5 o 20 minutos. |

Ex. R - Page 14 of 28

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz se enciende sin razón aparente. | 1. El detector de movimiento puede estar detectando pequeños animales o tráfico automotor.<br>2. El interruptor "SENS" está fijado demasiado alto.<br>3. El interruptor "DUALBRITE" está en la calibración 3 horas, 6 horas, o del crepúsculo al amanecer.<br>4. La temperatura exterior está más caliente o más fría que el calor corporal de una persona (verano o invierno).<br>5. El aparato de luz está cableado a través de un reductor de luz o de un temporizador. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS").<br>3. El aparato de luz está operando normalmente bajo estas circunstancias.<br>4. Reduzca la calibración del alcance ("SENS"). Vea *Cambios de Temporada* en la página 13 para más información.<br>5. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado. |
| Las luces se apagan demasiado tarde en la calibración crepúsculo-al-amanecer. | El aparato de luz puede estar instalado en un sitio relativamente oscuro. | Vuelva a ubicar el aparato de luz o utilice la calibración 3 horas o 6 horas. |
| Las luces permanecen encendidas constantemente. | 1. El detector de movimiento puede estar absorbiendo calor de una fuente de calor como una ventosa de aire, una secadora de aire, o una superficie pintada con colores brillantes y que refleja el calor.<br>2. El detector de movimiento está en la fase manual.<br>3. El aparato de luz está cableado a través de un reductor de luz o de un temporizador.<br>4. El aparato de luz está en el mismo circuito que un motor, transformador o tubo fluorescente. | 1. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>2. Fije el interruptor ON-TIME para 1, 5 o 20 minutos. Siga las instrucciones para la *Fase Manual* en la página 13 para reiniciar.<br>3. No use un reductor de luz o un temporizador para controlar el aparato de luz. Cambie el reductor de luz o el temporizador por un interruptor de pared estándar de encendido/apagado.<br>4. Instale el aparato de luz en un circuito sin motores, transformadores o tubos fluorescentes. |
| Las luces se encienden y se apagan. | 1. El calor o la luz de las bombillas puede estar encendiendo y apagando al detector de movimiento.<br>2. El calor reflejado desde otro objeto puede estar encendiendo y apagando al detector de movimiento.<br>3. El detector de movimiento está en la fase "TEST" (PRUEBA) y calentándose.<br>4. Una empresa de servicios públicos ha instalado un dispositivo de medidor inteligente cerca de la lámpara. | 1. Vuelva a colocar los cabezales de la lámpara lejos del detector de movimiento.<br>2. Reduzca la calibración del alcance ("SENS") o vuelva a colocar el detector de movimiento.<br>3. Mientras está en la fase PRUEBA, la luz sólo queda encendida por 5 segundos. Fije el interruptor ON-TIME para 1, 5 o 20 minutos.<br>4. El dispositivo Smart Meter puede crear una interferencia con las luces de detección de movimiento. Reubique la lámpara lejos de este tipo de medidor. |
| Las luces destellan una vez y luego permanecen apagadas en la fase manual. | El detector de movimiento está detectando luz de los cabezales de la lámpara. | Vuelva a colocar los cabezales de la lámpara para mantener el área por debajo del detector de movimiento relativamente oscura. |

**SERVICIO TÉCNICO**

### Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

\* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

### No hay piezas de servicio disponibles para este producto.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

---

### GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto** - Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

# *HeathZenith* ®

# **Luminaire à DEL Color-Tune avec détecteur de mouvement**

## **Modèle : 5051**

Reçu daté nécessaire pour remplacement sous garantie.

### **CARACTÉRISTIQUES**

- Brillant luminaire à DEL éconergétique
- Technologie DualBrite^MD
- Température de couleur réglable
- S'allume automatiquement lors de la détection d'un mouvement.

### **DÉBALLAGE**

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage de sécurité
- Guide du propriétaire
- Ferrures de montage



### **QUINCAILLERIE FOURNIE**

*Remarque :* Les six vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique



Vis n° 6 du support de montage (x2)



Vis n° 8 du support de montage (x2)



Boulon de montage



Boulon de montage (Pré-installé dans le luminaire)



Support de montage



Petit tournevis

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **AVERTISSEMENT :** Risque de choc électrique Pour l'installation sous l'avant-toit, le centre de la boîte de jonction doit être situé à au moins 4 1/2 po (11,5 cm) du bord extérieur de l'avant-toit.
- **ATTENTION :** Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.
- **ATTENTION :** Conservez les lampes à un angle de 30 ° sous l'horizontale pour éviter les dommages par l'eau et les chocs.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- **AVIS :** Ne raccordez pas ce luminaire à un interrupteur gradateur ni à une minuterie.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Pour utiliser le mode Manuel, le luminaire doit être branché à un interrupteur.
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol. *Remarque :* Lorsque le luminaire est installé à une hauteur supérieure à 8 pi (2,4 m), le fait de diriger le détecteur vers le bas réduit la portée de la couverture.

Le détecteur de mouvement de ce luminaire décèle les « mouvement » grâce à un déplacement de chaleur dans la zone de couverture. Le détecteur de mouvement est plus sensible aux déplacements de chaleur à travers la zone de couverture qu'aux déplacements de chaleur directement dans sa direction.



*Remarque :* Le luminaire et capteur devraient être montés comme montré ci-dessus au cours de l'installation (selon le type d'installation.)

Ex. R - Page 18 of 28

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

## INSTALLATION

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

Ce luminaire comporte une plaque de montage « Easy Install » (à branchement rapide). Cette dernière est fixée au luminaire pour l'expédition.

1. Dévissez le gros boulon de fixation reliant le luminaire à la plaque de montage et enlevez la plaque de montage (voir la Figure 1). Le boulon de montage est conçu pour demeurer dans le luminaire.
2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 2). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.
3. Acheminez les fils de la boîte de jonction à travers le trou de la plaque de montage (voir la Figure 3).
4. Placez la plaque de montage contre la boîte de jonction (voir la Figure 3).
   • Montage au mur - La flèche « UP » doit pointer vers le haut
   • Montage sous l'avant-toit - La flèche « UP » doit pointer vers le bâtiment
5. Insérez le petit boulon de fixation à travers le trou de la plaque de montage situé en-dessous du trou taraudé. Vissez ce boulon dans le trou central du support de montage (voir la Figure 3). Serrez solidement le boulon.



*Figure 1*



*Figure 2*

## CÂBLAGE

Insérez les fils de la boîte de jonction dans le côté du bornier et autour de la vis de mise à la terre (voir la Figure 4). Serrez les vis du bornier ainsi que la vis de mise à la terre pour retenir les fils.

• Blanc avec « N (blanc) »
• Noir avec « L (noir) »
• Fil dénudé ou vert avec la vis GND (mise à la terre)

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.
2. Alignez le bord inférieur du luminaire au bord inférieur de la plaque de montage. Inclinez le luminaire vers la plaque de montage, tout en vous assurant que le luminaire est centré sur la plaque de montage.
   **IMPORTANT :** Les deux goupilles à l'arrière du luminaire doivent s'insérer dans le bornier pour que l'éclairage fonctionne.



*Figure 3*



*Figure 4*

209971-01

Ex. R - Page 19 of 28
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

19

3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 5).

**IMPORTANT :**
- Pour une installation au mur, assurez-vous que le capteur est situé sous les projecteurs.
- Pour une installation sous l'avant-toit, assurez-vous que le capteur est situé à l'opposé du mur du bâtiment. Faites pivoter le capteur de sorte que les commandes soient placées face au sol.

4. Enfoncez fermement le bouchon de plastique dans le trou du boulon de montage du luminaire (voir la Figure 5).

5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 6).



*Figure 5*

## ESSAIS ET RÉGLAGES

⚠️ **ATTENTION : Pour éviter les dommages par l'eau et les risques de choc, les commandes du détecteur de mouvement doivent faire face au sol une fois l'installation terminée.**

1. Ré-enclenchez le disjoncteur puis ouvrez l'interrupteur.
   *Remarque :* Le détecteur de mouvement exige un réchauffement d'une minute avant de détecter les mouvements. La première fois que vous le mettez sous tension, attendez une minute.

2. Placez le commutateur de sensibilité (SENS) en position « LO », le commutateur de fonctionnement (ON-TIME) en position TEST et le commutateur DUALBRITE en position OFF (voir la Figure 7).

3. Déplacez-vous dans la zone de couverture, en remarquant l'endroit où vous trouvez lorsque la lumière s'allume. Le voyant à DEL rouge situé derrière la lentille du détecteur de mouvement clignote à plusieurs reprises lorsqu'un mouvement est détecté (voir la Figure 8).

4. Au besoin, agrippez doucement le détecteur de mouvement, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone de détection.

5. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage.

6. Réglez la sensibilité (SENS) à la valeur souhaitée (faible (LO), moyenne (M) ou élevée (HI)). Une sensibilité trop élevé peut augmenter le nombre de déclenchement non souhaité.

## RÉGLAGE FINAL

1. Réglez la période de fonctionnement (ON-TIME), pendant laquelle les projecteurs demeureront allumés après que tout mouvement aura cessé (1, 5 ou 20 minutes).

2. Régler l'interrupteur DUALBRITE au temps d'allumage désiré,



*Figure 6*

*Figure 7*



*Figure 8*

a table intérieure, après le crépuscule (Oll, 6h, crépuscule-aurore). Consultez la section que la *Minuterie DualBrite* pour plus de détails.

## RENSEIGNEMENTS IMPORTANTS

### *ÉVITEZ D'ORIENTER LE DÉTECTEUR VERS…*

- Voici des exemples d'objets qui pourraient dégager de la chaleur, de sorte que le détecteur se déclenchera :

  - Bassin d'eau
  - Animaux
  - Appareil de climatisation
  - Sortie de chauffage
  - Sortie de sécheuse
  - Circulation automobile

  Si vous soupçonnez l'une de ces sources de chaleur d'entraîner le déclenchement du détecteur de mouvement, réduisez la sensibilité.

- Zones où des animaux de compagnie ou de la circulation pourrait déclencher le détecteur de mouvement.

- Sur de grands objets clairs à proximité qui réfléchissent la lumière du jour et risquent de déclencher le dispositif d'arrêt. Évitez de diriger d'autres luminaires vers le détecteur de mouvement.

### *MODIFICATIONS SAISONNIÈRES :*

Le détecteur de mouvement fonctionne en décelant les changements de température dans son champ de vision. Plus la température ambiante se rapproche de celle du corps humain, moins le capteur semblera sensible. Plus la différence de température sera importante, plus le capteur semblera sensible. Il pourrait être nécessaire de modifier le réglage du commutateur de sensibilité (SENS) lorsque la température extérieure change, d'une saison à l'autre. Cela fait partie du fonctionnement normal du capteur du luminaire.

## MINUTERIE DUALBRITE

Le mode DualBrite est une fonction réglable du luminaire qui permet d'allumer l'éclairage à intensité réduite à la brunante. Lorsqu'un mouvement est détecté, l'éclairage s'allume à pleine intensité pendant la période de fonctionnement (ON-TIME) fixée (1, 5 ou 20 minutes), avant de repasser en mode DualBrite à intensité réduite. L'éclairage demeure à intensité réduite pendant la période sélectionnée (Fermé, 3 hres, 6 hres, Soir au matin/Off, 3 hr., 6 hr., dusk-to-dawn), avant de s'éteindre complètement. Une fois la minuterie DualBrite écoulée, l'éclairage s'allume uniquement lorsqu'un mouvement est détecté. La sélection de l'option OFF désactive la fonction DualBrite, mais le détecteur de mouvement continue de fonctionner.

## TEMPÉRATURE DE COULEUR DE LA DEL

*Remarque :* Le cadran Adjustable Color Temperature peut être uniquement réglé lorsque le luminaire est en mode « pleine intensité ». Lorsque le luminaire est en mode « éclairage d'accentuation » (DualBrite), la température de couleur de la DEL est fixée à 3 000 K (Kelvin).



- Tournez le cadran Adjustable Color Temperature vers la couleur « bleue » pour augmenter la température de couleur, vers la lumière du jour (5 000 K).

- Tournez le cadran Adjustable Color Temperature vers la couleur « orange » pour diminuer la température de couleur, vers la lumière chaude (2 700 K).

## MODE MANUEL

Le mode manuel contourne le détecteur de mouvement et la commande « PÉRIODE DE FONCTIONNEMENT » de sorte que l'éclairage s'allume à pleine intensité. Cette caractéristique fonctionne seulement à nuit, et une seule nuit à la fois. Le détecteur de mouvement repasse en mode détection après six heures ou au moment du lever du soleil, selon la première éventualité. Le mode manuel peut aussi être activé et désactivé au moyen d'un interrupteur mural. *Remarque :* Lorsque l'alimentation du luminaire est coupée pendant plus de cinq secondes, laissez le détecteur de mouvement se réchauffer avant de passer au mode manuel.

Assurez-vous que le luminaire est bien SOUS TENSION et que le détecteur a eu le temps de se réchauffer (60 secondes).

- Pour activer le mode manuel, exécutez la séquence HORS TENSION-SOUS TENSION-HORS TENSION-SOUS TENSION en moins de 3 secondes à l'interrupteur mural.

- Pour désactiver le mode manuel, exécutez la séquence HORS TENSION-SOUS TENSION-HORS TENSION-SOUS TENSION en moins de 3 secondes à l'interrupteur mural.

*IMPORTANT :* Si le mode Manuel n'est pas automatiquement

| HORS TENSION | SOUS TENSION | HORS TENSION | SOUS TENSION |
|:---:|:---:|:---:|:---:|

← Moins de 3 secondes →

ACTIVÉ ou DÉSACTIVÉ, essayez de réduire la fréquence de MISE SOUS/HORS TENSION de l'appareil au moyen de l'interrupteur mural, tout en actionnant toutefois ce dernier en moins de 3 secondes.

## FICHE TECHNIQUE

Portée ........................................................... Jusqu'à 21 m (70 pi) [Varie selon la température ambiante].

Angle de détection........................................ Jusqu'à 240°

Courant requis............................................... 120 V c.a., 60 Hz

Charge électrique........................................... 40 Watts

Modes de fonctionnement............................. ESSAI, DÉCL. PAR MOUV et CONTOURNEMENT MANUEL

Minuterie de fonctionnement........................ 1, 5 ou 20 minutes

Minuterie d'essai........................................... 5 secondes

Minuterie du mode manuel............................ Maximum 6 heures

Portée ........................................................... "LO", "M", "HI"

Puissance DEL............................................... 3000

Température de couleur de la DEL ............... Température de faible éclairage (3 000 K); température pleine intensité (réglable de 2 700 K à 5 000 K)

## GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation.<br>5. Le détecteur de mouvement est orienté dans la mauvaise direction.<br>6. La température de l'air extérieur est proche de la température corporelle d'une personne. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau une fois la nuit tombée.<br>4. Vérifiez le câblage.<br>5. Réorientez le détecteur afin de couvrir la zone souhaitée.<br>6. Augmentez le réglage du « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails. |
| La lumière s'allume pendant la journée. | 1. Le détecteur de mouvement est installé dans un endroit relativement sombre.<br>2. Le commutateur « ON-TIME » est en position « TEST ». | 1. Le luminaire fonctionne normalement dans ces circonstances.<br>2. Placez le commutateur « ON-TIME » en position 1, 5 ou 20 minutes. |

22                    Ex. R - Page 22 of 28                    209971-01
*Visitez www.hzsupport.com pour des renseignements
et des vidéos sur l'utilisation et le dépannage*

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| La lumière s'allume sans raison apparente. | 1. Le capteur détecte de petits animaux ou la circulation automobile.<br>2. Le commutateur « SENS » est réglé à une sensibilité trop élevée.<br>3. Le commutateur « DUALBRITE» est en position 3, 6 ou DUSK TO DAWN.<br>4. La température extérieure est de loin supérieure ou inférieure à la température corporelle d'une personne (été ou hiver).<br>5. Le luminaire est branché à un gradateur ou à une minuterie. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réduisez la sensibilité du cadran « SENS ».<br>3. Le luminaire fonctionne normalement dans ces circonstances.<br>4. Réduisez la sensibilité du cadran « SENS ». Voir la section *Modifications Saisonnières* à la page 21 pour plus de détails.<br>5. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard. |
| L'éclairage s'éteint trop tard lorsqu'il est réglé à DUSK TO DAWN. | Le luminaire est installé dans un endroit relativement sombre. | Déplacez le luminaire ou utilisez le réglage 3 heures ou 6 heures. |
| L'éclairage demeure continuellement allumé. | 1. Le détecteur de mouvement capte une source de chaleur : évent, sortie de sécheuse ou surface brillante réfléchissant la chaleur.<br>2. Le détecteur de mouvement est en mode manuel.<br>3. Le luminaire est branché à un gradateur ou à une minuterie.<br>4. Le luminaire est branché au même circuit qu'un moteur, un transformateur ou un fluorescent. | 1. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>2. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes. Suivez les directives du *mode Manuel* à la page 21 pour le réactiver.<br>3. N'utilisez pas de gradateur ni de minuterie pour commander l'éclairage. Remplacez le gradateur ou la minuterie par un interrupteur mural standard.<br>4. Branchez le luminaire à un circuit ne comportant pas de moteur, de transformateur ni de fluorescent. |
| Les lumières clignotent. | 1. La chaleur ou la lumière des lampes activent et désactivent continuellement le détecteur de mouvement.<br>2. La chaleur est réfléchie par des objets de sorte qu'elle active et désactive le détecteur de mouvement.<br>3. Le détecteur de mouvement est en mode « TEST » et se réchauffe.<br>4. Une société de services publics a installé un appareil de mesure intelligent près du luminaire. | 1. Éloignez la lampe du détecteur de mouvement.<br>2. Abaissez la sensibilité du SENS ou réorientez le détecteur de mouvement.<br>3. En mode TEST, l'éclairage demeure allumé seulement pendant 5 secondes. Réglez le commutateur ON-TIME à 1, 5 ou 20 minutes.<br>4. Ce type d'appareil peut créer des interférences avec les luminaires à détecteur de mouvement. Éloignez le luminaire de ce type d'appareil de mesure. |
| En mode manuel, les lumières clignotent une fois, puis demeurent éteintes. | Le détecteur de mouvement capte la lumière de la lampe. | Repositionnez la lampe de sorte que la zone sous le détecteur de mouvement soit relativement sombre. |

Ex. R - Page 23 of 28

**SERVICE TECHNIQUE**

**Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.**

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

**Aucune pièce de rechange n'est disponible pour ce produit.**

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

---

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.

- Increase the separation between the equipment and receiver.

- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

- Consult the dealer or an experienced radio/TV technician for help.

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

Advertencia: los cambios o modificaciones hechas a esta unidad que no estén expresamente aprobados por la parte responsable del cumplimiento pueden anular la autoridad del usuario para operar el equipo.

Nota: Este equipo ha sido probado y se lo encontró que cumple con los límites para un dispositivo digital de Clase B, de acuerdo con la parte 15 de las Normas de la FCC. Estos límites están diseñados para proporcionar una protección razonable contra interferencias dañinas en una instalación residencial. Este equipo genera, usa y puede irradiar energía de radiofrecuencia y, si no se lo instala y usa de acuerdo con las instrucciones, puede causar interferencia dañina a las comunicaciones de radio. Sin embargo, no hay garantía de que la interferencia no ocurra en una instalación en particular. Si este equipo causa interferencia dañina a la recepción de radio o televisión, lo que se puede determinar apagando y encendiendo el equipo, se recomienda que el usuario intente corregir la interferencia mediante una o más de las siguientes medidas:

- Reoriente o reubique la antena receptora.

- Aumente la separación entre el equipo y el receptor.

- Conecte el equipo a un tomacorriente en un circuito diferente al que está conectado el receptor.

- Para recibir ayuda consulte con el distribuidor o con un técnico experto en radio / TV.

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

Avertissement : Toute modification apportée à cet appareil sans l'approbation explicite de la partie responsable de la conformité pourrait annuler l'autorisation d'utiliser l'équipement.

Remarque : Cet appareil a été testé et déclaré conforme aux limites pour appareils numériques de classe B, selon la section 15 des règlements de la FCC. Ces limites sont destinées à assurer une protection raisonnable contre les interférences nuisibles dans une installation résidentielle. Cet appareil produit, utilise et peut émettre de l'énergie radio électrique et, s'il n'est pas installé et utilisé conformément aux présentes instructions, peut causer des interférences nuisibles aux communications radio. Il n'existe toutefois aucune garantie que de telles interférences ne se produiront pas dans une installation particulière. Si cet appareil cause des interférences nuisibles à la réception des signaux de radio ou de télévision, ce qui peut être déterminé en allumant et en éteignant l'appareil, on encourage l'utilisateur d'essayer de corriger ces interférences par l'un des moyens suivants :

- Réorienter ou repositionner l'antenne de réception.

- Augmenter la distance séparant l'appareil du récepteur.

- Brancher l'appareil sur un circuit électrique différent de celui où le récepteur est branché.

- Consulter le détaillant ou un technicien spécialisé en radio/télévision.

CAN ICES-005 (B)/NMB-005 (B)

Ex. R - Page 25 of 28
To see operational and troubleshooting information and videos,
go to www.hzsupport.com

# NOTE / NOTA

Ex. R - Page 26 of 28
*To see operational and troubleshooting information and videos,*
*go to www.hzsupport.com*

# NOTE / NOTA _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Ex. R - Page 27 of 28

# Heath®Zenith

**Purchase Information**
**Información de la compra**
**Renseignements d'achat**

**Model #:** _____
Nº de modelo / N° de modèle

**Date of Purchase:** _____
Fecha de compra / Date d'achat

**Staple Purchase Receipt Here**
**Engrape aquí el recibo de compra**
**Agrafez le reçu d'achat ici**

**PLEASE KEEP YOUR DATED SALES RECEIPT,**
**IT IS REQUIRED FOR ALL WARRANTY REQUESTS.**

**POR FAVOR GUARDE SU RECIBO DE VENTA FECHADO; SE LO**
**REQUIERE PARA CUALQUIER SOLICITUD DE GARANTÍA.**

**VEUILLEZ CONSERVER LE REÇU PORTANT LA DATE D'ACHAT;**
**VOUS EN AUREZ BESOIN POUR TOUTES VOS DEMANDES LIÉES**
**À LA GARANTIE.**

# EXHIBIT S

# *Heath Zenith* ® **Dusk-to-Dawn LED Light**

## **Models: 8813 / 8814**

Dated receipt required for warranty replacement.

### **FEATURES**

- Bright, energy saving LED light
- Automatically operates at night only
- Adjustable Color Temperature from Warm White to Daylight settings

### **UNPACKING**

Be sure to remove all contents from packaging and verify all items are present before assembling this light fixture. This package includes the following items:

- Dusk-to-dawn LED light.
- Owner's Manual
- Mounting Hardware



**8813**          **8814**

*Note:* All illustrations show model 8813. The instructions are the same for all models.

### **HARDWARE INCLUDED**

*Note:* Four mounting bracket screws are included. The installation will only require two. Discard the unused mounting bracket screws after installation.



Plastic plug



#6 Mounting Bracket Screw (x2)



#8 Mounting Bracket Screw (x2)



Wire Connector (x3)



Mounting Bolt (Pre-Installed in Light Fixture)



Mounting Bracket

# IMPORTANT SAFETY AND INSTALLATION INFORMATION

Before installing security light, read all instructions carefully and keep owner's manual for future reference.

- **WARNING:** To prevent electric shock, ensure that the power is disconnected before installation.
- **WARNING:** Risk of fire. Keep the lamp heads at least 2 in. from combustible materials.
- **CAUTION:** Burn hazard. Allow the light fixture to cool before touching.
- This light fixture requires 120-volts AC.
- This light fixture must be properly grounded.
- Some electrical codes require installation by a qualified electrician.
- This fixture is designed for outdoor installation and should be mounted to a wall or eaves.
- To achieve best results, this fixture should be mounted 8 feet (2.4 meters) above the ground.
- Ensure the photocell on the light fixture is positioned as shown when mounting the light on the wall or eaves.



**Wall Mount**

**Eave Mount**

## WIRING

> ⚠️ **WARNING: Turn power off at circuit breaker or fuse. Place tape over circuit breaker switch and verify power is off at the fixture.**

1. Remove the existing light fixture.
2. Install the mounting bracket with the stamped word "FRONT" facing away from the junction box (see Figure 1). Use the mounting bracket screws that best fit the junction box.
3. Connect all ground wires to the pigtail wire attached to the green ground screw (see Figure 2).
4. Twist the junction box wires and fixture wires together as shown. Secure with wire connectors (see Figure 2).
   - White to White
   - Black to Black



*Figure 1*



*Figure 2*

Ex. S - Page 2 of 16

1. Double check that all wiring connections are securely connected.
2. Align the mounting bolt on the back of the fixture with the center hole in the mounting bracket. *Note:* The mounting bolt is designed to stay in the light fixture.
3. Tighten the mounting bolt securely being careful not to overtighten (see Figure 3).
4. Push the rubber plug firmly into the mounting bolt hole on the light fixture (see Figure 3).
5. Caulk around mounting plate and mounting surface with silicone weather sealant (see Figure 4).
6. Turn on the circuit breaker and light switch.
7. To test the light during daylight, cover the photocell with black tape and ensure the light works properly.
8. Uncover the photocell and your unit will operate automatically – on at dusk, off at dawn.
9. If needed, gently grasp the lamp heads and tilt them up or down or side to side to adjust the light coverage area (see Figure 5).

⚠️ **CAUTION: Burn hazard. Allow the light fixture to cool before touching.**

## OPERATION

Set the Adjustable Color Temperature dial to the desired light color (see Figure 6).

- Turn the Adjustable Color Temperature dial toward the "Blue" color to increase the color temperature toward daylight (5000K).
- Turn the Adjustable Color Temperature dial toward the "Orange" color to decrease the color temperature toward warm (3000K).

## CARE AND CLEANING

- To prolong the original appearance, clean the light fixture with clear water and a soft, damp cloth only.
- Do not use paints, solvents, or other chemicals on this light fixture. They could cause a premature deterioration of the finish. This is not a defect in the finish and will not be covered by the warranty.
- Do not spray the light fixture with a hose or power washer.



*Figure 3*



*Figure 4*



*Figure 5*



Color Temperature Dial — — Photocell

*Figure 6*

Ex. S - Page 3 of 16
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*
3

## SPECIFICATIONS

Power Requirements...................................... 120 VAC, 60 Hz

Lumens:

    Model 8813.............................................. 1850 LM

    Model 8814.............................................. 3100 LM

LED color temperature ................................ Adjustable: 2700K to 5000K

Wattage:

    Model 8813.............................................. 24 W

    Model 8814.............................................. 36 W

## TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| The light will not come on. | 1. Light switch is turned off.<br>2. Fuse is blown or circuit breaker is turned off.<br>3. Daylight turn-off (photocell) is in effect.<br><br>4. The circuit wiring is incorrect, if this is a new installation. | 1. Turn light switch on.<br>2. Replace fuse or turn circuit breaker on.<br>3. Recheck after dark or cover photocell with black tape to test (see *Final Assembly*, step 7).<br>4. Verify wiring is correct. |
| The light comes on during the day. | The light may be installed in a relatively dark location. | The light fixture is operating normally under these circumstances. To test, shine a flashlight at the photocell. The light should turn off. |
| The lights stay on continuously. | The light may be installed in a relatively dark location. | The light fixture is operating normally under these circumstances. To test, shine a flashlight at the photocell. The light should turn off. |

## TECHNICAL SERVICE

#### Please call 1-800-858-8501 (English speaking only) for assistance before returning product to store.

If you experience a problem, follow this guide. You may also want to visit our Web site at: www.hzsupport.com. If the problem persists, call* for assistance at 1-800-858-8501 (English speaking only), 8:00 AM to 5:00 PM CST (M-F). You may also write* to:

HeathCo LLC, P.O. Box 90045, Bowling Green, KY 42102-9045

ATTN: Technical Service

* If contacting Technical Service, please have the following information available: Model Number, Date of Purchase, and Place of Purchase.

#### No Service Parts Available for this Product

Please keep your dated sales receipt, it is required for all warranty requests.

Ex. S - Page 4 of 16

*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

## FIVE YEAR LIMITED WARRANTY

This is a "Limited Warranty" which gives you specific legal rights. You may also have other rights which vary from state to state or province to province.

For a period of five years from the date of purchase, any malfunction caused by factory defective parts or workmanship will be corrected at no charge to you.

**Not Covered** - Repair service, adjustment and calibration due to misuse, abuse or negligence, light bulbs, batteries, and other expendable items are not covered by this warranty. Any damage to the light fixture resulting from the use of chemicals or a pressure washer machine are not covered by this warranty. Unauthorized service or modification of the product or of any furnished component will void this warranty in its entirety. This warranty does not include reimbursement for inconvenience, installation, setup time, loss of use, unauthorized service, or return shipping charges.

This warranty covers only HeathCo LLC assembled products and is not extended to other equipment and components that a customer uses in conjunction with our products.

THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY, REPRESENTATION OR CONDITION OF MERCHANT ABILITY OR THAT THE PRODUCTS ARE FIT FOR ANY PARTICULAR PURPOSE OR USE, AND SPECIFICALLY IN LIEU OF ALL SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES. REPAIR OR REPLACEMENT SHALL BE THE SOLE REMEDY OF THE CUSTOMER AND THERE SHALL BE NO LIABILITY ON THE PART OF HEATHCO LLC FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO ANY LOSS OF BUSINESS OR PROFITS, WHETHER OR NOT FORESEEABLE. Some states or provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**Please keep your dated sales receipt, it is required for all warranty requests.**

HeathCo LLC reserves the right to discontinue products and to change specifications at any time without incurring any obligation to incorporate new features in products previously sold.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

CAN ICES-005 (B) / NMB-005 (B)

Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Ex. S - Page 5 of 16
*To see operational and troubleshooting information and videos, go to www.hzsupport.com*

# *HeathZenith* ®

# **Lámpara LED del crepúsculo al amanecer**
## **Modelos: 8813 / 8814**

Se necesita el recibo fechado para reemplazo bajo garantía.

## **CARACTERÍSTICAS**

- Luz LED brillante de bajo consumo de energía
- Opera automáticamente únicamente por la noche
- Temperatura de color ajustable desde los ajustes de blanco cálido a luz diurna

## **DESEMPAQUE**

Asegúrese de retirar todo el contenido del empaque y verificar que todos los elementos estén incluidos antes de ensamblar este aparato de luz. Este paquete incluye los siguientes elementos:

- Luz LED crepúsculo-al-amanecer.
- Manual del propietario
- Ferretería de montaje



**8813**          **8814**

*Nota:* Todas las ilustraciones muestran el modelo 8813. Las instrucciones son las mismas para todos los modelos.

## **FERRETERÍA INCLUIDA**

*Nota:* Se incluyen cuatro tornillos para el soporte de montaje. La instalación sólo requiere dos. Deseche los tornillos del soporte de montaje no utilizados luego de la instalación.



Enchufe de plástico



Tornillo n°6 de soporte de montaje (x2)



Tornillo n°8 de soporte de montaje (x2)



Conectores de alambre (x3)





Tornillo de montaje (Preinstalado en el aparato)



Soporte de montaje

Ex. S - Page 6 of 16

*Para ver más información y vídeos sobre operación y resolución de problemas, visite www.hzsupport.com*

209841-01 S

# INFORMACIÓN IMPORTANTE DE SEGURIDAD E INSTALACIÓN

Antes de instalar la luz de seguridad, lea todas las instrucciones con cuidado y guarde el manual del propietario para futura referencia.

- **ADVERTENCIA:** Para evitar descargas eléctricas, asegúrese de que la alimentación esté desconectada antes de la instalación.
- **ADVERTENCIA:** Riesgo de incendio. Mantenga las bombillas alejadas al menos 2 pulgadas (51mm) de materiales combustibles.
- **PRECAUCIÓN:** Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.
- Este aparato de luz requiere 120 voltios CA.
- Este aparato de luz debe estar correctamente conectado a tierra.
- Algunas normativas eléctricas exigen que la instalación la realice un electricista calificado.
- Este aparato está diseñado para una instalación al aire libre y se lo debe montar en una pared o en aleros.
- Para lograr los mejores resultados, este aparato debe montarse a 8 pies (2,4 metros) por encima del suelo.
- Asegúrese que la fotocélula en el aparato de luz esté colocada como se muestra cuando la instale en la pared o en los aleros.



**Montaje en pared**

Fotocélula

**Montaje en alero**

Fotocélula

## CABLEADO

> ⚠ **ADVERTENCIA: Desconecte la energía en el fusible o cortacircuitos. Coloque cinta encima del interruptor de cortacircuitos y verifique que la energía está apagada en la luminaria.**

1. Quite el aparato de luz existente.
2. Instale el soporte de montaje con la palabra estampada "FRONT" de espaldas a la caja de conexiones (vea la Figura 1). Use los tornillos del soporte de montaje que mejor se adapten a la caja de conexiones.
3. Conecte todos los cables de tierra al cable flexible sujetado al tornillo verde de tierra (Vea la figura 2).
4. Conecte los cables de la caja de empalme con los cables del aparato de luz, como se muestra. Tuérzalos juntos y asegúrelos con un t (vea la Figura 2).
   - Blanco con blanco
   - Negro con negro



*Figura 1*



*Figura 2*

1. Asegúrese de que todas las conexiones de los cables estén bien conectadas.
2. Alinee el tornillo de montaje de la parte posterior del aparato con el agujero central del soporte de montaje. *Nota:* El tornillo de montaje está diseñado para permanecer en la lámpara.
3. Apriete bien el tornillo de montaje teniendo cuidado de no apretarlo demasiado (vea la Figura 3).
4. Empuje con fuerza el tapón de caucho en el orificio del perno de montaje de la lámpara (vea la Figura 3).
5. Calafatee alrededor de la placa de montaje y de la superficie de montaje con un sellador de silicona (vea la Figura 4).
6. Conecte el disyuntor y el interruptor de la luz.
7. Para probar el aparato de luz durante el día, cubra la fotocélula con una cinta negra y asegúrese que la luz funcione correctamente.
8. Deje al descubierto la fotocélula y su unidad operará automáticamente - encendida en el crepúsculo, apagada al amanecer.
9. Si es necesario, sujete suavemente los cabezales de la lámpara y muévalas de lado a lado o de arriba hacia abajo para ajustar el área de cobertura de la luz (vea la Figura 5).

> ⚠ **PRECAUCIÓN: Peligro de quemaduras. Deje que el aparato de luz se enfríe antes de tocarlo.**



*Figura 3*

## OPERACIÓN

Fije el dial de temperatura de color ajustable al color de luz deseada (vea la Figura 6).

- Gire el dial de temperatura de color ajustable hacia el color "Azul" para aumentar la temperatura del color hacia la luz del día (5000K).
- Gire el selector de temperatura de color ajustable hacia el color "Naranja" para disminuir la temperatura de color hacia caliente (3000K).



*Figura 4*

## CUIDADO Y LIMPIEZA

- Para prolongar la apariencia original, limpie la lámpara solo con agua limpia y un paño suave y húmedo.
- No use pinturas, solventes ni otros químicos en este aparato de luz. Podrían ser la causa de una prematura deterioración del acabado. Esto no es un defecto del acabado y no será cubierto por la garantía.
- No rocíe la lámpara con una manguera o lavadora a presión.
- Para limpiar la lente de la cámara, use solamente un paño seco de microfibra.



*Figura 5*



Dial de temperatura de color — Fotocélula

*Figura 6*

## ESPECIFICACIONES

| | |
|---|---|
| Requisitos de Energía | 120 VCA, 60 Hz |

Lúmenes:

| | |
|---|---|
| Modelo 8813 | 1850 LM |
| Modelo 8814 | 3100 LM |

| | |
|---|---|
| LED de temperatura de color | Ajustable: de 2700K a 5000K |

Potencia:

| | |
|---|---|
| Modelo 8813 | 24 W |
| Modelo 8814 | 36 W |

## GUIA DE INVESTIGACION DE AVERIAS

| SÍNTOMA | POSIBLE CAUSA | SOLUCIÓN |
|---|---|---|
| La luz no se enciende. | 1. El interruptor de la luz está apagado.<br>2. El fusible está quemado o el disyuntor está desconectado.<br>3. El apagado de la luz diurna (fotocélula) está vigente.<br>4. El cableado del circuito es incorrecto, si esta es una instalación nueva. | 1. Encienda el interruptor de la luz.<br>2. Cambie el fusible o conecte el disyuntor.<br>3. Vuelva a revisar en la noche o cubra la fotocélula con cinta negra para probar (vea ensamble final, paso 7).<br>4. Verifique que el cableado esté correcto. |
| La luz se enciende durante el día. | El aparato de luz puede ser instalado en un sitio relativamente obscuro. | El aparato de luz está operando normalmente bajo estas circunstancias. Para probar, alumbre con una linterna a la fotocélula. El aparato de luz deberá apagarse. |
| Las luces permanecen encendidas constantemente. | El aparato de luz puede ser instalado en un sitio relativamente obscuro. | El aparato de luz está operando normalmente bajo estas circunstancias. Para probar, alumbre con una linterna a la fotocélula. El aparato de luz deberá apagarse. |

## SERVICIO TÉCNICO

### Favor de llamar al 1-800-858-8501 (sólo para hablar en inglés) para pedir ayuda antes de devolver el producto a la tienda.

Si tiene algún problema, siga esta guía. Usted puede también visitar nuestro sitio Web: **www.hzsupport.com.** Si el problema continúa, llame al **1-800-858-8501** (sólo para hablar en inglés), de 8:00 AM a 5:00 PM CST (L-V). Usted puede también escribir a:

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Servicio Técnico)

\* Si se llama al Servicio Técnico, por favor tener lista la siguiente información: Número de Modelo, Fecha de compra y Lugar de compra.

### No hay piezas de servicio disponibles para este producto.

Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.

Ex. S - Page 9 of 16

## GARANTÍA LIMITADA A 5 AÑOS

Esta es una "Garantía Limitada" que le da a Ud. derechos legales específicos. Usted puede también tener otros derechos que varían de estado a estado o de provincia a provincia.

Por un período de 5 años desde la fecha de compra, cualquier mal funcionamiento ocasionado por partes defectuosas de fábrica o mano de obra será corregido sin cargo para Ud.

**No cubierto** - Servicio de reparación, ajuste y calibración debido al mal uso, abuso o negligencia, bombillas, baterías, u otras partes fungibles no están cubiertas por esta garantía. Cualquier daño en el aparato de luz como resultado de usar productos químicos o lavadora a presión no están cubiertos por esta garantía. Los Servicios no autorizados o modificaciones del producto o de cualquier componente que se provee invalidarán esta garantía en su totalidad. Esta garantía no incluye reembolso por inconveniencia, instalación, tiempo de instalación, perdida de uso, servicio no autorizado, o costos de transporte de retorno.

Esta garantía cubre solamente los productos ensamblados por HeathCo LLC y no se extiende a otros equipos o componentes que el consumidor usa junto con nuestros productos.

ESTA GARANTÍA ESTÁ EXPRESAMENTE EN LUGAR DE OTRAS GARANTÍAS, EXPRESADAS O SOBREENTENDIDAS, INCLUYENDO CUALQUIER GARANTÍA, REPRESENTACIÓN O CONDICIÓN DE COMERCIABILIDAD O QUE LOS PRODUCTOS SE ADAPTEN PARA CUALQUIER PROPÓSITO O USO EN PARTICULAR, Y ESPECIFICAMENTE EN LUGAR DE TODOS LOS DAÑOS ESPECIALES, INDIRECTOS, INCIDENTALES Y CONSECUENTES.

LA REPARACIÓN O EL REEMPLAZO DEBERÍA SER LA ÚNICA SOLUCIÓN DEL CLIENTE Y NO HABRÁ RESPONSABILIDAD POR PARTE DE HEATHCO LLC POR CUALQUIER DAÑO ESPECIAL, INDIRECTO, INCIDENTAL O CONSECUENTE, INCLUIDOS PERO NO LIMITADOS A CUALQUIER PÉRDIDA DE NEGOCIO O GANACIAS SEAN O NO PREVISIBLES. Algunos estados o provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que la limitación o exclusión arriba indicada puede que no se aplique a Ud.

**Por favor guarde su recibo de venta fechado; se lo requiere para cualquier solicitud de garantía.**

HeathCo LLC se reserva el derecho de discontinuar los productos y de cambiar las especificaciones a cualquier hora sin incurrir en ninguna obligación de tener que incorporar las nuevas características en los productos vendidos anteriormente.

Este aparato cumple con la Parte 15 de las Reglas de la FCC. La operación está sujeta a las dos siguientes condiciones: (1) este aparato no puede causar interferencias perjudiciales y (2) este aparato debe aceptar cualquier interferencia recibida, incluyendo una interferencia que pueda causar un funcionamiento indeseado.

CAN ICES-005 (B) / NMB-005 (B)

Advertencia: los cambios o modificaciones hechas a esta unidad que no estén expresamente aprobados por la parte responsable del cumplimiento pueden anular la autoridad del usuario para operar el equipo.

Nota: Este equipo ha sido probado y se lo encontró que cumple con los límites para un dispositivo digital de Clase B, de acuerdo con la parte 15 de las Normas de la FCC. Estos límites están diseñados para proporcionar una protección razonable contra interferencias dañinas en una instalación residencial. Este equipo genera, usa y puede irradiar energía de radiofrecuencia y, si no se lo instala y usa de acuerdo con las instrucciones, puede causar interferencia dañina a las comunicaciones de radio. Sin embargo, no hay garantía de que la interferencia no ocurra en una instalación en particular. Si este equipo causa interferencia dañina a la recepción de radio o televisión, lo que se puede determinar apagando y encendiendo el equipo, se recomienda que el usuario intente corregir la interferencia mediante una o más de las siguientes medidas:

- Reoriente o reubique la antena receptora.
- Aumente la separación entre el equipo y el receptor.
- Conecte el equipo a un tomacorriente en un circuito diferente al que está conectado el receptor.
- Para recibir ayuda consulte con el distribuidor o con un técnico experto en radio / TV.

Ex. S - Page 10 of 16

10                 *Para ver más información y vídeos sobre operación y resolución de problemas,*                 *209841-01*
*visite www.hzsupport.com*

# *HeathZenith* ®

# Éclairage nocturne à DEL

## Modèles : 8813 / 8814

Reçu daté nécessaire pour remplacement sous garantie.

## CARACTÉRISTIQUES

- Brillant luminaire à DEL éconergétique
- Fonctionne automatiquement rien que la nuit
- Température de couleur ajustable des réglages du blanc chaud au lumière du jour

## DÉBALLAGE

Retirez tout le contenu de l'emballage et assurez-vous d'avoir en main tous les éléments avant de débuter l'assemblage. L'emballage contient les éléments suivants :

- Éclairage nocturne automatique à DEL.
- Guide du propriétaire
- Ferrures de montage



**8813**        **8814**

*Remarque :* Toutes les illustrations portent sur le modèle 8813. Les directives sont identiques pour tous les modèles.

## QUINCAILLERIE FOURNIE

*Remarque :* Les quatre vis du support de montage sont fournies. L'installation n'en exige que deux. Jeter les vis du support de montage non utilisée une fois l'installation terminée.



Bouchon de plastique



Vis n° 6 du support de montage (x2)



Vis n° 8 du support de montage (x2)



Serre-fils (x3)



Boulon de montage (Pré-installé dans le luminaire)



Support de montage

© 2018 HeathCo LLC        *Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*        209841-01 F

# IMPORTANTS RENSEIGNEMENTS DE SÉCURITÉ ET D'INSTALLATION

Avant d'installer ce luminaire de sécurité, lisez avec soin toutes les directives et conserver le guide du propriétaire aux fins de référence.

- **AVERTISSEMENT :** Pour éviter les chocs électriques, assurez-vous que l'alimentation est coupée avant de commencer l'installation.
- **AVERTISSEMENT :** Risque d'incendie. Conservez au moins 2 po (51 mm) entre les lampes et toute matière combustible.
- **ATTENTION :** Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.
- Ce luminaire exige une alimentation de 120 volts c.a.
- Ce luminaire doit être correctement mis à la terre.
- Dans certaines localités, le code de l'électricité exige que l'installation soit confiée à un électricien qualifié.
- Ce luminaire est conçu pour une installation extérieure; il devrait être fixé à un mur ou à l'avant-toit.
- Pour des résultats optimums, ce luminaire doit être installé à 8 pieds (2,4 mètres) du sol.
- Assurez-vous que la photocellule du luminaire est positionnée comme illustré lors du montage de l'appareil au mur ou sous l'avant-toit.

## CÂBLAGE

⚠️ **MISE EN GARDE : Coupez l'alimentation au disjoncteur ou au fusible. Mettez le ruban gommé sur l'interrupteur du disjoncteur et vérifiez que l'alimentation est coupée au montage.**

1. Enlever l'appareil d'éclairage existant.
2. Installez le support de montage de sorte que le mot « FRONT » soit à l'opposé de la boîte de jonction (voir la Figure 1). Utilisez les vis du support de montage qui conviennent le mieux à la boîte de jonction.
3. Branchez tous les fils de mise à la terre au fil de raccord fixé à la vis verte de mise à la terre (voir la Figure 2).
4. Torsader les fils de la boîte de jonction avec ceux de la commande d'éclairage. Les fixer ensemble à l'aide de serre-fils (voir la Figure 2).
   - Blanc avec blanc
   - Noir avec noir



Photoélectrique

**Montage mural**



Photoélectrique

**Montage sous avant-toit**



*Figure 1*



*Figure 2*

Ex. S - Page 12 of 16

## ASSEMBLAGE FINAL

1. Assurez-vous que tous les fils sont solidement branchés.
2. Alignez le boulon de montage à l'arrière du luminaire avec le trou central du support de montage. *Remarque :* Le boulon de montage est conçu pour demeurer dans le luminaire.
3. Serrez solidement le boulon de montage, en évitant toutefois de trop le serrer (voir la Figure 3).
4. Enfoncez fermement le bouchon de caoutchouc dans le trou du boulon de montage du luminaire (voir la Figure 3).
5. Appliquez un scellant d'étanchéité entre la plaque de montage et la surface de montage (voir la Figure 4).
6. Ré-enclenchez le disjoncteur puis ouvrez l'interrupteur.
7. Pour vérifier le fonctionnement pendant la journée, recouvrez la photocellule d'un ruban adhésif électrique noir et vérifiez que le luminaire fonctionne correctement.
8. Retirez le ruban adhésif de la photocellule; le luminaire devrait fonctionner automatiquement, s'allumant au crépuscule pour s'éteindre à l'aurore.
9. Au besoin, agrippez doucement les projecteurs, puis déplacez-le de droite à gauche ou du bas vers le haut pour régler la zone d'éclairage (voir la Figure 5).



*Figure 3*

> ⚠️ **ATTENTION : Danger de brûlure. Laissez refroidir le luminaire avant d'y toucher.**

## UTILISATION

Réglez le cadran Adjustable Color Temperature à la température de couleur souhaitée (voir la Figure 6).

• Tournez le cadran Adjustable Color Temperature vers la couleur « bleue » pour augmenter la température de couleur, vers la lumière du jour (5 000 K).

• Tournez le cadran Adjustable Color Temperature vers la couleur « orange » pour diminuer la température de couleur, vers la lumière chaude (3000 K).

## ENTRETIEN ET NETTOYAGE

• Pour prolonger l'apparence originale, nettoyez uniquement au moyen d'un chiffon doux trempé dans de l'eau.

• N'appliquez aucune peinture, solvant ou produit chimique sur ce luminaire. Cela pourrait causer une détérioration prématurée du fini. Cela ne constitue pas un défaut du fini, de sorte que ce n'est pas couvert par la garantie.

• Évitez de nettoyer le luminaire au moyen du boyau d'arrosage ou d'une laveuse à pression.



*Figure 4*



*Figure 5*



Cadran de température de couleur — Photoélectrique

*Figure 6*

209841-01

Ex. S - Page 13 of 16
*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

13

# FICHE TECHNIQUE

Courant requis ................................................................. 120 V c.a., 60 Hz
Lumens :
    Modèle 8813 .............................................................. 1 850 LM
    Modèle 8814 .............................................................. 3 100 LM
Température de couleur de la DEL ................................ Réglable de 2 700 K à 5 000 K
Puissance :
    Modèle 8813 .............................................................. 24 W
    Modèle 8814 .............................................................. 36 W

## GUIDE DE DÉPANNAGE

| SYMPTÔME | CAUSE POSSIBLE | SOLUTION |
|---|---|---|
| L'éclairage ne s'allume pas. | 1. L'interrupteur est hors tension.<br>2. Le fusible est grillé ou le disjoncteur est déclenché.<br>3. La photocellule est en fonction.<br><br><br>4. Le câblage du circuit est incorrect, s'il s'agit d'une nouvelle installation. | 1. Placez l'interrupteur en position ON.<br>2. Remplacez le fusible ou enclenchez le disjoncteur.<br>3. Vérifiez de nouveau après le coucher du soleil ou recouvrez la photocellule d'un ruban adhésif noir pour en faire l'essai (voir l'étape 7 de *l'assemblage final*).<br>4. Vérifiez le câblage. |
| La lumière s'allume pendant la journée. | Le luminaire peut être installé dans un endroit relativement sombre. | Le luminaire fonctionne normalement dans ces circonstances. Pour en faire l'essai, dirigez le faisceau d'une lampe de poche vers la photocellule. L'éclairage devrait s'éteindre. |
| L'éclairage demeure continuellement allumé. | Le luminaire peut être installé dans un endroit relativement sombre. | Le luminaire fonctionne normalement dans ces circonstances. Pour en faire l'essai, dirigez le faisceau d'une lampe de poche vers la photocellule. L'éclairage devrait s'éteindre. |

## SERVICE TECHNIQUE

### Veuillez faire le 1 800 858-8501 (service en anglais seulement) pour obtenir de l'aide avant de retourner l'article au magasin.

En cas de problème, suivez ce guide. Vous pouvez aussi visiter notre site Web à **www.hzsupport.com.** Si le problème persiste, composez* le **1 800 858-8501** (service en anglais seulement), entre 8 h 00 et 17 h 00, HNC, du lundi au vendredi. Vous pouvez aussi écrire au :

HeathCo LLC

P.O. Box 90045

Bowling Green, KY 42102-9045

ATTN: Technical Service (Service technique)

* Lors d'un appel au service technique, veuillez avoir les renseignements suivants à portée de main : numéro du modèle, date d'achat et endroit de l'achat.

### Aucune pièce de rechange n'est disponible pour ce produit.

Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.

HeathCo LLC se réserve le doit d'abandonner tout produit et d'en changer les spécifications, en tout temps et sans contracter quelque obligation que ce soit quant à l'incorporation de nouvelles caractéristiques aux produits déjà vendus.

Ex. S - Page 14 of 16

*Visitez www.hzsupport.com pour des renseignements et des vidéos sur l'utilisation et le dépannage*

## GARANTIE LIMITÉE DE 5 ANS

Il s'agit d'une « Garantie limitée » qui vous confère des droits juridiques spécifiques. Vous pouvez également jouir d'autres droits, variables d'une province à l'autre.

Pendant une période de 5 ans à compter de la date d'achat, toute anomalie de fonctionnement imputable à un vice de matériau ou de main-d'oeuvre sera corrigée gratuitement.

**Exclusions de la garantie** - Réparations, réglage et calibrage dus à une mauvaise utilisation, un mauvais traitement ou à la négligence. Les ampoules, les piles et des autres articles non durables ne sont pas couverts par cette garantie. Les dommages causés au luminaire qui seraient attribuables à l'utilisation de produits chimiques ou d'une machine à laver à pression ne sont pas couverts par la garantie. Le service non autorisé ou la modification du produit ou d'un ou l'autre de ses composants fournis invalidera totalement la présente garantie. Cette garantie n'inclut pas le remboursement pour le dérangement, l'installation, le réglage, la perte d'utilisation, le service non autorisé ou les frais d'expédition pour le renvoi de la marchandise.

La garantie ne couvre que les produits assemblés HeathCo LLC et ne s'étend pas aux autres équipements et composants que le client pourrait utiliser conjointement avec nos produits.

CETTE GARANTIE TIENT EXPRESSÉMENT LIEU DE TOUTES AUTRES GARANTIES, EXPLICITES OU IMPLICITES, Y COMPRIS DE TOUTE GARANTIE DE REPRÉSENTATION OU DE CONDITION DE CONVENANCE À LA COMMERCIALISATION OU À L'EFFET QUE LES PRODUITS CONVIENNENT À UN BUT OU À UNE UTILISATION PARTICULIÈRE, ET SPÉCIFIQUEMENT DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES.

LE REMPLACEMENT OU LA RÉPARATION CONSTITUENT LE SEUL RECOURS DU CLIENT ET HEATHCO LLC NE POURRA ÊTRE TENUE RESPONSABLE DE TOUS DOMMAGES SPÉCIAUX, DIRECTS, INDIRECTS OU SECONDAIRES, Y COMPRIS, SANS S'Y LIMITER, LES PERTES COMMERCIALES ET PERTES DE PROFIT, QU'ELLES SOIENT PRÉVISIBLES OU NON. Certaines provinces n'autorisent pas l'exclusion ou la limitation des dommages indirects ou secondaires, et la limitation ou l'exclusion ci-dessus pourrait ne pas s'appliquer à vous.

**Veuillez conserver le reçu portant la date d'achat; vous en aurez besoin pour toutes vos demandes liées à la garantie.**

Cet appareil est conforme aux exigences de la Partie 15 des Règles du FCC. Son utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne doit pas causer d'interférence nocive; (2) cet appareil doit accepter les interférences, y compris celles qui peuvent causer un fonctionnement non désiré.

CAN ICES-005 (B) / NMB-005 (B)

Avertissement : Toute modification apportée à cet appareil sans l'approbation explicite de la partie responsable de la conformité pourrait annuler l'autorisation d'utiliser l'équipement.

Remarque : Cet appareil a été testé et déclaré conforme aux limites pour appareils numériques de classe B, selon la section 15 des règlements de la FCC. Ces limites sont destinées à assurer une protection raisonnable contre les interférences nuisibles dans une installation résidentielle. Cet appareil produit, utilise et peut émettre de l'énergie radio électrique et, s'il n'est pas installé et utilisé conformément aux présentes instructions, peut causer des interférences nuisibles aux communications radio. Il n'existe toutefois aucune garantie que de telles interférences ne se produiront pas dans une installation particulière. Si cet appareil cause des interférences nuisibles à la réception des signaux de radio ou de télévision, ce qui peut être déterminé en allumant et en éteignant l'appareil, on encourage l'utilisateur d'essayer de corriger ces interférences par l'un des moyens suivants :

- Réorienter ou repositionner l'antenne de réception.
- Augmenter la distance séparant l'appareil du récepteur.
- Brancher l'appareil sur un circuit électrique différent de celui où le récepteur est branché.
- Consulter le détaillant ou un technicien spécialisé en radio/télévision.

# *Heath Zenith*

**Purchase Information**
**Información de la compra**
**Renseignements d'achat**

**Model #: _____**
**Nº de modelo / N° de modèle**

**Date of Purchase: _____**
**Fecha de compra / Date d'achat**

---

**Staple Purchase Receipt Here**

**Engrape aquí el recibo de compra**

**Agrafez le reçu d'achat ici**

**PLEASE KEEP YOUR DATED SALES RECEIPT,
IT IS REQUIRED FOR ALL WARRANTY REQUESTS.**

**POR FAVOR GUARDE SU RECIBO DE VENTA FECHADO; SE LO
REQUIERE PARA CUALQUIER SOLICITUD DE GARANTÍA.**

**VEUILLEZ CONSERVER LE REÇU PORTANT LA DATE D'ACHAT;
VOUS EN AUREZ BESOIN POUR TOUTES VOS DEMANDES
LIÉES À LA GARANTIE.**

---

Ex. S - Page 16 of 16
*Visitez www.hzsupport.com pour des renseignements
et des vidéos sur l'utilisation et le dépannage*
*209841-01*