## PROPOSED REVISED PATENT FORM SCHEDULING ORDER

| Event | Original Deadline | Proposed deadline |
|---|---|---|
| **Disclosures.** Plaintiff shall identify the accused product(s), including accused methods and systems, and its damages model, as well as the asserted patent(s) that the accused product(s) allegedly infringe(s).  Plaintiff shall also produce the file history for each asserted patent. | August 7, 2020 | Agree:  December 11, 2020 |
| Defendant shall produce core technical documents related to the accused product(s), sufficient to show how the accused product(s) work(s), including but not limited to non-publicly available operation manuals, product literature, schematics, and specifications.  Defendant shall also produce sales figures for the accused product(s). | September 25, 2020 | 29 Plaintiff: January 15, 2021 Defendant: February 5, 2021 |
| Plaintiff shall produce an initial claim chart relating each known accused product to the asserted claims each such product allegedly infringes. | October 21, 2020 | Plaintiff: January 29, 2021 Defendant: March 5, 2021 February 12, 2021 |
| Defendant shall produce its initial invalidity contentions for each | December 11, 2020 | Plaintiff: March 12, 2021 Defendant: April 23, 2021 |

| | | |
|---|---|---|
| asserted claim, as well as the known related invalidating references. | | |
| **Discovery.** Document production shall be substantially complete | ~~July 14, 2011~~ | ~~Plaintiff: September 2, 2021~~ <br> ~~Defendant: January 14, 2022~~ |
| **Claim Construction Issue Identification:** the parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s).  This document will not be filed with the Court. | ~~January 22, 2021~~ | ~~Plaintiff: April 16, 2021~~ <br> ~~Defendant: June 4, 2022~~ |
| Subsequent to exchanging that list, the parties will meet and confer to prepare a Joint Claim Construction Chart to be submitted | ~~February 11, 2021~~ | ~~Plaintiff: May 14, 2021~~ <br> ~~Defendant: June 25, 2021~~ |
| **Claim Construction Briefing.** The parties shall contemporaneously submit initial briefs on claim construction issues | ~~March 12, 2021~~ | Plaintiff: June 11, 2021 <br> Defendant: July 26, 2021 |
| The parties' answering/responsive briefs shall be contemporaneously submitted | ~~April 29, 2021~~ | Plaintiff: July 16, 2021 <br> Defendant: August 25, 2021 |
| **Hearing on Claim Construction.** the Court will hear argument on claim construction. | ~~Beginning at 9:00 a.m. on May 3, 2021~~ | ~~Plaintiff~~ August 2, 2021 at 9 Am <br> ~~Defendant: September 24, 2021~~ |

*Handwritten annotation (right margin):* Joint claim construction brief due on — July 19, 2021.

2

| | | |
|---|---|---|
| **Interim Status Report.** Counsel shall submit a joint letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date. Thereafter, if the Court deems it necessary, it will schedule a status conference. | August 13, 2021 | Plaintiff: October 10, 2021 <br><br> Defendant: February 1, 2022 |
| **Case Dispositive Motions.** All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before | March 25, 2022 *April* | Plaintiff: No Change <br><br> Defendant: July 29, 2022 |
| Responses to dispositive motions shall be served and filed on or before | April 22, 2022 *May 23* | Plaintiff: No Change <br><br> Defendant: August 26, 2022 |
| Replies to dispositive motions shall be served and filed on or before | May 6, 2022. *June* | Plaintiff: No Change <br><br> Defendant: September 9, 2022 |
| **Hearing.** The Court will hear argument on all pending case dispositive and Daubert motions on [The parties should propose a date approximately two months prior to the requested pretrial conference date.] | May 24, 2022 beginning at 9:00 am *JUNE 28, 2022 at 11:00 Am* | Plaintiff: No Change <br><br> Defendant: September 30, 2022 |
| **Pretrial Conference.** The Court will hold a pretrial conference in Court with counsel [The parties should request a date approximately 2-4 weeks prior to their requested trial date.] | August 5, 2022, beginning at 9:00 a.m. *September 29, 2022 at 4:00 PM* | Plaintiff: No Change <br><br> Defendant: December 2, 2022 |

| The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Revised Final Pretrial Order - Patent, which can be found on the Court's website (www.ded.uscourts.gov), [The parties should insert a date no less than seven (7) days before the requested pretrial conference date.] | On or before July 15, 2022 | Plaintiff: No Change<br><br>Defendant: November 23, 2022<br><br>September 19, 2022 |

Jury trial (7 days) to begin on
October 11, 2022.

So ORDERED.

*[signature]*

November 23, 2020