

Katharine L. Mowery
302-651-7623
mowery@rlf.com

December 18, 2020

**<u>VIA CM/ECF</u>**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Room 4209, Unit 26
Wilmington, DE 19801

   **Re:** *Vaxcel International Co., Ltd. v. HeathCo LLC*,
      **C.A. No. 20-224-LPS**

Dear Chief Judge Stark:

   Pursuant to Paragraph 10.c. of the Scheduling Order (D.I. 14), the parties submit this joint letter requesting a teleconference to address Vaxcel International Co., Ltd.'s Motion to Strike HeathCo's December 8, 2020 Letter Motion (D.I. 39).

   Should the Court have any questions, counsel remain available at the Court's convenience.

      Respectfully,

      */s/ Katharine L. Mowery*

      Katharine L. Mowery (#5629)

cc:  Counsel of Record (via CM/ECF & email)