**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| VAXCEL INTERNATIONAL CO., LTD.,<br><br>      *Plaintiff*,<br><br> v.<br><br>HEATHCO LLC,<br><br>      *Defendant*. | C.A. No. 20-224-LPS |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's November 23, 2020 Revised Patent Form Scheduling Order (D.I. 36) and the Oral Order dated January 12, 2021, Plaintiff Vaxcel International Co., LTD ("Vaxcel" or "Plaintiff") and HeathCo LLC ("HeathCo" or Defendant") (collectively, the "parties") met and conferred via telephone on May 13, 2021 and May 14, 2021, in an attempt to resolve issues related to claim construction and hereby file the below Joint Claim Construction Chart with respect to U.S. Patent Numbers 10,136,503 (the "'503 patent"), 10,187,947 (the "'947 patent"), 10,491,032 (the "'032 patent"), 9,326,362 (the "'362 patent"), 10,225,902 (the "'902 patent"), 10,516,292 (the "'292 patent"), 10,763,691 (the "'691 patent"), 10,770,916 (the "'916 patent"), 10,154,564 (the "'564 patent"), 10,667,367 (the "'367 patent"), and 9,560,719 (the "'719 patent") (collectively the "Suit Patents"). Copies of the Suit Patents, as well as the portions of the intrinsic record relied upon, are submitted as exhibits to this document.

1

2

Of Counsel:

R. Mark Halligan
FisherBroyles, LLP
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601
(312) 607-0102
rmark.halligan@fisherbroyles.com

Richard M. Lehrer
FisherBroyles, LLP
109 Normandy Drive
Woodstock, GA 30188
(845) 519-9525
Richard.lehrer@fisherbroyles.com

Dated: May 14, 2021

/s/ *Katharine L. Mowery*

Frederick L. Cottrell III (#2555)
Katharine Lester Mowery (#5629)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
mowery@rlf.com

*Attorneys for Vaxcel International Co., Ltd.*

2

I.      Potentially Agreed Terms – The parties disagree as to whether these terms must be construed.  If construed, then the parties agree on the construction.

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 1. | H. **Free-Running Setting** '362 Patent, claims 1, 2 | No construction is necessary.<br><br>However, if it is deemed that a construction is required then the construction should be:<br><br>A program that allows a user to set the illumination level as it cycles through a sequence of values within a preset range | A program that allows a user to set the illumination level as it cycles through a sequence of values within a preset range |
| 2. | H. **Connected in Series** '947 Patent, claims 20, 24 '902 Patent, claim 23 '032 Patent, claim 2 '362 Patent, claim 1 '292 Patent, claims 15, 23, 36, 79, 80, 81 '691 Patent, claims 1. 2, 59, 77 '916 Patent, claims 1, 2 '719 Patent, claim 1 | No construction is necessary.<br><br>However, if it is deemed that a construction is required then the parties agree that the construction should be:<br><br>Connected so that the same current passes through each element individually | Connected so that the same current passes through each element individually |

1

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 3 | H. **Wherein When the Second Set of M Number LEDs is Turned On Upon Detecting the Motion Intrusion, the Loading and Power Control Unit Manages to Turn Off the First Set of N Number LEDs** <br> '902 Patent, claim 17 <br> '292 Patent, claim 17 | No construction is necessary. <br><br> However, if it is deemed that a construction is required then the construction should be: <br><br> When the second set of M number LEDs is turned on as a result of motion being detected, the loading and power control unit turns off the first set of N number LEDs. | When the second set of M number LEDs is turned on as a result of motion being detected, the loading and power control unit turns off the first set of N number LEDs. |

2

II.    Disputed Terms.  The Parties are aware that the Court has limited the number of issues to 15.  The following chart includes additional claim terms in the event that one or more of the 15 issues are resolved.

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 1. | V/H. **Detection Device** '503 Patent, Claims 1, 8, 20, 40, 53 | One or more touch and/or touchless devices such as but not limited to an infrared sensor, an electrostatic induction sensor, a conduction-based sensor, a pad, button, voltage divider or power interruption switch or a conduction rate of a phase controller set by a user that serves as an interface between a human and the controller.<br><br>**'503 Patent:** Abstract, Col. 3, ll. 4-6, Col. 4, 9-11, Col. 14, ll. 42-55, Col 21, ll. 8-14, 25-34, 66-67, Col. 25, ll. 21-43 | Means-plus-function Function: "detecting at least one external control signal and converting the at least one external control signal into at least one message carrying sensing signal" Structure: Indefinite<br><br>**'503 Patent** Abstract, 2:28-31, 2:61-3:14, 3:29-31, 3:54-4:18, 4:43-47, 5:64-6:2, 7:51-54, 14:42-67, 15:27-31, 18:50-53, 22:16-60, 23:29-24:32, 25:20-48, Fig. 1; claims 1-2, 8, 18-22, 24-25, 28, 31, 22, 35-37, 40, 43-46, 48, 53, 57-58, 60, 65, 69, 71-73, 75-79, 82-83, 89, 93-94, 99, 101-103, 106-108. File History: 5/9/18 Amendment / Request for Reconsideration After Non-Final Rejection pp. 8, 17-18, 27, 33, 44-45 |

3

| 2. | V/H. **External Control Signal** <br><br> '503 Patent, claims 1, 8, 17, 20, 40, 53 <br> '902 claims 27, 29, 30 <br> '292 claim 30 <br> '691 Patent, claims 1, 7-10, 59, 65-68 <br> '916 Patent, claims 1, 4 <br> '367 Patent, claim 12 | No construction is necessary. <br><br> However, if it is deemed that a construction is required then the construction should be: <br><br> A signal that is generated and processed by the detection device. <br><br> **'503 Patent:** Col. 2, ll. 28-32, Col. 3, ll. 29-31, Col. 7, ll. 51-54, Col. 25, ll. 21-48 <br> **'902 Patent:** Col. 3, ll. 6-7, 44-45, Col. 6, ll. 43-46, Col. 7, ll. 49-55, Col. 8, ll. 3-8, ln. 64 – Col. 9, ln. 3, Col. 11, ll. 7-11, Col. 14, ll. 51-56 <br> **'292 Patent:** Abstract, Col. 2, ll. 17-21, 59-62, Col. 5, ll. 29-34, Col. 6, ll. 50-62 <br> **'691 Patent:** Col. 2, ll. 20-24, 37-41, 62-65, Col. 5, ll. 36-38, Col. 6, ln. 58- Col. 7, ln. 3 <br> **'916 Patent:** Abstract, Col. 2, ll. 20-24, 37-41, 62-65, Col. 5, ll. 36-38, Col. 6, ln. 58- Col. 7, ln. 3 <br> **'367 Patent:** Col. 6, ll. 7-12, Col. 9, ln. 66 – Col. 10, ln. 14, Col.11, ll. 10-15, Col. 12, ll. 10-51, 57-67, Col. 13, ll. 7-15, Col. 15, ll. 39-47, Col. 21, ll. 33-51 | Indefinite <br><br> **'503 Patent** <br> Abstract, 2:17-49, 2:61-3:14, 3:29-39, 3:54-4:18, 7:41-61, 19:42-67, 21:4-24, 23:29-24:32, 25:21-48; Figs. 3A-B, Figs. 10A-E, 11A-D; claims 1-2, 4, 8, 17-22, 31, 33, 40, 46, 48-49, 53, 57, 58, 60-61, 65, 69, 73, 82-83, 85-86, 89, 94, 96, 99, 101, 103, 106, 108. <br><br> **'902 Patent** <br> 5:16-44; claims 8-9, 12-14, 21-22, 25-34. <br><br> **'292 Patent** <br> 5:16-44, 6:47-62; claims 7-8, 10-12, 21-35, 37-38, 41-44, 47-52, 54-55, 60-67, 72-78, 88-89. <br><br> **'691 Patent** <br> 5:20-48, 6:54-67; claims 1, 6-10, 15-16, 19, 26-33, 37, 39, 46-50, 53, 57, 59, 64-68, 70, 74, 76, 80. <br><br> **'916 Patent** <br> 5:20-48, 6:54-7:3; claims 1, 4-5, 8, 10-11, 14-16, 20, 23-24, 27, 29-30, 33-35, 39-41, 44, 46-47, 50-52, 56, 61-63, 66, 68-69, 72-74, 81, 83-84, 87, 89, 92-95, 97-101. <br><br> **'367 Patent** <br> 1:29-58, 2:6-3:36, 5:56-67, 7:66-8:49, 9:37-10:21, 10:64-13:26, 14:10-15:56, 19:3-63, |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| | | | 20:33-61; Figs. 1, 2A, 2D, 10B; claims 11-12, 18, 25-26, 31, 37, 39-41, 44, 52-53, 55, 60. |
| 3. | H. **Message Carrying Sensing Signal** '503 Patent, claims 1, 8, 11, 12, 16, 20, 26, 40, 41, 53, 56 | No construction is necessary.<br><br>However, if it is deemed that a construction is required then the construction should be:<br><br>One or more formatted signals interpretable by a processor, microcontroller or an ASIC (e.g., a signal having a voltage aspect and a timing aspect).<br><br>**'503 Patent:** Col. 2, ll. 54-58, Col. 2, ln. 64-Col. 3, ln. 1, Col. 3, ll. 3-12, 31-34, 54-62, Col. 4, ll. 1-5, 10-16, Col. 6, ll. 16-20, Col. 7, ll. 41-44, Col. 9, ll. 30-36, Col 14, ll. 43-67. Col. 23, ln. 29- Col. 24, ln. 3 | a signal having at least a first voltage with a first time length and a second voltage with a second time length<br><br>**'503 Patent**<br>11:8-12:21, 14:40-67, 21:4-24, 23:29-24:32; Figs. 3A-B, 11A-D |

5

| 4. | H. **Loading and Power Control Unit** '947 Patent, claims 20, 21 '902 Patent, claims 15, 16, 17 '032 Patent, claim 1 '292 Patent, claims 15, 16, 17, 79, '362 Patent, claims 1, 2 '719 Patent, claims 1, 5 '564 Patent, claim 9 '367 Patent, claim 12 '691 Patent, claims 1, 59 '916 Patent, claim 1 | No construction is necessary.<br><br>However, if it is deemed that a construction is required then the construction should be:<br><br>A circuit that includes at least a controller in electrical communication with switching circuitry<br><br>**'947 Patent:** FIGs 1A, 1B, Col. 4, ll. 4-10, 11-18, Col. 5, ll. 17-21, 57-59<br>**'902 Patent:** FIGs 1A, 1B, 1C, 1D, Col. 4, ll. 4-36, Col. 5, ll. 17-21, 57-59<br>**'032 Patent:** FIGs 1A, 1B, Col. 4, ll. 6-19, Col. 5, ll. 18-22, 58-60<br>**'292 Patent:** FIGs 1A, 1B, 1C, 1D, Col. 4, ll. 4-36, Col. 6, ll. 10-17<br>**'362 Patent:** Co. 1, ll. 61-63, Col. 2, ll. 55-59, Col. 4, ll. 45-47, Col. 5, ll. 12-14, 25-28, Col. 7, ll. 44-50, Col. 10, ll. 5-9, Col. 11, ll. 1-7, 27-28<br>**'719 Patent:** Col. 1, ln. 66 – Col. 2, ln. 1, Col. 2, ll. 29-32, 60-64, Col. 4, ll. 48-50, Col. 5, ll. 15-16, 51-53, Col. 7, ll. 53-55, Col. 10, ll. 18-22, Col. 11, ll. 17-23, 43-44<br>**'564 Patent:** Col. 2, ll. 10-13, 39-43, Col. 3, ll. 3-7, Col. 8, ll. 32-36, Col. 9, ll. 42-47, 59-60, Col. 10, ll. 15-17, Col. 12, ll. 17-19, Col. 14, ll. 48-52, Col. 15, ll. 47-53, Col. 16, ll. 4-5, Col. 19, ll. 60-63<br>**'367 Patent:** Col. 2, ll. 12-15, 42-45, Col. 3, ll. 5-9, Col. 8, ll. 32-36, Col. 9, ll. 42- | a control unit that both controls the switches and controls the average current through the load<br><br>**'947 Patent**<br>Figs 1, 1A-1C, 3A, 3B, 4A, 5-7, claims 20 and 21; 1:57-3:29; 4:65-13:29<br><br>**'691 Patent**<br>Figs 1, 1A-1C, 2A, 3A, 3B, 4A;Figs 5-7; claims 1 and 59; 2:8-3:53; 5:20-13:50<br><br>**'902 Patent**<br>Figs 1, 1A-1D; Figs 2A, 3A-3B, 4A, 5-7; claims 15-17; 2:3-3:50; 5:16-13:37.<br><br>**'032 Patent**<br>Claim 1; Figs 1, 1A-1B, 2A, 3A-4A, 5-7; 2:1-3:60, 4:67-13:29<br><br>**'292 Patent**<br>Claims 15, 16, 17, 79; Figs 1, 1A-1D, 2A, 3A-4A, 5-7; 1:62-3:50; 5:15-13:44<br><br>**'362 Patent**<br>Claims 1, 2; Figs. 1, 2A, 2C, 3A, 4; 1:56-3:35; 4:12-13:21<br><br>**'719 Patent**<br>Claims 1, 5; Fig. 1, 2A, 2C, 3A, 4; 1:60-3:30; 4:16-13:40<br><br>**'564 Patent** |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| | | 47, 59-60, Col. 10, ll. 15-17, Col. 12, ll. 17-19, Col. 14, ll. 48-52, Col. 15, ll. 47-53, Col. 16, ll. 4-5, Col. 19, ll. 46-49<br>**'691 Patent:** FIGs 1A, 1B, 1C, 1D, Col. 4, ll. 7-40, Col. 5, ll. 39-41, Col. 6, ll. 6-8<br>**'916 Patent:** FIGs 1A, 1B, 1C, 1D, Col. 4, ll. 7-40, Col. 5, ll. 39-41, Col. 6, ll. 6-8, 16-19 | Claim 9; Figs. 1, 2A, 2C, 3A, 4, 5; 1:60-3:20; 7:60-17:34; 18:32-19:16.<br><br>**'367 Patent**<br>Claim 12; Figs. 1, 2A, 2C, 3A, 4, 5; 1:62-3:23; 7:60-17:13; 18:18-19:41<br><br>**'916 Patent**<br>Claim 1; Figs 1-1D, 2A,3A-4A, 5-7; 1:66-3:61; 5:20-10:60. |
| 5. | H. **Creation of an Aesthetic Night Scene**<br>'947 Patent, claim 20<br>'032 Patent, claim 1<br>'292 Patent, claim 79<br><br>**Soft Evening Light to Feature an Aesthetic Night View Around the Living Area both for Indoor and Outdoor Need**<br>'902 Patent, claim 15<br><br>**Soft and Warm Light to Feature an Aesthetic Night View Around the Living Area Both for Indoor and Outdoor Need**<br>'292 Patent, claims 15, 79 | No construction is necessary.<br><br>However, if it is deemed that a construction is required then the construction should be:<br><br>at dusk the LED security light is automatically turned on by the photo sensor to perform the low level illumination<br><br>**'947 Patent:** Col. 14, ll. 38-42<br>**'032 Patent:** Col. 14, ll. 40-44<br>**'292 Patent:** Col. 14, ll. 51-58<br>**'902 Patent:** Col. 14, ll. 40-46 | Indefinite<br><br>**'947 Patent**<br>Claim 20; 14:22-52<br><br>**'902 Patent**<br>Claim 15; 14:25-15:2<br><br>**'032 Patent**<br>Claim 1; 14:23-15:2<br><br>**'292 Patent**<br>Claims 15, 79; 14:36-15:12 |

7

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 6. | H. **Creation of a Navigation Capacity Similar to a Light House for Guiding People to Safely Walk to a Destination in an Outdoor Living Area** ('947, '032, '292)<br>**Create a Navigation Capacity Similar to a Light House to Help People Move to a Destination Without Getting Lost or Encountering an Accident** ('902, '292)<br>'947 Patent, claim 20<br>'902 Patent, claim 15<br>'032 Patent, claim 1<br>'292 Patent, claims 15, 79 | No construction is necessary.<br><br>However, if it is deemed that a construction is required then the construction should be:<br><br>at dusk the LED security light is automatically turned on to perform the low level illumination which lights up the darkness<br><br>**'947 Patent:** Col. 14, ll. 34-52<br>**'902 Patent:** Abstract, Col. 14, ll.37-51<br>**'032 Patent:** claim 1, Col. 14, ll. 35-49<br>**'292 Patent:** Col. 14, ll.51-62 | Indefinite<br><br>**'947 Patent**<br>Claim 20; 1:67-3:6; 5:17-6:38; 7:55-8:14; 10:28-49; 14:22-52; File History: 5/14/2018 Remarks p. 37.<br><br>**'902 Patent**<br>Claim 15; 2:3-39; 5:46-6:38; 7:49-64; 8:40-9:5; 14:25-15:2<br><br>**'032 Patent**<br>Claim 1; 1:59-3:52; 4:66-5:17; 5:52-6:39; 7:55-8:14; 11:4-24; 14:23-15:2<br><br>**'292 Patent**<br>Claims 15, 79; Abstract; 1:62-3:50, 5:35-6:18; 7:58-8:18, 11:6-26; 14:36-15:13 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 7. | H. **A Voltage V Across Each LED Complies with an Operating Constraint of $V_{th}<V<V_{max}$ Featuring Electrical Characteristics of the LED** <br> '916 Patent, claim 1 <br> '032 Patent, claim 2 <br> '292 Patent, claim 1, 79 <br> '691 Patent, claim 1, 59 <br> '902 Patent, claim 23 <br> '947 Patent, claims 20 | No construction is necessary. <br><br> However, if it is deemed that a construction is required then the construction should be: <br><br> When an LED is operating, it operates within a voltage range between a minimum threshold voltage required to trigger an LED to start emitting light and a maximum voltage across an LED to avoid damaging the LED that allows each LED to operate adequately and safely. <br><br> **'947 Patent:** Abstract, Col. 12, ll. 15-27, 37-40, 59-67, Col. 13, ll. 1-6, 47-60 <br> **'902 Patent:** Col. 5, ll. 1-3, Col. 12, ll. 19-31, 35-44, Col. 12, ln. 63 – Col. 13, ln. 4, 47-64 <br> **'032 Patent:** Abstract, Col. 12, ll. 15-27, 37-40, 59-67, Col. 13, ll. 1-6, 43-60 <br> **'292 Patent:** Col. 5, ll. 1-3, Col. 12, ll. 30-42, 48-55, Col. 13, ll. 8-15, 45-67, Col. 14, ll. 3-12 <br> **'691 Patent:** Col. 5, ll. 5-7, Col. 12, ll. 36-45, 56-65, Col. 13, ll. 13-21, Col. 14, ll. 4-14 <br> **'916 patent:** Col. 5, ll. 5-7, Col. 12, ll. 36-45, 56-65, Col. 13, ll. 13-21, Col. 14, ll. 4-14 | A voltage V across each LED in the LED load does not fall below Vth and does not exceed Vmax during operation <br><br> Vmax and Vth are indefinite <br><br> **'947 Patent** <br> Claims 20, 21, 24; Figs. 8A-9; 11:66-14:21 <br> File History: 5/14/2018 Remarks and attachments, pp 37-39, Attachment A <br><br> **'902 Patent** <br> Claim 23; Figs. 8A-9; 11:63-14:24 <br> File History: 8/6/2018 Remarks, pp. 33-36 <br><br> **'691 Patent** <br> Claims 1, 2, 3, 59, 77, 78; Figs 8A-9; 12:8-14:41 <br><br> **'916 Patent** <br> Claims 1, 2, 3, 59, 77, 78; Figs 8A-9; 12:8-14:41 <br> File History: 5/6/2020 Notice of Allowance pp. 2-5 <br><br> **'032 Patent** <br> Claim 2; Figs 8A-9; 11:65-14:21 <br><br> **'292 Patent** <br> Claim 1, 79; Figs 8A-9; 12:1-14:35 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 8. | H. **Wherein the First Switching Device and the Second Switching Device are Connected with the First Set of N Number LEDs and the Second Set Of M Number LEDs** '902 Patent, claim 15 '292 Patent, claim 15 | No construction is necessary.<br><br>However, if it is deemed that a construction is required then the construction should be:<br><br>The first switching device is connected to the first set of N number of LEDs and the second switching device is connected to the second set of LEDs.<br><br>**'902 Patent:** FIGS 1C, 1D<br>**'292 Patent:** FIGS 1C, 1D | The first and second switching devices are each connected with both the first set of N number LEDs and the second set M number LEDs<br><br>**'902 Patent**<br>Claim 15; Fig. 1C; Fig. 1D; 4:11-27; 5:35-44<br><br>**'292 Patent**<br>Claim 15; Fig. 1C-1D; 4:19-36; 5:16-44 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 9. | V/H. **Connected in Parallel**<br>'947 Patent, claim 20<br>'902 Patent, claim 23<br>'691 Patent, claims 1, 2, 59, 77<br>'916 Patent, claims 1, 2<br>'292 Patent, claim 15, 23, 36, 79, 80<br>'032 Patent, claim 2 | Two or more components, such as but not limited to LEDs, connected in a manner that one respective end of each of the two or more components is electrically terminated to a third component, such as but not limited to a voltage source, and the other respective end of each of the two or more components is electrically terminated to a fourth component, such as but not limited to a processor.<br><br>**'947 Patent:** Fig. 3A, 3B, 5, 6, 7, claim 20<br>**'902 Patent:** FIGs 1C, 1D, Col. 8, ll. 9-27, claim 23<br>**'691 Patent:** FIGs 1C, 1D, claim 1<br>**'916 Patent:** FIGs 1C, 1D, claim 1<br>**'292 Patent:** FIGs 1C, 1D, claims 15, 23 and 79<br>**'032 Patent:** Fig. 3A, 3B, 5, 6, 7, claim 2, 8 | Connected to common points at each end; not in series<br><br>**'947 Patent**<br>Claim 20; Fig. 3A, Fig. 4A, Figs 5- 7; 2:36-3:29; 7:1-18; 10:53-13:29<br><br>**'902 Patent**<br>Claim 23; Fig. 3A; Fig. 4A; Figs 5-7; 2:40-3:34; 6:65-7:29; 10:45-13:32<br><br>**'691 Patent**<br>Claim 1; Fig. 3A; Fig. 4A; Fig. 6; Fig. 7; 2:45-3:38; 7:7-30; 10:64-13:50<br><br>**'916 Patent**<br>Claims 1, 2; Figs 4A, 5-7; 2:45-3:38; 8:48-13:50.<br><br>**'292 Patent**<br>Claims 15, 23, 36, 79, 80; Figs 4A, 5-7; 2:41-3:35; 8:40-10:16; 10:56-13:44<br><br>**'032 Patent**<br>Claim 2; Figs 4A-7; 2:40-3:32; 8:46-9:42; 10:52-13:29. |

11

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 10. | H. **Much Brighter Day Light** <br> '902 Patent, claim 15 <br> '292 Patent, claim 15 | No construction is necessary. <br><br> However, if it is deemed that a construction is required then the construction should be: <br><br> LED having a color temperature at or near 5000K <br><br> **'902 Patent:** Col. 8, ll. 9-14, Col. 11, ll. 17-18 <br> **'292 Patent:** Col. 8, ll. 18-22, Col. 11, ll. 27-30 <br> **'691 Patent:** Col. 8, ll. 26-30, Col. 11, ll. 34-37 <br> **'916 Patent:** Col. 8, ll. 26-30, Col. 11, ll. 34-37 | Indefinite <br><br> **'902 Patent** <br> Claim 15 <br><br> **'292 Patent** <br> Claim 15 |

12

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 11. | H. **Dual Effect of Security Alert by Means of Creating Drastic Changes in Both Light Intensity From Low to High and Light Color Temperature From Warm to Cool Upon Detecting a Motion Intrusion** '902 Patent, claim 15 '292 Patent, claim 15 | No construction is necessary. However, if it is deemed that a construction is required then the construction should be: Increasing the light intensity and changing the LED color temperature from at or near 2700K to at or near 5000K upon detecting motion. **'902 Patent:** Abstract, Col. 8, ll. 9-14, Col. 10, ll. 31-38, Col. 11, ll. 17-23, Col. 14, ll. 37-51 **'292 Patent:** Abstract, Col. 1, ln. 63 – Col. 2, ln. 4, Col. 2, ll. 27-38, Col. 3, ll. 1-13, 23-33, 36-50, Col. 5, ll. 45-63, Col. 6, ll. 36-46, Col. 8, ll. 7-22, Col. 10. ll. 33-53, Col. 11, ll. 6-23, 27-30, Col. 14, ll. 48-67 | Indefinite **'902 Patent** Claims 7, 15, 20 **'292 Patent** Claims 6, 15, 20 |

13

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 12. | H. **Preloaded in a Mobile Device** <br> '564 Patent, claims 1, 9 <br> '367 Patent, claim 1 | No construction is necessary. <br><br> However, if it is deemed that a construction is required then the construction should be: <br><br> Loaded in a mobile device prior to the APP being used for setting an operating parameter <br><br> **'564 Patent:** FIG. 8A, Col. 20, ln. 47 – Col. 21, ln. 12, Col. 21, ll. 47-55, Col. 22, ll. 22-32, Col. 30, ll. 48-50, Col. 31, ll. 44-46, Col. 31, ln. 65-Col. 32, ll. 16 <br> **'367 Patent:** FIG. 8A, Col. 1, ll. 55-58, Col. 3, ll. 38-60, Col. 7, ll. 1-3, Col. 20, ll. 47–66, Col. 21, ll. 33-51, 61-65, Col. 29, ll. 6-12, , Col. 30, ll. 34-62, Col. 31, ln. 52 - Col. 32, ll. 3 | loaded in a mobile device before the mobile device is purchased or first used <br><br> **'564 Patent** <br> 1:53-56, 20:62-67, 24:3-8, 28:29-33, 32:33-36; claims 1, 9-10, 29, 36, 44, 56, 63 <br><br> **'367 Patent** <br> Abstract, 1:55-57, 20:24-26, 20:48-53, 23:56-61, 28:15-19, 32:21-24; claims 1, 11, 13, 18, 27, 39, 45, 52-53, 55, 60 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 13. | H. **When a Free Setting Motion of the Free Setting Operator is Ceased, the User Interface APP Manages to Generate the [At Least One] Operating Variable Corresponding to [the Selection of] the Capacity Operating Rate [Being Determined] and Accordingly Operates to Transmit a Wireless Instruction Signal Carrying a Message of the [At Least One] Operating Variable to the Lighting Device** <br> '564 Patent, claim 1 <br> '367 Patent, claim 1 | No construction is necessary. <br><br> However, if it is deemed that a construction is required then the construction should be: <br><br> As a result of the free setting motion of the free setting operator being ceased, for example, after a user removes their finger from a virtual button, the user interface app generates the operating variable corresponding to the selection of the capacity operating rate and transmits a wireless instruction signal carrying a message of the operating variable to the lighting device <br><br> **'564 Patent:** Col. 26, ll. 16-28, Col. 28, ln. 47 – Col. 29, ll. 12 <br> **'367 Patent:** Col. 26, ll. 4-16, Col. 28, ll. 33-65, Col. 30, ll. 34-55 | The moment when the free setting motion of the free setting operator is ceased, for example, the moment a user removes their finger from a virtual button, the user interface app generates the operating variable corresponding to the selection of the capacity operating rate and transmits a wireless instruction signal carrying a message of the operating variable to the lighting device <br><br> **'564 Patent** <br> 4:19-5:6, 29:13-62 <br><br> **'367 Patent** <br> 4:21-5:8, 28:66-29:48 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 14. | V/H. **Pick and Play Process** '367 Patent, claim 4 '691 Patent, claims 10, 11, 68, 69, 71 '916 Patent, claims 4, 8 | A selectable and operable function. **'367 Patent:** Col. 21, ll. 6-20, Col. 31, ll. 21-24, **'691 Patent:** Claims 10, 11, 68, 69, 71 **'916 Patent:** Claims 4, 8 | A process requiring memory external to the controller for storing all predetermined values of operating parameters by the controller according to the wireless instruction. This process and the free setting method are mutually exclusive. **'367 Patent** Claim 4; 21:6-32; 31:18-50 **'691 Patent** Claims 10, 11, 68, 69, 71 **'916 Patent** Claims 4, 8 |

| 15. | H. **"Unit" as used throughout the claim in the following related terms: A Light Emitting Unit…A Loading and Power Control Unit…A Light Sensing Control Unit…A Motion Sensing Unit…A Power Supply Unit… [A Time Setting Unit…]** <br> '916 Patent, claim 1 <br> '691 Patent, claims 1, 59 <br> '292 Patent, claims 15, 79 <br> '902 Patent, claim 15 <br> '362 Patent, claim 1 <br> '032 Patent, claim 1 <br> '947 Patent, claim 20 <br> '564 Patent, claim 9 <br> '367 Patent, claims 12 <br> '719 Patent, claim 1 | No construction is necessary. Additionally, Vaxcel submits that this is actually 6 terms under the guise of a single term. <br><br> If it is deemed that a construction is required, then the construction should be: <br><br> A unit is a group of circuit elements working together such as a light emitting unit, a loading and power control unit, a light sensing control unit, a motion sensing unit, a power supply unit and a time setting unit. <br><br> **'916 Patent:** Figs 1, 1A, 1B, 1C, 1D, 2A, 3A, 3B, 4A, 5, 6, 7 and associated texts, Col. 2, ln. 7 – Col. 3, ln. 38, claim 1 <br> **'691 Patent:** Figs 1, 1A, 1B, 1C, 1D, 2A, 3A, 3B, 4A, 5, 6, 7 and associated texts, Col. 2, ln. 7 – Col. 3, ln. 38, claims 1, 59 <br> **'292 Patent:** Figs 1, 1A, 1B, 1C, 1D, 2A, 3A, 3B, 4A, 5, 6, 7 and associated texts, Col. 2, ln. 5 – Col. 3, ln. 35, claims 15, 79 <br> **'902 Patent:** Figs 1, 1A, 1B, 1C, 1D, 2A, 3A, 3B, 4A, 5, 6, 7 and associated texts, Col. 2, ln. 3 – Col. 3, ln. 34, claim 15 <br> **'362 Patent:** Figs. 1, 2A, 2C, 2D, 3A, 4, and associated texts, Col. 1, ln. 56 – Col. 3, ln. 8, claim 1 <br> **'032 Patent:** Figs 1, 1A, 2A, 3A, 3B, 4A, 5, 6, 7 and associated texts, Col. 2, ln. 1 – Col. 3, ln. 31, claim 1 | Refers to a circuit design where the various references to "unit" requires (1) the loading and power control unit to be separate from each of the other recited units and (2) each of the other recited units to be electrically coupled to the same controller in the loading and power control unit. <br><br> **'947 Patent** <br> Figs 1, 1A-1C, 3A, 3B, 4A, 5-7, claims 20 and 21; 1:57-3:29; 4:65-13:29 <br><br> **'691 Patent** <br> Figs 1, 1A-1C, 2A, 3A, 3B, 4A; Figs 5-7; claims 1 and 59; 2:8-3:53; 5:20-13:50 <br><br> **'902 Patent** <br> Figs 1, 1A-1D; Figs 2A, 3A-3B, 4A, 5-7; claims 15-17; 2:3-3:50; 5:16-13:37. <br><br> **'032 Patent** <br> Claim 1; Figs 1, 1A-1B, 2A, 3A-4A, 5-7; 2:1-3:60, 4:67-13:29 <br> File History: <br> 4/3/19 Amendment / Request for Reconsideration After Non-Final Rejection pgs. 2-3, 5-6, 8, 12-13, 19-20, 23-24 <br> 7/9/19 Notice of Allowance <br> p. 2-8 <br><br> **'292 Patent** <br> Claims 15, 16, 17, 79; Figs 1, 1A-1D, 2A, 3A-4A, 5-7; 1:62-3:50; 5:15-13:44 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| | | **'947 Patent:** Figs 1, 1A, 1B, 2A, 3A, 3B, 4A, 5, 6, 7 and associated texts, Col. 1, ln. 66 – Col. 3, ln. 29, claim 20<br>**'564 Patent:** Figs. 1, 2A, 2C, 2D, 3A, 4, 5 and associated texts, Col. 2, ln. 4 – Col. 6, ln. 24, claim 9<br>**'367 Patent:** Figs. 1, 2A, 2C, 2D, 3A, 4, 5 and associated texts, Col. 2, ll. 6 –67, claim 12<br>**'719 Patent:** Figs. 1, 2A, 2C, 2D, 3A, 4 and associated texts, Col. 1, ln 60 Col. 3 ln. 38, claim 1 | **'362 Patent**<br>Claims 1, 2; Figs. 1, 2A, 2C, 3A, 4; 1:56-3:35; 4:12-13:21<br><br>**'719 Patent**<br>Claims 1, 5; Fig. 1, 2A, 2C, 3A, 4; 1:60-3:30; 4:16-13:40<br><br>**'564 Patent**<br>Claim 9; Figs. 1, 2A, 2C, 3A, 4, 5; 1:60-3:20; 7:60-17:34; 18:32-19:16.<br><br>**'367 Patent**<br>Claim 12; Figs. 1, 2A, 2C, 3A, 4, 5; 1:62-3:23; 7:60-17:13; 18:18-19:41<br><br>**'916 Patent**<br>Claim 1; Figs 1-1D, 2A,3A-4A, 5-7; 1:66-3:61; 5:20-10:60 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 16. | H. **Low [Light] Color Temperature** <br> '902 Patent, claims 15, 29 <br> '292 Patent, claim 15 <br> '691 Patent, claims 1, 59, 65 <br> '916 Patent, claim 1 | No construction is necessary. However, if it is deemed that a construction is required then the construction should be: <br><br> LED having a color temperature at or near 2700K <br><br> **'902 Patent:** Col. 8, ll. 9-14, Col. 11, ll. 17-18 <br> **'292 Patent:** Col. 8, ll. 18-22, Col. 11, ll. 27-30 <br> **'691 Patent:** Col. 8, ll. 26-30, Col. 11, ll. 34-37 <br> **'916 Patent:** Col. 8, ll. 26-30, Col. 11, ll. 34-37 | Indefinite <br><br> **'902 Patent** <br> Abstract, 8:9-13, 10:21-43, 11:17-23, 14:25-15:2; claims 15, 29, 32-33. <br><br> **'292 Patent** <br> Abstract, 8:18-22, 10:30-52, 11:27-33, 14:36-15:13; claims 15, 28-35, 38, 41, 43-44, 47-55, 58-67, 70-79, 88-89. <br><br> **'691 Patent** <br> Abstract, 8:26-30, 10:39-60, 11:34-40, 14:42-15:19; claims 1, 19, 24-25, 39, 44-45, 59, 64-65, 80. <br><br> **'916 Patent** <br> Abstract, 8:26-30, 10:38-60, 11:34-40, 14:42-15:19; claims 1, 19-20, 38-39, 55-56, 77, 81-82. <br> File History: <br> 1/31/2020 Amendment / Request for Reconsideration After Non-Final Rejection pp. 14, 20-21, 27 |

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 17. | H. **High [Light] Color Temperature** '902 Patent, claims 15, 29 '292 Patent, claim 15 '691 Patent, claims 1, 59, 65 '916 Patent, claim 1 | No construction is necessary. However, if it is deemed that a construction is required then the construction should be: LED having a color temperature at or near 5000K **'902 Patent:** Col. 8, ll. 9-14, Col. 11, ll. 17-18 **'292 Patent:** Col. 8, ll. 18-22, Col. 11, ll. 27-30 **'691 Patent:** Col. 8, ll. 26-30, Col. 11, ll. 34-37 **'916 Patent:** Col. 8, ll. 26-30, Col. 11, ll. 34-37 | Indefinite **'902 Patent** Abstract, 8:9-13, 10:21-43, 11:17-23, 14:25-15:2; claims 15, 29, 32-33. **'292 Patent** Abstract, 8:18-22, 10:30-52, 11:27-33, 14:36-15:13; claims 15, 28-35, 38, 41, 43-44, 47-55, 58-67, 70-79, 88-89. **'691 Patent** Abstract, 8:26-30, 10:39-60, 11:34-40, 14:42-15:19; claims 1, 19, 24-25, 39, 44-45, 59, 64-65, 80. **'916 Patent** Abstract, 8:26-30, 10:38-60, 11:34-40, 14:42-15:19; claims 1, 19-20, 38-39, 55-56, 77, 81-82. File History: 1/31/2020 Amendment / Request for Reconsideration After Non-Final Rejection pgs. 14, 20-21, 27 |

20

| Term No. | Identifying Party/Claim Term/Claim No(s). | Plaintiff's Proposed Construction/Intrinsic Evidence | Defendant's Proposed Construction/Intrinsic Evidence |
|---|---|---|---|
| 18. | H. **The High Level Illumination with a Day Light High Color Temperature Enables People to Have a High Visibility of the Surrounding Environment When Needed** '902 Patent, claim 15 '292 Patent, claim 15 | No construction is necessary.  However, if it is deemed that a construction is required then the construction should be: Operating the LED having a color temperature at or near 5000K at a high intensity provides better visibility than a lower intensity light at a cooler color temperature such as 2700K **'902 Patent:** Col. 8, ll. 9-14, Col. 11, ll. 17-18 **'292 Patent:** Col. 8, ll. 18-22, Col. 11, ll. 27-30 | Indefinite **'902 Patent** Abstract, 8:9-13, 10:21-43, 11:17-23, 14:25-15:2; claims 15, 29, 32-33. **'292 Patent** Abstract, 8:18-22, 10:30-52, 11:27-33, 14:36-15:13; claims 15, 28-35, 38, 41, 43-44, 47-55, 58-67, 70-79, 88-89. |

21