**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| VAXCEL INTERNATIONAL CO., LTD., | |
| *Plaintiff*, | C.A. No. 20-224-LPS |
| v. | |
| HEATHCO LLC, | |
| *Defendant*. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 29, 2021, true and correct copies of Plaintiff's

Opening Claim Construction Brief For U.S. Patent Nos. 10,136,503, 10,187,947, 10,491,032,

9,326,362, 10,225,902, 10,516,292, 10,763,691, 10,770,916, 10,154,564, 10,667,367 and

9,560,719 were caused to be served upon the following counsel as indicated:

**VIA ELECTRONIC MAIL**
Stephen B. Brauerman
Ronald Golden
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

David C. Radulescu, Ph.D.
Etai Lahav
Michael Sadowitz
RADULESCU LLP
5 Penn Plaza, 19th Floor
New York, NY  10001
646-502-5950
david@radip.com
etai@radip.com
mike@radip.com

Of Counsel:                                         */s/ Katharine L. Mowery*
                                                    Frederick L. Cottrell III (#2555)
R. Mark Halligan                                    Katharine Lester Mowery (#5629)
FisherBroyles, LLP                                  Richards, Layton & Finger PA
203 North LaSalle Street, Suite 2100                One Rodney Square
Chicago, Illinois 60601                             920 North King Street
(312) 607-0102                                      Wilmington, Delaware 19801
rmark.halligan@fisherbroyles.com                    (302) 651-7700
                                                    cottrell@rlf.com
                                                    mowery@rlf.com
Richard M. Lehrer
FisherBroyles, LLP
109 Normandy Drive
Woodstock, Georgia 30188
(845) 519-9525                                      *Attorneys for Vaxcel International Co., Ltd.*
Richard.lehrer@fisherbroyles.com

Dated: July 6, 2021

2