## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VAXCEL INTERNATIONAL CO., LTD.,

                   *Plaintiff*,

  v.

HEATHCO LLC,

                   *Defendant*.

C.A. No. 20-224-LPS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 2, 2021, true and correct copies of (1) Plaintiff's

Reply Claim Construction Brief and (2) Declaration of Richard M. Lehrer, Esq. in Support of

Plaintiff's Reply Claim Construction Brief were caused to be served upon the following counsel

as indicated:

**VIA ELECTRONIC MAIL**
Stephen B. Brauerman
Ronald Golden
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

David C. Radulescu, Ph.D.
Etai Lahav
Michael Sadowitz
RADULESCU LLP
5 Penn Plaza, 19th Floor
New York, NY  10001
646-502-5950
david@radip.com
etai@radip.com
mike@radip.com

Of Counsel:

R. Mark Halligan
FisherBroyles, LLP
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601
(312) 607-0102
rmark.halligan@fisherbroyles.com

Richard M. Lehrer
FisherBroyles, LLP
109 Normandy Drive
Woodstock, Georgia 30188
(845) 519-9525
Richard.lehrer@fisherbroyles.com

Dated: July 6, 2021

*/s/ Katharine L. Mowery*
Frederick L. Cottrell III (#2555)
Katharine Lester Mowery (#5629)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
mowery@rlf.com


*Attorneys for Vaxcel International Co., Ltd.*

2