## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VAXCEL INTERNATIONAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEATHCO LLC, <br><br> Defendant. | C.A. No. 20-224-LPS |

## ORDER

At Wilmington this **22nd** day of **November, 2021**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the following claim terms of U.S. Patent Nos. 9,326,362 ("'362 patent"), 9,560,719 ("'719 patent"), 10,136,503 ("'503 patent"), 10,154,564 ("'564 patent"), 10,187,947 ("'947 patent"), 10,225,902 ("'902 patent"), 10,491,032 ("'032 patent"), 10,516,292 ("'292 patent"), 10,667,367 ("'367 patent"), 10,763,691 ("'691 patent"), 10,770,916 ("'916 patent") are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| **"free-running setting"** <br><br> [claims 1 and 2 of the '362 patent] | "A program that allows a user to set the illumination level as it cycles through a sequence of values within a preset range" |
| **"connected in series"** <br><br> [claims 20 and 24 of the '947 patent; claim 23 of the '902 patent; claim 2 of the '032 patent; claim 1 of the '362 patent; claims 15, 23, 36, and 79-81 of the '292 patent; claims 1, 2, 59, and 77 of the '691 patent; claims 1 and 2 of the '916 patent; claim 1 of the '719 patent] | "Connected so that the same current passes through each element individually" |

1

| | |
|---|---|
| **"wherein when the second set of M number LEDs is turned on upon detecting the motion intrusion, the loading and power control unit manages to turn off the first set of N number LEDs"**<br><br>[claim 17 of the '902 patent; claim 17 of the '292 patent] | "When the second set of M number LEDs is turned on as a result of motion being detected, the loading and power control unit turns off the first set of N number LEDs" |
| **"detection device"**<br><br>[claims 1, 8, 20, 40, and 53 of the '503 patent] | Means-plus-function / Function: "detecting at least one external control signal and converting the at least one external control signal into at least one message carrying sensing signal" / Structure: Infrared sensor |
| **"message carrying sensing signal"**<br><br>[claims 1, 8, 11, 12, 16, 20, 26, 40, 41, 53, and 56 of the '503 patent] | "One or more formatted signals interpretable by a processor, microcontroller or an ASIC (e.g., a signal having a voltage aspect and a timing aspect)" |
| **"external control signal"**<br><br>[claims 1, 8, 17, 20, 40, and 53 of the '503 patent; claims 27, 29, and 30 of the '902 patent; claim 30 of the '292 patent; claims 1, 7-10, 59, and 65-68 of the '691 patent; claims 1 and 4 of the '916 patent; claim 12 of the '367 patent] | "A signal that is processed by the [detection device/external control unit]" |
| **"loading and power control unit"**<br><br>[claims 20 and 21 of the '947 patent; claims 15-17 of the '902 patent; claim 1 of the '032 patent; claims 15-17 and 79 of the '292 patent; claims 1 and 2 of the '362 patent; claims 1 and 5 of the '719 patent; claim 9 of the '564 patent; claim 12 of the '367 patent; claims 1 and 59 of the '691 patent; claim 1 of the '916 patent] | No construction is necessary. |
| **"a voltage V across each LED complies with an operating constraint of $V_{th}<V<V_{max}$ featuring electrical characteristics of the LED"**<br><br>[claim 1 of the '916 patent; claim 2 of the '032 patent; claims 1 and 79 of the '292 patent; claims 1 and 59 of the '691 patent; claim 23 of the '902 patent; claim 20 of the '947 patent] | "A voltage V across each LED in the LED load does not fall below $V_{th}$ and does not exceed $V_{max}$ during operation" / Defendant has not proved by clear and convincing evidence that $V_{th}$ and $V_{max}$ are indefinite. |
| **"connected in parallel"** | "connection of components within a circuit in a manner in which there are multiple paths between/among which the |

| | |
|---|---|
| [claim 20 of the '947 patent; claim 23 of the '902 patent; claims 1, 2, 59, and 77 of the '691 patent; claims 1 and 2 of the '916 patent; claims 15, 23, 36, 79, and 80 of the '292 patent; claim 2 of the '032 patent] | current is divided and wherein the voltages across each parallel component are equivalent" |
| **"wherein the first switching device and the second switching device are connected with the first set of N number LEDs and the second set of M number LEDs"**<br><br>[claim 15 of the '902 patent; claim 15 of the '292 patent] | "The first switching device is connected to the first set of N number of LEDs and the second switching device is connected to the second set of LEDs" |
| **"creation of an aesthetic night scene" / "soft evening light to feature an aesthetic night view around the living area both for indoor and outdoor need" / "soft warm light to feature an aesthetic night view around the living area both for indoor and outdoor need"**<br><br>[claim 20 of the '947 patent; claim 1 of the '032 patent; claims 15 and 79 of the '292 patent; claim 15 of the '902 patent] | Indefinite |
| **"creation of a navigation capacity similar to a light house for guiding people to safely walk to a destination in an outdoor living area" / "create a navigation capacity similar to a light house to help people move to a destination without getting lost or encountering an accident"**<br><br>[claim 20 of the '947 patent; claim 1 of the '032 patent; claims 15 and 79 of the '292 patent; claim 15 of the '902 patent] | Indefinite |
| **"low [light] color temperature" / "high [light] color temperature"**<br><br>[claims 15 and 29 of the '902 patent; claim 15 of the '292 patent; claims 1, 59, and 65 of the '691 patent; claim 1 of the '916 patent] | Indefinite / Indefinite |
| **"much brighter day light"**<br><br>[claim 15 of the '902 patent; claim 15 of the '292 patent] | Indefinite |
| **"dual effect of security alert by means of creating drastic changes in both light intensity from low to high and light color temperature** | Indefinite |

3

| | |
|---|---|
| **from warm to cool upon detecting a motion intrusion"**<br><br>[claim 15 of the '902 patent; claim 15 of the '292 patent] | |
| **"preloaded in a mobile device"**<br><br>[claims 1 and 9 of the '564 patent; claim 1 of the '367 patent] | "loaded in a mobile device before the mobile device is purchased or first used" |
| **"when a free setting motion of the free setting operator is ceased, the user interface APP manages to generate the [at least one] operating variable corresponding to [the selection of] the capacity operating rate [being determined] and accordingly operates to transmit a wireless instruction signal carrying a message of the [at least one] operating variable to the lighting device"**<br><br>[claim 1 of the '564 patent; claim 1 of the '367 patent] | "As a result of the free setting motion of the free setting operator being ceased, for example, after a user removes their finger from a virtual button, the user interface app generates the operating variable corresponding to the selection of the capacity operating rate and transmits a wireless instruction signal carrying a message of the operating variable to the lighting device" |

UNITED STATES DISTRICT JUDGE

4