AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>20-224-LPS | DATE FILED<br>2/14/2020 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>VAXCEL INTERNATIONAL CO., LTD | | DEFENDANT<br><br>HEATHCO LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,136,503 | 11/20/2018 | VAXCEL INTERNATIONAL CO., LTD |
| 2 | 10,187,947 | 1/22/2019 | VAXCEL INTERNATIONAL CO., LTD |
| 3 | 10,491,032 | 11/26/2019 | VAXCEL INTERNATIONAL CO., LTD |
| 4 | 10,225,902 | 3/5/2019 | VAXCEL INTERNATIONAL CO., LTD |
| 5 | 10,516,292 | 12/24/2019 | VAXCEL INTERNATIONAL CO., LTD |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>10/6/2020 | INCLUDED BY<br>☑ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | See Exhibit A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**