# EXHIBIT A

**Vaxcel International Co., Ltd. v. HeathCo LLC, C.A. No. 20-224-LPS**

**EXHIBIT A TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,326,362 | April 26, 2016 | Vaxcel International Co., Ltd. |
| 2 | 10,763,691 | September 1, 2020 | Vaxcel International Co., Ltd. |
| 3 | 10,770,916 | September 8, 2020 | Vaxcel International Co., Ltd. |
| 4 | 10,154,564 | December 11, 2018 | Vaxcel International Co., Ltd. |
| 5 | 10,667,367 | May 26, 2020 | Vaxcel International Co., Ltd. |
| 6 | 9,560,719 | January 31, 2017 | Vaxcel International Co., Ltd. |