AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Delaware** on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>20-224-LPS | DATE FILED<br>2/14/2020 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br><br>VAXCEL INTERNATIONAL CO., LTD | | DEFENDANT<br><br>HEATHCO LLC | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,136,503 | 11/20/2018 | VAXCEL INTERNATIONAL CO., LTD |
| 2 | 10,187,947 | 1/22/2019 | VAXCEL INTERNATIONAL CO., LTD |
| 3 | 10,491,032 | 11/26/2019 | VAXCEL INTERNATIONAL CO., LTD |
| 4 | 10,225,902 | 3/5/2019 | VAXCEL INTERNATIONAL CO., LTD |
| 5 | 10,516,292 | 12/24/2019 | VAXCEL INTERNATIONAL CO., LTD |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>10/6/2020 | INCLUDED BY<br>☑ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | See Exhibit A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>*See attached* |
|---|

| CLERK<br><br>*John A. Cerino* | (BY) DEPUTY CLERK | DATE<br><br>12-2-2022 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

**Vaxcel International Co., Ltd. v. HeathCo LLC, C.A. No. 20-224-LPS**

### EXHIBIT A TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,326,362 | April 26, 2016 | Vaxcel International Co., Ltd. |
| 2 | 10,763,691 | September 1, 2020 | Vaxcel International Co., Ltd. |
| 3 | 10,770,916 | September 8, 2020 | Vaxcel International Co., Ltd. |
| 4 | 10,154,564 | December 11, 2018 | Vaxcel International Co., Ltd. |
| 5 | 10,667,367 | May 26, 2020 | Vaxcel International Co., Ltd. |
| 6 | 9,560,719 | January 31, 2017 | Vaxcel International Co., Ltd. |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VAXCEL INTERNATIONAL CO., LTD.,

　　　　　　　　　　*Plaintiff*,

　　v.

HEATHCO LLC,

　　　　　　　　　　*Defendant*.

C.A. No. 20-224-GBW

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Vaxcel International Co., Ltd. and

Defendant HeathCo LLC hereby stipulate and agree to the dismissal of all claims in this action

without prejudice. Each party shall bear their own fees and costs.

| | |
|---|---|
| */s/ Katharine L. Mowery* | */s/ Stephen B. Brauerman* |
| Frederick L. Cottrell III (#2555) | Stephen B. Brauerman (#4952) |
| Katharine Lester Mowery (#5629) | Ronald P. Golden III (#6254) |
| Richards, Layton & Finger PA | Bayard P.A. |
| One Rodney Square | 600 N. King Street, Suite 400 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 655-5000 |
| (302) 651-7700 | sbrauerman@bayardlaw.com |
| cottrell@rlf.com | rgolden@bayardlaw.com |
| mowery@rlf.com | |
| | *Attorneys for HeathCo LLC* |
| *Attorneys for Vaxcel International Co., Ltd.* | |

Dated: December 1, 2022